# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| O.W. Bunker Holding North America Inc.,[1] | : | Case No. 14-51720 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker North America Inc.,[2] | : | Case No. 14-51721 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker USA Inc.,[3] | : | Case No. 14-51722 (AHWS) |
| Debtor. | : | |

## *PROPOSED*
## ORDER UNDER FED. R. BANKR. P. 1015 AND D. CONN. LBR 1015-1 AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion") of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their Chapter 11 Cases; and the Court having reviewed the Motion and the Tolson Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1] The last four digits of the Debtor's taxpayer identification numbers is 7474. The Debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] The last four digits of the Debtor's taxpayer identification numbers is 7158. The Debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[3] The last four digits of the Debtor's taxpayer identification numbers is 3556. The Debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX 77057.

estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 14-51720 (AHWS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

| | |
|---|---|
| In re | Chapter 11 |
| O.W. Bunker Holding North America Inc. *et al.*,[1] | Case No. 14-51720 (AHWS) |
| Debtors. | Jointly Administered |

The footnote 1 reference in such caption shall set forth a complete listing of the Debtors' names and the last four digits of each Debtor's tax identification number.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of O.W. Bunker Holding North America Inc., Case No. 14-51720.

6. A docket entry shall be made in the Chapter 11 Cases of all Debtors other than O.W. Bunker Holding North America Inc., substantially as follows:

> An order has been entered in this case consolidating this case with the case of O.W. Bunker Holding North America Inc., Case No. 14-51720 (AHWS) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 14-51720 (AHWS) should be consulted for all matters affecting this case.

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Debtors in the above-captioned cases.

9. This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Bridgeport, Connecticut
November ___, 2014

_____
THE HONORABLE ALAN H.W. SHIFF
UNITED STATES BANKRUPTCY JUDGE

3791717v1