# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| O.W. Bunker Holding North America Inc.,[1] | : Case No. 14-51720 (AHWS) |
|  | : |
| Debtor. | : |
|  | : |
| In re | : Chapter 11 |
|  | : |
| O.W. Bunker North America Inc.,[2] | : Case No. 14-51721 (AHWS) |
|  | : |
| Debtor. | : |
|  | : |
| In re | : Chapter 11 |
|  | : |
| O.W. Bunker USA Inc.,[3] | : Case No. 14-51722 (AHWS) |
|  | : |
| Debtor. | : |
|  | : |

## DECLARATION OF ADRIAN TOLSON, GENERAL MANAGER OF O.W. BUNKER NORTH AMERICA INC., IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS

---

[1] The last four digits of the debtor's taxpayer identification numbers is 7474.  The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

[2] The last four digits of the debtor's taxpayer identification numbers is 7158.  The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

[3] The last four digits of the debtor's taxpayer identification numbers is 3556.  The debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX  77057.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc.[1] | : | Case No. 14-51270 |
| | : | |
| Debtor. | : | (Joint Administration Requested) |
| | : | |

## DECLARATION OF ADRIAN TOLSON, GENERAL MANAGER OF O.W. BUNKER NORTH AMERICA INC., IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS

I, ADRIAN TOLSON, being duly sworn, depose and say:

1.      I am the General Manager of O.W. Bunker North America Inc., one of the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"). I have been employed by the Debtors and have served as the General Manager of O.W. Bunker North America Inc. since August, 2013.  In such capacity, I have become, and am, generally familiar with the Debtors' day-to-day operations, financial conditions, business affairs, and books and records.  I submit this declaration (the "Declaration") on the Debtors' behalf in conjunction with their petitions for relief under Chapter 11 and in support of the various motions and applications for order filed with the Court contemporaneously herewith (collectively the "First Day Pleadings").

2.      Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, information supplied to me by other members of the

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, Connecticut 06901.

Debtors' management team and the Debtors' advisors, or my opinion based on my experiences with and knowledge of the Debtors' operations and financial condition. In making my statements based on my review of the Debtors' books and records, relevant documents and other information prepared or collected by the Debtors' employees, I have relied upon these employees accurately recording, preparing or collecting any such documentation and other information.

3.      I am over the age of 18 and am competent to testify.

4.      I am authorized to submit this Declaration on behalf of the Debtors, and if called upon to testify, I could and would testify competently as to the veracity of the facts set forth herein.

5.      The Declaration is divided into two parts. Part I of this Declaration provides background information about the Debtors, their business operations, and the circumstances surrounding the commencement of these Chapter 11 Cases. Part II sets forth the relevant facts in support of each of the Debtors' First Day Pleadings.

**PART I**
**GENERAL BACKGROUND**

A.      <u>Chapter 11 Filings</u>

6.      On November 13, 2014 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") commencing cases (these "<u>Chapter 11 Cases</u>") thereunder.[2] The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code §§ 1107 and 1108.

---

[2] Except as otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the relevant First Day Pleadings.

B.   The Debtors' Corporate Structure

7.      The Debtors are comprised of the following three entities: (a) O.W. Bunker Holding North America Inc. ("Holding"), a Connecticut corporation; (b) O.W. Bunker North America Inc. ("North America"), a Connecticut corporation, which is wholly owned by Holding; and (c) O.W. Bunker USA Inc. ("OWB-USA"), a Texas corporation, which is wholly owned by Holding. Holding and North America maintain their principal place of business at 2 Stamford Plaza, 15th Floor, 281 Tresser Blvd., Stamford, Connecticut 06901. OWB-USA is located at 2603 Augusta Drive, Suite 440, Houston, Texas 77057.

8.      The Debtors are part of an international family of companies owned, directly or indirectly, by the global corporate parent, OW Bunker A/S, a Danish Company (the "OW Bunker Companies"). The Debtors conduct the North American operations of the O.W. Bunker Companies.

C.   Corporate Operations

9.      Prior to the events discussed in Part I.D. of this Declaration, the OW Bunker Companies were a leading global marine fuel company with approximately 7% of the marine fuel market. Founded in Aalborg, Denmark in 1980 as part of Ove Wrist, a ship chandler dating to the 1950's, the OW Bunker Companies' focused solely on distributing marine fuel. In 1992, OW Bunker opened its Singapore operations following nearly a decade of expansion limited to Scandinavia and Northern Europe. The OW Bunker Companies followed a trend of global expansion following Altor Fund II's acquisition of the Wrist Group in 2007. This expansion eventualy led to the creation of the world's largest independent bunker logistics companies with operations in 29 countries, which included some of the world's busiest and most important ports.

The OW Bunker Companies' customer base includes traditional cargo customers, such as container, bulk and tanker ships, as well as passenger cruise lines and the off-shore industry.

10.   The Debtors were part of the global growth program of the OW Bunker Companies, with OWB-USA incorporating in Texas on February 17, 2012. North America and Holding incorporated in Connecticut on November 13, 2012.

11.   Holding does not have any active operations.

12.   North America operates in the physical distribution side of the OW Bunker Companies' business. As a distributor, North America sources fuel oil from oil companies and refineries, transports and stores the fuel oil, and blends the fuel to the specifications requested by its customers. North America also sells fuel oil from barge to ships in port and at sea.

13.   OWB-USA operates on the reselling side of the OW Bunker Companies' business. As a reseller, OWB-USA manages the bunker purchasing process on behalf of a customer by choosing the most competitive offer from a physical distributor, assessing fuel quality, and delivering the product to the customer.

14.   In March 2014, OW Bunker A/S, the global corporate parent, and Altor Fund II launched an initial public offering ("IPO") of OW Bunker A/S on NASDAQ Copenhagen. Ultimately, the IPO valued OW Bunker A/S at approximately USD980 million. The IPO, arranged by Carnegie Investment Bank, Morgan Stanley, Nordea Bank AB and ABG Sundal Collier Norge ASA, was one of the largest transactions in Denmark since 2010.

D.   Reason for Filing for Chapter 11 Protection

15.   Within six months, fraud allegations and trading losses wiped out the equity in OW Bunker A/S generated by the IPO. In guidance issued on October 23, 2014, OW Bunker A/S indicated that it had "unrealized risk management" losses of USD 24.5 million due to a

"slide in oil price." *See* Ex. A, OW Bunker Interim Financial Report, Q3 2014. This piece of bad news was soon overshadowed by a November 5, 2014 announcement that increased the potential trading losses from USD 24.5 million to approximately USD 150 million. *See* Ex. B, OW Bunker Company Announcement 25/2014. On top of this, OW Bunker A/S disclosed that it had discovered suspected fraudulent activity by senior employees of its Singapore-based subsidiary, Dynamic Oil Trading, amounting to an additional USD 125 million in losses. *See id.* In light of these revelations, thirteen of the company's fifteen banks – which were owed nearly USD 750 million, refused to extend credit. The extension of credit is vital for the marine fuel market to operate. Marine fuel is purchased by the OW Bunker Companies on credit and then delivered to the customer, also on credit. The banks' abrupt close down of the credit facility resulted in a severe liquidity crisis for the Debtors and other OW Bunker Companies.

16.    NASDAQ Copenhagen suspended trading of OW Bunker A/S's shares on November 5, 2014. The following day, OW Bunker A/S announced that it had commenced an in-court restructuring of O.W. Bunker & Trading A/S and O.W. Supply & Trading A/S, two Danish subsidiaries, (collectively with OW Bunker A/S, the "Danish Entities"), at the probate court in Aalborg, Denmark. *See* Ex. C, OW Bunker Company Announcement 26/2014. The in-court restructuring failed on November 7, 2014, and the Danish Entities announced that they had filed for bankruptcy. *See* Ex. D, OW Bunker Company Announcement 27/2014. The probate court in Aalborg, Denmark entered an order declaring the Danish Entities bankrupt, and appointed legal and financial trustees to wind up the businesses. *See* Ex. E, OW Bunker Company Announcement 28/2014.

17.    With the bankruptcy of the Danish Entities, the Debtors are in an untenable position. The Debtors' vendors and creditors have refused credit, accelerated payments for

leases and other obligations, issued reclamation demands and ship arrests, and required cash upon delivery. These actions, and the termination of intercompany transfers from the Danish Entities, have precipitated the need to file these Chapter 11 Cases.

18.     These Chapter 11 Cases were commenced to maximize value for the benefits of all stakeholders. The Debtors believe these Chapter 11 Cases, including the potential pursuit of a sale of substantially all of the assets of the Debtors pursuant to section 363 of the Bankruptcy Code and prosecution of avoidance actions, is in the best interests of the Debtors' creditors and other stakeholders.

**PART II**
**EVIDENTIARY SUPPORT FOR FIRST DAY PLEADINGS**

19.     To enable the Debtors to operate effectively and to transition seamlessly into Chapter 11, the Debtors have filed the First Day Pleadings, requesting various types of immediate relief. I am familiar with the contents of each of the First Day Pleadings, and I believe that the relief sought is critical to stabilizing the Debtors' business operations, preserving value and facilitating an effective transition into Chapter 11. Moreover, absent the immediate ability to make certain essential payments or take certain actions as sought in the First Day Pleadings, I believe the Debtors estates would suffer immediate and irreparable harm.

**A.      *Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 and D. Conn. LBR 1015-1 Authorizing Joint Administration of Chapter 11 Cases***

20.     By the Joint Administration Motion, the Debtors seek entry of an order authorizing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes under the number assigned to Holding. The Debtors in these proceedings include Holding and its two subsidiaries. Holding is the direct, sole owner of North America and OWB-USA.

21.     In addition, the Debtors request (i) that an entry, as set forth in the Joint Administration motion, be made on the docket of each of the Debtors' cases (except that of

Holding), to reflect the joint administration of the Chapter 11 Cases and (ii) the Court direct that any creditor filing a proof of claim against any of the Debtors of their respective estates clearly assert its claim against the particular Debtor obligated on such claim, and not against the jointly administered Debtors.

22.    It is my understanding that jointly administering these cases will save time and money and avoid duplicative and potentially confusing filings by permitting counsel for parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases.

23.    Accordingly, on behalf of the Debtors, I respectfully submit that the Joint Administration Motion should be approved.

**B.    *Ex Parte Motion to Schedule Expedited Hearing and Limit Notice***

24.    By the Motion to Expedite, the Debtors seek entry of an order permitting a hearing on the First Day Pleadings at the Court's earliest convenience.  The relief requested in the First Day Pleadings is tailored to address those issues that are most critical for stabilizing the Debtors, maintaining orderly operations and preserving value for the unsecured creditors.

25.    In addition, the Debtors also seek to limit notice of the Motions to the Office of the U.S. Trustee, those creditors claiming a security interest or issuing a reclamation demand in any of the Debtors' assets, the twenty largest unsecured creditors of each of the Debtors, and all parties who have requested notice, in the manner set forth in the proposed order annexed hereto.

26.    Accordingly, on behalf of the Debtors, I respectfully submit that the Motion to Schedule Expedited Hearing should be approved.

C.    *Motion of Debtors for Order Under Fed. R. Bankr. 1007(c) Extending Time for Filing Schedules and Statements*

27.    By the Motion to Extend, the Debtors seek entry of an order extending the deadline on which to file their required Statements of Financial Affairs and Schedules of Assets and Liabilities by forty-five (45) days to and including January 12, 2015.

28.    The extension is necessary because of the amount of work required to complete the Schedules and Statements due to the bankruptcy filings of the Danish Entities. The Debtors relied on the Danish Entities for internal accounting, payable, and receivable functions. In preparing these Chapter 11 Cases, it became apparent to management and the Debtors' professionals that the Danish Entities have not maintained or updated the intercompany accounting systems, including payables and receivables, since October 31, 2014. The requirements for filing petitions in these Chapter 11 Cases placed a substantial burden on the Debtor's managers and employees. In order to prepare accurate schedules and statements, the Debtors will need to manually generate the necessary information. Because of the limited number of employees available to collect the information, the competing demands on those employees, the Danish Entities' bankruptcy proceedings, and the limited resources available to the Debtors, the Debtors submit there is "cause" to extend the deadline by 45 days, through and including January 12, 2015.

29.    Accordingly, on behalf of the Debtors, I respectfully submit that the Motion to Extend should be approved.

D.    *Motion of Debtors for Interim and Final Orders Under 11 U.S.C. §§105(a), 363(b), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Payment of Prepetition Taxes and Fees*

30.    By the Taxes Motion, the Debtors seek entry of an order authorizing them to pay, in their discretion, any prepetition tax and fee obligations including, without limitation, sales and

use taxes; income or gross receipts taxes; franchise taxes; net worth taxes; real and personal

property taxes; rental taxes; business licenses, qualification to do business, registration,

commercial activity or other business and occupation taxes or fees; any other types of taxes, fees,

or charges; and any penalty, interest, or similar charges (collectively, the "Taxes and Fees")

owing to certain governmental entities including federal , state and local (the "Taxing

Authorities") that will become due during the pendency of these Chapter 11 Cases.

31.     The Debtors seek the relief requested in the event and to the extent that (a) the

various taxes, regulatory fees, and related obligations that accrued prior to the Petition Date: (i)

were not paid prepetition, (ii) were not processed prepetition, or (iii) were paid in an amount that

was less than is actually owed, including amounts subsequently determined upon any audit or

otherwise to be owed for periods prior to the Petition Date; (b) any payments made prepetition

were rejected, lost or otherwise not received in full by any taxing authority, or (c) any taxes and

related obligations accrued or incurred prepetition that will become due during the pendency of

these cases in the ordinary course of business.  On an interim basis, the Debtors only seek

authorization to pay certain prepetition taxes that are currently due or will become due within 30

days of the Petition Date (the "Upcoming Taxes"), in an aggregate amount not to exceed

$75,000.

32.     The continued payment of the Taxes and Fees on their normal due dates will

ultimately preserve the resources of the Debtors' estates, thereby promoting their prospects for a

successful chapter 11 process.  If such obligations are not timely paid, the Debtors will be

required to expend time and incur attorneys' fees and that other costs to resolve a multitude of

issues related to such obligations, each turning on the particular terms of each Taxing

Authority's applicable laws, including whether (a) the obligations are priority, secured, or

unsecured in nature, (b) they are proratable or fully prepetition or postpetition and (c) penalties,

interest, attorneys' fees and costs can continue to accrue on a postpetition basis, and, if so,

whether such penalties, interest, attorneys' fees and costs are priority, secured or unsecured in

nature.

33.     Nonpayment or delayed payment of Taxes and Fees may also subject the Debtors

to efforts by certain Taxing Authorities, whether or not permissible under the Bankruptcy Code,

to revoke the Debtors' licenses and other privileges either on a postpetition or post confirmation

basis.  Moreover, certain of the Taxes and Fees may be considered to be trust funds that are not

including in property of the Debtors' estates and/or taxes as to which the Debtors' officers and

directors may be held directly or personally liable in the event of nonpayment.  In such events,

collection efforts by the Taxing Authorities would provide obvious distractions to the Debtors

and their officers and directors in their efforts to bring the Chapter 11 Cases to an expeditious

conclusion.

34.     Accordingly, on behalf of the debtors, I respectfully submit that the Taxes Motion

should be approved.

**E.    *Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 546(c)
Establishing and Implementing Exclusive and Global Procedures for Treatment of
Reclamation Claims***

35.     By the Reclamation Motion, the Debtors seek entry of an order authorizing them

to (i) establish exclusive procedures (the "Reclamation Procedures") for the treatment of all

unpaid claims seeking reclamation of goods pursuant to section 546(c) of the Bankruptcy Code

(the "Reclamation Claims") that may be asserted against the Debtors, and (ii) prohibit any Seller

(as defined in the next paragraph) from taking any other remedial action with respect to it Goods

(as defined in the following paragraph), including any effort to reclaim the same.

36.     This motion is necessary for the stability of the Debtors during the bankruptcy proceedings.  Prior to the Petition Date, and in the ordinary course of their business, the Debtors purchased on credit marine fuel and bunker oil (collectively, the "Goods").  As of the Petition Date, the Debtors were in possession of certain Goods that had been delivered to them, but for which may not have yet been invoiced and for which payment has not yet been made to the suppliers.  The Debtors have received several reclamation demands from oil supplies and shipping companies as a result of the bankruptcy of the Danish Entities.  As a result of the commencement of these Chapter 11 Cases, the Debtors may receive additional Reclamation Claims from various vendors or other parties (collectively, the "Sellers") with respect to the Goods.

37.     The Reclamation Motion is necessary to avoid piecemeal litigation that would interfere with the Debtors' efforts to preserve enterprise value and successfully reorganize.  The Debtors are seeking to establish the Reclamation Procedures for the reconciliation and allowance of Reclamation Claims.  The Debtors submit that the Reclamation Procedures will effectively and efficiently streamline the process of resolving Reclamation Claims to the benefit of the Debtors, the Sellers, and the Debtors' estates.

38.     Accordingly, on behalf of the debtors, I respectfully submit that the Reclamation Motion should be approved.

**F.     *Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 245, 363 and 364 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Authorizing Continuation of Existing Deposit Practices, and (III) Waving the Requirements of 11 U.S. C. § 345(b)***

39.     By the Business Forms Motion, the Debtors seek entry of an order (a) authorizing, but not directing, the Debtors to maintain certain of their existing bank accounts, checks and business forms as set forth in the Motion; (b) granting the Debtors a waiver of certain bank

account and related requirements of the United States Trustee to the extent such requirements are

inconsistent with the Debtors' current cash management practices; and (c) authorizing, but not

directing, the Debtors to continue to maintain and use their existing deposit practices

notwithstanding the provisions of Bankruptcy Code section 345(b), and waiving the

requirements of Bankruptcy Code section 345(b).

40.     I have been advised that a Debtor's checks and business forms are required to

have the designation "Debtor-in-Possession" and corresponding bankruptcy number printed on

all such checks and business forms.  The Debtors are seeking authorization to continue using all

checks and business forms substantially in the form existing immediately prior to the Petition

Date, without the reference to the Debtors' status as debtors in possession; provided, however,

that once the Debtors are able to practically do so, the Debtors will generate new checks to be

utilized during the pendency of the Chapter 11 Case, which checks will include a legend

referring to the Debtors as "Debtors in Possession."  To the extent necessary, the Debtors also

seek authority to use all correspondence and other business forms (including, without limitation,

letterhead, purchase orders, and invoices) without reference to the Debtors' status as debtors in

possession.

41.     Additionally, I believe that changing the Debtors' existing checks,

correspondence and other business forms would be expensive, unnecessary, and burdensome to

the Debtors' estates.  Further, such changes would be disruptive to the Debtors' business

operations and would not confer any benefit upon those dealing with the Debtors.

42.     As set forth in the Business Forms Motion, the Debtors submit that (x) they are

able to work with their current banks to ensure that this goal of separation between the

prepetition and postpetition period is observed and (y) enforcing certain of the Requirements of

the United States Trustee would disrupt the Debtors' operations and impose a financial burden on the Debtors' estates.

43.     I have been advised of the restrictions imposed by section 345(b) of the Bankruptcy Code.  To begin, closing all of the Debtors' existing Bank Accounts will, among other things, create confusion with respect to the large number of customers who currently remit payments to the Debtors via wire transfer.  The distraction and inconvenience that the Debtors' employees would experience from contacting customer and requesting changes to these long-standing practices will not only waste valuable time and resources of the Debtors at the early stages of these cases, but has the potential to create customer dissatisfaction at the very time that the Debtors are attempting to do everything in their power to protect valuable customer relationships.  Further, all of the Bank Accounts the Debtors seek to continue to use are federally insured by the FDIC (up to the applicable limit per Debtor per institution).  In addition, the Debtors do not have any excess cash to invest.  The Debtors request a waiver of the requirements of section 345(b), to the extent applicable.

44.     Accordingly, on behalf of the Debtors, I respectfully submit that the Business Forms Motion should be approved.

**G.     *Motion for Order Directing Customer Payments into a Segregated Debtor-in-possession Account***

45.     As part of its operations, North America contracts with suppliers to purchase quantities No. 6 maritime bunker fuel oil on open credit.  North America receives invoices for these purchases with payment generally due within 3 days of its receipt of the invoice.

46.     To facilitate prompt payment of the invoices North America reviews them and upon its approval, submits the invoices to its parent, O.W. Bunker Trading &Supply A/S ("OWBTS") for payment in accordance with intercompany agreements and established cash

-13-

management procedures. OWBTS normally pays the suppliers for the fuel oil by wire transfer. Title to the fuel oil remains with North America.

47.    North America then sells the fuel oil directly, or to O.W. Bunker Panama ("OW Panama") a subsidiary of OWBTS, which in turn sells it to third parties. When these sales occur, purchasers are directed (through invoices prepared at the direction of OWBTS) to make payment directly to OWBTS through designated collection accounts or a blocked, lock box type of account (collectively, the "Designated Accounts").

48.    Upon information and belief, OWBTS has entered into its own insolvency proceeding in Denmark. OWBTS has not paid for the fuel oil purchased by North America consistent with its agreement to do so and intercompany procedures. Several suppliers have asserted reclamation demands for fuel oil delivered to North America in mid to late October that were to have been paid by OWBTS. OWBTS nevertheless continues to insist that all payments from third party purchasers be directed to the designated accounts for its benefit, leaving North America with no means to pay its suppliers for fuel oil that it received from them.

49.    North America proposes that all current, future and outstanding customer invoices, as well as any receivables for fuel oil it purchased from its suppliers, be directed to a segregated Debtor-in possession account so that North America may use the funds to satisfy its creditor suppliers in this case, consistent with past practice and its agreements with OTBWS. Continued control and use the funds generated by the sales of North America fuel oil by OTBWS for its own purposes will severely prejudice North America, its estate and its creditors as there are few other sources of funds available to North America.

## CONCLUSION

Accordingly, for the reasons stated herein and in each of the First Day Pleadings, the

Debtors request that the relief sought in the First Day Pleadings be approved.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2014

Adrian Tolson
General Manager
O.W. Bunker North America Inc.

# Exhibit A

# INTERIM FINANCIAL REPORT, Q3 2014     Ⓦ **Bunker**

1 JULY – 30 SEPTEMBER 2014
Company Announcement no. 23/2014

23 October 2014

## Third quarter earnings hit by unrealised risk management loss. Full-year volume outlook lowered to focus on higher margin business

| USD million | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | |
| Volumes (million tonnes) | 8.01 | 7.82 | 22.88 | 21.27 | 29.15 |
| Gross profit | 29.0 | 59.8 | 143.7 | 155.7 | 225.1 |
| Gross profit per tonne (USD/tonne) | 3.62 | 7.65 | 6.28 | 7.32 | 7.72 |
| Profit before tax (EBT) before special items | -6.2 | 26.7 | 36.7 | 56.5 | 86.5 |
| EBT before special items per tonne (USD/tonne) | -0.77 | 3.41 | 1.60 | 2.66 | 2.97 |
| Profit for the period before special items and tax effect hereof | -5.8 | 20.7 | 27.6 | 44.0 | 68.4 |

**CEO Jim Pedersen commented:**
"Overall the third quarter result was very disappointing. The fall in the oil price in particular in September was exceptional and led to a USD 24.5 million unrealised risk management loss. The margin pressure seen in the second quarter continued, but seems to have stabilised. We reduce our full-year volume forecast in a move to focus on higher margin business."

## Third quarter 2014 highlights

- Due to the slide in oil price, in particular in September, risk management resulted in an unrealised loss of USD 24.5 million, USD 2.5 million higher than estimated in Company Announcement 22/2014 on October 7 2014.

  - Since a jump in the oil price to a 9-month high of above USD 115 (Brent) in the second half of June 2014, the oil price dropped around 20% in Q3 2014 to the lowest level in over two years. This steep fall led to market disruptions in September, and negatively affected the risk management as well as other parts of the business.

  - The oil price development included a structural change in the oil futures market from backwardation to contango. Backwardation is the predominant market structure, and the sudden structural change in late September had a negative effect on risk management.

- Marine fuel transaction volume rose 2% to 8.01 million tonnes (Q3 2013: 7.82 million tonnes). 9M 2014 volume was 22.88 million tonnes against 21.27 million tonnes in the same period 2013, an increase of 8%. Volume growth in the third quarter was below expectations, but satisfactory in a difficult market affected by a steep decline in the oil price.

- Gross profit fell to USD 29.0 million (Q3 2013: USD 59.8 million), mainly driven by the unrealised risk management loss of USD 24.5 million. 9M 2014 gross profit was USD 143.7 million against USD 155.7 million in the same period 2013.

- Gross profit per tonne fell to 3.62 USD (Q3 2013: USD 7.65 per tonne). Excluding the unrealised risk management loss gross profit per tonne was USD 6.67 in Q3 2014. 9M 2014 gross profit per tonne was USD 6.28 against USD 7.32 in the same period 2013. Excluding the unrealised risk management loss, 9M 2014 gross profit per tonne was USD 7.35. Gross profit includes interest income from trade credit.

- Profit before tax (EBT) before special items fell to USD -6.2 million (Q3 2013: USD 26.7 million). 9M 2014 EBT before special items was USD 36.7 million, down from USD 56.5 million in the same period 2013.

- Profit for the period before special items and tax effect hereof was USD -5.8 million (Q3 2013: USD 20.7 million). 9M 2014 profit for the period before special items and tax effect hereof was USD 27.6 million against USD 44.0 million in the same period 2013.
- Return on equity before special items and tax effect hereof was -10% (Q3 2013: 34%). 9M 2014 return on equity before special items and tax effect hereof was 15% against 24% in 9M 2013.

- OW Bunker reduces its expected full-year 2014 volume growth to around 6% compared to 2013 from previously approx. 10% in a move to focus on higher margin business. Company Announcement 22/2014 on October 7, 2014, implied a full-year net profit before special items of approx. USD 55 million. This included a possible reduction of the risk management loss, assuming unchanged or higher oil prices. Excluding the possible reduction of the unrealised risk management loss, net profit before special items is expected around USD 44 million. See further details of the full-year 2014 outlook on page 8.

## Appendix
Q3 2014 Investor presentation

## Conference call
OW Bunker hosts a conference call 23 October 2014 at 10.00 am CET. Presentation material will be available on www.owbunker.com approx. one hour before the call. Please use the following dial-in numbers:

+45 3272 8018 (Denmark)
+44 (0) 1452 555131 (UK/international)
+1 866 682 8490 (US – free dial-in).

## Contact for further information
Per Bech Thomsen, IR & Group Communications +45 3137 3133

## About OW Bunker A/S
OW Bunker is a leading global independent marine fuel (bunker) company founded in Denmark in 1980 with operations in 29 countries, including the world's busiest and most important ports. OW Bunker acts as a physical distributor as well as reseller of marine fuel, and operates a global fleet of approx. 30 bunker vessels. OW Bunker also provides advanced risk management solutions aimed at controlling costs, minimising risk and protecting against market fluctuations. Headquartered in Nørresundby, Denmark, OW Bunker is listed on the NASDAQ OMX Copenhagen and has over 600 employees globally.

# CONSOLIDATED FINANCIAL HIGHLIGHTS AND KEY RATIOS

| USD million | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | |
| Revenue | 4,520.9 | 4,413.1 | 13,173.1 | 12,486.2 | 16,993.1 |
| Gross profit | 29.0 | 59.8 | 143.7 | 155.7 | 225.1 |
| Special items | - | - | -11.1 | 0.1 | -3.0 |
| Profit before tax (EBT) | -6.2 | 26.7 | 25.6 | 56.6 | 83.5 |
| Profit before tax (EBT) before special items | -6.2 | 26.7 | 36.7 | 56.5 | 86.5 |
| Profit for the period before special items and tax effect hereof | -5.8 | 20.7 | 27.6 | 44.0 | 68.4 |
| Profit for the period | -5.8 | 20.7 | 17.4 | 44.1 | 63.4 |
| | | | | | |
| **BALANCE SHEET** | | | | | |
| Total non-current assets | 151.2 | 144.6 | 151.2 | 144.6 | 147.1 |
| Total current assets | 1,699.6 | 1,701.0 | 1,699.6 | 1,701.0 | 1,617.5 |
| Total assets | 1,850.8 | 1,845.6 | 1,850.8 | 1,845.6 | 1,764.6 |
| Total equity | 254.6 | 264.8 | 254.6 | 264.8 | 222.8 |
| Total non-current liabilities | 29.6 | 36.5 | 29.6 | 36.5 | 37.6 |
| Total current liabilities | 1,566.6 | 1,544.3 | 1,566.6 | 1,544.3 | 1,504.2 |
| Net working capital, including bank credit facility for working capital purposes | 141.0 | 113.4 | 141.0 | 113.4 | 122.1 |
| Net interest bearing debt | 654.3 | 505.4 | 654.3 | 505.4 | 503.7 |
| Fixed assets acquired in the year | 1.4 | 1.2 | 4.8 | 29.7 | 37.1 |
| | | | | | |
| **CASH FLOW** | | | | | |
| Cash flow from operating activities | -69.4 | -83.8 | -151.0 | -64.8 | -14.8 |
| Cash flow from investing activities | -12.0 | -1.1 | -15.3 | -29.4 | -35.9 |
| Cash flow from financing activities | -2.7 | 3.7 | -8.3 | -12.1 | -35.9 |
| Change in cash and cash equivalents | -84.1 | -81.2 | -174.7 | -106.2 | -86.7 |
| | | | | | |
| **FINANCIAL RATIOS** | | | | | |
| Gross profit per tonne (USD) (*) | 3.62 | 7.65 | 6.28 | 7.32 | 7.72 |
| Staff costs per tonne (USD) | 2.21 | 2.37 | 2.42 | 2.45 | 2.45 |
| Other external costs per tonne (USD) | 1.19 | 1.07 | 1.25 | 1.38 | 1.19 |
| EBT before special items per tonne (USD) | -0.77 | 3.41 | 1.60 | 2.66 | 2.97 |
| EBT before special items conversion ratio | -21% | 45% | 26% | 36% | 38% |
| Equity ratio | 14% | 14% | 14% | 14% | 13% |
| Return on equity (ROE) (**) | -10% | 34% | 15% | 24% | 31% |
| | | | | | |
| **OTHER KEY FIGURES** | | | | | |
| Volume (million tonnes) | 8.01 | 7.82 | 22.88 | 21.27 | 29.15 |
| Growth in volume | 2% | | 8% | | 32% |
| Number of employees, average | 642 | 611 | 626 | 595 | 594 |
| Number of employees, end of period | 645 | 619 | 645 | 619 | 622 |
| Share price end of period, DKK per share | 136.0 | n.a. | 136.0 | n.a. | n.a. |

For a definition of financial ratios refer to page 79 of the 2013 Annual Report. (*) Ratios are based on new accounting policies as described in note 1.
(**) Return on equity adjusted for special items and tax-effect hereof.

## SELECTED CONSOLIDATED FINANCIAL HIGHLIGHTS AND KEY RATIOS IN DKK

Selected financial highlights are translated into DKK as additional information - the translation is based on the average exchange rate for the income statement and the exchange rate at the balance sheet date for balance sheet items.

| DKK million | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | |
| Revenue | 25,433.6 | 24,851.3 | 72,515.2 | 70,693.2 | 95,408.6 |
| Gross profit | 163.0 | 336.7 | 808.3 | 875.7 | 1,228.8 |
| Profit before tax (EBT) | -34.6 | 150.1 | 144.0 | 318.5 | 468.8 |
| Profit before tax (EBT) before special items | -34.6 | 150.1 | 206.4 | 318.1 | 485.7 |
| Profit for the period before special items and tax effect hereof | -32.6 | 116.5 | 155.3 | 247.5 | 384.2 |
| Profit for the period | -32.9 | 116.3 | 98.1 | 248.3 | 355.9 |
| | | | | | |
| **BALANCE SHEET** | | | | | |
| Total equity | | | 1,506.2 | 1,509.9 | 1,206.0 |
| Net interest bearing debt | | | 3,870.1 | 2,882.2 | 2,726.4 |

# OPERATING AND FINANCIAL REVIEW, Q3 2014

## Volume

Volumes were 8.01 million tonnes in Q3 2014, an increase of 2% compared to Q3 2013. 9M 2014 volumes rose 8% to 22.9 million tonnes from 21.3 million tonnes in the first three quarters of 2013.

Volume growth in the third quarter was below expectations but satisfactory in a difficult market. The slide in oil prices in the third quarter has put a pressure on in particular contract volume margins. Therefore, OW Bunker has reduced its volumes based on contract business in mainly Singapore and ARA (Amsterdam, Rotterdam, Antwerp), which is the main reason for the lower than expected volume in the quarter.

**BREAKDOWN OF REVENUE (9M 2014)**



Revenue is classified geographically in respect of the place where goods were delivered.

## Income statement

### Gross profit

Gross profit was USD 29.0 million in Q3 2014, a decrease of 52% from Q3 2013. Gross profit includes interest income from trade credit, which has previously been booked as financial income. Comparison numbers have been adjusted accordingly.

9M 2014 gross profit was USD 143.7 million, down 8% from the same period in 2013.

The margin pressure seen in Q2 2014 continued in Q3 2014 and in particular in September, due to less profitable contract volumes, lower discounts from suppliers and realisation of inventories by certain market participants.

Q3 2014 gross profit was affected by unrealised losses of USD 24.5 million on fair value adjustments of risk management derivatives contracts. The unrealised loss is USD 2.5 million higher than estimated in Company Announcement 22/2014 on October 7, 2014. The main components of the risk management loss are a protection

against further oil price falls, change in the structure of the oil futures market and impact of the oil price fall in general.

The unrealised loss follows the extraordinary fall in oil prices (Brent as well as marine fuel prices), in particular during September.



As part of the risk management policy, OW Bunker hedges the commercial inventory and marine fuel transactions within an expected oil price range. Oil price fluctuations within the expected range only have a marginal effect on OW Bunker's results. When the oil price moves outside the expected range, it affects a given quarter by changes in the valuation (mark to market) of the derivative contracts used for hedging of the commercial activities.

Historically, OW Bunker has experienced unrealised losses on derivative contracts without compromising the long-term ability to grow earnings and deliver a stable gross profit per tonne on an annual basis.

**Gross profit per tonne**

As a result of the unrealised loss on risk management derivative contracts and the realised margin pressure, gross profit per tonne fell to USD 3.62 in Q3 2014, down from USD 7.65 per tonne in Q3 2013. Excluding unrealised risk management loss gross profit per tonne was USD 6.67 in Q3 2014.

9M 2014 gross profit per tonne was USD 6.28 against 7.32 in the same period 2013. 9M 2014 gross profit per tonne excluding the unrealised risk management loss was USD 7.35.

**Other external costs**

Other external costs were USD 9.5 million, up USD 0.9 million in Q3 2013. Other external costs per tonne rose to USD 1.2 from USD 1.1 in Q3 2013.

**Staff costs**

Q3 2014 staff costs decreased 5% to USD 17.7 million from Q3 2013. The decrease was primarily attributable to a reduction in bonuses due to lower earnings.

Staff costs per tonne fell to USD 2.2 from USD 2.4 in Q3 2013.

### Depreciation, amortisation and impairment

Depreciation, amortisation and impairment costs were USD 2.7 million in Q3 2014, USD 0.7 million higher than in Q3 2013. The increase was driven by payment of contingent consideration regarding prior years' investments.

### Special items

Q3 2014 special items are unchanged compared to Q2 2014. Special items for 2014 are directly linked to the listing of the company on NASDAQ OMX in March 2014. No further IPO-related one-off costs are expected.

### Net financials

Q3 2014 net financials ended at USD -5.2 million compared with USD -4.3 million in Q3 2013. The increase in net financial costs is mainly due to an increase in the average use of the credit facilities. Interest income from customers using trade credit facilities is now included in gross profit. The USD -4.3 million in Q3 2013 has thus been adjusted for interest income from trade credit.

### Profit before tax (EBT)

Profit before tax (EBT) and profit before tax and special items in Q3 2014 ended at USD -6.2 million, down from USD 26.7 million in Q3 2013 corresponding to an EBT per tonne of USD -0.8 in Q3 2014 against USD 3.4 in Q3 2013. Excluding the unrealised risk management loss EBT per tonne was USD 2.29. 9M 2014 EBT before special items fell to USD 36.7 million from USD 56.5 million in the same period 2013.

The conversion ratio (EBT before special items as % of gross profit) excluding the unrealised risk management loss was 34% in Q3 2014, down from 45% in Q3 2013.

### Income taxes

Q3 2014 income taxes were USD +0.3 million compared to USD 6.0 million (cost) in Q3 2013.

The effective tax rate was 5% against 23% in Q3 2013. The effective tax rate for 9M 2014 adjusted for non-deductible special items was 25% against 22% in the same period 2013.

The effective tax rate is impacted by the fact that part of the risk management loss does not generate a tax asset.

### Profit for the period

Q3 2014 profit for the period before special items including tax effect hereof was USD -5.8 million, down from USD 20.7 million in Q3 2013.

9M 2014 profit for the period before special items including tax effect hereof was USD 27.6 million, down from USD 44.0 million in same period 2013.

## Balance sheet

The total balance sheet at 30 September 2014 was USD 1,850.8 million compared to USD 1,764.6 million at 31 December 2013. The assets consist primarily of relatively liquid current assets, such as trade receivables and commercially hedged inventories, representing 87% of total assets as at 30 September 2014.

Trade receivables amounted to USD 1,412.8 million representing 76% of total assets. As part of OW Bunker's conservative credit risk management, more than 70% of receivables are insured.

Net working capital including the drawn bank credit facility for working capital purposes was at 30 September 2014 USD 141.0 million compared to USD 141.8 million at 30 June 2014 and USD 122.1 million at 31 December 2013.

Total equity amounted to USD 256.6 million at 30 September 2014, corresponding to an equity ratio of 14%.

Borrowings were USD 665.0 million and consist of drawn bank credit facilities for working capital purposes and vessel loans.

## Cash flows

### Cash flow from operating activities

Cash flow from operating activities was USD -69.4 million in Q3 2014 compared to USD -83.8 million in Q3 2013. Cash flow from operating activities was primarily negatively affected by reduced trade payables.

### Cash flow from investing activities

Cash flow from investing activities was USD -12.0 million in Q3 2014 compared to USD -1.1 million in Q3 2013. Investments in Q3 2014 were mainly the acquisition of Wilhelmsen Marine Fuel AS.

### Cash flow from financing

Cash flow from financing activities was USD -2.7 million in Q2 2014 against USD 3.7 million in Q2 2013.

Liquidity reserves at 30 September 2014 were USD 138.2 million, down from USD 303.2 million at December 2013. The reduction is mainly related to increased liquidity needs due to new operations, increased receivables and reduced trade payables.

## Events after the balance sheet date

On October 3, 2014 Kent Larsen was appointed
Executive Vice President and CFO, replacing Morten
Skou, who takes up a new role as Head of Strategic
Development (Company Announcement no. 21/2014).

On October 7, 2014, OW Bunker adjusted its full-year
2014 profit outlook (Company Announcement no.
22/2014). While the volume guidance of approx. 10%
growth compared to 2013 was unchanged, the outlook for
profit for the year (before special items) was revised to
around 20% lower than the result (before special items) in
2013. Previously, profit for the year (before special items)
was expected to grow at least in line with the growth in
volume.

# Outlook 2014

OW Bunker reduces its expected full-year 2014 volume growth to approx. 6% compared to 2013 from previously approx. 10%. The main reason for the lower volume forecast is that OW Bunker will avoid further margin pressure by continuing to refrain from low margin contract volume and low margin spot deals in Q4 2014.

The negative impact of the lower volume forecast is offset by higher margins than anticipated in the announcement from October 7, 2014 (Company Announcement 22/2014). A review of operations has shown that reduced margins in September to a high degree was related to one-offs and market disruption due to the falling oil price, and not caused by further underlying margin pressure. The updated outlook assumes a gross profit margin of USD 6.8 in Q4 2014, marginally above the level seen in Q3 2014 (USD 6.67 excluding the unrealised risk management loss). This means that the profit outlook, excluding a possible reduction of the unrealised risk management loss as a result of increasing oil prices, is unchanged compared to the October 7, 2014 announcement.

The estimated unrealised risk management loss of approx. USD 22 million as announced in Company Announcement 22/2014 on October 7, 2014, ended at a USD 24.5 million loss when final calculations were made. In connection with the announcement on October 7, 2014 it was furthermore stated that an unchanged or higher oil price at the end of the year could reduce the unrealised loss by around USD 10 million (USD 8 million after tax). Since then, the oil price has continued its slide, hitting an around four-year low of around USD 84 a barrel (Brent) in mid-October.

A possible reduction of the unrealised risk management loss, including the additional USD 2.5 million risk management loss, requires a Brent oil price of around USD 92 per barrel. In case of an average Brent oil price of USD 92 per barrel in Q4 2014, the unrealised risk management loss may be reduced by around USD 12.5 million (USD approx. 11 million after tax).

In case of an oil price below this level, OW Bunker does not expect a reduction of the unrealised loss in 2014. However, OW Bunker is protected against further losses than the above mentioned without additional cost to protect against further oil price falls.

In summary, full-year net profit (before special items), excluding a possible reduction of the unrealised risk management loss as a result of increasing oil prices, is expected around USD 44 million.

In case of an average oil price of USD 92 in Q4 2014, the full-year net profit (before special items) is expected around USD 55 million.

*This Interim Financial Report contains forward-looking statements. Any forward-looking statements involve known and unknown risks, uncertainties and other important factors that could cause our actual results, performance, achievements or industry results, to differ materially from any future results, performance or achievements expressed or implied by such forward-looking statements. Should one or more of these risks or uncertainties materialise, or should any underlying assumptions prove to be incorrect, our actual financial condition, cash flows or results of operations could differ materially from what is described herein as anticipated, believed, estimated or expected.*

# MANAGEMENT STATEMENT

The Board of Directors and the Executive Management have today considered and approved the Interim Financial Report of OW Bunker A/S for the period 1 July – 30 September 2014.

The Interim Financial Report, which has not been audited or reviewed by the Company auditor, has been prepared in accordance with IAS 34 "Interim Financial Reporting" as adopted by the European Union and Danish disclosure requirements for interim financial reports of listed companies.

In our opinion, the Interim Financial Report gives a true and fair view of the OW Bunker´s assets, equity, liabilities and financial position at 30 September 2014 and of the results of the Group's activities and the cash flow for the three-month period ended 30 September 2014.

We also find that the Management's Review provides a fair statement of developments in the activities and financial situation of the Group, financial results for the period, the general financial position of the Group and a description of the major risks and elements of uncertainty faced by the Group.

Nørresundby, 23 October 2014

**BOARD OF DIRECTORS**

Niels Henrik Jensen
Chairman

Søren Johansen
Deputy Chairman

Tom Behrens-Sørensen

Jakob Brogaard

Kurt K. Larsen

Petter Samlin

**EXECUTIVE MANAGEMENT**

Jim Pedersen
Chief Executive Officer

Kent Larsen
Chief Financial Officer

# APPENDIX 1: CONSOLIDATED INCOME STATEMENT

| USD '000 | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| Revenue | 4,520,880 | 4,413,070 | 13,173,094 | 12,486,213 | 16,993,102 |
| Cost of goods sold | -4,467,741 | -4,325,028 | -12,947,574 | -12,254,866 | -16,667,232 |
| Operating costs | -24,157 | -28,200 | -81,842 | -75,680 | -100,786 |
| Gross profit | 28,982 | 59,842 | 143,678 | 155,667 | 225,084 |
| Other external costs | -9,499 | -8,355 | -28,605 | -29,354 | -34,570 |
| Staff costs | -17,719 | -18,568 | -55,459 | -52,227 | -71,563 |
| Depreciation, amortisation and impairment | -2,683 | -1,942 | -7,006 | -5,590 | -7,638 |
| Special items | 0 | 0 | -11,083 | 60 | -3,008 |
| Profit before interest and tax (EBIT) | -919 | 30,977 | 41,525 | 68,556 | 108,306 |
| Financial income | 725 | 3,002 | 2,419 | 6,775 | 6,771 |
| Financial costs | -5,960 | -7,304 | -18,342 | -18,724 | -31,609 |
| Profit before tax (EBT) | -6,154 | 26,675 | 25,602 | 56,607 | 83,468 |
| Corporate income taxes | 305 | -6,000 | -8,173 | -12,476 | -20,096 |
| Profit for the period | -5,849 | 20,675 | 17,429 | 44,131 | 63,372 |
| Profit attributable to: | | | | | |
| Owners of OW Bunker A/S | -4,133 | 20,545 | 19,479 | 44,034 | 61,984 |
| Non-controlling interests | -1,716 | 130 | -2,050 | 97 | 1,388 |
| | -5,849 | 20,675 | 17,429 | 44,131 | 63,372 |
| Earnings per share of DKK 1 (USD): | | | | | |
| Earnings per share for the period | -0.1 | 3.0 | 0.7 | 6.4 | 9.0 |
| Diluted earnings per share for the period | -0.1 | 2.9 | 0.7 | 6.2 | 8.7 |

Earnings per share and diluted earnings per share decrease due to increased number of shares issued in connection with capital increases during March 2014.

Average numbers of shares were 36,771,811 in Q3 2014 (Q3 2013: 6,892,477). Numbers of shares at 30 September 2014 were 36,771,811.

# APPENDIX 2: CONSOLIDATED
# STATEMENT OF COMPREHENSIVE INCOME

| USD '000 | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| Profit for the period | -5,849 | 20,675 | 17,429 | 44,131 | 63,372 |
| **Other comprehensive income** | | | | | |
| *Items that will be reclassified subsequently to income statement:* | | | | | |
| Foreign currency translation adjustments, foreign enterprises | -2,135 | 1,769 | -918 | 2,055 | 572 |
| Cash flow hedges: | | | | | |
| Fair value adjustment of cash flow hedges | -542 | -2,963 | -386 | 109 | 7.407 |
| Reclassification adjustments for amounts recognised in income statement | 448 | 364 | 363 | 364 | 510 |
| Income tax relating to items that will be reclassified to income statement | 22 | 650 | 5 | -117 | -1.980 |
| Other comprehensive income for the period | -2,207 | -180 | -936 | 2,411 | 6.509 |
| Total comprehensive income for the period | -8,056 | 20,495 | 16,493 | 46,542 | 69,881 |
| Total comprehensive income attributable to: | | | | | |
| Owners of OW Bunker A/S | -6,340 | 20,365 | 18,543 | 46,445 | 68,493 |
| Non-controlling interests | -1,716 | 130 | -2,050 | 97 | 1,388 |
| | -8,056 | 20,495 | 16,493 | 46,542 | 69,881 |

# APPENDIX 3: CONSOLIDATED BALANCE SHEET, ASSETS

| USD '000 | 30 Sep 2014 | 30 Sep 2013 | 31 Dec 2013 |
|---|---|---|---|
| Intangible assets | 76,077 | 70,559 | 69,777 |
| Property, plant and equipment | 72,725 | 71,913 | 74,424 |
| Deferred tax asset | 1,910 | 1,811 | 2,406 |
| Other receivables | 507 | 329 | 516 |
| **Total non-current assets** | **151,219** | **144,612** | **147,123** |
| Inventories | 191,855 | 192,442 | 201,776 |
| Trade receivables | 1,412,766 | 1,354,784 | 1,354,105 |
| Receivables from related parties | - | 55,649 | - |
| Current tax | 1,831 | 1,251 | 2,475 |
| Derivatives | 42,654 | 28,119 | 9,649 |
| Other receivables | 27,049 | 37,781 | 27,215 |
| Prepayments | 12,754 | 12,620 | 8,443 |
| Cash and cash equivalents | 10,683 | 18,308 | 13,792 |
| **Total current assets** | **1,699,592** | **1,700,954** | **1,617,455** |
| **Total assets** | **1,850,811** | **1,845,566** | **1,764,578** |

# APPENDIX 3: CONSOLIDATED
# BALANCE SHEET, EQUITY AND LIABILITIES

| USD '000 | 30 Sep 2014 | 30 Sep 2013 | 31 Dec 2013 |
|---|---|---|---|
| Share capital | 6,832 | 1,256 | 1,256 |
| Reserves | -7,134 | -7,306 | -3,208 |
| Retained earnings | 257,454 | 271,098 | 225,257 |
| **Equity shareholders in OW Bunker A/S** | **257,152** | **265,048** | **223,305** |
| Non-controlling interests | -2,520 | -256 | -490 |
| **Total equity** | **254,632** | **264,792** | **222,815** |
| Borrowings | 24,691 | 30,876 | 29,251 |
| Deferred tax liabilities | 4,346 | 2,287 | 4,785 |
| Provisions | 563 | 668 | 668 |
| Other payables | 0 | 2,646 | 2,846 |
| **Total non-current liabilities** | **29,600** | **36,478** | **37,550** |
| Borrowings | 640,262 | 492,867 | 468,704 |
| Payables to related parties | 0 | 13,423 | 567 |
| Provisions | 506 | 206 | 206 |
| Derivatives | 29,568 | 3,897 | 11,890 |
| Trade payables | 839,853 | 934,868 | 947,542 |
| Current tax | 20,000 | 20,961 | 18,284 |
| Other payables | 36,390 | 78,073 | 57,020 |
| **Total current liabilities** | **1,566,579** | **1,544,295** | **1,504,213** |
| **Total liabilities** | **1,596,179** | **1,580,773** | **1,541,763** |
| **Total equity and liabilities** | **1,850,811** | **1,845,565** | **1,764,578** |

# APPENDIX 4: CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

| USD '000 | | | Reserves | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Share capital | Hedging reserve | Foreign currency translation reserve | Treasury shares | Retained earnings | Equity attributable to owners of OW Bunker A/S | Non-controlling interests | Total equity |
| 1 January 2014 | 1,256 | -264 | -2,944 | - | 225,257 | 223,305 | -490 | 222,815 |
| Profit for the period | - | - | - | - | 19,479 | 19,479 | -2,050 | 17,429 |
| Other comprehensive income | - | -18 | -918 | - | - | -936 | - | -936 |
| Total comprehensive income for the period | - | -18 | -918 | - | 19,479 | 18,543 | -2,050 | 16,493 |
| Increase of share capital | 5,576 | - | - | - | 13,955 | 19,531 | - | 19,531 |
| Transaction cost of equity transactions | - | - | - | - | -1,414 | -1,414 | - | -1,414 |
| Income tax relating to transaction cost of equity | - | - | - | - | 21 | 21 | - | 21 |
| Purchase of treasury shares | - | - | - | -3,686 | - | -3,686 | - | -3,686 |
| Sale of treasury shares | - | - | - | 696 | 156 | 852 | - | 852 |
| Minority adjustments | - | - | - | - | - | - | 20 | 20 |
| Transactions with shareholders | 5,576 | - | - | -2,990 | 12,718 | 15,304 | 20 | 15,324 |
| Total at 30 September 2014 | 6.832 | -282 | -3.862 | -2.990 | 257,454 | 257,152 | -2,520 | 254,632 |
| 1 January 2013 | 1,256 | -6,201 | -3,516 | - | 227,064 | 218,603 | -362 | 218,241 |
| Profit for the year | - | - | - | - | 44,034 | 44,034 | 97 | 44,131 |
| Other comprehensive income | - | 334 | 2,077 | - | - | 2,411 | - | 2,411 |
| Total comprehensive income for the period | - | 334 | 2,077 | - | 44,034 | 46,445 | 97 | 46,542 |
| Minority adjustments | - | - | - | - | - | - | 9 | 9 |
| Transactions with shareholders | - | - | - | - | - | - | 9 | 9 |
| Total at 30 September 2013 | 1,256 | -5,867 | -1,439 | - | 271,098 | 265,046 | -256 | 264,792 |

Treasury shares are purchased in connection with an expected employee share offering as described in in the prospectus published in connection with the IPO.

| | |
|---|---|
| Share capital (DKK) | 36,771,811 |
| Number of shares | 36,771,811 |
| Share classes | one class |
| ISIN code | DK0060548386 |

# APPENDIX 5: CONSOLIDATED CASH FLOW STATEMENT

| USD '000 | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| Profit before interest and tax (EBIT) | -919 | 31,808 | 41,525 | 68,556 | 102,005 |
| Depreciation, amortisation and impairment | 2,683 | 1,942 | 7,006 | 5,590 | 7,638 |
| Other non-cash movements | -935 | -83 | 468 | -53 | 2,946 |
| | 829 | 33,667 | 48,999 | 74,093 | 112,589 |
| | | | | | |
| Interest received | 0 | 3,002 | 1,694 | 6,772 | 13,072 |
| Interest paid | -6,138 | -7,304 | -18,521 | -18,724 | -31,609 |
| | | | | | |
| Adjustments: | | | | | |
| Changes in working capital | -63,070 | -110,365 | -177,463 | -124,319 | -96,646 |
| Income taxes paid | -1,031 | -2,776 | -5,735 | -2,618 | -12,238 |
| Cash flow from operating activities | -69,410 | -83,776 | -151,026 | -64,796 | -14,832 |
| | | | | | |
| Purchase of intangible assets | -8 | - | -249 | -18 | -37 |
| Purchase of property, plant and equipment | -1,372 | -1,239 | -4,509 | -29,647 | -37,050 |
| Sale of property, plant and equipment | - | 124 | - | 314 | 1,157 |
| Acquisition of subsidiaries, net of cash acquired | -10,582 | - | -10,582 | - | - |
| Cash flow from investing activities | -11,962 | -1,115 | -15,340 | -29,351 | -35,930 |
| | | | | | |
| Proceeds from borrowings | - | 1,502 | - | 25,595 | 21,428 |
| Repayment of borrowings | -2,711 | -1,341 | -23,017 | -23,547 | -22,226 |
| Proceeds from finance arrangements with related parties | - | 1,898 | - | 13,423 | 28,645 |
| Repayment to finance arrangements with related parties | - | 1,599 | -567 | -27,571 | - |
| Purchase of treasury shares | - | - | -3,686 | - | - |
| Disposal of treasury shares | - | - | 850 | - | - |
| Paid in share capital | - | - | 19,531 | - | - |
| Special items expensed in equity | - | - | -1,414 | - | - |
| Proceeds from carved out entities | - | - | - | - | 161,105 |
| Repayment of share premium and buy-back of shares | - | - | - | - | -224,896 |
| Cash flow from financing activities | -2,711 | 3,658 | -8,303 | -12,100 | -35,944 |
| | | | | | |
| Change in cash and cash equivalents | -84,083 | -81,233 | -174,669 | -106,247 | -86,706 |
| | | | | | |
| Cash and cash equivalents as of beginning of period | -539,508 | -387,284 | -448,857 | -362,244 | -362,244 |
| Currency exchange gain/loss on cash and cash equivalents | 65 | 12 | 0 | -14 | 93 |
| Total cash and cash equivalents at end of period | -623,526 | -468,505 | -623,526 | -468,505 | -448,857 |
| | | | | | |
| **Cash and cash equivalents** | | | | | |
| Cash and cash equivalents | | | 10,683 | 18,308 | 13,792 |
| Drawn bank credit facilities | | | -634,209 | -486,813 | -462,649 |
| Total | | | -623,526 | -468,505 | -448,857 |

Drawn bank credit facilities are included in borrowings. Borrowings consist of bank credit facilities and vessel loans.

# APPENDIX 6: NOTES TO
# THE CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 1 ACCOUNTING POLICIES

The Interim Financial Report has been presented in accordance with IAS 34 "Interim Financial Reporting" as adopted by the European Union and Danish disclosure requirements for listed companies.
Due to the corporate restructuring as described in the Annual Report 2013 note 30, the Group was not formally structured with bunker business as the only activity in the first three quarters of 2013. However, in order to give a true and fair picture of the Group, and similar to the Annual Report of 2013, only the bunker business is included in the comparable figures.

Presentation of revenue has been changed compared to the interim financial report for Q2 2014 and the 2013 consolidated financial statements. All consideration from customers within 120 days of delivery is now considered as a part of the revenue which defers from the prior accounting policies where a part of the consideration was considered as a financial income depending on the terms of the single client. The change has been incorporated in the income statement for both 2013 and 2014 causing the following:

- USD 3.6 million increased revenue and gross profit for Q3 2014,
- USD 12.4 million increased revenue and gross profit for 2014
- USD 2.1 million increased revenue and gross profit for Q3 2013.
- USD 3.4 million increased revenue and gross profit for Q1 to Q3 2013.

Financial income has decreased the same amounts for the corresponding periods. The change of accounting principles has no effect on the profit, assets, liabilities or equity for any period.

The accounting policies applied are consistent with those applied in the 2013 consolidated financial statements besides the change described above. The 2013 consolidated financial statements provide a full description of the accounting policies applied.

## NOTE 2 ACCOUNTING ESTIMATES AND JUDGEMENTS

For the preparation of the Interim Financial Report, Management makes various accounting estimates and judgements that affect the application of accounting policies and the recognition of assets, liabilities and income and expense items. Actual operating results may deviate from such estimates. Critical accounting estimates and judgements relates primarily to goodwill, property, plant and equipment, trade receivables and special items and are consistent with those applied in the 2013 consolidated financial statements.

## NOTE 3 REVENUE

Revenue is classified geographically in respect of the place where goods were delivered

| USD '000 | Q3 2014 | Q3 2013 | 9M 2014 | 9M 2013 | 2013 |
|---|---|---|---|---|---|
| Denmark | 82,521 | 117,152 | 355,833 | 422,145 | 527,245 |
| Northern Europe (other than Denmark) | 1,497,934 | 1,471,802 | 4,291,624 | 4,337,651 | 5,676,493 |
| Southern Europe | 271,867 | 263,595 | 735,459 | 815,643 | 1,075,628 |
| Singapore | 1,302,194 | 1,380,461 | 3,865,598 | 3,388,422 | 4,832,759 |
| Asia (other than Singapore) | 660,954 | 631,230 | 2,028,813 | 1,874,473 | 2,634,475 |
| Middle East and Africa | 220,212 | 194,042 | 608,430 | 594,734 | 788,436 |
| Americas | 485,198 | 354,788 | 1,287,337 | 1,053,145 | 1,451,766 |
| **Total** | **4,520,880** | **4,413,070** | **13,173,094** | **12,486,213** | **16,986,802** |

# APPENDIX 6: NOTES TO
# THE CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 4  FAIR VALUE HIERARCHY – FINANCIAL INSTRUMENTS MEASURED AT FAIR VALUE**
To increase consistency and comparability in fair value measurements IFRS establishes a fair value hierarchy that
categorises into three levels. The fair value hierarchy gives the highest priority to quoted prices (unadjusted) in active
markets for identical assets or liabilities (Level 1 inputs) and (unadjusted) in active markets for identical assets or
liabilities (Level 1 inputs) and the lowest priority to unobservable inputs (Level 3 inputs).

Financial instruments measured at fair value comprise only derivatives and can be specified as follows:

Level 1 – Quoted prices (unadjusted) in active markets for identical assets or liabilities;

Level 2 – Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either
directly (i.e. as prices) or indirectly (i.e. derived from prices). To a large extent level 2 is based on observable quoted
prices, however, in some instances forward prices are not observable. In these situations we use the most liquid forward
curves and derive a spread to the specific location.  For options theoretical pricing models with implied volatilities from
Ice (option smile) are used to calculated market prices.
These valuation techniques maximise the use of observable market data where it is available and rely as little as
possible on entity specific estimates. If all significant inputs required to calculate the fair value of an instrument are
observable, the instrument is included in Level 2;

Level 3 – Inputs for the asset or liability that are not based on observable market data.

Our derivatives are classified in the fair value hierarchy as follows on the next page:

# APPENDIX 6: NOTES TO
# THE CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 4 (CONTINUED)

| USD '000 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **30 September 2014** | | | | |
| **Financial assets** | | | | |
| Risk management portfolio and commercial hedging | - | 42,654 | - | **42,654** |
| | - | 42,654 | - | **42,654** |
| **Offsetting** | | | | |
| Margin deposits | | | | - |
| **Total at 30 September** | | | | **42,654** |
| | | | | |
| **Financial liabilities** | | | | |
| Risk management portfolio and commercial hedging | -15,954 | -13,614 | - | **-29,568** |
| Derivatives used for hedging | - | - | - | **-** |
| **Total at 30 September** | **-15,954** | **-13,614** | **-** | **-29,568** |
| **Offsetting** | | | | |
| Margin deposits | | | | - |
| **Total at 30 September** | | | | **-29,568** |

| USD '000 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **31 December 2013** | | | | |
| **Financial assets** | | | | |
| Risk management portfolio and commercial hedging | 25,880 | 9,243 | - | **35,123** |
| | 25,880 | 9,243 | - | **35,123** |
| **Offsetting** | | | | |
| Margin deposits | | | | -25,474 |
| **Total at 31 December 2013** | | | | **9,649** |
| | | | | |
| **Financial liabilities** | | | | |
| Risk management portfolio and commercial hedging | -249 | -11,289 | - | **-11,538** |
| Derivatives used for hedging | - | -352 | - | **-352** |
| **Total at 31 December 2013** | **-249** | **-11,641** | **-** | **-11,890** |

| USD '000 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **30 September 2013** | | | | |
| **Financial assets** | | | | |
| Risk management portfolio and commercial hedging | 20,599 | 7,520 | - | **28,119** |
| **Total at 30 September 2013** | **20,599** | **7,520** | **-** | **28,119** |
| | | | | |
| **Financial liabilities** | | | | |
| Risk management portfolio and commercial hedging | - | -3,897 | - | **-3,897** |
| Derivatives used for hedging | - | - | - | **-** |
| | - | -3,897 | - | **-3,897** |
| **Offsetting** | | | | |
| Margin deposits | | | | - |
| **Total at 30 September 2013** | | | | **-3,897** |

Level 1 consist of commodity swaps (exchange) and commodity futures (exchange).
Level 2 consist of commodity swaps (OTC), fixed price physical, options, currency swaps, forward exchange contracts and interest swaps.
There have been no transfers between level 1 and level 2 in the fair value hierarchy.

# APPENDIX 6: NOTES TO
# THE CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 5

On 1st July 2014, the Group acquired 100% of the share capital and voting rights of Wilhelmsen Marine Fuel AS, a leading marine bunker broker company in Norway with offices in UK and Singapore, for a total consideration of USD 10.6 million.

As a result of the acquisition, the group is expected to increase its presence in the broker market worldwide. The goodwill arising from the acquisition mainly arises from employee traders. The goodwill is not expected to be deductible for tax purposes.

The following table summarises the consideration paid for Wilhelmsen Marine Fuel AS, the fair value of assets acquired and liabilities assumed at the acquisition date:

| USD '000 | 1 July 2014 |
|---|---|
| Assets acquired and liabilities recognised at the date of acquisition: | |
| | |
| *Current assets* | |
| Cash and cash equivalents | 3,289 |
| Trade receivables | 4,041 |
| Other receivables | 128 |
| | |
| *Non-current assets* | |
| Property, plant and equipment | 122 |
| Other receivables | 152 |
| Financial assets | 0 |
| *Current liabilities* | |
| Trade creditors | -3,201 |
| Other payables | -962 |
| | |
| **Total allocation to net assets** | **3,569** |
| | |
| Goodwill arising on acquisition | **7,013** |
| **Total purchase price allocation** | **10,582** |

Acquisition-related costs of USD 0.2 million have been charged to other expenses in the consolidated income statement for the year ending 31 December 2014

Included in the group profit is 0.3 mUSD and included in the group revenue is 17.7 mUSD for Q3 attributable to the additional business generated by Wilhelmsen Marine Fuel AS.

# Exhibit B



**COMPANY ANNOUNCEMENT**
5 November 2014
No. 25/2014

### FRAUD IN SINGAPORE SUBSIDIARY

### ADDITIONAL SIGNIFICANT RISK MANAGEMENT LOSS

The senior management of OW Bunker has today been informed about a fraud committed by senior employees in the Singapore-based subsidiary Dynamic Oil Trading (DOT). The case is under investigation. The extent of the fraud is not yet clear, but preliminary findings suggest a potential loss of around USD 125 million.

Isolated from the above, a review of OW Bunker's risk management contracts has revealed a significant risk management loss in addition to the loss of USD 24.5 million announced on October 23, 2014 (Company Announcement 23/2014). As of today, the mark to market loss is around USD 150 million.

In order to reduce risk management exposure to an absolute minimum level, risk management contracts are currently being unwound.

Head of Risk Management and EVP Jane Dahl Christensen has as a consequence of the risk management loss been dismissed with immediate effect.

The above events affects OW Bunker's operations and credit facilities. OW Bunker is currently in discussions with the syndicate banks. OW Bunker will inform the market further as soon as possible.

For further information, please contact:

Niels Henrik Jensen, Chairman of the Board of Directors, tel.: +45 20 23 21 88

Jim Pedersen, CEO OW Bunker, tel. +45 98 12 72 77

*This announcement contains forward-looking statements. Any forward-looking statements involve known and unknown risks, uncertainties and other important factors that could cause our actual results, performance, achievements or industry results, to differ materially from any future results, performance or achievements expressed or implied by such forward-looking statements. Should one or more of these risks or uncertainties materialise, or should any underlying assumptions prove to be incorrect, our actual financial condition, cash flows or results of operations could differ materially from what is described herein as anticipated, believed, estimated or expected.*

*In the event of any discrepancy between the Danish and the English version of this announcement, the English version shall prevail.*

**About OW Bunker**
OW Bunker is a leading global independent marine fuel (bunker) company founded in Denmark in 1980 with operations in 29 countries, including the world's busiest and most important ports. OW Bunker acts as a physical distributor as well as reseller of marine fuel, and operates a global fleet of around 30 bunker

**Bunker**

vessels. Read more on www.owbunker.com

# Exhibit C



**COMPANY ANNOUNCEMENT**
6 November 2014
No. 26/2014

### COMMENCEMENT OF IN-COURT RESTRUCTURING PROCEDURE IN TWO SUBSIDIARIES

Following the announcement on November 5, 2014 (company announcement 25/2014) regarding fraud in Singapore and significant risk management loss, the board of directors regrets that it has not been able to find a solution with the syndicate banks. On this basis, it has been decided to file for commencement of in-court restructuring procedure in the subsidiaries O.W. Bunker & Trading A/S and O.W. Supply & Trading A/S at the probate court in Aalborg. The main operational activities of the group are located in these companies, which are expected to be insolvent.

The purpose of the in-court restructuring procedure is to establish an overview of whether a basis for continued operations of the companies can be established, including a basis for injecting further capital or other similar solution.

For the time being, the financial impact cannot be assessed, however, it must be assumed that the group's equity is lost.

In court restructuring procedure is aimed at debtors who are insolvent but where there is a chance that all or part of the debtor's business may be able to continue operations after the completion of a restructuring. The procedure is intended to provide a tool for management and creditors alike, offering the possibility of rescuing an insolvent business, and thereby preserving its assets, rather than proceeding straight to the filing of a bankruptcy petition.

For further information, please contact:

Niels Henrik Jensen, Chairman of the Board of Directors, tel.: +45 20 23 21 88

Jim Pedersen, CEO OW Bunker, tel.: +45 98 12 72 77

*This announcement contains forward-looking statements. Any forward-looking statements involve known and unknown risks, uncertainties and other important factors that could cause our actual results, performance, achievements or industry results, to differ materially from any future results, performance or achievements expressed or implied by such forward-looking statements. Should one or more of these risks or uncertainties materialise, or should any underlying assumptions prove to be incorrect, our actual financial condition, cash flows or results of operations could differ materially from what is described herein as anticipated, believed, estimated or expected.*

*In the event of any discrepancy between the Danish and the English version of this announcement, the English version shall prevail.*

**About OW Bunker**
Read more on www.owbunker.com

# Exhibit D



COMPANY ANNOUNCEMENT
7 November 2014
No. 27/2014

### OW BUNKER FILES FOR BANKRUPTCY

Following the announcement on November 6, 2014 (company announcement 26/2014) regarding in-court restructuring procedures in the subsidiaries O.W. Bunker & Trading A/S and O.W. Supply & Trading A/S at the probate court in Aalborg, the board of directors and management deeply regret to inform that it has not been possible to find a sustainable solution. As a consequence, OW Bunker A/S, O.W. Bunker & Trading A/S and O.W. Supply & Trading A/S file for bankruptcy.

As a result of the internal investigation it has been decided to report two key employees in the Singapore-based subsidiary Dynamic Oil Trading (DOT) to the police pursuant to section 299 of the Danish penal code and to relieve them of duty immediately.

Chairman of the Board of Directors, Niels Henrik Jensen said:
"Since the credit facility was closed down on Wednesday, the underlying business has eroded significantly. The banks hold mortgage over all receivables and consequently, without the provision of new, significant credit facilities in the immediate future, it is not possible to save the remaining business. It is now clear that such facilities will not be made available. Nor is a sale as going concern a realistic option. We are therefore left with no option but to file for bankruptcy. On behalf of the entire board of directors and management, we deeply regret this outcome and the consequences affecting the company, its employees, shareholders and business partners."

The actual bankruptcy will be filed as soon as possible to the probate court in Aalborg.

# Exhibit E



**COMPANY ANNOUNCEMENT**
7 November 2014
No. 28/2014

## BANKRUPTCY ORDER ISSUED

In continuation of company announcement no. 27/2014, the probate court in Aalborg has now issued bankruptcy order in OW Bunker A/S. Pernille Bigaard, Plesner and John Sommer Schmidt, Gorrissen Federspiel have been appointed as trustees of the bankruptcy estate.