**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| O.W. Bunker Holding North America Inc.,[1] | : | Case No. 14-51720 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker North America Inc.,[2] | : | Case No. 14-51721 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker USA Inc.,[3] | : | Case No. 14-51722 (AHWS) |
| Debtor. | : | |

### *AMENDED* CONSOLIDATED LIST OF CREDITORS
### HOLDING TWENTY-ONE (21) LARGEST UNSECURED CLAIMS

Following is the ***amended*** consolidated list of the above-captioned Debtors' creditors holding the 21 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 21 largest claims. The information contained herein

---

[1] The last four digits of the debtor's taxpayer identification numbers is 7474. The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.
[2] The last four digits of the debtor's taxpayer identification numbers is 7158. The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.
[3] The last four digits of the debtor's taxpayer identification numbers is 3556. The debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX 77057.

3793397v1

shall not constitute an admission of liability by, nor shall it be binding on, the Debtors. The information contained herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' rights to contest the validity, priority or amount of any claim.

|   | *(1)* Name of creditor and complete mailing address, including zip code | *(2)* Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim (trade debt, bank loan, government contract, etc.) | *(4)* Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | *(5)* Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| **1.** | NuStar Energy L.P. Corporate Headquarters Brad Barron President & CEO 19003 IH-10 West San Antonio, TX 78257 United States | Andy Downs Director Supply and Trading NuStar Energy L.P. Direct: 210-918-2057 Fax: 210-918-7077 Cell: 210-485-8133 E-Mail: andy.downs@nustarenergy.com<br><br>Zach Stansbury Supply and Trading NuStar Energy L.P. Direct: 210-918-2155 Cell: 210-848-8221 F: 210-918-5447 Zach.Stansbury@nustarenergy.com Bunkers@nustarenergy.com | Trade Debt | Disputed | $20,572,025.20 |
| **2.** | Phillips 66 Company Greg C. Garland Chairman and CEO 3010 Briarpark Drive Houston, TX 77042 United States | Charles Murphy, III| Phillips 66 Commercial Credit Risk 600 N. Dairy Ashford, CH-02-2004B Houston, TX 77079 Phone: +1 832-765-3966 Fax: +1 832-765-0448 Charles.Murphy@p66.com<br><br>Trevor Green West Coast Bunkers 600 N. Dairy Ashford Rd Houston, TX 77252 P: (832) 765-3104 M: (281) 546-6739 Romulo.Monsalve@p66.com | Trade Debt | Disputed | $12,883,429.45 |

3793397v1

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | (5) Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 3. | Tesoro Marine Services Suite 100, 3450 South 344th Way Auburn, WY  98001 United States | Heavy Oil Marketing Representative SLC Decant/PNW Bunkers (Marine Fuel) Tesoro Companies, Inc. – San Antonio, TX<br><br>Megan.R.Vliet@tsocorp.com Group Email: Bunkers@tsocorp.com (Please copy on all Decant and Bunkers correspondence) Office: (210) 626-6610 Cell: (512) 363-6684 Fax: (210) 446-3855<br><br>Alexandra Liberato Heavy Oil Marketing Representative Tesoro Companies, Inc. Cell: (832) 341-7776 Office: (210) 626-6708 Email: Alexandra.R.Liberato@tsocorp.com Group Email: Bunkers@tsocorp.com | Trade Debt | Disputed | $2,203,408.45 |
| 4. | Bomin Bunker Oil Corporation Gene Owen President 333 Clay St. Suite 2400 Houston, TX  77002 United States | Bomin Bunker Oil Corporation Gene Owen President 333 Clay St. Suite 2400 Houston, TX  77002 United States<br><br>Phone: (713) 353-9516 Email: gowen@bominbunkers.com | Trade Debt | Disputed | $1,350,867.01 |
| 5. | Global Companies LLC Brett McDonald and Jeff Mansfield 800 South Street Suite 200 Waltham, MA  02454 United States | Dana Fraktman Karson Gillespie V.P. Marine Fuel Oil Supply & Trading Work: 781-398-4380 Cell: 781-929-3258 Email: dfraktman@globalp.com KGillespie@globalp.com | Trade Debt | Disputed | $1,293,115.00 |

3793397v1

|   | *(1)*<br><br>*Name of creditor and complete mailing address, including zip code* | *(2)*<br><br>*Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)*<br><br>*Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff* | *(5)*<br><br>*Amount of Claim (if secured also state value of security)* |
|---|---|---|---|---|---|
| 6. | CEPSA (Panama) S.A.<br>Pedro Miro<br>Chief Executive Officer<br>Dresdner Bank, Sixth Floor<br>Calle 50<br>Panama City<br>Panama | CEPSA (Panama) S.A.<br>Pedro Miro<br>Chief Executive Officer<br>Dresdner Bank, Sixth Floor<br>Calle 50<br>Panama City<br>Panama<br><br>Phone: 00 507 214 9601<br>Fax: 00 507 214 8300<br>Email: bunker@cepsapanama.com | Trade Debt | Disputed | $1,207,324.36 |
| 7. | PACRIM Petroleum Inc.<br>Thomas W Pressler<br>President<br>774 Mays Blvd., 10-325<br>Incline Village, NV  89451<br>United States | PACRIM Petroleum Inc.<br>Thomas W Pressler<br>President<br>774 Mays Blvd., 10-325<br>Incline Village, NV  89451<br>United States<br><br>Phone: 916-990-4007<br>Email: tpressler.pacrimpetroleum@gmail.com | Trade Debt | Disputed | $1,204,366.03 |
| 8. | Martin Energy Services LLC<br>Damon King / George Dodgen<br>Chief Operating Officer  / Sr. Vice President<br>Three Riverway, Suite 400<br>Houston, TX  77056<br>United States | Martin Energy Services LLC<br>Damon King / George Dodgen<br>Chief Operating Officer  / Sr. Vice President<br>Three Riverway, Suite 400<br>Houston, TX  77056<br>United States<br><br>Phone: (713) 350-6831;<br>(713) 350-6805<br>Email: chris.booth@martinmlp.com | Trade Debt | Disputed | $1,178,101.44 |
| 9. | Chevron Marine Products LLC<br>George Pence<br>6001 Bollinger Canyon Road<br>Bldg. L Third Floor<br>San Ramon, CA  94583<br>United States | Chevron Marine Products LLC<br>George Pence<br>6001 Bollinger Canyon Road<br>Bldg. L Third Floor<br>San Ramon, CA  94583<br>United States<br><br>Phone: (925) 842-3790<br>Email: gmpuswcsal@chevron.com | Trade Debt | Disputed | $1,100,928.03 |

3793397v1

| | (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | (5)<br><br>Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 10. | O'Rourke Marine Services<br>Dennis O'Rourke<br>Chief Executive Officer<br>223 McCarty Street<br>Houston, TX  77029<br>United States | O'Rourke Marine Services<br>Dennis O'Rourke<br>Chief Executive Officer<br>223 McCarty Street<br>Houston, TX  77029<br>United States<br><br>Phone: (713) 672-4500<br>Fax: (713) 672-9425<br>Email: ryoung@orpp.com<br>jssimms@simmsshowers.com | Trade Debt | Disputed | $1,089,294.04 |
| 11. | Demenno/Kerdoon<br>Jim Ennis<br>Chief Operating Officer<br>1300 S. Santa Fe Avenue<br>Compton, CA  90221<br>United States | Demenno/Kerdoon<br>Jim Ennis<br>Chief Operating Officer<br>1300 S. Santa Fe Avenue<br>Compton, CA  90221<br>United States<br><br>Phone: (310) 886-3400<br>Fax:  (310) 639-2946<br>Email: lrivera@asbury.env.com | Trade Debt | Disputed | $660,463.33 |
| 12. | Lunday-Thagard Company<br>Austin Miller<br>Chief Operating Officer<br>9302 Garfield Avenue<br>South Gate, CA  90280-1519<br>United States | Lunday-Thagard Company<br>Austin Miller<br>Chief Operating Officer<br>9302 Garfield Avenue<br>South Gate, CA  90280-1519<br>United States<br><br>Phone: (562) 928-7000<br>Fax:  (562) 928-4032<br>Email: johnh@worldoil.net | Trade Debt | Disputed | $658,480.21 |
| 13. | Westoil<br>910 SW Spokane St.<br>Seattle, WA  98134<br>United States | Westoil<br>910 SW Spokane St.<br>Seattle, WA  98134<br>United States<br><br>Phone: (206) 628-0021<br>Fax:  (206) 628-0293<br>Email: billing@harleymarine.com<br>cc: SParry@harleymarine.com<br><br>(number no longer in service, referred to Harley Marine Services) | Trade Debt | Disputed | $474,333.87 |

3793397v1

|  | *(1)*<br><br>*Name of creditor and complete mailing address, including zip code* | *(2)*<br><br>*Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)*<br><br>*Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff* | *(5)*<br><br>*Amount of Claim (if secured also state value of security)* |
|---|---|---|---|---|---|
| 14. | VOPAK<br>Kim Furrh and Michael Patton<br>2759 Independence Parkway South<br>Deer Park, TX  77536<br>United States | VOPAK<br>Kim Furrh and Michael Patton<br>2759 Independence Parkway South<br>Deer Park, TX  77536<br>United States<br><br>Phone: (281) 604-6028;<br>(281) 604-6107<br>Email: kim.furrh@vopak.com;<br>michael.patton@vopak.com | Trade Debt | Disputed | $380,680.00 |
| 15. | Atlantic Gulf Bunkering<br>John T. Canal<br>Manager<br>110 Beauregard Street<br>Suite 300<br>Mobile, AL  36602<br>United States | Atlantic Gulf Bunkering<br>John T. Canal<br>Manager<br>110 Beauregard Street<br>Suite 300<br>Mobile, AL  36602<br>United States<br><br>Phone: (251) 253-3812<br>Email: kirk@agbllc.com | Trade Debt | Disputed | $348,477.12 |
| 16. | Chemoil Corporation<br>Thomas K. Reilly<br>Chief Executive Officer<br>Four Embarcadero Center<br>34th Floor<br>San Francisco, CA  94111<br>United States | Chemoil Corporation<br>Thomas K. Reilly<br>Chief Executive Officer<br>Four Embarcadero Center<br>34th Floor<br>San Francisco, CA  94111<br>United States<br><br>Phone: (415) 268-2740<br>Fax:  (415) 449-3695<br>Email: sfmarketing@chemoil.com | Trade Debt | Disputed | $341,978.31 |
| 17. | MIECO<br>Masahiro Zack Yamazaki<br>Chief Executive Officer<br>Shoreline Square<br>301 East Ocean Blvd, Suite 1100<br>Long Beach, CA  90802<br>United States | MIECO<br>Masahiro Zack Yamazaki<br>Chief Executive Officer<br>Shoreline Square<br>301 East Ocean Blvd, Suite 1100<br>Long Beach, CA  90802<br>United States<br><br>Phone: (973) 733-2771<br>Email: bshapiro@mieco.com | Trade Debt | Disputed | $296,137.84 |

3793397v1

| | (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | (5)<br><br>Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 18. | Harley Marine<br>Harley Franco<br>Chairman and CEO<br>910 SW Spokane St.<br>Seattle, WA 98134<br>United States | Harley Marine<br>Harley Franco<br>Chairman and CEO<br>910 SW Spokane St.<br>Seattle, WA 98134<br>United States<br><br>Phone: (310) 629-4948<br>Fax: (206) 628-0293<br>Email: billing@harleymarine.com<br>cc: SParry@harleymarine.com | Trade Debt | Disputed | $158,956.14 |
| 19. | Marine Petrobulk Ltd.<br>Tony Brewster General Manager<br>Ten Pemberton Avenue<br>N. Vancouver, BC V7P2R1<br>Canada | Marine Petrobulk Ltd.<br>Tony Brewster General Manager<br>Ten Pemberton Avenue<br>N. Vancouver, BC V7P2R1<br>Canada<br><br>Phone: (604) 987-4415<br>Fax: (604) 987-3824<br>Email: bunkers@marinepetro.com | Trade Debt | Disputed | $155,926.58 |
| 20. | Triton Energy of Panama<br>Avenida Samuel Lewis<br>Edificio Plaza Obarrio, Suite 109<br>P.O. Box 87-4777<br>Panama City Zona 7<br>Panama | Gaston R. Arellano<br>Triton Energy Agents, Inc.<br>Email:<br>gaston@tritonpa.com<br>gastonra@att.blackberry.net<br>Ofc - (305) 864 6004<br>Fax - (305) 864 6044<br>Cell- (305) 282 2602 | Trade Debt | Disputed | $150,432.67 |
| 21. | P.M.I. Trading Limited<br>Fernanda Gallardo<br>Panama, Calle Aquilino De la Guardia, Edificio Ocean Business Plaza piso 12<br>Panama | P.M.I. Trading Limited<br>Fernanda Gallardo Panama, Calle Aquilino<br>De la Guardia, Edificio Ocean Business Plaza piso 12<br>Panama<br><br>Phone: 52 (55) 19440154;<br>(713) 567-0154<br>Email: Carlos.jalife@pmi.com | Trade Debt | Contingent, Unliquidated, & Disputed | Undetermined |

-6-

3793397v1