# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In the matters of ) | Chapter 11 | |
| ) | | |
| O.W. BUNKER HOLDING NORTH ) | Case No. 14-51720 (AHWS) | |
| AMERICA, INC.  ) | Re: Doc. 27 | |
| ) | | |
| Debtor ) | | |
| ) | | |
| O.W. BUNKER NORTH AMERICA, INC., ) | Case No. 14-51721 (AHWS) | |
| ) | Re: Doc. 27 | |
| Debtor ) | | |
| ) | | |
| O.W. BUNKER USA, INC., ) | Case No. 14-51722 (AHWS) | |
| ) | Re: Doc. 25 | |
| Debtor ) | | |

### REQUEST FOR A HEARING

The undersigned requests a **non-evidentiary** hearing on its **Motion for Order Admitting J. Stephen Simms as Attorney for Creditors Bomin Bunker Oil Corporation, O'Rourke Marine Services, Inc. and Atlantic Gulf Bunkering, Inc**.

It is requested that said hearing be scheduled for     N/A    hour(s) or    N/A    day(s).

**A copy of the first page of the pleading initiating the contested matter is attached hereto**.

Dated:    November 17, 2014.

/s/ Richard M. Coan
By Richard M. Coan (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT   06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In the matters of | ) | Chapter 11 |
| | ) | |
| O.W. BUNKER HOLDING NORTH AMERICA, INC. | ) ) ) | Case No. 14-51720 (AHWS) |
| | ) | |
| Debtor | ) | |
| | ) | |
| O.W. BUNKER NORTH AMERICA, INC., | ) | Case No. 14-51721 (AHWS) |
| | ) | |
| Debtor | ) | |
| | ) | |
| O.W. BUNKER USA, INC., | ) | Case No. 14-51722 (AHWS) |
| | ) | |
| Debtor | ) | November 17, 2014 |

## MOTION FOR ORDER ADMITTING J. STEPHEN SIMMS
## AS ATTORNEY FOR CREDITORS BOMIN BUNKER OIL CORPORATION,
## O'ROURKE MARINE SERVICES, INC. AND ATLANTIC GULF BUNKERING, INC.

Pursuant to Rule 83.1 (d)( 1) ofthe Local Rules of Civil Procedure for the United .Stetes District Court for .the District of Connecticut and Local Bankruptcy Rule 100 1-1 (b), the undersigned members of the Connecticut bar admitted to practice before the United States District Court hereby move that J, Stephen Simms be permitted to make a special appearance on behalf of creditors Bomin Bunker Oil Corporation, O'Rourke Marine Services, Inc. and Atlantic Gulf Bunkering, Inc. in the above-captioned matter, *pro hac vice*.

In support of this Motion, the undersigned respectfully represents as follows:

1. The undersigned are principals with Coan, Lewendon, Gulliver & Miltenberger, LLC:

Richard M. Coan
Timothy D. Miltenberger
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511