UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., | Case No. 14-51720 (AHWS) |
| Debtor. | |

### NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of NuStar Energy Services, Inc. and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

> Eric Henzy, Esq.
> Reid and Riege, P.C.
> Counsel for NuStar Energy Services, Inc.
> One Financial Plaza, 21st Floor
> Hartford, CT  06103
> P (860) 278-1150
> F (860) 240-1002
> E-mail:  ehenzy@rrlawpc.com

Dated at Hartford, Connecticut this 17th day of November, 2014.

> /s/ Eric Henzy
> Eric Henzy
> Federal Bar No. ct12849
> Reid and Riege, P.C.
> One Financial Plaza, 21st Floor
> Hartford, CT  06103
> P (860) 278-1150
> F (860) 240-1002
> E-mail:  ehenzy@rrlawpc.com

-1-

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of November, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Eric Henzy
                              Eric Henzy