IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **O.W. Bunker Holding North America Inc.,**[1] | : | |
| | : | **Case No. 14-51720 (AHWS)** |
| | : | |
| Debtor. | : | |
| **In re** | : | |
| | : | **Chapter 11** |
| **O.W. Bunker North America Inc.,**[2] | : | |
| | : | **Case No. 14-51721 (AHWS)** |
| Debtor. | : | |
| | : | |
| **In re** | : | |
| | : | **Chapter 11** |
| **O.W. Bunker USA Inc.,**[3] | : | |
| | : | **Case No. 14-51722 (AHWS)** |
| Debtor. | : | |

### NUSTAR RESPONSE TO MOTION OF DEBTORS FOR ORDER UNDER FED. R. BANKR. P. 1007(c) EXTENDING TIME FOR FILING SCHEDULES AND STATEMENTS

NOW COMES NuStar Energy Services, Inc., and NuStar Supply & Trading LLC (collectively or separately "**NuStar**")[4] and files this response and objection to *Motion of Debtors For Order Under Fed. R. Bankr. P. 1007(C) Extending Time For Filing Schedules And Statements For Order Under Fed. R. Bankr. P. 1015 and Conn. Bankr. L.R. 1015* (the "**Motion for Extension**"), and states:

---

[1] The last four digits of the Debtor's taxpayer identification numbers is 7474. The Debtor's address is 281 Tress Blvd. 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.
[2] The last four digits of the Debtor's taxpayer identification numbers is 7158. The Debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, Stamford, CT 06901.
[3] The last four digits of the Debtor's taxpayer identification numbers is 3556. The Debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX 77057.
[4] NuStar Energy Services, Inc. ("**NuStar Energy**") sold fuel oil to O.W. Bunker USA Inc. ("**OWBUSA**") as the agent/broker for the individual vessels that received the fuel oil. NuStar Supply & Trading LLC ("**NuStar Supply**") sold fuel oil, in bulk amounts, directly to O.W. Bunker North America Inc. ("**OWBNA**").

1. Debtors seek a 45-day extension of time to file its Schedules and Statement of Financial Affairs.  The first meeting of creditors is currently scheduled for 12/15/2014 at 01:00 PM.  If the Court should grant the Motion for Extension, NuStar respectfully requests that it be with the condition that the first meeting of creditors be held as scheduled, then re-convened no earlier than ten days, and no later than 20 days, after the Schedules and Statement of Financial Affairs are filed.

## I.
## PRAYER

WHEREFORE, NuStar seeks an order denying the Motion for Extension and grant such other and further relief to which NuStar is entitled, either at law or in equity.

DATED:  November 17, 2014.   **NUSTAR ENERGY SERVICES, INC. and**
   **NUSTAR SUPPLY & TRADING LLC**

   By:  */s/ Eric Henzy*
     Eric Henzy
     Federal Bar No. ct12849
     Reid and Riege, P.C.
     One Financial Plaza, 21st Floor
     Hartford, CT  06103
     Telephone:  (860) 240-1081
     Telecopier:  (860) 240-1002
     ehenzy@rrlawpc.com
     Its Attorneys

OF COUNSEL:

Michael M. Parker
Texas State Bar 00788163 (Pro Hac Vice Motion to be filed)
Steve A. Peirce (Pro Hac Vice Motion to be filed)
Texas State Bar 15731200
FULBRIGHT & JAWORSKI LLP
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205
michael.parker@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

*Attorneys for NuStar Energy Services, Inc. and
NuStar Supply & Trading LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of November, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                            */s/ Eric Henzy*