# EXHIBIT A

# OIL TO BE SOLD

**Vopak Oil Blended For Sale:**

| Approximate Volume (MT) | Product | Approximate Specifications |
|---|---|---|
| 18,000 | RMG380 | 11.3 API/250VISC/3.47SULF |
| 7,000 | RMK500 | 9.1 API/285VISC/3.43SULF |
| 2,400 | Cutter | 31 API/5.3VISC/0.56SULF |
| 300 | MGO | 35 API/2.5VISC/0.08SULF |
| **Total:** 27,500 | | |

**Vopak Oil as Currently Stored:**

| APPROXIMATE CURRENT PUMPABLE INVENTORY (MT) | PRODUCT |
|---|---|
| 10,600 | UNBLENDED |
| 7,410 | RMK |
| 359 | UNBLENDED |
| 3,763 | RMG |
| 3,168 | CUTTER |
| 914 | CUTTER/DECANT |
| 70 | MGO |
| 904 | FLUSH |
| 952 | RMG (on David Fanning) |
| 230 | MGO (on David Fanning) |

3793310v2