# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| O.W. Bunker Holding North America Inc.,[1] | : | Case No. 14-51720 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker North America Inc.,[2] | : | Case No. 14-51721 (AHWS) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| O.W. Bunker USA Inc.,[3] | : | Case No. 14-51722 (AHWS) |
| Debtor. | : | |

## ORDER SCHEDULING EXPEDITED HEARING AND LIMITING NOTICE

The Court having considered the Debtors' *Ex Parte Motion to Schedule an Expedited Hearing and to Limit Notice with respect to the Debtors' Motion for Orders (I) (A) Authorizing and Establishing Sale Procedures Relating to the Sale of the Vopak Oil and Related Assets, (B) Approving Certain Notice Procedures, and (C) Scheduling a Hearing to Consider the Proposed Sale; and (II) Authorizing and Approving the Sale of the Vopak Oil and, if an Assignment is*

---

[1] The last four digits of the debtor's taxpayer identification numbers is 7474. The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.
[2] The last four digits of the debtor's taxpayer identification numbers is 7158. The debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.
[3] The last four digits of the debtor's taxpayer identification numbers is 3556. The debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX 77057.

3794972v1

*Sought, Assumption and Assignment of the Vopak Lease and Granting Certain Related and Facilitative Relief* (the "Sale Motion")., and good cause appearing, it is hereby

ORDERED, that a hearing on the Sale Motion shall be held on 24th day of November, 2014, at 10:00 a.m., at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT; and it is further

ORDERED, that the Debtors shall serve a copy of this Order, along with the Motion and proposed procedures order, shall be served no later than November 20, 2014 by electronic transmission, facsimile transmission or overnight mail upon the following parties:

    A. The United States Trustee for the District of Connecticut (the "U.S. Trustee");
    B. The Office of the United States Attorney for the District of Connecticut;
    C. Vopak Terminal Los Angeles, Inc. (the "Vopak Terminal")
    D. The twenty-one (21) largest unsecured creditors of each Debtor;
    E. Those parties asserting a lien on oil held at the Vopak Terminal;
    F. Those parties asserting security interests;
    G. The Internal Revenue Service;
    H. The Connecticut Department of Revenue Services;
    I. The Connecticut Department of Labor; and
    J. The Connecticut Attorney General.
    k. Any party that has requested notice in the Chapter 11 Cases

. Service upon artificial entities shall be with appropriate "attention lines" in accordance with Fed. R. Bankr. P. 7004(b)(3). The Debtors shall file a certificate of service and service list that such service has been made.

Dated: November 19, 2014                    **By the Court**

                                            Alan H. W. Shiff
                                            United States Bankruptcy Judge

3794972v1