## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **O.W. Bunker Holding North America Inc.,**[1] | : | **Case No. 14-51720 (AHWS)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **O.W. Bunker North America Inc.,**[2] | : | **Case No. 14-51721 (AHWS)** |
| | : | |
| Debtor. | : | |
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **O.W. Bunker USA Inc.,**[3] | : | **Case No. 14-51722 (AHWS)** |
| | : | |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that Blank Rome LLP hereby appears in the above-captioned cases as counsel for NuStar Energy Services, Inc. and NuStar Supply & Trading LLC (collectively, "*NuStar*") and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

---

[1] The last four digits of the Debtor's taxpayer identification numbers is 7474. The Debtor's address is 281 Tresser Blvd. 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] The last four digits of the Debtor's taxpayer identification numbers is 7158. The Debtor's address is 281 Tresser Blvd., 2 Stamford Plaza, Stamford, CT 06901.

[3] The last four digits of the Debtor's taxpayer identification numbers is 3556. The Debtor's address is 2603 Augusta Drive, Suite 440, Houston, TX 77057.

900200.00001/40213000v.1

John D. Kimball
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Telephone: 212.885.5259
Facsimile:  917.332.3730
JKimball@BlankRome.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes, without limitation, the notices and papers referred to in Bankruptcy Rule 2002, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

***PLEASE TAKE FURTHER NOTICE*** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural rights of NuStar, including, without limitation, to: (i) have final orders in non-core matters entered, where consistent with Article III of the United States Constitution, only after *de novo* review by the United States District Court for the District of Delaware (the "***District Court***"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which NuStar is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and

recoupments are expressly reserved.

**BLANK ROME LLP**

Dated: November 20, 2014    */s/ John D. Kimball*
John D. Kimball
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Telephone: 212.885.5259
Facsimile: 917.332.3730
JKimball@BlankRome.com

*Counsel for NuStar Energy Services, Inc.
and NuStar Supply & Trading LLC*