IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| O.W. Bunker Holding North America Inc., *et al.*[1] | : Case No. 14-51720 (AHWS) |
| Debtors. | : Jointly Administered |
| | : Re: Doc. No. 4 |

**ORDER UNDER FED. R. BANKR. P. 1007
EXTENDING THE DEADLINE BY WHICH SCHEDULES
AND STATEMENTS MUST BE FILED**

Upon the motion (the "<u>Motion</u>")[2] of the Debtors for an order, under Bankruptcy Rule 1007(c) extending the deadline by which the Debtors must file their Schedules and Statements; and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of these cases and this matter in this District being proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and the Debtors having shown that the circumstances surrounding the filing of the Debtors' cases warrants the extension; and the Court having reviewed the Motion and the Tolson Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

[2] Capitalized terms not defined herein have the meanings ascribed to those terms in the Motion.

1

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The deadline by which the Debtors must file their Schedules and Statements shall be and is hereby extended to December 12, 2014, without prejudice to the Debtors' rights to request additional extensions.

3. The Court retains jurisdiction over any matter rising from or related to this Order, including its interpretation, construction, implementation, and enforcement.

Dated: November 20, 2014                                By the court

                                                                               Alan H. W. Shiff
                                                        **United States Bankruptcy Judge**

3794396v2