UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re                                                                                    CHAPTER 11

O.W. BUNKER HOLDING NORTH AMERICA, INC., *et al*,[1]        Case No. 14-51720 (AHWS)

Debtors.                                                                   Jointly Administered

---

APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**NUSTAR ENERGY SERVICES, INC.**
c/o Chris Rulon
19003 IH-10 West
San Antonio, TX 78257
Telephone: (210) 918-2048
Email: chris.rulon@nustarenergy.com

**PHILLIPS 66 COMPANY**
c/o Vincent P. Conley
600 N. Dairy Ashford Road
CH-02-2000A
Houston, TX 77079
Telephone: (832)765-3975
Email: vincent.p.conley@p66.com

**TESORO REFINING & MARKETING COMPANY, LLC**
c/o Charles A. Cavallo
19100 Ridgewood Parkway
San Antonio, TX 78259
Telephone: (210) 626-4045
Email: Charles.A.Cavallo@tsocorp.com

**CHEVRON MARINE PRODUCTS, LLC**
C/O Michael L. Armstrong
6001 Bollinger Canyon Road, Room T/2084
San Ramon, CA 94583
Telephone: (925) 842-8747
Email: MAarmstrong@chevron.com

---

[1] The last four digits of the Debtor's taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).   The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

**LUNDAY THAGARD COMPANY**
c/o Matthew Pakkala
9302 Garfield Avenue
South Gate, CA 90280
Telephone: (562) 928-0100, ext. 2295
Email: mpakkala@world-oil.net

Dated:  November 26, 2014                     Respectfully submitted,
       New Haven, Connecticut

                                             WILLIAM K. HARRINGTON
                                             UNITED STATES TRUSTEE FOR REGION 2

                                 By:  /s/ *Kim L. McCabe*
                                             Kim L. McCabe ct 23661
                                             Assistant United States Trustee
                                             Office of the United States Trustee
                                             Giaimo Federal Building
                                             150 Court Street, Room 302
                                             New Haven, CT 06510
                                             Telephone: (203)773-2210
                                             Email: Kim.McCabe@usdoj.gov

cc:   Debtors' counsel