**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Re Doc. No. 79 |

**NOTICE OF FILING OF MINIMUM BID PRICE PER METRIC
TON REQUIRED OF BIDDERS SEEKING TO BECOME
QUALIFIED BIDDERS TO PURCHASE THE DEBTORS'
ASSETS LOCATED AT THE VOPAK TERMINAL LOS ANGELES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 13, 2014, the above-captioned debtors (the "Debtors") each filed voluntary petitions for relief pursuant to chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

2. The Debtors propose to sell, as is/where is and free and clear of all liens, claims and encumbrances, approximately 27,500 metric tons of marine oil located at the Vopak Terminal Los Angeles and nearby and related assets (collectively, the "Vopak Oil").

3. On November 24, 2014, the Bankruptcy Court entered an order [D.I. 79] (the "Sale Procedures Order[2]"), providing that the Debtors may solicit and receive written bids for the Vopak Oil through and until December 2, 2014 at 1:00 p.m. (EST) (the "Bid Deadline"). Any person wishing to become a Qualified Bidder and take part in the Auction must submit a bid for the Vopak Oil prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. Pursuant to the procedures approved by the Sale Procedures Order, to become a Qualified Bidder each Bid must propose a purchase price that exceeds the minimum price per metric ton that the Debtors specify on or before November 26, 2014. Such minimum price is for the purpose of qualifying bidders only. The Debtors believe that the actual price received at the Sale should exceed such minimum price, and the Debtors are not bound to (and reserve the right to reject offers of) such minimum price. In no event is the specification of such minimum price for the

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Sale Procedures Order.

3798913v1

purpose of qualifying bidders an offer to sell the Vopak Oil at such price, and the Debtors disclaim any such offer.

5. The Debtors are filing this notice pursuant to the Sale Procedures Order to advise of the minimum per metric ton price required to become a Qualified Bidder for each product being offered for sale.

| APPROXIMATE VOLUME (MT) | PRODUCT | APPROXIMATE SPECIFICATIONS | MINIMUM BID (PER MT) |
|---|---|---|---|
| 18,000 | RMG380 | 11.3 API/250VISC/3.47SULF | $310 |
| 7,000 | RMK500 | 9.1 API/285VISC/3.43SULF | $310 |
| 2,400 | Cutter | 31 API/5.3VISC/0.56SULF | $500 |
| 300 | MGO | 35 API/2.5VISC/0.08SULF | $520 |
| TOTAL:  27,500 | | | |

Dated: Bridgeport, Connecticut
November 26, 2014

Respectfully submitted,

 /s/ Michael R. Enright
Michael R. Enright, Esquire (CT No. 10286)
Patrick M. Birney (CT No. 19875)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103
Telephone:  (860) 275-8290
Facsimile:  (860) 275-8299
Email: menright@mmwr.com

and

Natalie D. Ramsey, Esq. (NY #5242730)
(*admitted pro hac vice*)
Davis Lee Wright, Esq. (NY #4761300)
(*admitted pro hac vice*)
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022 (215) 772-1500
Telephone: (212) 867-9500
Facsimile:  (212) 599-1759
Email:  nramsey@mmwr.com
dwright@mmwr.com

*Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I, Michael R. Enright, hereby certify that on November 26, 2014, I caused a copy of the foregoing Notice of Filing of Minimum Bid Price per Metric Ton Required of Bidders Seeking to Become Qualified Bidders to Purchase the Debtors' Assets Located at the Vopak Terminal Los Angeles to be filed by the CM/ECF system, and served upon those parties who receive CM/ECF notification in the Debtors' cases.

*/s/ Michael R. Enright*