## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> O.W. BUNKER HOLDING NORTH AMERICA, INC. *et al.*,[1] <br><br>                 Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-51720 (AHWS) <br> ) <br> ) <br> ) Jointly Administered <br> ) <br> ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hunton & Williams LLP hereby appears as counsel for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America, Inc., *et al.* (the "Committee") in the above-captioned proceeding pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby requests, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address and telephone number indicated:

Peter S. Partee, Sr., Esq.
Michael P. Richman, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
ppartee@hunton.com
mrichman@hunton.com

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North American Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this N*otice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) the Committee's right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a higher court, (ii) the Committee's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) the Committee's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) the Committee's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over the Committee, all of which rights, claims, actions, defense, setoffs, and recoupments the Committee expressly reserves.

Dated: New York, New York  　　　　/s/ Peter S. Partee, Sr.
　　　　December 2, 2014

　　　　　　　　　　　　　　　　　　**HUNTON & WILLIAMS LLP**
　　　　　　　　　　　　　　　　　　Peter S. Partee, Sr. (admission pending)
　　　　　　　　　　　　　　　　　　Michael P. Richman (admission pending)
　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10166-0136
　　　　　　　　　　　　　　　　　　Telephone: (212) 309-1000

　　　　　　　　　　　　　　　　　　*Proposed Attorneys for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America, Inc., et al.*