# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |

## NOTICE OF AUCTION AND
## RECEIPT OF QUALIFIED BIDS

On November 24, 2014, the United States Bankruptcy Court for the District of Connecticut (the "Court") entered that certain *Order (I) Establishing Sale Procedures Relating to the Sale of the Vopak Oil and Related Assets; (II) Approving Certain Notice Procedures; (III) Scheduling a Hearing to Consider the Proposed Sale and (IV) Granting Certain Related Relief* (the "Sale Procedures Order") [Docket No. 79].[2]

In accordance with the Sales Procedures Order, the Debtors have determined that there are four Qualified Bids. The financial terms for each Qualified Bid (as provided by the bidder) are attached hereto as Exhibit A. The following entities (in alphabetical order) have provided Qualified Bids:

1. Aegean Bunkering (USA), LLC
2. Chevron Marine Product LLC
3. Phillips 66 Company
4. Trafigura AG Branch Office Houston

Trafigura AG Branch Office Houston ("Trafigura") provided an indexed bid. In the Debtors' judgment, based on currently available information, this is a Qualified Bid; however, Trafigura has been advised that a fixed bid will be required at the Auction.

Certain of the Qualified Bids contained modifications to the terms of the provided bid agreement. To the extent non-conforming terms are not removed at or before the Auction, Debtors reserve the right to apply an appropriate adjustment (discount/enhancement) for non-conforming terms in evaluating any such bid.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Order.

     Additionally, Chemoil Corporation provided a bid, which the Debtors have deemed non-qualifying due to its failure to meet the published minimum prices per metric ton.  The Debtors reserve the right to qualify Chemoil Corporation, or any other potential bidder, as a Qualified Bidder subject to the receipt of appropriate financial terms.

     The Auction will proceed on **December 4, 2014** beginning at **11:00 a.m. (EST)**.

Dated: Hartford, Connecticut
       December 2, 2014

                Respectfully submitted,

                 /s/ Michael R. Enright
                Michael R. Enright, Esq. (ct10286)
                Patrick M. Birney, Esq. (ct19875)
                ROBINSON & COLE LLP
                280 Trumbull Street
                Hartford, CT  06103
                Telephone: (860) 275-8290
                Facsimile:  (860) 275-8299
                menright@rc.com
                pbirney@rc.com

                - and -

                Natalie D. Ramsey, Esq. (NY #5242730)
                     (admitted *pro hac vice*)
                Joseph O'Neil, Esq. (NY #2596435)
                     (admitted *pro hac vice*)
                Davis Lee Wright, Esq. (NY #4761300)
                     (admitted *pro hac vice*)
                MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
                437 Madison Avenue, 29th Floor
                New York, NY 10022
                Telephone: (212) 867-9500
                Facsimile:  (212) 599-1759
                nramsey@mmwr.com
                jo'neil@mmwr.com
                dwright@mmwr.com

                *Proposed Counsel for the Debtors and Debtors in Possession*

# EXHIBIT A –

# FINANCIAL TERMS OF QUALIFIED BIDS

1. Aegean Bunkering (USA), LLC

2. Chevron Marine Products LLC

3. Phillips 66 Company

4. Trafigura AG Branch Office Houston

# Aegean Bunkering (USA), LLC

(4) Bid Specifics:

**Product(s).** Pursuant to the Sale Procedures, the Buyer hereby bids on the following Products in the indicated Quantities:
All available products as offered:
18,000 mt RMG380 11.3api/250 visc/3.47 sulfur
7,000 mt RMK500 9.1 API/285 visc/3.43 sulfur
2,400 mt Cutter 31 API/5.3 visc/0.56 sulfur
300 mt MGO 35 API/2.5 visc/0.08 sulfur

**Bid Amount(s).** The Buyer's bid shall be denominated in United States Dollars per metric ton and, for each Product identified above, is calculated as follows:

RMG $310.00 usd per metric ton x 18,000 = $5,580,000
RMK $310.00 usd per metric ton x 7,000 = $2,170,000
Cutter $615.00 usd per metric ton x 2,400 = $1,476,000
MGO $690.00 usd per metric ton x 300 = $207,000
Terminal lease value = $100,000

Total Bid $9,533,000

**Vopak Contract.** The Buyer [is / ~~is not~~] offering, as part of its bid, to assume the storage contract with Vopak Terminal Los Angeles Inc., effective on or before

December 31, 2014. Buyer's bid is for all of the oil and the terminal lease as a package. Buyer will not purchase the oil without the terminal lease assignment. While not preferred, buyer would be willing to assume the terminal lease, without the oil.

## Chevron Marine Product LLC

**(4) Bid Specifics:**

**Product(s).** Pursuant to the Sale Procedures, the Buyer hereby bids on the following Products in the indicated Quantities:

| PRODUCT | VOLUME |
|---|---|
| High Sulfur RMG380 (per LA Bunkers inspection report 54293 and 54305.5 attached hereto) | 18,000 MT +/-5% operational tolerance |
| High Sulfur RMK500 (per LA Bunkers inspection report 54305.2 attached hereto) | 7,000 MT +/-5% operational tolerance |
| Cutter (per LA Bunkers inspection report 54305.1 and 54305.4 attached hereto) | 2,400 MT +/-5% operational tolerance |
| Marine Gas Oil (per LA Bunkers inspection report 54305.3 attached hereto) | 300 MT +/-5% operational tolerance |

**Bid Amount(s).** The Buyer's bid shall be denominated in United States Dollars per metric ton and, for each Product identified above, is calculated as follows:

| PRODUCT | BID PRICE |
|---|---|
| High Sulfur RMG380 (per LA Bunkers inspection report 54293 and 54305.5 attached hereto) | $310/MT |
| High Sulfur RMK500 (per LA Bunkers inspection report 54305.2 attached hereto) | $310/MT |
| Cutter (per LA Bunkers inspection report 54305.1 and 54305.4 attached hereto) | $500/MT |
| Marine Gas Oil (per LA Bunkers inspection report 54305.3 attached hereto) | $520/MT |

**Vopak Contract.** The Buyer is not offering, as part of its bid, to assume the storage contract with Vopak Terminal Los Angeles Inc.

# Phillips 66 Company

**(4) Bid Specifics:**

**Product(s).** Pursuant to the Sale Procedures, the Buyer hereby bids on the following Products in the indicated Quantities:
RMG-380
RMK-500

**Bid Amount(s).** The Buyer's bid shall be denominated in United States Dollars per metric ton and, for each Product identified above, is calculated as follows:

FOB Vopak December 15-31 – Subject to Ocean Barge availability

    7,000mts   -     43,756 bbls RMK500

    5,728mts   -     36,365 bbls RMG380

Price per mt - $315 FOB Vopak LA Terminal


FOB January 1-15 – Subject to Ocean Barge availability

    12,286mts   -     78,000 bbls RMG380

Price per mt - $335 FOB Vopak LA Terminal


**Vopak Contract.** The Buyer is not offering, as part of its bid, to assume the storage contract with Vopak Terminal Los Angeles Inc. The buyer will also not be responsible for any storage fees or costs that may be due to Vopak Terminal Los Angeles, Inc. prior to or through removal of the Product by Buyer as described under the caption Bid Amount(s).

# Trafigura AG Branch Office Houston

**(4) Bid Specifics:**

**Product(s).** Pursuant to the Sale Procedures, the Buyer hereby bids on the following Products in the indicated Quantities:



| Grade | Tank No. | Volume (MT) |
|---|---|---|
| RMG | 105A and 52A | 18,337 |
| RMK 107A | 107A | 7,753 |
| Cutter 503 and 50A | 503 and 50A | 2,346 |
| MGO | 150 | 131 |

**Bid Amount(s).** The Buyer's bid shall be denominated in United States Dollars per metric ton and, for each Product identified above, is calculated as follows:

| Grade | Price (MT) | Total Price |
|---|---|---|
| RMG | *See below | TBD. *See below |
| RMK | *See below | TBD. *See below |
| Cutter | *See below | TBD. *See below |
| MGO | *See below | TBD. *See below |

**\*Price: As a blended price for all barrels of RMG, RMK, Cutter, and MGO, Buyer is willing to pay $ Platts USGC No. 6 3% Sulfur mean minus $6.95 per bbl for the approximate 29,000 MT FOB pricing December 8-12, 2014 loaded FOB vessel at the Vopak Terminal.**

**Vopak Contract.** The Buyer [is /] is not] offering, as part of its bid, to assume the storage contract with Vopak Terminal Los Angeles Inc., effective on or before December 31, 2014.**2014, subject, however, to the reserved right of Buyer to modify the treatment of the Vopak Terminal Contract at Auction.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Re Doc. No. 79 |

**CERTIFICATE OF SERVICE**

I, Michael R. Enright, hereby certify that on December 2, 2014, I caused a copy of the foregoing Notice of Auction and Receipt of Qualified Bids to be filed by the CM/ECF system, and served upon those parties who receive CM/ECF notification in the Debtors' cases.

*/s/ Michael R. Enright*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.