**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF RECEIPT OF**
**ADDITIONAL QUALIFIED BID**

On November 24, 2014, the United States Bankruptcy Court for the District of Connecticut (the "Court") entered that certain *Order (I) Establishing Sale Procedures Relating to the Sale of the Vopak Oil and Related Assets; (II) Approving Certain Notice Procedures; (III) Scheduling a Hearing to Consider the Proposed Sale and (IV) Granting Certain Related Relief* (the "Sale Procedures Order") [Docket No. 79].[2]

On December 2, 2014, and in accordance with the Sales Procedures Order, the Debtors filed their *Notice of Auction and Receipt of Qualified Bids* [Docket No. 111], the terms of which are incorporated by reference, identifying four Qualified Bids.

On December 3, 2014, the Debtors received an additional bid from Glencore Ltd., which the Debtors have determined to be a Qualified Bid. The financial terms for this Qualified Bid (as provided by the bidder) are attached hereto as Exhibit A.

The Debtors reserve the right to qualify any other potential bidder as a Qualified Bidder subject to the receipt of appropriate financial terms. To the extent non-conforming terms are not removed at or before the Auction, Debtors reserve the right to apply an appropriate adjustment (discount/enhancement) for nonconforming terms in evaluating any such bid.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Sale Procedures Order.

Dated: Hartford, Connecticut
      December 3, 2014

      Respectfully submitted,

      */s/ Patrick M Birney*
      Michael R. Enright, Esq. (ct10286)
      Patrick M. Birney, Esq. (ct19875)
      ROBINSON & COLE LLP
      280 Trumbull Street
      Hartford, CT  06103
      Telephone: (860) 275-8290
      Facsimile:  (860) 275-8299
      menright@rc.com
      pbirney@rc.com

      - and -

      Natalie D. Ramsey, Esq. (NY #5242730)
          (admitted *pro hac vice*)
      Joseph O'Neil, Esq. (NY #2596435)
          (admitted *pro hac vice*)
      Davis Lee Wright, Esq. (NY #4761300)
          (admitted *pro hac vice*)
      MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
      437 Madison Avenue, 29th Floor
      New York, NY 10022
      Telephone: (212) 867-9500
      Facsimile:  (212) 599-1759
      nramsey@mmwr.com
      jo'neil@mmwr.com
      dwright@mmwr.com

      *Proposed Counsel for the Debtors and Debtors in Possession*

## **EXHIBIT A**

(See Attached)

# GLENCORE

Two Stamford Plaza, 15th Floor
281 Tresser Blvd
Stamford, CT 06901
Telephone: (203) 564-1440
Email: sanchin@alvarezandmarsal.com; keri@owbunker.com

**(4) Bid Specifics:**

**Product(s).** Pursuant to the Sale Procedures, the Buyer hereby bids on the following Products in the indicated Quantities:

| Grade | Tank | Volume (MT) |
|---|---|---|
| RMG | 105A and 52A | 18,337 |
| RMK | 107A | 7,753 |
| Cutter | 503 and 50A | 2,346 |
| MGO | 150 | 131 |

**Bid Amount(s).** The Buyer's bid shall be denominated in United States Dollars per metric ton and, for each Product identified above, is calculated as follows:

| Grade | Tank | Volume (MT) | PRICE |
|---|---|---|---|
| RMG | 105A and 52A | 18,337 | 318.00 USD/MT |
| RMK | 107A | 7,753 | 315.00 USD/MT |
| Cutter | 503 and 50A | 2,346 | 490.00 USD/MT |
| MGO | 150 | 131 | 520.00 USD/MT |

**Vopak Contract.** The Buyer **is not** offering, as part of its bid, to assume the storage contract with Vopak Terminal Los Angeles Inc., effective on or before December 31, 2014.

**Deposit.** The Buyer agrees to provide the 5% deposit (more fully described in Section (5) below) by the close of business on December 4, 2014 if it is Successful Bidder or Backup Bidders, or offers an enhanced deposit (in excess of 5%) as follows:

**0.00 USD**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

I, Patrick Birney, hereby certify that on December 3, 2014, I caused a copy of the foregoing Notice of Receipt of Additional Qualified Bid to be filed by the CM/ECF system, and served upon those parties via e-mail who receive CM/ECF notification in the Debtors' cases.

*/s/Patrick Birney*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.