**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**STIPULATED ORDER WITH O'ROURKE MARINE SERVICES REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER §§ 105 AND 362: (i) DIRECTING CUSTOMER PAYMENTS INTO A SEGREGATED DEBTOR IN POSSESSION ACCOUNT PENDING OUTCOME OF ADVERSARY PROCEEDING TO AVOID LIEN AND (ii) AUTHORIZING AND ESTABLISHING PROCEDURES FOR RESOLUTION OF THIRD PARTY LIENS AGAINST CUSTOMER VESSELS [Doc. #17] AND (B) MOTION ESTABLISHING AND IMPLEMENTING EXCLUSIVE AND GLOBAL PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS [Doc. #14]**

At the November 19, 2014 hearing ("Hearing"), this Court having considered the above-referenced motions of O.W. Bunker Holding North America, Inc. ("Holding "), O.W. Bunker North America, Inc. ("North America"), and O.W. Bunker USA, Inc. ("USA") (collectively, the "Debtors") and the agreement between the Debtors and O'Rourke Marine Services, L.P., L.L.P. ("OMS"), together with the Debtors, the "Parties") placed on the record at the Hearing and now makes the following Stipulated Order with respect to certain claims by OMS arising out of marine fuel which OMS provided to the M/T EVA SCHULTE.

**Background**

1.	On November 13, 2014, (the "Petition Date") the Debtors filed the above-captioned voluntary chapter 11 cases, which cases are now jointly administered pursuant to an order of this Court.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

2.	The Parties believe that on or about October 28, 2014 on the order of USA, OMS delivered to the M/T EVA SCHULTE 990.13 Metric Tons of DMA-ISO 8217-2010 diesel fuel ("Fuel") within the United States (which vessel is under charter to O.W. Bunker Panama ("OWB Panama")) for which an invoice ("Invoice") was issued to USA by OMS in the amount of $803,833.43, which has not been paid.

3.	OMS contends that its claims concerning the Fuel and Invoice ("Claims") are entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9).  OMS further contends that it is entitled to reclamation of the Fuel under TEX. BUS. & COM. CODE § 2.702(b), the Uniform Commercial Code, and 11 U.S.C. § 546.  The Debtors dispute some or all of OMS' contentions and reserve all rights to dispute same, and all Parties' arguments and claims are preserved with respect to same.

4.	USA and OMS nevertheless desire to resolve OMS' contentions concerning the Claims pursuant to the terms set forth in this stipulation and agreed order.

**Agreements**

NOW THEREFORE, the Parties agree and stipulate, and the Court finds and orders as follows.

5.	From the Petition Date until such time as the Court orders otherwise, the automatic stay of 11 U.S.C. § 362, if applicable, shall be annulled and lifted as to any *in rem* proceedings against non-Debtors or any exercise of control over any *in rem* lien held against non-Debtors or their property.[2]  OMS maintains that the stay does not apply at all, the Debtors disagree, and all Parties' rights, claims and arguments with regard to same are reserved and preserved.

---

[2] For the avoidance of doubt, this Order does not allow proceedings to be instituted, or actions taken, against any of the Debtors or against property of the estate except to the extent such property may be in the possession of third parties such as the M/T EVA SCHULTE.

6. From the Petition Date until such time as the Court orders otherwise, the automatic stay of 11 U.S.C. § 362, if applicable, shall be annulled and lifted as to any reclamation actions, suits, or other actions (to exercise reclamation rights, establish liens, obtain injunctive relief, or obtain other recovery) against non-Debtor persons or entities, with respect to the Fuel. OMS maintains that the stay does not apply at all, the Debtors disagree, and all Parties' rights claims and arguments with regard to same are reserved and preserved.

7. On consent based upon the undertakings in this Order, the Debtors are directed to use their reasonable efforts (which shall not require the expenditure of estate funds except in the Debtors' discretion) to facilitate the return to OMS of the Fuel on the M/T EVA SCHULTE. OMS shall indemnify the Debtors and OWB Panama (as charterer of the M/T EVA SCHULTE) for any OMS-related Jones Act liability in connection with the return of Fuel to OMS, provided that OWB Panama follows the instructions of OMS for such return of the Fuel.

8. Pending further order of this Court as to disposition of any funds received (upon which the Parties shall attempt to agree) OMS shall segregate any proceeds from the disposition of the Fuel and proceeds from settlement of *in rem* claims, into a separate account which OMS establishes.

9. OMS claims entitlement to an administrative claim under 11 U.S.C. § 503(b)(9) for, inter alia, the value of the Fuel. The Debtors reserve the right to object to any such claims. Upon final receipt of the Fuel or final receipt of oil, its containers or proceeds of such oil as a result of *in rem* proceedings (without objection or challenge by any person or entity), OMS' total claim in USA's case shall be reduced by the value (as subsequently agreed by the Parties or determined by the Court) of the Fuel finally received; such reduction shall be applied to the

various portions of OMS' total claim in the following order: (a) first to reduce any administrative claim of OMS under 11 U.S.C. § 503(b)(9), then (b) if the value of such Fuel exceeds such administrative claim, any remaining value shall reduce OMS' general unsecured claim. OMS reserves the right to claim any balance owed through the bankruptcy estates (pursuant to 11 U.S.C. § 503(b)(9) or any other provision) or from other persons or entities.

10. OMS has exercised sufficient and appropriate diligence to preserve OMS' reclamation claims, and the Debtors agree not to challenge OMS' reclamation claims on the grounds that OMS did not exercise sufficient diligence in asserting such reclamation claims, but DEBTORS RESERVE ALL OTHER DEFENSES. This paragraph shall survive terms of this Stipulated Order.

11. If the Debtors acquire possession of any of the Fuel, the Debtors shall segregate such goods from other goods or proceeds.

12. OMS does not, through this Order or its actions, consent to the jurisdiction of the bankruptcy court to adjudicate its maritime lien claims, and this Court makes no findings as to its jurisdiction over such maritime lien claims.

13. Before OMS' anticipated receipt of funds related to its maritime lien claims, OMS will notify the Debtors of such anticipated receipt.

14. This Stipulated Order shall be binding the estate, the Debtor, the Debtor –in-possession and any and all trustees that may be appointed to represent the estate. This paragraph shall survive the terms of this Stipulated Order.

15. The rights of other parties in interest in the Debtors' bankruptcy cases to challenge entitlement to, or make a claim to the Fuel or proceeds from recovery of any OMS-

claimed maritime liens *in rem* are preserved.

16. OMS reserves all rights to make any other claims, including without limitation, any claims under 11 U.S.C. § 503(b)(9).

Agreed and Stipulated:

/s/ Michael R. Enright
Michael R. Enright, Esq. (ct10286)
Patrick M. Birney, Esq. (ct19875)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8290
Facsimile: (860) 275-8299
Email: menright@rc.com

and

Natalie D. Ramsey, Esq. (NY #5242730)(admitted *pro hac vice*)
Richard G. Placey, Esq. (DE ID No 4206)(admitted *pro hac vice*)
Joseph O'Neil, Esq. (NY #2596435)(admitted *pro hac vice*)
Davis Lee Wright, Esq. (NY #4761300)(admitted *pro hac vice*)
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022 (215) 772-1500
Telephone: (212) 867-9500
Facsimile: (212) 599-1759
nramsey@mmwr.com
rplacey@mmwr.com
jo'neil@mmwr.com
dwright@mmwr.com

Counsel for O.W. Bunker USA Inc. , O.W. Bunker North America Inc. and O.W. Bunker Holding North America

/

[Continued on Next Page]

/

/s/ J. Stephen Simms
J. Stephen Simms (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: (443) 290-8704
Facsimile: (410) 510-1789
Email: jssimms@simmsshowers.com

Counsel for O'Rourke Marine Services, L.P., L.L.P.

APPROVED AND SO ORDERED, THIS 10th day of December, 2014.

**By the Court**

Alan H. W. Shiff
United States Bankruptcy Judge