EXHIBIT M

TO

**AMENDED MOTION FOR ORDER (A) DECLARING THAT THE AUTOMATIC STAY DOES NOT APPLY TO INTERPLEADER ACTIONS (B) OR, IN THE <u>ALTERNATIVE, MODIFYING THE AUTOMATIC STAY</u>**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

CLEARLAKE SHIPPING PTE LTD.,

            Plaintiff,    14cv9287

       -against-    ORDER

O.W. BUNKER (SWITZERLAND) SA,
O.W. BUNKER USA, INC., O.W. BUNKER
HOLDING NORTH AMERICA INC., NUSTAR
ENERGY SERVICES INC., ING BANK N.V.

           Defendants.

------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The parties having participated in a telephone conference on the record on November 25, 2014, it is hereby ordered that this Court's November 21, 2014 Orders granting: (1) Plaintiff's *ex parte* motion for a restraining order pursuant to 28 U.S.C. § 2361; and (2) Plaintiff permission to deposit $1,308,597.10 into the Court's registry are vacated, subject to further order of this Court.

      The Clerk of the Court is directed to vacate the Orders at ECF Nos. 4 and 5, and return the $1,308,597.10 deposited into the Court's registry to Clearlake Shipping PTE LTD.

Dated: November 25, 2014
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record.*

James H. Hohenstein
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Plaintiff*

Thomas Hunt Belknap, Jr
Blank Rome LLP
New York, NY 10174
*Counsel for Defendant NuStar Energy Services, Inc.*

Mike Enright
Robinson and Cole
280 Trumbull Street
Hartford, CT 06103
*Counsel for Defendant O.W. Bunker USA Inc.,
O.W. Bunker North America Inc.,
O.W. Bunker Holding North America Inc.*

Daniel Guyder
Allen & Overy
1221 Avenue of the Americas
New York, NY 10020
*Counsel for Defendant ING Bank N.V.*