**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| O.W. Bunker Holding North America, Inc., | ) | Case No. 14-51720 (AHWS) |
| *et al.*[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | December 30, 2014 |

**STATEMENT OF CLEARLAKE SHIPPING PTE LTD. IN SUPPORT OF THE**
**JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR TRANSFER OF VENUE**

Clearlake Shipping Pte Ltd. ("**Clearlake**"), a party in interest in the above-referenced

cases, by and through its counsel, Cohen and Wolf, P.C. and Holland & Knight LLP, hereby

makes and files this Statement in Support of that certain Joint Motion of the Debtors and the

Official Committee of Unsecured Creditors for Transfer of Venue of Cases to United States

District Court for the Southern District of New York Pursuant to 28 U.S.C. § 1412 and Rule

1014(a)(1) of the Federal Rules of Bankruptcy Procedure filed with this Court on December 24,

2104, as Docket No. 229 (the "**Joint Motion**") and, in support thereof, respectfully states as

follows:

**THE PARTIES**

1.      Clearlake is a foreign corporation organized and existing under the laws of

Singapore, and is the movant under that certain Motion for an Order (A) Declaring that the

Automatic Stay Does Not Apply to Interpleader Action (B) or, in the Alternative, Modifying the

Automatic Stay, filed on December 12, 2014 as Docket No. 173, as amended by that certain

Amended Motion for an Order (A) Declaring that the Automatic Stay Does Not Apply to

Interpleader Actions (B) or, in the Alternative, Modifying the Automatic Stay, filed on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' taxpayer identification numbers, are as follows: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556).

December 23, 2014 as Docket No. 224 (the "**Amended Clearlake Motion**"), and is the nominal

plaintiff under two (2) Interpleader actions brought and currently pending in the United States

District Court for the Southern District of New York under Docket Nos. 14 Civ. 9286 (VEC) and

14 Civ. 9287 (VEC) (collectively, the "**Clearlake Interpleader Actions**").

2.      Clearlake hereby states that it supports the relief requested in the Joint Motion for

the reasons, and based on the legal arguments and authorities, set forth therein.

3.      Furthermore, Clearlake hereby reserves all rights and remedies with respect to the

Amended Clearlake Motion and the Clearlake Interpleader Actions, including, but not limited to,

the right to continue to prosecute and pursue the Amended Clearlake Motion in this Court or in

the United States District Court or Bankruptcy Court for the Southern District of New York, as

may be determined as a result of the Joint Motion, and to assert all arguments provided for in the

Amended Clearlake Motion and the Clearlake Interpleader Actions, as applicable.

4.      Notice of this Statement in Support has been given to (i) counsel for the Debtors

(via counsel); (ii) the Office of the United States Trustee; (iii) the Official Committee of

Unsecured Creditors in these cases (via counsel); and (iv) other parties by operation of the

Court's electronic filing system.

WHEREFORE, Clearlake respectfully requests the Court to enter the relief requested in the Joint Motion and such other relief as this Court deems just and proper.

Dated:  December 30, 2014                    Respectfully submitted,

                                             CLEARLAKE SHIPPING PTE LTD.

                                        By:  /s/ David B. Zabel
                                             David B. Zabel, Esq. (ct 01382)
                                             COHEN AND WOLF, P.C.
                                             1115 Broad Street
                                             Bridgeport, Connecticut  06604
                                             Tele:  (203) 368-0211
                                             Fax:   (203) 337-5555
                                             E-mail: dzabel@cohenandwolf.com

                                        Of Counsel (admitted *pro hac vice*)

                                             James H. Hohenstein, Esq.
                                             E-mail: jim.hohenstein@hklaw.com
                                             Arthur E. Rosenberg, Esq.
                                             E-mail: arthur.rosenberg@hklaw.com
                                             Holland & Knight LLP
                                             31 West 52nd Street
                                             New York, NY 10019
                                             Tele:  (212) 513-3200
                                             Fax:   (212) 385-9010

#34342113_v1