## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : Case No. 14-51720 (AHWS) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |

### JOINDER OF DEBTORS AND DEBTORS-IN-POSSESSION TO OBJECTION [D.I. 251] OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO REQUEST BY MIECO, INC. [D.I. 154] FOR ALLOWANCE AND REIMBURSEMENT OF 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") file this Joinder to the Objection ("Objection," D.I. 251) of Official Committee of Unsecured Creditors to Request by Mieco, Inc. ("the "Mieco Request," D.I. 154) for Allowance and Reimbursement of 11 U.S.C. § 503 (b)(9) Administrative Expense and respectfully state as follows:

### JOINDER

1.     For the reasons set forth in the Objection, the Debtors oppose the relief sought in the Mieco Request.  The Debtors are facing multiple claims by suppliers for relief under 11 U.S.C § 503(b)(9) and are in agreement that at this juncture in these cases, deferring determination on all such 503(b)(9) claims is prudent so as to allow the Debtors and the Committee sufficient time to review and consider the factual and legal issues related to all of

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

these claims.  The Debtors, however, wish to clarify their position regarding the marine gas oil

("MGO") referred to in the Mieco Request.

2.       The Objection raises issues with respect to the Debtors' interest in or title to the

MGO.  To clarify, it is the Debtors' position that this MGO is property of the their estates and

that the Debtors own this MGO, as they have maintained throughout these cases.  They are

prepared to establish their ownership interests in the MGO through discovery and an evidentiary

hearing, if necessary.  Accordingly, the Debtors are in agreement with the Committee that this as

well as the other issues raised in connection with the Mieco Request and the other 503(b)(9)

claims will require additional time and exchanges of information through discovery in order to

resolve them or have them adjudicated by the Court and the Debtors reserve all rights in

connection therewith.

## **CONCLUSION**

For the foregoing reasons and for those set forth in the Objection, the Debtors

respectfully request that the Mieco Request be denied.


Dated: Bridgeport, Connecticut
        January 2, 2015

                                    Respectfully submitted,

                                     */s/ Michael R. Enright*
                                    Michael R. Enright, Esq. (ct10286)
                                    Patrick M. Birney, Esq. (ct19875)
                                    ROBINSON & COLE LLP
                                    280 Trumbull Street
                                    Hartford, CT  06103
                                    Telephone: (860) 275-8290
                                    Facsimile:  (860) 275-8299
                                    menright@rc.com
                                    pbirney@rc.com

2

- and -

Natalie D. Ramsey, Esq. (NY #5242730)
    (admitted *pro hac vice*)
Joseph O'Neil, Esq. (NY #2596435)
    (admitted *pro hac vice*)
Davis Lee Wright, Esq. (NY #4761300)
    (admitted *pro hac vice*)
MONTGOMERY, McCRACKEN, WALKER &
RHOADS, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022 (215) 772-1500
Telephone: (212) 867-9500
Facsimile:  (212) 599-1759
nramsey@mmwr.com
jo'neil@mmwr.com
dwright@mmwr.com

*Proposed Counsel for the Debtors and Debtors in*
*Possession*

3

## <u>CERTIFICATION</u>

I hereby certify that the foregoing Joinder was filed using the Court's ECF system on this 2nd day of January, 2015, and it will therefore be served electronically on all parties entitled to receive notice thereof.

*/s/ Michael R. Enright*
Michael R. Enright

4