IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC., et al.,**[1] | : | **Case No. 14-51720 (AHWS)** |
| | : | **Jointly Administered** |
| | : | **Re: Doc. Id. No. 229 and 255** |
| **Debtors.** | : | |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC., O.W. BUNKER NORTH AMERICA, INC. , O.W. BUNKER USA, INC., AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | : : : : : | :**TRIAL DATE:   WEDNESDAY, FEBRUARY 18, 2015 at  10:00 a.m.** |
| **Movants** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NUSTAR ENERGY SERVICES, INC. AND NUSTAR SUPPLY & TRADING LLC,** | : : : | |
| **Respondents** | : | |
| | : | |

**PRETRIAL ORDER ON: JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TRANSFER OF VENUE OF CASES TO UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1412 AND RULE 1014(A)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [DKT. 229]**

**APPEARANCES:**

**Movants:**
Patrick M. Birney                                                    Proposed Counsel for Debtors
Robinson & Cole LLP

Richard Placey
Montgomery McCracken Walker & Rhoads LLP

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

**Error! Unknown document property name.**                    - 1 -

| | |
|---|---|
| Peter Partee | |
| Michael Richman | Proposed counsel for The Official Committee |
| Hunton & Williams LLP | of Unsecured Creditors |
| | |
| **Respondents:** | |
| Michael M. Parker | Attorneys for NuStar Energy Services, Inc., |
| Steve A. Peirce | NuStar Supply & Trading LLC |
| Fulbright & Jaworski LLP | |
| | |
| Eric Henzy | |
| Reid and Riege, PC | |
| | |
| **Party in Interest:** | |
| Dan Guyder | Attorneys for ING Bank N.V. |
| Allen & Overy LLP | |
| | |
| Craig Lifland | |
| Halloran & Sage LLP | |

1. **DISCOVERY**

The scope of discovery is limited to the issue of the Movants' Joint Motion (ECF No. 229). All requests for discovery pursuant to Federal Rules of Bankruptcy Procedure 7033 and 7034 will be served no later than January 16, 2015; corresponding responses will be served no later than January 23, 2015. All discovery shall be completed and closed no later than February 6, 2015 ("Discovery Bar Date").

2. **WITNESSES AND EXHIBITS**

(a) A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged and filed, with two copies delivered to chambers no later than February 13, 2015. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, the plaintiff/movant's exhibits shall be marked alphabetically, and the defendant/respondent's exhibits shall be marked numerically.

(b) No expert witness may testify unless a detailed and signed report of that expert's opinion has been exchanged, filed and two copies delivered to chambers no later than February 13, 2015.

(c) Each party shall utilize the discovery obtained under this pretrial order to anticipate all witnesses who may be called and exhibits that may be offered during the trial, including those that might be offered for rebuttal or impeachment purposes.

(d) A party may not call a witness or offer an exhibit that is not on that party's lists of witnesses and exhibits.

(e) All witness and exhibit lists filed in compliance with any prior pretrial orders in this proceeding are superseded by this pretrial order.

(f) Witnesses and exhibits lists, and expert reports shall be accompanied by a certification of service.

(g) Three copies of each exhibit shall be delivered to the bench as it is admitted into evidence.

3. **TRIAL MEMORANDA: NOT APPLICABLE.**

4. **TRIAL CONFIRMATION: NOT APPLICABLE.**

5. **CONTINUANCE: NOT APPLICABLE.**

6. **SETTLEMENT CONFERENCE**

If appropriate, the court will conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel for the parties shall attend any such conference fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

Dated this 14th day of January 2015 at Bridgeport, Connecticut.

By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
**United States Bankruptcy Judge**

**Error! Unknown document property name.**                - 3 -