UNITED STATES BANKRUTPCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re:<br><br>OW BUNKER HOLDING NORTH AMERICA Inc., et al.,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-51720 (AHWS)<br><br>Adversary Pro No. 14-ap-05072 |
| SILVERSEA CRUISES LTD.<br><br>*Plaintiff*<br>-against-<br><br>OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC, OW BUNKER NORTH AMERICA , INC., OW BUNKER & TRADING A/S, OW BUNKER A/S, PACIFIC ENERGY SOUTH WEST PACIFIC LIMITED, and ING BANK NV,<br><br>*Defendants.* | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. The time for Defendant ING Bank N.V. ("ING Bank" or "Defendant") to move, answer, or otherwise respond to the Complaint in the above-captioned action is extended from January 23, 2015 through and including February 13, 2015.

2. Defendant hereby waives, and covenants not to contest in any court or proceeding, any defense or objection based on service of process. All other defenses or objections of ING Bank are expressly reserved.

3. This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation. For the purposes of this Stipulation, copies of signatures shall be sufficient to render this stipulation valid and binding.

Dated: New York, New York
       January 23, 2015

By: _____
    Craig I. Lifland   CT00976
    HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103-4303
(860) 241-4044

*Of Counsel:*
Bruce G. Paulsen
Brian P. Maloney
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Defendant ING Bank N.V.*

By: _____
    James D. Kleiner
    HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Telephone: (212) 839-7000

*Attorneys for Plaintiff Silversea Cruises Ltd.*

SK 28644 0001 6336523

2