**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re : | Chapter 11 |
| O.W. Bunker Holding North America Inc., : *et al.*, : | Case No. 14-51720 (AHWS) |
| Debtors. : | Jointly Administered |

**NOTICE OF ACCOUNTING**
**RELATED TO O'ROURKE MARINE SERVICES'**
**RECLAMATION OF FUEL OIL ON THE VESSEL EVA SCHULTE**

O'Rourke Marine Services ("OMS") files this this Notice of Accounting pursuant to this Court's December 17, 2014 entered Stipulation and Order (Docket No. 186) "Facilitating Implementation of the Provisions of the O'Rourke and NuStar Reclamation Orders (Docket Nos. 155 and 167 Respectively) as to Reclamation of Oil on the Vessels Eva and Elisalex Schulte [Dkt. No. 186]" ("Facilitation Order").

1.  With Debtors' consent and agreement and upon this Court's Order, OMS reclaimed by selling to Aegean Marine Petroleum S.A. that portion of the fuel oil it provided to the EVA SCHULTE vessel ("fuel oil"), which at the time of the sale remained on the vessel.

2.  In conjunction with the sale of the reclaimed fuel oil to Aegean, Intertek, an independent third party surveyor, surveyed the fuel oil, identifying the quantity and type of fuel oil to be reclaimed and sold, reporting the following:

/

/

[Vessel Ullage Report from Intertek — Case 14-51720 Doc 310-1 Filed 01/15/15, Exhibit A Survey Page 5 of 14. Vessel: EVA SCHULTE; Customer Product Description: LS MGO-DMA; Port: Galveston, Texas, United States; Terminal: Offshore Galveston Lighterage Area; Date: 12/23/14. G.S.V. (Gallons): 236,958.68.]

3.     Pursuant to Paragraph 10 of the Facilitation Order, OMS provides notice

as follows of the terms and proceeds of the sale:

  Received on behalf of OMS and held in separate/escrow account:   $421,264.33
    (total sale price of $421,288.83 less $24.50 bank wire fee)
  236,958.68 gallons DMA/MGO
  Price: $1.7779 / gallon

/

/

2

4.      This notice satisfies the requirement that notice of such accounting be provided to the parties filed on the docket and triggers a 60 day time period under the Facilitation Order for all parties in interest to assert a claim to the Other Fuel or the Reclaimed Fuel under the Facilitation Order.

Date: January 30, 2015.

>   /s/ J. Stephen Simms
>   J. Stephen Simms, *Pro Hac Vice*
>   Simms Showers, LLP
>   201 International Circle, Ste. 250
>   Baltimore, Maryland 21030
>   Ph:     443-290-8704
>   Fax:    410-510-1789
>   jssimms@simmsshowers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this January 30, 2015 I caused the foregoing to be filed on CM/ECF for service to all record counsel.

>   /s/ J. Stephen Simms