UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| O.W. BUNKER HOLDING NORTH | ) Case No. 14-51720 (AHWS) |
| AMERICA INC. *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) February 2, 2015 |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that:

1. On February 2, 2015, notice of ECF No. 371, *The Official Committee of Unsecured Creditors' Limited Objection to NuStar's Emergency Motion to Extend Discovery Deadline and/or Continue Hearing on Joint Motion or Transfer Venue* and notice of ECF No. 372 *The Official Committee of Unsecured Creditors to Motion to Compel Committee Discovery Responses Filed by NuStar Energy Services, Inc. and NuStar Supply & Trading LLC* (collectively, the "Objections") were sent by electronic mail to those parties receiving notices through the Court's CM/ECF system (see **Exhibit A** annexed hereto).

2. On February 2, 2015, copies of the Objections were sent by overnight mail to the parties listed on **Exhibit B** annexed hereto.

Dated: New York, New York      */s/ Peter S. Partee, Sr.*
      February 2, 2015      Peter S. Partee, Sr. (ct29690)
                                      Michael P. Richman
                                        (admitted *pro hac vice*)
                                        Andrew Kamensky (ct29691)
                                        200 Park Avenue
                                        New York, NY 10166-0136

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

Telephone: (212) 309-1000
Facsimile: (212) 309-1847
ppartee@hunton.com
mrichman@hunton.com
akamensky@hunton.com

*Attorneys for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America Inc., et al*

2

**EXHIBIT A**

Kellianne Baranowsky on behalf of Creditor DeMenno/Kerdoon
kellianne.baranowsky@withersworldwide.com

Kellianne Baranowsky on behalf of Creditor Lunday-Thagard Company
kellianne.baranowsky@withersworldwide.com

David L. Barrack on behalf of Creditor NuStar Energy Services, Inc.
david.barrack@nortonrosefulbright.com

David L. Barrack on behalf of Creditor NuStar Supply & Trading LLC
david.barrack@nortonrosefulbright.com

David L. Barrack on behalf of Creditor NuStar Terminals Marine Services N.V.
david.barrack@nortonrosefulbright.com

Patrick M. Birney on behalf of Debtor O.W. Bunker Holding North America Inc.
pbirney@rc.com, rarnold@rc.com

Patrick M. Birney on behalf of Debtor O.W. Bunker North America Inc.
pbirney@rc.com, rarnold@rc.com

Patrick M. Birney on behalf of Debtor O.W. Bunker USA Inc.
pbirney@rc.com, rarnold@rc.com

Patrick M. Birney on behalf of Plaintiff O.W. Bunker Holding North America Inc.
pbirney@rc.com, rarnold@rc.com

Patrick M. Birney on behalf of Plaintiff O.W. Bunker North America Inc.
pbirney@rc.com, rarnold@rc.com

Patrick M. Birney on behalf of Plaintiff O.W. Bunker USA Inc.
pbirney@rc.com, rarnold@rc.com

John F. Carberry on behalf of Plaintiff SHV Supply & Risk Management SAS
jcarberry@cl-law.com

Richard M. Coan on behalf of Creditor Atlantic Gulf Bunkering, Inc.
rcoan@coanlewendon.com

Richard M. Coan on behalf of Creditor Bomin Bunker Oil Corporation
rcoan@coanlewendon.com

Richard M. Coan on behalf of Creditor O'Rourke Marine Services, Inc.
rcoan@coanlewendon.com

Michael R. Enright on behalf of Debtor O.W. Bunker Holding North America Inc.
menright@rc.com

Michael R. Enright on behalf of Debtor O.W. Bunker North America Inc.
menright@rc.com

Michael R. Enright on behalf of Debtor O.W. Bunker USA Inc.
menright@rc.com

Michael R. Enright on behalf of Plaintiff O.W. Bunker Holding North America Inc.
menright@rc.com

Michael R. Enright on behalf of Plaintiff O.W. Bunker North America Inc.
menright@rc.com

Michael R. Enright on behalf of Plaintiff O.W. Bunker USA Inc.
menright@rc.com

Lars Forsberg on behalf of Creditor SHV Gas Supply & Risk Management SAS
lforsberg@reedsmith.com

Robert P. Franke on behalf of Creditor Martin Energy Services, LLC
Robert.franke@strasburger.com

Steven M. Golub on behalf of Creditor Mieco Inc.
sgolub@golublaw.com

Daniel J. Guyder on behalf of Interested Party ING Bank N.V.
daniel.guyder@allenovery.com

Eric A. Henzy on behalf of Creditor NuStar Energy Services, Inc.
ehenzy@reidandriege.com, umongrain@rrlawpc.com

Eric A. Henzy on behalf of Creditor NuStar Supply & Trading LLC
ehenzy@reidandriege.com, umongrain@rrlawpc.com

Eric A. Henzy on behalf of Creditor Nustar Supply & Trading LLC
ehenzy@reidandriege.com, umongrain@rrlawpc.com

Eric A. Henzy on behalf of Defendant NuStar Energy Services, Inc.
ehenzy@reidandriege.com, umongrain@rrlawpc.com

James H. Hohenstein on behalf of Interested Party Clearlake Shipping Pte Ltd.
jim.hohenstein@hklaw.com

John W. Kibler on behalf of Interested Party ING Bank N.V.
john.kibler@allenovery.com

John D. Kimball on behalf of Creditor NuStar Energy Services, Inc.
jkimball@blankrome.com

John D. Kimball on behalf of Creditor NuStar Supply & Trading LLC
jkimball@blankrome.com

John D. Kimball on behalf of Creditor Nustar Supply & Trading LLC
jkimball@blankrome.com

James D. Kleiner on behalf of Creditor Silversea Cruises Ltd.
jkleiner@hillbetts.com

James D. Kleiner on behalf of Plaintiff Silversea Cruises Ltd
jkleiner@hillbetts.com

Robert A. Klyman on behalf of Creditor DeMenno/Kerdoon
rklyman@gibsondunn.com

Robert A. Klyman on behalf of Creditor Lunday-Thagard Company
rklyman@gibsondunn.com

Dyan M. Kozaczka on behalf of Plaintiff 1372 Tanker Corporation
dkozaczka@cohenandwolf.com, DChevarella@cohenandwolf.com

Dyan M. Kozaczka on behalf of Plaintiff OSG Ship Management, Inc.
dkozaczka@cohenandwolf.com, DChevarella@cohenandwolf.com

Gregory F. Lang on behalf of Creditor Committee The Official Committee Of Unsecured Creditors   gflang@hunton.com, candonian@hunton.com; ppartee@hunton.com; mrichman@hunton.com; rrich2@hunton.com; akamensky@hunton.com

Craig I. Lifland on behalf of Interested Party ING Bank N.V.
clifland@zeislaw.com

Vincent M. Marino on behalf of Plaintiff 1372 Tanker Corporation
vmarino@cohenandwolf.com

Vincent M. Marino on behalf of Plaintiff OSG Ship Management, Inc.
vmarino@cohenandwolf.com

Keith R. Martorana on behalf of Creditor DeMenno/Kerdoon
kmartorana@gibsondunn.com

Keith R. Martorana on behalf of Creditor Lunday-Thagard Company
kmartorana@gibsondunn.com

3

Kim L. McCabe on behalf of U.S. Trustee U. S. Trustee
kim.mccabe@usdoj.gov

Timothy D. Miltenberger on behalf of Creditor Atlantic Gulf Bunkering, Inc.
tmiltenberger@coanlewendon.com

Timothy D. Miltenberger on behalf of Creditor Bomin Bunker Oil Corporation
tmiltenberger@coanlewendon.com

Timothy D. Miltenberger on behalf of Creditor O'Rourke Marine Services, Inc.
tmiltenberger@coanlewendon.com

Joseph O'Neil, Jr. on behalf of Debtor O.W. Bunker Holding North America Inc.
joneil@mmwr.com

Michael M. Parker on behalf of Creditor NuStar Energy Services, Inc.
Michael.parker@nortonrosefulbright.com

Michael M. Parker on behalf of Creditor NuStar Supply & Trading LLC
Michael.parker@nortonrosefulbright.com

Michael M. Parker on behalf of Creditor NuStar Terminals Marine Services N.V.
Michael.parker@nortonrosefulbright.com

Steven A. Peirce on behalf of Creditor NuStar Energy Services, Inc.
steve.peirce@nortonrosefulbright.com

Steven A. Peirce on behalf of Creditor NuStar Supply & Trading LLC
steve.peirce@nortonrosefulbright.com

Steven A. Peirce on behalf of Creditor NuStar Terminals Marine Services N.V.
steve.peirce@nortonrosefulbright.com

Andrea J. Pincus on behalf of Creditor SHV Gas Supply & Risk Management SAS
apincus@reedsmith.com

Richard G. Placey on behalf of Debtor O.W. Bunker Holding North America Inc.
rplacey@mmwr.com

Richard G. Placey on behalf of Plaintiff O.W. Bunker Holding North America Inc.
rplacey@mmwr.com

Richard G. Placey on behalf of Plaintiff O.W. Bunker North America Inc.
rplacey@mmwr.com

Richard G. Placey on behalf of Plaintiff O.W. Bunker USA Inc.
rplacey@mmwr.com

Natalie D. Ramsey on behalf of Debtor O.W. Bunker Holding North America Inc.
nramsey@mmwr.com

Natalie D. Ramsey on behalf of Plaintiff O.W. Bunker Holding North America Inc.
nramsey@mmwr.com

Natalie D. Ramsey on behalf of Plaintiff O.W. Bunker North America Inc.
nramsey@mmwr.com

Natalie D. Ramsey on behalf of Plaintiff O.W. Bunker USA Inc.
nramsey@mmwr.com

Arthur E. Rosenberg on behalf of Interested Party Clearlake Shipping Pte Ltd.
Arthur.rosenberg@hklaw.com

David M.S. Shaiken on behalf of Creditor Mieco Inc.
david@shipmanlawct.com

J. Stephen Simms on behalf of Creditor Aegean Bunkering (USA) LLC
jssimms@simmsshowers.com

J. Stephen Simms on behalf of Creditor Atlantic Gulf Bunkering, Inc.
jssimms@simmsshowers.com

J. Stephen Simms on behalf of Creditor Bomin Bunker Oil Corporation
jssimms@simmsshowers.com

J. Stephen Simms on behalf of Creditor O'Rourke Marine Services, Inc.
jssimms@simmsshowers.com

Jeffrey M. Sklarz on behalf of Creditor Martin Energy Services, LLC
jsklarz@gs-lawfirm.com, ctecf_admin@gs-lawfirm.com

Tara Lynn Trifon on behalf of Creditor Harley Marine NY, Inc.
ttrifon@edwardswildman.com, tcubille@edwardswildman.com

Tara Lynn Trifon on behalf of Creditor Westoil marine services, inc.
ttrifon@edwardswildman.com, tcubille@edwardswildman.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Shannon B. Wolf on behalf of Creditor Vopack Terminal Los Angeles Inc.
shannon.wolf@bgllp.com, meghan.olsen@bgllp.com;trey.wood@bgllp.com

Shannon B. Wolf on behalf of Creditor Vopak Terminal Los Angeles Inc.

5

shannon.wolf@bgllp.com, meghan.olsen@bgllp.com;trey.wood@bgllp.com

William A. Wood, III on behalf of Creditor Vopack Terminal Los Angeles Inc.
trey.wood@bgllp.com

Davis Lee Wright on behalf of Debtor O.W. Bunker Holding North America Inc.
dwright@mmwr.com

Davis Lee Wright on behalf of Plaintiff O.W. Bunker Holding North America Inc.
dwright@mmwr.com

Davis Lee Wright on behalf of Plaintiff O.W. Bunker North America Inc.
dwright@mmwr.com

Davis Lee Wright on behalf of Plaintiff O.W. Bunker USA Inc.
dwright@mmwr.com

David B. Zabel on behalf of Interested Party Clearlake Shipping Pte Ltd.
dzabel@cohenandwolf.com

David B. Zabel on behalf of Plaintiff 1372 Tanker Corporation
dzabel@cohenandwolf.com

David B. Zabel on behalf of Plaintiff OSG Ship Management, Inc.
dzabel@cohenandwolf.com

## EXHIBIT B

**OVERNIGHT MAIL**
Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510