IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| O.W. Bunker Holding North America : | |
| Inc., *et al.*,[1] : | Case No. 14-51720 (AHWS) |
| : | |
| Debtors.   : | Jointly Administered |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON:**
**(1) MOTION TO EXTEND DISCOVERY DEADLINE OR CONTINUE HEARING ON JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TRANSFER OF VENUE OF CASES TO UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1412 AND RULE 1014(A)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (2) MOTION TO QUASH DEPOSITION NOTICES OF BRAD BARRON, PAUL DAVIS AND RULE 30(B)(6) WITNESSES AND MOTION FOR PROTECTIVE ORDER AND (3) MOTION TO COMPEL DEBTORS' AND THE COMMITTEE'S RESPECTIVE DISCOVERY RESPONSES**

Upon consideration of the Motion for Expedited Hearing (the "Motion") on the Motion to Extend Discovery Deadline or Continue Hearing on Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Transfer of Venue of Cases to United States Bankruptcy Court for the Southern District of New York Pursuant to 28 U.S.C. § 1412 and Rule 1014(A)(1) of the Federal Rules of Bankruptcy Procedure (the "**Motion to Extend**"), the Motion to Quash Deposition Notices of Brad Barron, Paul Davis and Rule 30(b)(6) Witnesses and Motion for Protective Order (the "**Motion to Quash**"), and Motion to Compel Debtors' and the Committee's Respective Discovery Responses (the "**Motion to Compel**") filed by NuStar Supply & Trading LLC and NuStar Energy Services, Inc. (collectively, "**NuStar**"), any responses thereto, any evidence presented, and any arguments of counsel, the Court after due deliberation and sufficient cause appearing therefor, hereby GRANTS the Motion. It is therefore

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

41468904.1                                     - 1 -

- 2 -

ORDERED that the Motion and all requests for relief therein are GRANTED; and it is further:

ORDERED that the hearing on the Motion to Extend is set for **February 5, 2015 at 9:30 a.m.**, at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

ORDERED that the hearing on the Motion to Quash is set for **February 5, 2015 at 9:30 a.m.**, at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

ORDERED that the hearing on the Motion to Compel is set for February 5**, 2015 at 9:30 a.m.**, at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

ORDERED that immediately upon entry of this Order, a copy of this Order shall be served by electronic transmission (through the Court's ECF system or email), facsimile transmission, or overnight mail upon the following parties: (a) the U.S. Trustee; (b) counsel for ING; and (c) all parties that have filed an appearance or request for notice in these Chapter 11 Cases; and it is further

ORDERED that NuStar shall file a certificate of service and service list that such service has been made.

SIGNED: February 3, 2015                                By the court

                                                                                                   */s/ Alan H. W. Shiff*
                                                                                                    Alan H. W. Shiff
                                                                                United States Bankruptcy Judge

41468904.1