# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| O.W. BUNKER HOLDING NORTH | ) Case No. 14-51720 (AHWS) |
| AMERICA INC. *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) February 4, 2015 |

## REQUEST FOR A HEARING

The undersigned requests a **non-evidentiary** hearing on the *Motion of The Official Committee of Unsecured Creditors for an Order (I) Clarifying That the Committee is Not Required to Disclose Confidential or Privileged Information, and (II) Authorizing Establishment of E-Mail Address for General Unsecured Creditor Inquiries*.

**A copy of the first page of the pleading initiating the contested matter is attached hereto.**

Dated: New York, New York
       February 4, 2015

By: */s/ Robert A. Rich*

**HUNTON & WILLIAMS LLP**
Peter S. Partee, Sr. (ct29690)
Michael P. Richman
(admitted *pro hac vice*)
Andrew Kamensky (ct29691)
200 Park Avenue
New York, NY 10166-0136
Telephone: (212) 309-1000

*Counsel for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America Inc., et al.*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-51720 (AHWS) |
| O.W. BUNKER HOLDING NORTH AMERICA INC. *et al.*,[1] | ) ) Jointly Administered ) |
| Debtors. | ) February 4, 2015 ) |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AN ORDER (I) CLARIFYING THAT THE COMMITTEE IS NOT
REQUIRED TO DISCLOSE CONFIDENTIAL OR PRIVILEGED INFORMATION,
AND (II) AUTHORIZING ESTABLISHMENT OF E-MAIL ADDRESS
<u>FOR GENERAL UNSECURED CREDITOR INQUIRIES</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., and O.W. Bunker USA Inc., debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the above captioned Chapter 11 cases, by and through its undersigned counsel, hereby moves the Court (the "<u>Motion</u>") pursuant to sections 105(a), 107(b) and 1102(b)(3) of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "<u>Proposed Order</u>"). The Motion seeks relief that is granted routinely to creditors' committees in chapter 11 cases, and similar relief has been approved by courts in this district. In support of the Motion, the Committee respectfully states as follows:

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

85075.000002 EMF_US 54228396v1