**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | Case No. 14-51720 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael R. Enright, certify that on February 5, 2015, I caused a true and correct copy of the *First and Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Montgomery, McCracken, Walker & Rhoads, LLP, as Counsel to the Debtors and Debtors-in-Possession, for the Period from November 13, 2014 through December 31, 2014* (the "Application") to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

The undersigned further certifies that on February 5, 2014, he coordinated with co-counsel, Montgomery McCracken, Walker & Rhoads, LLP, to cause a true and correct copy of the Application to be served *via* first class mail, postage prepaid, on the parties identified on the list attached hereto as Exhibit A.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

Dated:  Bridgeport, Connecticut
        February 5, 2015

    Respectfully submitted,

    */s/ Michael R. Enright*
    Michael R. Enright, Esq. (ct10286)
    Patrick M. Birney, Esq. (ct19875)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT 06103
    Telephone: (860) 275-8290
    Facsimile: (860) 275-8299
    menright@rc.com
    pbirney@rc.com

    -and-

    Natalie D. Ramsey, Esq. (NY #5242730)
      (admitted *pro hac vice*)
    Joseph O'Neil, Esq. (NY #2596435)
      (admitted *pro hac vice*)
    Davis Lee Wright, Esq. (NY #4761300)
      (admitted *pro hac vice*)
    MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
    437 Madison Avenue, 29th Floor
    New York, NY 10022 (215) 772-1500
    Telephone: (212) 867-9500
    Facsimile:  (212) 599-1759
    nramsey@mmwr.com
    joneil@mmwr.com
    dwright@mmwr.com

    *Counsel for the Debtors and Debtors in Possession*

## **EXHIBIT A**

| | |
|---|---|
| Hunton & Williams LLP<br>Attn: Peter S. Partee, Sr. and<br>Michael P. Richman<br>200 Park Avenue<br>New York, NY  10166<br><br>*Counsel to the Committee* | United States Trustee for the<br>District of Connecticut<br>Attn: Holley Claiborn<br>150 Court Street, Room 302<br>New Haven, CT  06510<br><br>*United States Trustee* |