**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 14-51720 (AHWS) |
| O.W. BUNKER HOLDING NORTH AMERICA INC. *et al.*,[1] | )<br>) Jointly Administered ) |
| Debtors. | ) February 5, 2015<br>) **Objection Deadline: February 25, 2015** |

**FIRST MONTHLY FEE APPLICATION OF HUNTON & WILLIAMS LLP, AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 28, 2014 THROUGH DECEMBER 31, 2014**

| | |
|---|---|
| Name of Applicant: | HUNTON & WILLIAMS LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 28, 2014 |
| Period for which Compensation and reimbursement is sought: | November 28, 2014 through December 31, 2014 |
| Amount of compensation sought as actual, reasonable and necessary: | $495,467.45 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $22,764.09 |

This is a __X__ monthly  _____ interim  _____ final application

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

**PROFESSIONALS RENDERING SERVICES**

| Name of Professional | Position of the Applicant and Area of Expertise | Total Billed Hours | Hourly Rate (Discounted) | Total Compensation |
|---|---|---|---|---|
| Peter S. Partee, Sr. | Partner/Bankruptcy, Restructuring & Creditors' Rights | 42.20 | $800.00 | $33,760.00 |
| Peter S. Partee, Sr. Non-Working Travel | Partner/Bankruptcy, Restructuring & Creditors' Rights | 3.00 | 400.00 | 1,200.00 |
| Michael P. Richman | Partner/Bankruptcy, Restructuring & Creditors' Rights | 120.80 | 800.00 | 96,640.00 |
| Michael P. Richman Non-Working Travel | Partner/Bankruptcy, Restructuring & Creditors' Rights | 6.00 | 400.00 | 2,400.00 |
| Andrew Kamensky | Partner/Bankruptcy, Restructuring & Creditors' Rights | 181.00 | 733.50 | 132,763.50 |
| Andrew Kamensky Non-Working Travel | Partner/Bankruptcy, Restructuring & Creditors' Rights | 2.00 | 366.75 | 733.50 |
| Lawrence J. Bracken, II | Partner/Cyber Investigation and Litigation | 30.90 | 742.50 | $22,943.25 |
| Lawrence J. Bracken, II Non-Working Travel | Partner/Cyber Investigation and Litigation | 8.80 | 371.25 | 3,267.00 |
| Robert M. Tata | Partner/Patent Prosecution and Litigation | 8.90 | 715.50 | 6,367.95 |
| Sergio F. Oehninger | Counsel/Insurance Coverage Counseling and Litigation | 22.30 | 585.00 | 13,045.50 |
| Robert A. Rich | Associate/Bankruptcy, Restructuring & Creditors' Rights | 150.60 | 535.50 | 80,646.30 |
| Kevin M. Eckhardt | Associate/Bankruptcy, Restructuring & Creditors' Rights | 108.70 | 481.50 | 52,339.05 |
| Matthew A. Mannering | Associate/Bankruptcy, Restructuring & Creditors' Rights | 24.80 | 459.00 | 11,383.20 |

| Name of Professional | Position of the Applicant and Area of Expertise | Total Billed Hours | Hourly Rate (Discounted) | Total Compensation |
|---|---|---|---|---|
| Shannon E. Daily | Associate/Bankruptcy, Restructuring & Creditors' Rights | 29.90 | 378.00 | 11,302.20 |
| Constance Andonian | Senior Paralegal | 91.20 | 292.50 | 26,676.00 |
| **TOTAL** | | **831.10** | | **$495,467.45** |
| **BLENDED RATE** | | | | **$596.16** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Value |
|---|---|---|
| Case Administration | 138.10 | $65,896.25 |
| Asset Analysis and Recovery | 216.70 | 136,144.35 |
| Asset Disposition | 81.30 | 54,718.45 |
| Relief from Stay / Adequate Protection Proceedings | 12.20 | 7,938.90 |
| Meetings of and Communications with Creditors | 24.70 | 18,673.90 |
| Fee / Employment Applications | 66.10 | 36,320.70 |
| Fee / Employment Objections | 1.80 | 1,260.90 |
| Avoidance Action Analysis | 8.70 | 3,717.00 |
| Assumption / Rejection of Leases and Contracts | 6.70 | 3,884.85 |
| Other Contested Matters (excluding assumption / rejection motions) | 85.20 | 54,737.75 |
| Non-Working Travel | 19.80 | 7,600.50 |
| Business Operations | 2.20 | 1,587.55 |
| Employee Benefits / Pensions | 0.90 | 561.15 |
| Financing / Cash Collections | 93.30 | 59,451.30 |
| Board of Directors Matters | 2.00 | 1,170.00 |
| Claims Administration and Objections | 70.40 | 41,268.40 |
| Budgeting | 1.00 | 535.50 |
| **TOTAL** | **831.10** | **$495,467.45** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copying | | $5.00 |
| Online Research | Premier Reserve Communications, Allfiles, Lexis, Westlaw, Matt-Collier, Bloomberg Law | 18,495.00 |
| Delivery/Messenger Services | UPS/Federal Express | 579.64 |
| Postage | Pitney Bowes | 5.25 |
| Local Travel | | 83.20 |
| Out-of-Town Travel | | 1,839.98 |
| Meals | | 480.02 |
| Court Fees | | 1,267.00 |
| Other - Miscellaneous | Champion Courier | 9.00 |
| **Total Expenses** | | **$22,764.09** |

4

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| | ) Case No. 14-51720 (AHWS) |
| O.W. BUNKER HOLDING NORTH AMERICA INC. *et al.*,[1] | ) ) Jointly Administered |
| | ) |
| Debtors. | ) February 5, 2015 |
| | ) **Objection Deadline:  February 25, 2015** |

**FIRST MONTHLY FEE APPLICATION OF HUNTON & WILLIAMS LLP, AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 28, 2014 THROUGH DECEMBER 31, 2014**

Hunton & Williams LLP ("Hunton"), counsel for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America Inc. and its affiliated debtors and debtors-in-possession in the above captioned Chapter 11 cases (collectively, the "Debtors"), submits this application (the "Application") for allowance of compensation for professional services rendered by Hunton to the Committee for the period November 28, 2014 through December 31, 2014 (the "Application Period") and reimbursement of actual and necessary expenses incurred by Hunton during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Connecticut (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11

---

[1]  The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

Cases, which became effective on November 1, 2013 (the "U.S. Trustee Guidelines"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.N. 383] entered on February 5, 2015 (the "Compensation Order"). In support of this Application, Hunton represents as follows:

### I. JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *District Court's General Order of Reference* dated September 21, 1984. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND

2. On November 13, 2014 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases"). Since the Petition Date, the Debtors have continued to operate and manage their properties as debtors-in-possession. The Court has entered a final order for joint administration of the Chapter 11 Cases [D.N. 52].

3. On November 14, 2014, the Debtors filed the *Declaration of Adrian Tolson, General Manager of O.W. Bunker North America Inc., in Support of Chapter 11 Petitions and First Day Pleadings* [D.N. 15] (the "First Day Declaration"). A description of the Debtors' business operations and financial structure is set forth in the First Day Declaration.

4. On November 26, 2014, the United States Trustee for the District of Connecticut (the "U.S. Trustee") duly appointed the Committee. *See Appointment of Official Committee of Unsecured Creditors* [D.N. 89]. No trustee or examiner has been appointed.

5. The Committee held a meeting immediately after appointment and, on November 28, 2014, retained Hunton & Williams as its counsel subject to this Court's approval.

2

6.   On January 13, 2015, the Court entered an Order [D.N. 301] authorizing the employment and retention of Hunton as counsel for the Committee.

### III. RELIEF REQUESTED

7.   Hunton submits this Application (a) for allowance of compensation for the actual, reasonable and necessary professional services that it has rendered as counsel for the Committee in these cases for the period from November 28, 2014 through December 31, 2014, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Committee during that same period. During the period covered by this Application, the Committee incurred fees for services rendered by Hunton in the amount of $495,467.45. For the same period, Hunton incurred actual, reasonable and necessary expenses in connection with services rendered to the Committee totaling $22,764.09. As of the date of this Application, Hunton has received no payments with respect to these amounts.

8.   During the Application Period, Hunton has represented the Committee in the most expeditious and economical manner possible. Tasks have been assigned to attorneys and paralegals at Hunton so that the work has been performed by those most familiar with the particular matter or task. Moreover, Hunton has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Committee. Hunton believes it has been successful in this regard and has endeavored to ensure that such professionals comply with the Local Rules and the U.S. Trustee Guidelines.

9.   Attached hereto as **Exhibit A** is a schedule, sorted by project category, that shows the time recorded by Hunton professionals and paraprofessionals and descriptions of the services provided. Hunton has reduced its request for compensation for non-working travel, if any, to 50% of the hourly rate for such professionals. Similarly, attached hereto as **Exhibit B** is a

breakdown of the actual and necessary disbursements made by Hunton on behalf of the Committee during the Application Period.

10. No agreement or understanding exists between Hunton and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

[Remainder of page intentionally left blank.]

**WHEREFORE**, Hunton respectfully requests that the Court: (a) allow Hunton (i) monthly compensation in the amount of $495,467.45 for actual, reasonable and necessary professional services rendered on behalf of the Committee during the period November 28, 2014 through December 31, 2014, and (ii) reimbursement in the amount of $22,764.09 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Hunton the amount of $419,138.05 which is equal to the sum of 80% of Hunton's requested monthly compensation and 100% of Hunton's requested expense reimbursement; and (c) grant such other and further relief as the Court may deem just and proper.

Dated: February 5, 2015

**HUNTON & WILLIAMS LLP**

By: */s/ Peter S. Partee, Sr.*
Peter S. Partee, Sr. (ct29690)
Michael P. Richman
(admitted *pro hac vice*)
Andrew Kamensky (ct29691)
200 Park Avenue
New York, NY 10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
ppartee@hunton.com
mrichman@hunton.com
akamensky@hunton.com

*Counsel for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America Inc., et al.*

5