**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| O.W. BUNKER HOLDING NORTH : | |
| AMERICA, INC., et al.,[1] : | Case No. 14-51720 (AHWS) |
| : | |
| Debtors. : | Jointly Administered |

**NUSTAR'S LIMITED OBJECTION TO JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO BANKRUPTCY RULES 9006(b) AND 9027 FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE NOTICES OF REMOVAL OF ACTIONS**

NUSTAR ENERGY SERVICES, INC. AND NUSTAR SUPPLY & TRADING LLC (hereinafter, "**NuStar**") file this Nustar's Limited Objection to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors ("**Movants**") Pursuant to Bankruptcy Rule 9006(b) and 9027 for Entry of an Order Extending the Time to File Notices of Removal of Actions (the "**Motion**"), and would show the Court as follows:

**I.
ARGUMENT**

1.    NuStar objects to the Motion as to NuStar only.  Movant's Motion seeks an order extending the period within which the Movants may remove claims and causes of action pursuant to 28 U.S.C. § 1452.  Cause does not exist to grant the enlargement of time under Bankruptcy Rule 9006(b) as requested.  By their Motion, Movants seek to enlarge the amount of the time for the Movants to file notices of removal with respect to claims or causes of action in state and federal courts to which the Debtors are or may become parties until the date an order is entered confirming any chapter 11 plan in these Chapter 11 Cases.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

41457903.2    - 1 -

2. NuStar has been an active participate in this case. Movants have had sufficient time to confirm the existence of any prepetition litigation as to NuStar, and there is no cause to sustain Movant's Motion as to NuStar. At minimum, as to NuStar there is no cause to grant the lengthy enlargement of time requested by Movants.

## II.
## PRAYER

WHEREFORE, NuStar hereby respectfully requests this Court deny the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 9006(b) and 9027 for Entry of an Order Extending the Time to File Notices of Removal of Actions as to NuStar, and grant such other and further relief to which NuStar is entitled, either at law or in equity.

DATED:  February 6, 2015.

NUSTAR ENERGY SERVICES, INC. AND
NUSTAR SUPPLY & TRADING LLC

By:  */s/*
　　Eric Henzy
　　Federal Bar No. ct12849
　　One Financial Plaza, 21st Floor
　　Hartford, CT  06103
　　Telephone:  (860) 240-1081
　　Telecopier:  (860) 240-1002
　　ehenzy@rrlawpc.com
　　*Its Attorneys*

OF COUNSEL:

Michael M. Parker
Texas State Bar 00788163 (admitted *pro hac vice*)
Steve A. Peirce
Texas State Bar 15731200 (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205
michael.parker@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

*Attorneys for NuStar Energy Services, Inc. and
NuStar Supply & Trading LLC*