# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
February 6, 2015

In re:

O.W. Bunker Holding North America Inc.
Employer Tax–Identification No (EIN): 36–4747474

O.W. Bunker North America Inc.
Employer Tax–Identification No (EIN): 37–1707158
                    Debtor(s)

Case Number: 14–51720 ahws
Chapter: 11

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **February 17, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion for an Order (I) Clarifying That The Committee is Not Required to Disclose Confidential or Privileged Information, and (II) Authorizing Establishment of E–Mail Address for General Unsecured Creditor Inquiries Filed by Peter S. Partee Sr. on behalf of The Official Committee Of Unsecured Creditors, Creditor Committee. (Partee, Peter) (Re: Doc #381)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 6, 2015

For the Court
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – sr

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Gary M. Gfeller, Clerk of Court