IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| O.W. BUNKER HOLDING NORTH : | |
| AMERICA, INC., et al.,[1] : | Case No. 14-51720 (AHWS) |
| : | |
| Debtors. : | Jointly Administered |

**ORDER GRANTING NUSTAR'S MOTION TO QUASH DEPOSITION NOTICE OF BRAD BARRON AND MOTION FOR PROTECTIVE ORDER**

The Court having considered the Motion for Protective Order Filed by Eric A. Henzy on behalf of NuStar Energy Services, Inc., NuStar Supply & Trading LLC, Creditors, Motion to Quash Deposition Notices of Brad Barron, Paul Davis and Rule 30(b)(6) (Doc. ID # 364, the "Motion"), filed by NuStar Energy Services, Inc. and NuStar Supply and Trading LLC (together, "NuStar"); the Debtors' Objection to the Motion filed by O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., and O.W. Bunker USA Inc. (the "Debtors")(Doc. ID # 370, the "Debtors' Objection"); NuStar's Response to the Debtors' Objection (Doc. ID # 379, the "Response"); and the Court having held a hearing to consider the requested relief in the Motion (the "Hearing");

IT IS ORDERED THAT:

1. The Motion is marked off regarding the Notice of Deposition of Paul Davis and the Rule 30(b)(6) Notice of Deposition, as provided at the Hearing;

2. The Motion is granted with respect to the Notice of Deposition of Brad Barron; and

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

41457903.2                                - 1 -

3. that the Motion is granted with respect to the categories of documents sought by the Debtors listed on pages 12 and 13 of the Motion, and NuStar shall not be required to produce such production.

Dated: February 13, 2015                                                                                 By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge