IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| **O.W. BUNKER HOLDING NORTH** : | |
| **AMERICA, INC., et al.,**[1] : | Case No. 14-51720 (AHWS) |
| : | |
| Debtors. : | Jointly Administered |

**ORDER GRANTING MOTION TO COMPEL DEBTORS' AND THE COMMITTEE'S
RESPECTIVE DISCOVERY RESPONSES**

The Court having considered the Motion to Compel Debtors' And The Committee's Respective Discovery Responses (Doc. ID # 365, the "Motion"), filed by NuStar Energy Services, Inc. and NuStar Supply and Trading LLC (together, "NuStar"); the Debtors' Objection to the Motion filed by O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., and O.W. Bunker USA Inc. (the "Debtors")(Doc. ID # 370, the "Debtors' Objection"); the Official Committee of Unsecured Creditors' Limited Objection to NuStar's Emergency Motion to Extend Discovery Deadline and/or Continue Hearing on Joint Motion or Transfer Venue to Compel (Doc. ID # 371, the "Committee's Objection"); NuStar's Response to the Debtors' Objection and Committee's Objection (Doc. ID # 379, the "Response"); and the Court having held a hearing to consider the requested relief in the Motion (the "Hearing");

IT IS ORDERED THAT:

1. The Motion is granted with respect to the relief sought in the Motion that is directed at the Debtors as follows:

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

41457903.2                                - 1 -

a. That on or before February 10, 2015 (the "Production Date"), Debtors shall produce all non-privileged documents in the Debtors' possession, custody, or control requested by NuStar in its First and Second Set of Discovery Requests for Production (the "Discovery Requests"), including any documents that the Debtors may use as trial exhibits at the hearing on the Motion To Transfer Venue;

b. that the relevant time period for such production shall be for the period from the petition date in these cases through the date of this order;

c. that to the extent there are no non-privileged documents in the Debtors' possession, custody, or control responsive to the Discovery Requests, the Debtors shall submit a sworn affidavit to NuStar averring that no such documents exist by the Production Date; and

d. that the Debtors are not required to turn over its trial exhibits to the extent said exhibits are not in existence as of the Production Date; and

2.     The Motion is marked off with respect to the relief contained in the Motion that is directed at the Official Committee of Unsecured Creditors based upon the resolution of the Motion and the Committee Objection placed on the record at the Hearing.

Dated: February 13, 2015                                          By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

41457903.2                                   - 2 -