# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC. *et al* | Case No. 14-51720 |
| Debtors. | |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GAVIN/SOLMONESE LLC *NUNC PRO TUNC* TO DECEMBER 9, 2014 AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328 and 1103 and Bankruptcy Rule 2014 Approving the Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to December 9, 2014, as Financial Advisor to the Official Committee of Unsecured Creditors (the "Application") [D.I. 303][1]; and the Court being satisfied, based upon the representations made in the Application and the Declaration of Edward T. Gavin, CTP, that Gavin/Solmonese LLC ("Gavin/Solmonese") represents or holds no interests adverse to the Debtors, their estates, or the Committee in connection with these cases, and that the employment of Gavin/Solmonese is necessary and is in the best interests of the Debtors' estates; and it appearing that Gavin/Solmonese is a "disinterested person" as the term is defined in Section 101(14) of the Bankruptcy Code; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

---

[1] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Application.

it appearing that venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Application has been given; and good cause having been shown, it is hereby

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that the retention of Gavin/Solmonese as financial advisor to the Committee to perform all of the services set forth in the Application on the terms set forth in the Application is approved pursuant to Sections 328 and 1103 of the Bankruptcy Code, *nunc pro tunc* to December 9, 2014; and it is further

ORDERED that Gavin/Solmonese shall be compensated for financial advisory work which will be billed on a tenth-of-an-hourly basis, in accordance with the procedures set forth in Sections 328, 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules of the Court, any administrative order governing professional fees in these cases, and any such procedures as may be fixed by order of this Court; and it is further

ORDERED that at least ten (10) business days' notice must be provided by Gavin/Solmonese to the Debtors, the U.S. Trustee, and counsel to the Committee prior to any change in Gavin/Solmonese' hourly rates, and such notice must be filed with the Court; and it is further

ORDERED that the U.S. Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

2

ORDERED that this Order shall be effective and enforceable immediately upon its entry; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 19, 2015                                By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge