# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| O.W. BUNKER NORTH AMERICA, INC., | : |
| *et al.*, | : Case No.: 14-51720 (AHWS) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |

## ORDER

This matter has come before this Court by the Motion dated February 17, 2015 of Onego Shipping and Chartering, B.V., as charterer of the M/V HC NADJA MARIA ("**Onego**"), by and through its counsel, to Continue the Hearing on its Motion for an Order (A) Declaring that the Automatic Stay Does Not Apply to the Interpleader Action or (B) In The Alternative, Modifying the Automatic Stay (the "**Underlying Motion**"). Having considering the Motion, it is

ORDERED that the hearing on the Underlying Motion (Docket No. 396) is hereby continued until April __7__, 2015 at __10__ : __00__ __A__.M. at the U. S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut.

Dated: February 20, 2015

By the Court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' taxpayer identification numbers, are as follows: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556).