UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re  O.W. Bunker Holding North America, Inc.  
Debtor

Case No.  14-51720  
Reporting Period:  1/1/15 to 1/31/15  
Federal Tax I.D. #  36-4747474

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual* _____    Date _____

Hans Staal., General Manager                                     2/20/2015

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 OF 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
| | **Debtor** | Reporting Period: | 1/1/15 to 1/31/15 |
| | | Federal Tax I.D. # | 36-4747474 |

### Notes to Monthly Operating Report

1. **BASIS OF PRESENTATION**

    This Monthly Operating Report ("MOR") has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP"). The information is not intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors, its Parent (O.W. Bunker A/S) or any of the Debtors' affiliates.

    This Monthly Operating Report reflects the Debtors' reasonable best efforts to report the required financial information of each Debtor on an unconsolidated basis. The financial information contained within this Monthly Operating Report is based on data obtained from the financial systems of the Debtors' parent (O.W. Bunker A/S) as well as the books and records held by the Debtors that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information contained in the Monthly Operating Report, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Monthly Operating Report. As such, the Debtors reserve all rights to supplement or amend any schedule contained in this Monthly Operating Report.

2. **BANK ACCOUNTS**

    The Debtors are authorized to maintain the cash management system on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80].

    In January 2015, the Debtor closed its legacy bank account with JP Morgan Chase. As of the date of the report, the Debtor has not opened a Debtor-in-Possession accounts. To the extent it is necessary to open a DIP account, the Debtor will open an account at Wells Fargo in compliance with the guidelines established by the U.S. Trustee in the District of Connecticut.

3. **RELATED PARTY DISBURSEMENTS**

    In January 2015, O.W. Bunker North America, Inc.paid US Trustee fees of $325 on behalf of O.W. Bunker Holding North America, Inc. ("Holding"). Debtors presently anticipate seeking to substantively consolidate Holding with North America, either by motion or as part of a chapter 11 plan.

4. **TAXES**

    Prior to filing, the Debtors had made quarterly tax payments for their estimated 2014 federal tax liabilities. Currently, the Debtors have not determined if they are eligible for a refund of these amounts. The tax pre-payment has been included as an asset on the Balance Sheet (MOR-3).

| | | |
|---|---|---|
| **In re** O.W. Bunker Holding North America, Inc. | **Case No.** | 14-51720 |
| **Debtor** | **Reporting Period:** | 1/1/15 to 1/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER #5852 | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 200.00 | | | $ 200.00 |
| **RECEIPTS** | | | | |
| CASH SALES | - | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | | | - |
| LOANS AND ADVANCES | - | | | - |
| SALE OF ASSETS | - | | | - |
| OTHER *(ATTACH LIST)* | - | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | - | | | - |
| **TOTAL RECEIPTS** | $ - | | | $ - |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $ - | | | $ - |
| PAYROLL TAXES | - | | | - |
| SALES, USE, & OTHER TAXES | - | | | - |
| INVENTORY PURCHASES | - | | | - |
| SECURED/ RENTAL/ LEASES | - | | | - |
| INSURANCE | - | | | - |
| ADMINISTRATIVE | - | | | - |
| SELLING | - | | | - |
| OTHER *(ATTACH LIST)* | - | | | - |
| OWNER DRAW * | - | | | - |
| TRANSFERS *(TO DIP ACCTS)* | 200.00 | | | 200.00 |
| PROFESSIONAL FEES | - | | | - |
| U.S. TRUSTEE QUARTERLY FEES | - | | | - |
| COURT COSTS | - | | | - |
| **TOTAL DISBURSEMENTS** | $ 200.00 | | | $ 200.00 |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (200.00) | - | - | (200.00) |
| | | | | |
| **CASH – END OF MONTH** | $ - | | | $ - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 200 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ 200 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ - |

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 1/1/15 to 1/31/15 |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating [1] #5852 |  |  |  |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $                - |  |  |  |
| **BANK BALANCE** | $                - |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $                - |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | $                - |  |  |  |
| OTHER *(ATTACH EXPLANATION)* | $                - |  |  |  |
| **ADJUSTED BANK BALANCE *** | $                - |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Notes:**

[1] The Debtors were authorized to use these accounts on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80].

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/15 to 1/31/15 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Period (1/1/15 -1/31/15) | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | $ - | $ - |
| Less: Returns and Allowances | - | - |
| Net Revenue | $ - | $ - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $ - | $ - |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs *(attach schedule)* | - | - |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | $ - | $ - |
| **OPERATING EXPENSES** | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | - | - |
| Officer/Insider Compensation* | - | - |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Office Expense | - | - |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | - | - |
| Salaries/Commissions/Fees | - | - |
| Supplies | - | - |
| Taxes - Payroll | - | - |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | - |
| Travel and Entertainment | - | - |
| Utilities | - | - |
| Other *(attach schedule)* | - | - |
| Total Operating Expenses Before Depreciation | $ - | $ - |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | $ - | $ - |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | - |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | - | - |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - |

**In re** O.W. Bunker Holding North America, Inc.  **Case No.** 14-51720
  **Debtor**  **Reporting Period:** 1/1/15 to 1/31/15

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | - | - |
| U. S. Trustee Quarterly Fees | (325.00) | - |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | - | - |
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | $ (325.00) | $ - |
| Income Taxes | - | - |
| Net Profit (Loss) | $ 325.00 | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/15 to 1/31/15 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ 200.00 | $ 200.00 | $ 200.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) | - | - | - |
| Notes Receivable | - | - | - |
| Inventories | - | - | - |
| Prepaid Expenses | 800.00 | 800.00 | 800.00 |
| Professional Retainers | - | - | - |
| Other Current Assets *(attach schedule)* | - | - | - |
| *TOTAL CURRENT ASSETS* | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | - | - | - |
| Furniture, Fixtures and Office Equipment | - | - | - |
| Leasehold Improvements | - | - | - |
| Vehicles | - | - | - |
| Less: Accumulated Depreciation | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ - | $ - |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | - | - | - |
| Other Assets *(attach schedule)* | - | - | - |
| *TOTAL OTHER ASSETS* | $ - | $ - | $ - |
| **TOTAL ASSETS** | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $ 325.00 | $ - | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | - | - | - |
| Wages Payable | - | - | - |
| Notes Payable | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Other Post-petition Liabilities *(attach schedule)* | - | - | - |
| *TOTAL POST-PETITION LIABILITIES* | $ 325.00 | $ - | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | $ - | $ - | $ - |
| Priority Debt | - | - | - |
| Unsecured Debt | - | - | - |
| *TOTAL PRE-PETITION LIABILITIES* | $ - | $ - | $ - |
| *TOTAL LIABILITIES* | $ 325.00 | $ - | $ - |
| **OWNERS' EQUITY** | | | |
| Capital Stock | $ 200.00 | $ 200.00 | $ 200.00 |
| Additional Paid-In Capital | - | - | - |
| Partners' Capital Account | - | - | - |
| Owner's Equity Account | - | - | - |
| Retained Earnings - Pre-Petition | 800.00 | 800.00 | 800.00 |
| Retained Earnings - Post-petition | (325.00) | - | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions *(attach schedule)* | - | - | - |
| *NET OWNERS' EQUITY* | $ 675.00 | $ 1,000.00 | $ 1,000.00 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 1/1/15 to 1/31/15 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** O.W. Bunker Holding North America, Inc.          **Case No.** 14-51720
    **Debtor**                                                    **Reporting Period:** 1/1/15 to 1/31/15

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ - | $ - | | | $ - |
| FICA-Employee | $ - | $ - | $ - | | | $ - |
| FICA-Employer | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Income | $ - | $ - | $ - | | | $ - |
| Other:_____ | $ - | $ - | $ - | | | $ - |
| **Total Federal Taxes** | **$ -** | **$ -** | **$ -** | | | **$ -** |
| **State and Local** | | | | | | |
| Withholding | $ - | $ - | $ - | | | $ - |
| Sales | $ - | $ - | $ - | | | $ - |
| Excise | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Real Property | $ - | $ - | $ - | | | $ - |
| Personal Property | $ - | $ - | $ - | | | $ - |
| Other:_____ | $ - | $ - | $ - | | | $ - |
| **Total State and Local** | **$ -** | **$ -** | **$ -** | | | **$ -** |
| **Total Taxes** | **$ -** | **$ -** | **$ -** | | | **$ -** |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 325 | $ - | $ - | $ - | $ - | **$ 325** |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Post-petition Debts** | **$ 325** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 325** |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
See Note 3 of Notes to Monthly Operating Report

| In re | O.W. Bunker Holding North America, Inc. | | Case No. | 14-51720 |
|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 1/1/15 to 1/31/15 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $   - |
| Plus: Amounts billed during the period | $   - |
| Less: Amounts collected during the period | $   - |
| Total Accounts Receivable at the end of the reporting period | $   - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | $   - |
| 31 - 60 days old | | | | | $   - |
| 61 - 90 days old | | | | | $   - |
| 91+ days old | | | | | $   - |
| Total Taxes Payable | | | | | $   - |
| Total Accounts Payable | | | | | $   - |

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 1/1/15 to 1/31/15 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | Title / Capacity | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Lehsten, Götz | Director | | $ - | $ - |
| Pedersen, Jim Bøjesen Hessellund | Director | | - | - |
| Skou, Morten | Director | | - | - |
| Tolson, Adrian | Consultant | | - | - |
| Staal, Hans | General Manager | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | | $ - | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Montgomery McCracken Walker & Rhoads LLP | | $ - | $ - | $ - | $ - |
| Robinson & Cole LLP | | - | - | - | - |
| Alvarez & Marsal North America, LLC | | - | - | - | - |
| Hunton & Williams | | | | | |
| Gavin Solmonese | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

FORM MOR-6
2/2008
PAGE 1 OF 1

| In re | O.W. Bunker Holding North America, Inc. | Case No. | 14-51720 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 1/1/15 to 1/31/15 |

# DEBTOR QUESTIONNAIRE

| **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X [1] | |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | | X |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been been received by the Debtor from any party? | | X [2] |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1] The Debtors are authorized to maintain the cash management system on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80].

[2] See Note 3 of Notes to Monthly Operating Report