UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re   O.W. Bunker USA, Inc.

**Debtor**

Case No.   14-51722

Reporting Period:   1/1/15 to 1/31/15

Federal Tax I.D. #   99-0373556

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Yes |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
|   Copies of bank statements | | Yes | No |
|   Cash disbursements journals | | No | No |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|   Copies of IRS Form 6123 or payment receipt | | No | No |
|   Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|   Listing of Aged Accounts Payable | | No | No |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor

Signature of Authorized Individual*

Hans Staal., General Manager                              2/20/2015

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re   O.W. Bunker USA, Inc.                                        Case No.            14-51722
        **Debtor**                                          Reporting Period:      1/1/15 to 1/31/15

                                                            Federal Tax I.D. #        99-0373556

**Notes to Monthly Operating Report**

**1.    BASIS OF PRESENTATION**

This Monthly Operating Report ("MOR") has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP"). The information is not intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors, its Parent (O.W. Bunker A/S) or any of the Debtors' affiliates.

This Monthly Operating Report reflects the Debtors' reasonable best efforts to report the required financial information of each Debtor on an unconsolidated basis. The financial information contained within this Monthly Operating Report is based on data obtained from the financial systems of the Debtors' parent (O.W. Bunker A/S) as well as the books and records held by the Debtors that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information contained in the Monthly Operating Report, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Monthly Operating Report. As such, the Debtors reserve all rights to supplement or amend any schedule contained in this Monthly Operating Report.

**2.    BANK ACCOUNTS**

The Debtors are authorized to maintain the cash management system on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80]. Prior to December 31, 2014, the Debtors opened Debtor-in-Possession accounts at Wells Fargo, in compliance with the guidelines established by the U.S. Trustee in the District of Connecticut and closed all legacy bank accounts.

**3.    ACCOUNTS RECEIVABLE**

The Debtors' accounts receivable balances have been generated from a review of available information from O.W. Bunker A/S's accounting systems, adjusted for those transactions which have not yet been invoiced. The Debtors expect this number to change as additional information is provided by the parent company or ING Bank N.V.

The amount of receivables collected by third parties since the filing of these bankruptcy cases has not been confirmed with the collecting entity. Regardless, the receivable balance reflected in this report should not be interpreted as a cap or limitation on the Debtors' right to assert to recover on any additional receivables.

**4.    LIEN STATUS OF RECEIVABLES**

a.) The Debtors commenced a civil action in the United States District Court for the District of New Jersey seeking the arrest of the vessel COSCO PIRAEUS to enforce the Debtors' maritime liens.  *O.W. Bunker USA Inc. v. COSCO PIRAEUS*, No. 15-71 (D. N.J. filed Jan. 6, 2015).  Pursuant to a Stipulation and Order dated January 7, 2015, the vessel owner deposited approximately $938,000 in the Debtors counsels' New Jersey IOLTA account as security for the Debtors' claims.  As of the date of report, this matter is still being litigated. As such, the security deposit has not been reflect on the Debtor's balance sheet. A copy of the Order has been attached.

b.) In response to competing claims for payment and threats of vessel arrests to enforce maritime liens, vessel interests commenced fifteen (15) civil actions in the United States District Court for the Southern District of New York by filing interpleader complaints which name all competing claimants as defendants.  As of January 31, 2015, vessels deposited approximately $24.3 million in cash or bonds to the registry of the court or attorney escrow accounts as security for the competing claims.  As of the date of report, these matters are still being litigated and the related security deposits have not been reflected on the Debtor's balance sheet.

c.) Disputes arising from or in connection with the Debtors' supply of marine fuel oil to vessels are being litigated in the United States District Courts for the Southern District of Texas, the Eastern District of Louisiana, and the Northern District of Florida.  Additional disputes relating to Debtors' supply of marine fuel oil to vessels are being litigated in Belize, Curacao, Italy, and Panama.  Upon information and belief, vessels deposited security in connection with these disputes, but Debtors have not appeared in those actions and the security deposits have not been reflected on the Debtor's balance sheet.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re  O.W. Bunker USA, Inc.                              Case No.            14-51722
        **Debtor**                              **Reporting Period:**        1/1/15 to 1/31/15

                                              **Federal Tax I.D. #**          99-0373556

**Notes to Monthly Operating Report**

5.   **HEDGING CONTRACTS**

Prior to their bankruptcy filings, the Debtors entered into derivative contracts with O.W. Supply & Trading A/S to manage their exposure to marine fuel and marine fuel component price volatility arising from the Debtors' marine fuel inventory and purchases and sales contracts with a fixed price element.  The Debtors relied on the financial systems of the Parent company (O.W. Bunker A/S) to value each contract and provide information related to the financial gain or loss for the Debtors. As of the filing of this Monthly Operating Report, these contracts have not been valued due to the limited information available from the Debtors' Parent, which entered into an insolvency proceeding in Denmark on November 7, 2014. The financial gain or loss related to these contracts may have a material impact on the Debtors' financial statements and this Monthly Operating Report.

6.   **TAXES**

The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

The Debtors are responsible for sales, motor fuel and excise taxes related to the sale of marine fuel and other inventory. At the time of this filing, the Debtors have not determined the amount due for these taxes.

Prior to filing, the Debtors had made quarterly tax payments for their estimated 2014 federal tax liabilities. Currently, the Debtors have not determined if they are eligible for a refund of these amounts. The tax pre-payment has been included as an asset on the Balance Sheet (MOR-3).

7.   **SECURED DEBT**

a.) Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status.  The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims. Therefore, the amounts are listed as unsecured in this operating report.

| In re | O.W. Bunker USA, Inc. | | | Case No. | 14-51722 |
|---|---|---|---|---|---|
| | **Debtor** | | | **Reporting Period:** | 1/1/15 to 1/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | **OPER #0076** | | | | **CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS)** |
| **CASH BEGINNING OF MONTH** | $ 56,881.82 | | | | $ 56,881.82 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | | | | - |
| LOANS AND ADVANCES | - | | | | - |
| SALE OF ASSETS | 13,000.00 | | | | 13,000.00 |
| OTHER *(ATTACH LIST)* | 2,542.60 | | | | 2,542.60 |
| TRANSFERS *(FROM DIP ACCTS)* | - | | | | - |
| **TOTAL RECEIPTS** | $ 15,542.60 | | | | $ 15,542.60 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $ 17,316.13 | | | | $ 17,316.13 |
| PAYROLL TAXES | 6,733.25 | | | | 6,733.25 |
| SALES, USE, & OTHER TAXES | - | | | | - |
| INVENTORY PURCHASES | - | | | | - |
| SECURED/ RENTAL/ LEASES | 17,451.66 | | | | 17,451.66 |
| INSURANCE | - | | | | - |
| ADMINISTRATIVE | 3,014.11 | | | | 3,014.11 |
| SELLING | - | | | | - |
| OTHER *(ATTACH LIST)* | - | | | | - |
| OWNER DRAW * | - | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | - | | | | - |
| PROFESSIONAL FEES | 325.00 | | | | 325.00 |
| U.S. TRUSTEE QUARTERLY FEES | - | | | | - |
| COURT COSTS | - | | | | - |
| **TOTAL DISBURSEMENTS** | $ 44,840.15 | | | | $ 44,840.15 |
| | | | | | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (29,297.55) | | | | (29,297.55) |
| | | | | | |
| **CASH – END OF MONTH** | $ 27,584.27 | | | | $ 27,584.27 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 44,840 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 44,840 |

In re   O.W. Bunker USA, Inc.                    Case No.         14-51722
        Debtor                          Reporting Period:        1/1/15 to 1/31/15

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating<br># 0076 | | | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $       27,584.27 | | | |
| | | | | |
| BANK BALANCE | $       27,584.27 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $            - | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $            - | | | |
| OTHER  *(ATTACH EXPLANATION)* | $            - | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | $       27,584.27 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Notes:**

In re   O.W. Bunker USA, Inc.                          Case No.      14-51722
        Debtor                            Reporting Period:   1/1/15 to 1/31/15

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Period (1/1/15 -1/31/15) | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | $            - | $            - |
| Less:  Returns and Allowances | - | - |
| Net Revenue | $            - | $            - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $            - | $            - |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs *(attach schedule)* | - | - |
| Less:  Ending Inventory | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | $            - | $            - |
| **OPERATING EXPENSES** | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | - | 5,878.86 |
| Officer/Insider Compensation* | - | - |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Office Expense | 3,014.11 | 4,365.10 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | 17,451.66 | 17,451.66 |
| Salaries/Commissions/Fees (1) | (221.23) | 62,112.58 |
| Supplies | - | - |
| Taxes - Payroll  (1) | (14.59) | 10,613.74 |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | - |
| Travel and Entertainment | - | - |
| Utilities | - | - |
| Other *(attach schedule)* | - | - |
| Total Operating Expenses Before Depreciation | $      20,229.95 | $      100,421.94 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | $      (20,229.95) | $      (100,421.94) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | (2,542.60) | (3,042.60) |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | - | 70,753.88 |
| Net Profit (Loss) Before Reorganization Items | $      (17,687.35) | $      (168,133.22) |

In re   O.W. Bunker USA, Inc.                              Case No.      14-51722
        **Debtor**                          **Reporting Period:**   1/1/15 to 1/31/15

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | - | - |
| U. S. Trustee Quarterly Fees | (325.00) | (325.00) |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | - | - |
| Gain (Loss) from Sale of Equipment | - | 11,236.40 |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | $          (325.00) | $          10,911.40 |
| Income Taxes | - | - |
| Net Profit (Loss) | $       (18,012.35) | $       (157,221.82) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

### BREAKDOWN OF "OTHER" CATEGORY

**OTHER COSTS**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER OPERATIONAL EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER INCOME**

| | | |
|---|---|---|
| Miscellaneous Receipts | $          2,542.60 | 3,042.60 |
| **Total** | $          **2,542.60** | $          **3,042.60** |

**OTHER EXPENSES**

| | | |
|---|---|---|
| Writedown of Fixed & Other Assets | $          - | 70,753.88 |
| **Total** | $          **-** | $          **70,753.88** |

**OTHER REORGANIZATION EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**Notes:**
[1] Adjustment to correct over-accrual in prior Monthly Operating Report.

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/15 to 1/31/15 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $           27,584.27 | $           56,881.82 | $           44,719.84 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) | 96,468,071.96 | 96,468,071.96 | 98,082,386.39 |
| Notes Receivable | - | - | - |
| Inventories | - | - | - |
| Prepaid Expenses | - | - | - |
| Professional Retainers | - | - | - |
| Other Current Assets *(attach schedule)* | 2,503,758.43 | 2,503,758.43 | 889,444.00 |
| *TOTAL CURRENT ASSETS* | $      98,999,414.66 | $      99,028,712.21 | $      99,016,550.23 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | - | - | 7,580.82 |
| Furniture, Fixtures and Office Equipment | - | 13,000.00 | 76,173.06 |
| Leasehold Improvements | - | - | - |
| Vehicles | 35,000.00 | 35,000.00 | 91,332.37 |
| Less:  Accumulated Depreciation | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | $           35,000.00 | $           48,000.00 | $         175,086.25 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | - | - | - |
| Other Assets *(attach schedule)* | 31,071.90 | 31,071.90 | 31,071.90 |
| *TOTAL OTHER ASSETS* | $           31,071.90 | $           31,071.90 | $           31,071.90 |
| *TOTAL ASSETS* | $      99,065,486.56 | $      99,107,784.11 | $      99,222,708.38 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $                    - | $                    - | $                    - |
| Taxes Payable *(refer to FORM MOR-4)* | - | - | - |
| Wages Payable | - | 24,285.20 | - |
| Notes Payable | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Other Post-petition Liabilities *(attach schedule)* | - | - | - |
| *TOTAL POST-PETITION LIABILITIES* | $                    - | $           24,285.20 | $                    - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | -[1] | -[1] | -[1] |
| Priority Debt | -[2] | -[2] | -[2] |
| Unsecured Debt | 90,035,129.53 | 90,035,129.53 | 90,035,129.53 |
| *TOTAL PRE-PETITION LIABILITIES* | $      90,035,129.53 | $      90,035,129.53 | $      90,035,129.53 |
| *TOTAL LIABILITIES* | $      90,035,129.53 | $      90,059,414.73 | $      90,035,129.53 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | $         350,000.00 | $         350,000.00 | $         350,000.00 |
| Additional Paid-In Capital | - | - | - |
| Partners' Capital Account | - | - | - |
| Owner's Equity Account | - | - | - |
| Retained Earnings - Pre-Petition | 8,837,578.85 | 8,837,578.85 | 8,837,578.85 |
| Retained Earnings - Post-petition | (157,221.82) | (139,209.47) | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions  *(attach schedule)* | - | - | - |
| *NET OWNERS' EQUITY* | $        9,030,357.03 | $        9,048,369.38 | $        9,187,578.85 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $      99,065,486.56 | $      99,107,784.11 | $      99,222,708.38 |

* "Insider" is defined in 11 U.S.C. Section 101(31).

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/15 to 1/31/15 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| Prepaid Income Taxes | $ 889,444.00 | $ 889,444.00 | $ 889,444.00 |
| Receivables Collected by 3rd Party | 1,614,314.43 | 1,614,314.43 | - |
| **Total** | **$ 2,503,758.43** | **$ 2,503,758.43** | **$ 889,444.00** |
| | | | |
| **Other Assets** | | | |
| Lease Security Deposit | $ 31,071.90 | $ 31,071.90 | $ 31,071.90 |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**Notes:**

[1] Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status.  The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims. Therefore, the amounts are listed as unsecured in this operating report.

[2] At the time of this filing, the Debtors' do not have an estimate of Priority Debts, which may include sales and motor fuel taxes related to the sale of marine fuel and other inventory. As the Debtors have not yet determined, on a final basis, the amount and status of these potential claims, any estimate of these amounts is listed as unsecured in this operating report.

In re  O.W. Bunker USA, Inc.                                      Case No.       14-51722
_____                    Reporting Period:  1/1/15 to 1/31/15
    **Debtor**

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid [1] | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $    - | $   2,791.08 | $   (2,791.08) | 01/31/15 | Note 1 | $    - |
| FICA-Employee | - | 1,469.01 | (1,469.01) | 01/31/15 | Note 1 | - |
| FICA-Employer | - | 2,011.61 | (2,011.61) | 01/31/15 | Note 1 | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
|    Total Federal Taxes | $    - | $   6,271.70 | $   (6,271.70) | 01/31/15 | Note 1 | $    - |
| **State and Local** | | | | | | |
| Withholding | $    - | $   461.55 | $   (461.55) | 01/31/15 | Note 1 | - |
| Sales | - | - | - | | | - |
| Excise | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
|    Total State and Local | $    - | $   461.55 | $   (461.55) | 01/31/15 | Note 1 | $    - |
| | | | | | | |
| **Total Taxes** | $    - | $   6,733.25 | $   (6,733.25) | | | $    - |

[1]  The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service
provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which
files the appropriate federal, state and local payroll tax returns.

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | $    - | $    - | $    - | $    - | $    - | $    - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Post-petition Debts** | $    - | $    - | $    - | $    - | $    - | $    - |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

**In re**   O.W. Bunker USA, Inc.                     **Case No.**        14-51722
    **Debtor**                                  **Reporting Period:**      1/1/15 to 1/31/15

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $    96,468,071.96 |
| Plus:  Amounts billed during the period | - |
| Less:  Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | **$    96,468,071.96** |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $    - | | | | $    - |
| 31 - 60 days old | | $    5,210,720.66 | | | $    5,210,720.66 |
| 61 - 90 days old | | | $    91,346,782.61 | | $    91,346,782.61 |
| 91+ days old | | | | $    (89,431.31) | $    (89,431.31) |
| Total Accounts Receivable | $    - | $    5,210,720.66 | $    91,346,782.61 | $    (89,431.31) | $    96,468,071.96 |
| Less:  Bad Debts (Amount considered uncollectible) | $    - | $    - | $    - | $    - | $    - |
| Net Accounts Receivable | $    - | $    5,210,720.66 | $    91,346,782.61 | $    (89,431.31) | $    96,468,071.96 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 1/1/15 to 1/31/15 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | Title / Capacity | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Lehsten, Götz | Director | | $         - | $         - |
| Pedersen, Jim Bøjesen Hessellund | Director | | - | - |
| Skou, Morten | Director | | - | - |
| Tolson, Adrian | Consultant | | - | - |
| Staal, Hans | General Manager | | - | - |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | | $         - | $         - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Montgomery McCracken Walker & Rhoads LLP | | $         - | $         - | $         - | $         - |
| Robinson & Cole LLP | | - | - | - | - |
| Alvarez & Marsal North America, LLC | | - | - | - | - |
| Hunton & Williams | | | | | |
| Gavin Solmonese | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $         - | $         - | $         - | $         - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | $         - | $         - |

In re  O.W. Bunker USA, Inc.                                      Case No.     14-51722
　　　　Debtor                                         Reporting Period:  1/1/15 to 1/31/15

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | X [1] | |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | | X |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X [2] |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been been received by the Debtor from any party? | | X |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1]   The Debtors are authorized to sell certain assets pursuant to the order [Docket No. 167] signed on 12/16/14: (I) Establishing procedures to sell, transfer or abandon certain assets and (II) Reject certain leases.

[2]   The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

**O.W. Bunker USA, Inc.**                                    **Case No.**      14-51722
**Supporting Schedule**                        **Reporting Period:**    1/1/15 to 1/31/15
**MOR-1**

| **MOR-1** | OPER #0076 | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) | |
|---|---|---|---|---|
| **Other Receipts** | | | | |
| Refund of Insurance premiums | $ | 2,542.60 | $ | 2,542.60 |
| | | - | | - |
| **Total** | $ | 2,542.60 | $ | 2,542.60 |
| **Other Disbursements** | | | | |
| | $ | - | $ | - |
| | | - | | - |
| **Total** | $ | - | $ | - |

**O.W. Bunker USA, Inc.**

**Summary of Cash Receipts & Disbursements**

| | **Case No.:** | 14-51722 |
|---|---|---|
| | **Reporting Period:** | 1/1/15 to 1/31/15 |
| | **Federal Tax I.D. #:** | 99-0373556 |

| | | Filing Date to 11/30/14 | | 12/1/14 to 12/31/14 | | 1/1/15 to 1/31/15 |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | $ | 44,719.84 | $ | 2,543.04 | $ | 56,881.82 |
| | | | | | | |
| Operating Disbursements | | (42,176.80) | | (13,229.99) | | (44,840.15) |
| Miscellaneous Receipts | | - | | - | | 2,542.60 |
| Total, Cash from Operations | | (42,176.80) | | (13,229.99) | | (42,297.55) |
| | | | | | | |
| Sale of Miscellaneous Assets [1] | | - | | 67,568.77 | | 13,000.00 |
| | | | | | | |
| **Ending Cash Balance [4]** | $ | 2,543.04 | $ | 56,881.82 | $ | 27,584.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Unrestricted Cash held by USA* | $ | 2,543.04 | $ | 56,881.82 | $ | 27,584.27 |
| *Restricted Cash held by USA* | | - | | - | | - |
| **Ending Cash Balance** | | 2,543.04 | | 56,881.82 | | 27,584.27 |

Notes:

[1] Debtor sold miscellaneous asset including furniture and office equipment pursuant to a court approved motion signed 12/26/14: (I) Establishing Procedures to Sell, Transfer or Abandon Certain Assets and (II) Rejecting Certain Leases [Docket 184].

# Wells Fargo Simple Business Checking



Account number:    **0076**  ■  January 1, 2015 - January 31, 2015  ■  Page 1 of 4

OW BUNKER USA INC
DEBTOR IN POSSESSION
2 STAMFORD PLZ
281 TRESSER BLVD
15TH FLOOR
STAMFORD CT 06901

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (221)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $56,881.92 |
| Deposits/Credits | 15,542.60 |
| Withdrawals/Debits | - 44,840.15 |
| **Ending balance on 1/31** | **$27,584.37** |
| Average ledger balance this period | $40,154.07 |

Account number    **0076**

**OW BUNKER USA INC
DEBTOR IN POSSESSION
CH 11 CASE # 14-51722 (CT)**

*Connecticut account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021101108

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:    **0076**    ▪ January 1, 2015 - January 31, 2015    ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/5 | | Wire Trans Svc Charge - Sequence: 150105078656 Srf# 0065922005703825 Trn#150105078656 Rfb# | | 30.00 | |
| 1/5 | | WT Fed#01465 Jpmorgan Chase Ban /Ftr/Bnf=Paychex of New York Srf# 0065922005703825 Trn#150105078656 Rfb# | | 24,285.20 | 32,566.72 |
| 1/9 | | Direct Pay Monthly Base | | 10.00 | 32,556.72 |
| 1/13 | | Deposit Made In A Branch/Store | 476.60 | | 33,033.32 |
| 1/15 | | WT Fed#01352 Bokf NA /Org=Endofa Invest USA LLC Srf# 150115160324H400 Trn#150115157857 Rfb# | 13,000.00 | | |
| 1/15 | | Wire Trans Svc Charge - Sequence: 150115160324H400 Srf# 150115160324H400 Trn#150115157857 Rfb# | | 15.00 | 46,018.32 |
| 1/16 | 1001 | Check | | 437.25 | 45,581.07 |
| 1/20 | 1009 | Check | | 477.50 | |
| 1/20 | 1002 | Check | | 365.00 | 44,738.57 |
| 1/27 | ^ 1007 | T-Mobile ACH Pmt 150124 1007 909703186 | | 1,443.54 | |
| 1/27 | 1004 | Check | | 325.00 | 42,970.03 |
| 1/28 | 1003 | Check | | 17,451.66 | 25,518.37 |
| 1/30 | | Deposit Made In A Branch/Store | 2,066.00 | | 27,584.37 |
| **Ending balance on 1/31** | | | | | **27,584.37** |
| **Totals** | | | **$15,542.60** | **$44,840.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1001 | 1/16 | 437.25 | 1003 | 1/28 | 17,451.66 | 1007 * | 1/27 | 1,443.54 |
| 1002 | 1/20 | 365.00 | 1004 | 1/27 | 325.00 | 1009 * | 1/20 | 477.50 |

*    * Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2015 - 01/31/2015 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to reduce the monthly service fee by $5.00** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·    Average ledger balance | $500.00 | $40,154.00 ☑ |

**Monthly service fee discount(s) *(applied when box is checked)***
Online only statements ($5.00 discount)    ☑

C1/C1

Account number:    **0076**  ■  January 1, 2015 - January 31, 2015  ■  Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 10 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

Account number:    **0076**  ■  January 1, 2015 - January 31, 2015  ■  Page 4 of 4



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers into your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------- X
O.W. BUNKER USA INC. and
O.W. BUNKER NORTH AMERICA INC.,

        Plaintiffs,

     v.                           Docket No. 15 Civ. 71 (MCA-JBC)

COSCO PIRAEUS,
I.M.O. NO. 9484364, HER ENGINES,
TACKLE, EQUIPMENT, AND
FURNISHINGS, *in rem*,

        Defendant.
------------------------------------------------------- X

## STIPULATION AND ORDER

**WHEREAS** Plaintiffs O.W. BUNKER USA INC. ("OW USA") and O.W. BUNKER

NORTH AMERICA INC. ("OW NA") commenced the above-captioned *in rem* action against

Defendant COSCO PIRAEUS, I.M.O. NO. 9484364, HER ENGINES, TACKLE,

EQUIPMENT, AND FURNISHINGS ("COSCO PIRAEUS") pursuant to Rule C of the Federal

Rules of Civil Procedure, Supplemental Rules for Admiralty of Maritime Claims and Asset

Forfeiture Actions, and the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31301

*et seq.*;

**WHEREAS** the Court issued an Order Directing the Clerk to Issue a Warrant for Arrest

of the Defendant COSCO PIRAEUS;

**WHEREAS** the Clerk issued a Warrant for Arrest of the Defendant COSCO PIRAEUS;

**WHEREAS** Plaintiffs OW USA and OW NA notified Defendant COSCO PIRAEUS, by

and through its undersigned counsel, of the pending Warrant for Arrest;

**WHEREAS** Defendant COSCO PIRAEUS desires to deposit USD $938,607.02 into the New Jersey IOLTA account of attorneys for Plaintiffs OW USA and OW NA (the "security"), which security shall be considered the substitute *res* for Plaintiffs OW USA and OW NA *in rem* maritime lien claims against the Defendant COSCO PIRAEUS as if the U.S. Marshal executed the Warrant for Arrest and seized the vessel thereby perfecting Plaintiffs OW USA and OW NA maritime lien claims, and which security shall be conditioned to answer the judgment of the Court or of any appellate court in the above-captioned action;

**WHEREAS** upon receipt of the security, Plaintiffs OW USA and OW NA agree to instruct the U.S. Marshal not to arrest the Defendant COSCO PIRAEUS, or by written authorization to instruct the U.S. Marshal to immediately release the Defendant COSCO PIRAEUS from arrest;

**WHEREAS** Plaintiffs OW USA and OW NA and Defendant COSCO PIRAEUS agree that such security shall not be released except as further ordered by the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**

1.     Defendant COSCO PIRAEUS shall deposit USD $938,607.02 into the New Jersey IOLTA account of attorneys for Plaintiffs OW USA and OW NA (the "security"), which security shall be considered the substitute *res* for Plaintiffs OW USA and OW NA *in rem* maritime lien claims against the Defendant COSCO PIRAEUS as if the U.S. Marshal executed the Warrant for Arrest and seized the vessel thereby perfecting Plaintiffs OW USA and OW NA maritime lien claims, and which security shall be conditioned to answer the judgment of the Court or of any appellate court in the above-captioned action;

2.     Upon receipt of the security, Plaintiffs OW USA and OW NA agree to instruct the U.S. Marshal not to arrest the Defendant COSCO PIRAEUS, or by written authorization to

instruct the U.S. Marshal to immediately release the Defendant COSCO PIRAEUS from arrest; and

3.  Such security shall not be released except as further ordered by the Court.


SO ORDERED, this __7__ day of January, 2015, at _____ am/pm


_____
MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF NEW JERSEY


(Signatures for counsel on the following page)

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP

Timothy Semenoro (TS – 6847)
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
Telephone:     (856) 488-7700
Fax:              (856) 488-7720
Email:           tsemenoro@mmwr.com
        *and*
Robert E. O'Connor (pro hac vice pending)
437 Madison Avenue
New York, NY 10022
Telephone:     (212) 867-9500
Fax:              (212) 559-1759
Email:           roconnor@mmwr.com

*Attorneys for Plaintiffs O.W. Bunker USA Inc.*
*and O.W. Bunker North America Inc.*

- and -

FREHILL HOGAN & MAHAR LLP

James L. Ross
549 Summit Avenue
Jersey City, NJ 07306-2701
Telephone:     (973) 623-5514
Fax:              (973) 623-3813
Email:           ross@freehill.com

*Attorneys for Defendant COSCO PIRAEUS,*
*I.M.O. No. 9484364, her engines, tackle,*
*equipment, and furnishings, in rem*

-4-