**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| **In re** | **:** | |
| | **:** | **Chapter 11** |
| **O.W. BUNKER HOLDING NORTH** | **:** | |
| **AMERICA, INC., et al.,**[1] | **:** | **Case No. 14-51720 (AHWS)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |

**RESPONSE TO EMERGENCY MOTION OF THE DEBTORS FOR**
**A PROTECTIVE ORDER RELATING TO PRODUCTION OF**
**CERTAIN EXPERT RELIANCE MATERIALS**

NUSTAR ENERGY SERVICES, INC. AND NUSTAR SUPPLY & TRADING LLC

(hereinafter, "**NuStar**") file this their Response to Emergency Motion of the Debtors for a

Protective Order Relating to Production of Certain Expert Reliance Materials (the "**Motion**") and

would respectfully show the Court as follows:

**I.**
**FACTS**

1.      On February 13, 2015, the Debtors submitted their expert report of Raymond

Dombrowski, which relied upon certain documents listed in that report.

2.      On February 18, 2015, the Court entered a Supplemental Pretrial Order that

provided for production of the documents listed in the Dombrowski report by Monday, February

23, 2015 at 10:00 a.m. Eastern Time, for a deposition of Mr. Dombrowski set for Tuesday,

February 24, 2014 2:00 p.m. Eastern Time.

3.      On Sunday, February 22, 2015, counsel for the Debtors emailed to NuStar's

counsel a proposed confidentiality order.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding
North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors'
address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT  06901.

4.      Given the late notice of the proposed confidentiality order, NuStar has not had an opportunity to adequately review the proposed order.  After initial review, NuStar finds that the proposed order is too broad and does not agree to that order.

5.      NuStar is willing to work out an agreed confidentiality order with the Debtors. The Debtors have produced the alleged confidential documents to NuStar with the agreement that NuStar will keep those documents confidential pending either an agreement or resolution by the Court.

6.      NuStar is hopeful that an agreement can be reached.  Pending such an agreement, NuStar requests that the Debtors' proposed form of order not be entered.

## II.
## PRAYER

WHEREFORE, NuStar hereby respectfully requests that this Court deny Debtors' Motion, and grant such other and further relief to which NuStar is entitled, either at law or in equity.

DATED:  February 23, 2015.

NUSTAR ENERGY SERVICES, INC. AND
NUSTAR SUPPLY & TRADING LLC

By: */s/*
      Eric Henzy
      Federal Bar No. ct12849
      Reid and Riege, P.C.
      One Financial Plaza, 21st Floor
      Hartford, CT  06103
      Telephone:  (860) 240-1081
      Telecopier:  (860) 240-1002
      ehenzy@rrlawpc.com
      Their Attorneys

OF COUNSEL:

Michael M. Parker
Texas State Bar 00788163 (admitted *pro hac vice*)
Steve A. Peirce
Texas State Bar 15731200 (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205
michael.parker@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

*Attorneys for NuStar Energy Services, Inc. and*
*NuStar Supply & Trading LLC*