**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-51720 (AHWS) |
| O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*,[1] | ) <br> ) Jointly Administered <br> ) |
| Debtors. | ) March 3, 2015 <br> ) **Objection Deadline:  March 23, 2015** |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD DECEMBER 9, 2014 THROUGH JANUARY 31, 2015**

**PLEASE TAKE NOTICE** that Gavin/Solmonese LLC, Financial Advisor to The Official Committee of Unsecured Creditors appointed in the above-referenced Chapter 11 cases, has filed its *First Monthly Fee Application of Gavin/Solmonese LLC as Financial Advisor to The Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Actual and Necessary Expenses Incurred for the Period December 9, 2014 Through January 31, 2015* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that you are required to file a response, if any, to the Application on or before **March 23, 2015** (the "Objection Deadline").  At the same time, you also must serve a copy of the response upon the undersigned so as to be received on or before the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE DEBTORS WILL BE AUTHORIZED TO PAY THE AMOUNTS SET FORTH IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]  The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

Dated: March 3, 2015 **HUNTON & WILLIAMS LLP**

By: */s/ Peter S. Partee, Sr.*
Peter S. Partee, Sr. (ct29690)
Michael P. Richman
(admitted *pro hac vice*)
Andrew Kamensky (ct29691)
200 Park Avenue
New York, NY 10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
ppartee@hunton.com
mrichman@hunton.com
akamensky@hunton.com

*Counsel for The Official Committee of Unsecured Creditors of O.W. Bunker Holding North America Inc., et al.*