# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
March 4, 2015

In re:

O.W. Bunker Holding North America Inc.
Employer Tax−Identification No (EIN): 36−4747474

O.W. Bunker North America Inc.
Employer Tax−Identification No (EIN): 37−1707158
Debtor(s)

Case Number: 14−51720 ahws
Chapter: 11

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 9, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Letter regarding protective order filed by Eric A. Henzy on behalf of NuStar Energy Services, Inc., NuStar Supply & Trading LLC Creditors, (RE: 464 Motion for Protective Order filed by Debtor O.W. Bunker Holding North America Inc.). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Henzy, Eric) (Re: Doc #487)**

> **Letter regarding the Proposed Protective Order Regarding the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Transfer of Venue of Cases to the U.S. Bankruptcy Court for the Southern District of New York Filed by Patrick M. Birney on behalf of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., O.W. Bunker USA Inc. Debtors, (RE: 464 Motion for Protective Order filed by Debtor O.W. Bunker Holding North America Inc.). (Attachments: # 1 Exhibit A − Stipulated Protective Order # 2 Exhibit B − Redline of Stipulated Protective Order) (Birney, Patrick) (Re: Doc #490)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 4, 2015

For the Court

*Gary M. Gfeller*

Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rms