# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., et al.,[1] | : | |
| | : | Case No. 14-51720 (AHWS) |
| | : | |
| Debtors. | : | Jointly Administered |

## NUSTAR'S RESPONSE TO MOTION TO EXTEND THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE

NUSTAR ENERGY SERVICES, INC. AND NUSTAR SUPPLY & TRADING LLC (hereinafter, "**NuStar**"), file this their response to Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereto Pursuant to Section 1121(d) of the Bankruptcy Code (the "**Motion**"), and would respectfully show the Court as follows:

## I.
## RESPONSE

1. NuStar and the Debtors are in the process of drafting a settlement agreement, one aspect of which would include NuStar's agreement to the Debtors' request for an extension of exclusivity for a period of 120 days from its current expiration. It is expected that a motion to approve such settlement will be filed soon. A hearing has been tentatively set for April 1, 2015, for a to-be-filed motion to approve this settlement.

2. NuStar has no objection to an extension of the Debtors' exclusivity through April 17, 2015. If the settlement with NuStar is approved on April 1, 2015, NuStar has no objection to the 120 day extension of exclusivity as requested by the Debtors. If the settlement with NuStar

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

is not approved, NuStar reserves the right to object to an extension of exclusivity beyond April 17, 2015.

3. NuStar has discussed its concerns with the Debtors and the Official Committee of Unsecured Creditors and the parties have agreed to submit a "bridge order" to the Court, which would allow the exclusivity period, which is about to expire, to be extended through April 17, 2015. This would allow the parties to present their anticipated settlement agreement to the Court on April 1, 2015.

## II.
## PRAYER

WHEREFORE, NuStar hereby respectfully requests that this Court deny Debtors' Motion but enter an order allowing the Debtors' exclusivity to be extended to April 17, 2015, and grant such other and further relief to which NuStar is entitled, either at law or in equity.

DATED: March 6, 2015.

                        **NUSTAR ENERGY SERVICES, INC. and
NUSTAR SUPPLY & TRADING LLC**

                        By: */s/*
                            Eric Henzy
                            Federal Bar No. ct12849

                            Reid and Riege, P.C.
                            1 Financial Plaza, 21st Floor
                            Hartford, CT  06103
                            Telephone:  (860) 240-1081
                            Telecopier:  (860) 240-1002
                            ehenzy@rrlawpc.com
                            Their Attorneys

OF COUNSEL:

Michael M. Parker
Texas State Bar 00788163 (admitted *pro hac vice*)
Steve A. Peirce
Texas State Bar 15731200 (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205
michael.parker@nortonrosefulbright.com
steve.peirce@nortonrosefulbright.com

*Attorneys for NuStar Energy Services, Inc. and
NuStar Supply & Trading LLC*