**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America, Inc., *et al.*,[1] | : | Case No. 14-51720 |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |

**ORDER EXTENDING THE DEADLINE FOR ASSUMPTION OR REJECTION**
**OF NON-RESIDENTIAL REAL ESTATE LEASES**

Upon consideration of the Motion[2] of the Debtors for an entry of an order, pursuant to Bankruptcy Code § 365(d)(4) and Bankruptcy Rule 9006(b)(1), extending the time for them to assume or to reject the Stamford Lease; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the relief requested being in the best interest of the Debtors, their estates, creditors, and other parties-in-interest; and the Court having reviewed the Motion; and upon the record of these cases and any hearing held to consider the Motion; and after due deliberation and sufficient cause appearing therefor; and due and proper notice of the Motion having been provided; and it appearing that no further notice need be provided:

---

[1]  The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall be given the meaning ascribed to them in the Motion.

1

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors' time to assume or to reject the Stamford Lease is extended, pursuant to Bankruptcy Code § 365(d)(4)(B)(i), for 90 days (through and including May 14, 2015), without prejudice to the right of the Debtors to request further extensions with the consent the landlord.[3]

3. The Debtors are authorized and empowered to take any and all actions necessary to implement and effectuate the terms of this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: March 10, 2015                                          By the court

                                                               Alan H. W. Shiff
                                                               Alan H. W. Shiff
                                                               United States Bankruptcy Judge

---

[3] All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

2