**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**BRIDGE ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO FOR 35 DAYS**

**THIS MATTER** came before the Court on the *Motion to Extend the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code* (the "Exclusivity Motion") [Docket No. 498] filed with the Court on March 5, 2015 and served upon (a) the United States Trustee for the District of Connecticut; (b) counsel to the Committee; and (c) any other entity that has filed a notice of appearance in these Chapter 11 Cases and requested electronic service.

**IT APPEARING THAT** NuStar Energy Services, Inc. and NuStar Supply & Trading LLC ("NuStar") filed a response to the Exclusivity Motion on March 6, 2015 [Docket No. 502] indicating no objection to a bridge order granting an extension to file a plan until April 17, 2015, and further indicating that NuStar and the Debtors are in the process of drafting a settlement agreement which would provide for a longer extension, but reserving the right to object to a longer extension in the event such agreement is not finalized and approved;

**IT FURTHER APPEARING THAT** no other party in interest has filed an objection to the Exclusivity Motion; and

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

**IT FURTHER APPEARING THAT** pending either a settlement agreement between the Debtors and NuStar or the Court's adjudication of the Exclusivity Motion, the Debtors have requested entry of a bridge order extending the exclusivity periods, to which no party has an objection.

Based on the foregoing and sufficient cause appearing that this bridge order is necessary to prevent the exclusive periods from lapsing, therefore,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Bankruptcy Code § 1121(d), the Debtors' time to file a chapter 11 plan is extended for 35 days (through and including April 17, 2015), and the Debtors' time to solicit acceptances thereto is extended for 35 days (through and including June 16, 2015), without prejudice to the right of the Debtors to request further extensions.

2. A further hearing on the Exclusivity Motion shall be held on April 7, 2015 at 10:00 a.m. at the U. S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, CT.

3. The Debtors are authorized and empowered to take any and all actions necessary to implement and effectuate the terms of this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. If the settlement agreement is not approved, NuStar has reserved its right to object to an extension of exclusivity beyond April 17, 2015.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: March 10, 2015                                          By the court

                                                               *Alan H. W. Shiff*
                                                               Alan H. W. Shiff
                                                               United States Bankruptcy Judge