UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re | Chapter 11 |
| O.B. Bunker Holding North America Inc. | CASE NO. 14-51720 |
| and | |
| | MARCH 10, 2015 |
| O.B. Bunker North America Inc. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for One Stamford Plaza Owner LLC ("OSPO"), a creditor in the above-referenced bankruptcy case. Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, counsel for OSPO requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

   Law Offices of David W. Rubin
   David W. Rubin, Esq.
   600 Summer St., Suite 201
   Stamford, CT 06901
   Telephone: (203) 353-1404
   Facsimile:  (203) 357-7208
   drubin@dwr-law.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by

Bankruptcy Rule 3017(a), as well orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, telegraph copier, telex or otherwise, which affects OSPO, the Debtor or property of the Debtor's estate.

/s/ David W. Rubin
David W. Rubin (ct10169)
Law Offices of David W. Rubin
600 Summer St., Suite 201
Stamford, CT 06901
Telephone: (203) 353-1404
Facsimile:  (203) 357-7208
drubin@dwr-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Rubin
David W. Rubin (ct10169)