UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| O.W. Bunker Holding North America Inc.,[1] *et al.*, | Case No. 14-51720 |
| Debtors. | (Jointly Administered) |

**DECLARATION OF RENE JENSEN IN SUPPORT OF EMERGENCY MOTION OF THE DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§105(A), 327, 328, 330, AND 331, FED. R. BANKR. P. 2014, AND D. CONN. LBR 2014-1 AUTHORIZING THE EMPLOYMENT AND PAYMENT OF RENE JENSEN AS A CONSULTANT *NUNC PRO TUNC* TO MARCH 1, 2015**

I, RENE JENSEN, hereby declare, pursuant to 28 U.S.C. § 1746 that the following statements are true and correct, to the best of my knowledge, information and belief after due inquiry as described herein:

1. I submit this declaration (the "Declaration") in support of the *Emergency Motion of the Debtors for an Order Under 11 U.S.C. §§105(a), 327, 328, 330, and 331, and Fed. R. Bankr. P. 2014, and D. Conn. LBR 2014-1 Authorizing the Employment and Payment of Rene Jensen as a Consultant nunc pro tunc to March 1, 2015* [Docket No. 519] (collectively the "Jensen Motion").

2. In February 2015, I advised the Debtors that I intended to leave the Debtors' employment effective February 28, 2015. Due to my familiarity with the Danish parent company's computer systems and my interpersonal relationships with individuals at the O.W. Bunker headquarters in Aalborg, Denmark, the Debtors requested that I consider continuing to

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, Connecticut 06901.

provide certain services to the Debtors until March 31, 2015 under a consulting agreement. The terms of this agreement, a description of the services to be provided, and the relevant compensation provisions are outlined in the Jensen Motion and the attached consulting agreement.

3. As disclosed in the Jensen Motion, I served as the prepetition controller of the Debtor O.W. Bunker North America Inc. Post-petition, and until February 28, 2015, I continued as the controller, but took on additional tasks in connection with the location, preservation, and analysis of various documents supporting the Debtors efforts to enforce certain maritime lien rights and prosecute various litigations.

4. Aside from my prior employment with the Debtors, I am a disinterested person as such term is defined by 11 U.S.C. § 101(14). I am not a creditor, equity security holder or insider of the Debtors. I am not, and was not, a director or officer of the Debtor. I do not have any materially adverse interest to the Debtors' estates or any class of creditors or security holders.

5. I was an employee of the Debtors until February 28, 2015.

6. I have not made any claim against the Debtors based on my prepetition employment and have not filed any proof of claim against any of the Debtors in the above captioned chapter 11 cases.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed: March 24, 2015

_____
Rene Jensen