**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | CHAPTER 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., *et al*,[1] | Case No. 14-51720 (AHWS) |
| Debtors. | Jointly Administered |

**UNITED STATES TRUSTEE'S OBJECTION TO**
**THE DEBTORS' MOTION PURSUANT TO SECTIONS 363(b) AND 503(c)**
**OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING**
**EMPLOYEE CONTRACT NUNC PRO TUNC TO MARCH 1, 2015**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), through counsel, submits this objection to the Motion Pursuant To Sections 363(b) And 503(c) Of The Bankruptcy Code For An Order Authorizing Employee Contract Nunc Pro Tunc To March 1, 2015 (the "Motion") (ECF 521) filed by the Debtors on March 12, 2015. In support of this objection, the United States Trustee states the following:

**I.    INTRODUCTION**

The Motion, despite its misleading title, is a motion to approve a key employee retention plan for a single employee, Rene Broman ("Broman") under Section 503(c) and 363(b). The United States Trustee objects to the Motion because the Debtors have failed to meet their burden of proof to show that the proposed retention plan satisfies the requirements of Section 503(c) of title 11, United States Code (the "Bankruptcy Code"). The Debtors have not put forth any evidence demonstrating that Broman is not an insider within the meaning of Section 101(31) of the Bankruptcy Code. If the Court finds that Broman is an insider, then the Motion should be denied because the Debtors have acknowledged that the retention plan is for retentive purposes

It is hereby ORDERED that the objection is OVERRULED for the reasons stated on the record.

Dated: March 25, 2015

By the Court

Alan H. W. Shiff
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

1