**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-51720 (AHWS) <br> ) <br> ) Jointly Administered <br> ) <br> ) March 27, 2015 <br> ) **Objection Deadline:  April 16, 2015** |

**SECOND MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015</u>**

| | |
|---|---|
| Name of Applicant: | GAVIN/SOLMONESE LLC |
| Authorized to Provide Professional Services to: | Financial Advisor to The Official Committee of Unsecured Creditors |
| Date of Retention: | February 19, 2015 *nunc pro tunc* to December 9, 2014 |
| Period for which compensation and reimbursement is sought: | February 1, 2015 through February 28, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $57,242.50 |
| Less Voluntary Reduction of 15% | $8,586.37 |
| Total compensation sought as actual and reasonable and necessary: | $48,656.13 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $1,214.96 |
| Total compensation and reimbursement sought as actual, reasonable and necessary: | $49,871.09 |

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

## GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Managing Director, 2006 | $625.00 | 17.60 | $11,000.00 |
| Wayne Weitz | Managing Director, 2012 | $525.00<br>$262.50 (Travel) | 44.60<br>8.20 | $23,415.00<br>$2,152.50 |
| Kathryn B. McGlynn | Director, 2014 | $400.00 | 16.90 | $6,760.00 |
| Joseph F. Richman | Consultant, 2013 | $275.00 | 46.60 | $12,815.00 |
| Judy L. Sacher | Other Professional Staff, 2002 | $150.00 | 2.00 | $300.00 |
| Christine M. Ward | Other Professional Staff, 2014 | $200.00 | 4.00 | $800.00 |
| | | Totals | 139.90 | $57,242.50 |
| Less Voluntary Reduction of 15% | | | | ($8,586.37) |
| | | Totals | | $48,656.13 |

2

## GAVIN/SOLMONESE LLC SUMMARY OF COMPENSATION BY PROJECT CATEGORY FROM FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 0.20 | $80.00 |
| Business Analysis | 84.80 | $32,017.50 |
| Case Administration | 2.10 | $975.00 |
| Claims Administration and Objections | 2.20 | $1,375.00 |
| Court Hearing | 10.50 | $5,512.50 |
| Fee/Employment Application | 8.20 | $2,202.50 |
| Litigation Support | 23.70 | $12,927.50 |
| Travel | 8.20 | $2,152.50 |
| **Totals:** | **139.90** | **$57,242.50** |
| **Less Voluntary Reduction of 15%:** |  | **($8,586.37)** |
| **TOTAL:** |  | **$48,656.13** |

## GAVIN/SOLMONESE LLC EXPENSE SUMMARY FROM
## FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Conference Calls | | $4.80 |
| Copies | | $12.50 |
| Hotel | | $601.73 |
| Meals | | $6.00 |
| Parking | | $109.50 |
| Taxi/Car Service | | $135.00 |
| Telephone | | $115.18 |
| Train | Amtrak, Metro North | $230.25 |
| **Total** | | **$1,214.96** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| O.W. BUNKER HOLDING NORTH | ) Case No. 14-51720 (AHWS) |
| AMERICA INC., *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) March 27, 2015 |
| | ) **Objection Deadline: April 16, 2015** |

**SECOND MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

Gavin/Solmonese LLC ("Applicant" or "G/S"), hereby files this application (the "Application") for monthly allowance of reasonable compensation with respect to the bankruptcy cases of O.W. Bunker Holding North America Inc. *et al.*, (the "Debtors") for services rendered and reimbursement of actual and necessary expenses incurred as the Financial Advisor to The Official Committee of Unsecured Creditors (the "Committee") for the period February 1, 2015 through February 28, 2015 (the "Application Period") under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court of the District of Connecticut (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.N. 383] entered on February 5, 2015 (the "Compensation Order"). In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

5

attached hereto as **Exhibit A**. In further support of the Application, Applicant respectfully represents as follows:

### I.   JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *District Court's General Order of Reference* dated September 21, 1984. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.   BACKGROUND

2. On November 13, 2014 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases"). Since the Petition Date, the Debtors have continued to operate and manage their properties as debtors-in-possession. The Court has entered a final order for joint administration of the Chapter 11 Cases [D.N. 52].

3. On November 14, 2014, the Debtors filed the *Declaration of Adrian Tolson, General Manager of O.W. Bunker North America Inc., in Support of Chapter 11 Petitions and First Day Pleadings* [D.N. 15] (the "First Day Declaration"). A description of the Debtors' business operations and financial structure is set forth in the First Day Declaration.

4. On November 26, 2014, the United States Trustee for the District of Connecticut (the "U.S. Trustee") duly appointed the Committee. See *Appointment of Official Committee of Unsecured Creditors* [D.N. 89]. No trustee or examiner has been appointed.

5. On February 19, 2015, the Court entered an *Order Authorizing Employment and Retention of Gavin/Solmonese LLC Nunc Pro Tunc to December 9, 2014 as Financial Advisor to The Official Committee of Unsecured Creditors* [D.N. 451].

### III.    RELIEF REQUESTED

6.    Applicant submits this Application (a) for allowance of compensation for the actual, reasonable and necessary professional services that it has rendered in the amount of $48,656.13 for services rendered as Financial Advisor during the period from February 1, 2015 through February 28, 2015 after application of an across-the-board voluntary 15% reduction in fees; (b) authority for immediate payment to Applicant of 80% of such compensation ($38,924.90) pursuant to paragraph 2(b) of the Compensation Order; and (c) for the same period, authority for immediate payment to Applicant as reimbursement of incurred actual, reasonable and necessary expenses in connection with services rendered totaling $1,214.96.

7.    Attached hereto as **Exhibit B** is a summary covering all the services performed by Applicant with respect to this matter during the Application Period.  This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment and a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories; and all meetings or hearings are individually identified.  Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period.  Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

    a)    **Asset Disposition (0.20 Hours - $80.00)**  This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

    b)    **Business Analysis (84.80 Hours - $32,017.50)**  This category includes time spent in the review of debtors' business plan; development and review of strategies; preparation and review of cash flow forecasts and

      feasibility studies and general review of business matters as they pertain to the bankruptcy case.

c) **Case Administration (2.10 Hours - $975.00)**  This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

d) **Claims Administration and Objections (2.20 Hours - $1,375.00)** This category includes general and specific claim inquiries; bar date motions; analyses, objections and allowance of claims and non-Committee litigation related to or affecting claims amounts.

e) **Court Hearing (10.50 Hours - $5,512.50)**  Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

f) **Fee/Employment Application (8.20 Hours - $2,202.50)**  This category includes the preparation and/or review of employment and fee applications for self or others; and motions to establish interim procedures.

g) **Litigation Support (23.70 Hours - $12,927.50)**  Time billed to this category represents the Financial Advisor's efforts in preparing and reviewing motions, objections and supporting data related to bringing or defending adversarial proceedings or objections to pending or future motions.

       h)      **Travel (8.20 Hours - $2,152.50)**  Time billed to this category represents all travel time in connection with this case.

8. Attached hereto as **Exhibit C** is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee. The costs for which reimbursement is requested total $1,214.96. The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

[Remainder of page intentionally left blank.]

**WHEREFORE**, Gavin/Solmonese LLC respectfully requests that the Court: (a) allow G/S (i) monthly compensation in the amount of $48,656.13 (*total billed fees of $57,242.50 less a 15% voluntary reduction of $8,586.37, totaling $48,656.13*) for actual, reasonable and necessary professional services rendered during the period February 1, 2015 through February 28, 2015, and (ii) reimbursement in the amount of $1,214.96 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct payment to Gavin/Solmonese LLC in the amount of $40,139.86 which is equal to the sum of 80% of Gavin/Solmonese LLC's requested monthly compensation and 100% of requested expense reimbursement; and (c) grant such other and further relief as the Court may deem just and proper.

Dated: March 27, 2015

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151