**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*,[1] | ) Case No. 14-51720 (AHWS) ) ) Jointly Administered ) |
| Debtors. | ) March 31, 2015 ) **Objection Deadline:  April 20, 2015** |

**FIRST INTERIM FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>DECEMBER 9, 2014 THROUGH FEBRUARY 28, 2015</u>**

| | |
|---|---|
| Name of Applicant: | GAVIN/SOLMONESE LLC |
| Authorized to Provide Professional Services to: | Financial Advisor to The Official Committee of Unsecured Creditors |
| Date of Retention: | February 19, 2015 *nunc pro tunc* to December 9, 2014 |
| Period for which compensation and reimbursement is sought: | December 9, 2014 through February 28, 2015 |

This is a(n)  ____ monthly   __x__ interim   _____ final application

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556).  The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

| Application Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 12/09/14 – 01/31/15 03/03/15 [D.I. 491] | $47,340.75[1] | $733.76 | Pending | $37,872.60 | $733.76 | $9,468.15 |
| 02/01/15 – 02/28/15 03/27/15 [D.I. 569] | $48,656.13 | $1,214.96 | Pending | $38,924.90 | $1,214.96 | $9,731.23 |
| **TOTAL** | **$95,996.88** | **$1,948.72** |  | **$76,797.50** | **$1,948.72** | **$19,199.38** |

---

[1] This amount inadvertently was listed as $48,074.51 on the summary sheet accompanying the First Monthly Fee Application, but otherwise appears correctly as $47,340.75 throughout the application.

## GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM DECEMBER 9, 2015 THROUGH FEBRUARY 28, 2015

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Managing Director, 2006 | $625.00<br>$312.50<br>NO CHARGE | 53.30<br>6.80<br>0.10 | $33,312.50<br>$2,125.00<br>$0.00 |
| Wayne Weitz | Managing Director, 2013 | $525.00<br>$262.50 (Travel) | 65.60<br>8.20 | $34,440.00<br>$2,152.50 |
| Kathryn B. McGlynn | Director, 2014 | $400.00<br>$200.00 (Travel) | 48.50<br>4.00 | $19,400.00<br>$800.00 |
| Joseph F. Richman | Consultant, 2013 | $275.00 | 71.30 | $19,607.50 |
| Judy L. Sacher | Other Professional Staff, 2002 | $150.00 | 2.00 | $300.00 |
| Christine M. Ward | Other Professional Staff, 2014 | $200.00 | 4.00 | $800.00 |
| | | Totals | 263.80 | $112,937.50 |
| **Less Voluntary Reduction of 15%** | | | | ($16,940.62) |
| | | Totals | | $95,996.88 |

**GAVIN/SOLMONESE LLC SUMMARY OF
COMPENSATION BY PROJECT CATEGORY FROM
DECEMBER 9, 2014 THROUGH FEBRUARY 28, 2015**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 0.50 | $267.50 |
| Business Analysis | 169.40 | $69,210.00 |
| Case Administration | 7.10 | $3,380.00 |
| Claims Administration and Objections | 7.80 | $4,875.00 |
| Court Hearing | 17.40 | $8,722.50 |
| Fee/Employment Application | 10.90 | $3,777.50 |
| Litigation Support | 26.50 | $14,637.50 |
| Meeting of Creditors | 5.20 | $2,990.00 |
| Travel | 19.00 | $5,077.50 |
| **Totals:** | **263.80** | **$112,937.50** |
| **Less Voluntary Reduction of 15%:** | | ($16,940.62) |
| **TOTAL:** | | $95,996.88 |

**GAVIN/SOLMONESE LLC**
**EXPENSE SUMMARY FROM**
**DECEMBER 9, 2014 THROUGH FEBRUARY 28, 2015**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | | $25.46 |
| Copies | | $12.50 |
| Hotel | | $601.73 |
| Meals | | $6.00 |
| Parking | | $121.50 |
| Public Record Search | Pacer | $376.10 |
| Taxi | | $135.00 |
| Telephone | | $115.18 |
| Train | Amtrak, Metro North | $555.25 |
| **Total** | | **$1,948.72** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )|
| | ) Case No. 14-51720 (AHWS) |
| O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*,[1] | ) ) Jointly Administered |
| | ) |
| Debtors. | ) March 31, 2015 |
| | ) Objection Deadline: April 20, 2015 |

**FIRST INTERIM FEE APPLICATION OF GAVIN/SOLMONESE LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD DECEMBER 9, 2014 THROUGH FEBRUARY 28, 2015**

Gavin/Solmonese LLC ("Applicant" or "G/S"), hereby files this First Interim Fee Application (the "Application") for allowance of reasonable compensation with respect to the bankruptcy cases of O.W. Bunker Holding North America Inc. *et al.*, (the "Debtors") for services rendered and reimbursement of actual and necessary expenses incurred as the Financial Advisor to The Official Committee of Unsecured Creditors (the "Committee") for the period December 9, 2014 through February 28, 2015 (the "Application Period") under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court of the District of Connecticut (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.N. 383] entered on February 5, 2015 (the "Compensation Order"). In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

attached hereto as **Exhibit A**. In further support of the Application, Applicant respectfully represents as follows:

### RELIEF REQUESTED

1. By this Application, G/S seeks interim approval and allowance of its compensation for professional services and reimbursement of expenses incurred during the Application Period, including authorization for the Debtor to pay the 20% holdback of fees as provided under the Compensation Order.

2. G/S has filed and served monthly fee applications and accompanying Certifications of Edward T. Gavin, CTP, for the period covering December 9, 2014 through and including February 28, 2015 (the "Monthly Applications"). The Monthly Applications are incorporated by reference as if fully set forth herein.

3. Copies of the computer-generated time entries reflecting the time recorded by G/S are attached to each Monthly Application. Annexed to the front of this Application is a summary covering all the services performed by G/S with respect to this matter during the Application Period. Also annexed to the front of this Application is a statement of expenses incurred by G/S during the Application Period.

### COMPENSATION REQUESTED

4. G/S seeks interim allowance of fees in the amount of $95,996.88 for professional services rendered and reimbursement of expenses in the amount of $1,948.72 which fees and expenses were incurred during the Application Period (collectively, the "Requested Amount"). The Requested Amount includes $19,199.38 in fees representing the twenty percent (20%) "holdback" pursuant to the Compensation Order.

## NOTICE

5.  No trustee or examiner has been appointed in these Chapter 11 cases. Notice of this Application has been given to (a) the Office of the United States Trustee for the District of Connecticut; (b) counsel to the Debtor; (c) all parties required to be given notice in the Compensation Order; and (d) all parties requesting notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, G/S submits that no further or other notice is required.

**WHEREFORE**, G/S respectfully requests that this Court enter an Order, substantially in the form attached hereto (a) approving this Application; (b) providing that G/S be allowed on an interim basis the sum of $95,996.88 as compensation for reasonable and necessary professional services rendered to the Committee and the sum of $1,948.72 for reimbursement of actual and necessary costs and expenses incurred for a total of $97,945.60; (c) authorizing and directing the Debtors to pay G/S the outstanding amount of such sums, and (d) for such other relief as the Court deems just or proper.

Dated: March 31, 2015

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151

3