IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| O.W. BUNKER NORTH AMERICA, INC., et al., | : | Case No. 14-51720 (AHWS) |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that O.W. BUNKER NORTH AMERICA, INC., et al., hereby withdraws its Motion for Relief from the Automatic Stay (Docket No. 396) without prejudice.

Dated: April 6, 2015
New York, New York

Respectfully submitted,

MAHONEY & KEANE, LLP

Edward A. Keane
40 Worth Street, 10th Floor
New York, New York 10013
212-385-1422 telephone
212-385-1605 facsimile

*Attorneys for Movant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has, this 6th day of April, 2015, been served on all counsel of record by electronic notification.

_____
Edward A. Keane

Edward A. Keane
Mahoney & Keane, LLP
40 Worth Street, 10th Floor
New York, New York 10013
212-385-1422