IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| O.W. BUNKER NORTH AMERICA, INC. : | |
| *et al.*, : | Case No. 14-51720 (AHWS) |
| : | *Jointly Administered* |
| : | |
| Debtors. : | |

### REVISED NOTICE OF WITHDRAWAL OF NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that ONEGO SHIPPING & CHARTERING BV, hereby withdraws its Motion for Relief from the Automatic Stay (Docket No. 396) without prejudice and corrects its prior notice incorrectly referring to a Motion by O.W. BUNKER NORTH AMERICA, INC.

Dated: April 6, 2015
New York, New York

Respectfully submitted,

MAHONEY & KEANE, LLP

Edward A. Keane
40 Worth Street, 10th Floor
New York, New York 10013
212-385-1422 telephone
212-385-1605 facsimile

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has, this 6th day of April, 2015, been served on all counsel of record by electronic notification.

Edward A. Keane

Edward A. Keane
Mahoney & Keane, LLP
40 Worth Street, 10th Floor
New York, New York 10013
212-385-1422