**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc.,[1] *et al.*, | : | Case No. 14-51720 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**DECLARATION OF FRANCIS G. CONRAD IN SUPPORT OF THE MOTION OF THE DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§105(A), 327, 328, 330, AND 331, FED. R. BANKR. P. 2014, AND D. CONN. LBR 2014-1 AUTHORIZING THE EMPLOYMENT AND COMPENSATION OF FRANCIS G. CONRAD AS A CASE EFFICIENCY EXPERT NUNC PRO TUNC TO FEBRUARY 13, 2015**

I, FRANCIS G. CONRAD, hereby declare, pursuant to 28 U.S.C. § 1746 that the following statements are true and correct, to the best of my knowledge, information and belief after due inquiry as described herein:

1. I submit this declaration (the "Declaration") in support of the *Motion of the Debtors for an Order Under 11 U.S.C. §§105(a), 327, 328, 330, and 331, Fed. R. Bankr. P. 2014, and D. Conn. LBR 2014-1 Authorizing the Employment and Compensation of Francis G. Conrad as a Case Efficiency Expert nunc pro tunc to February 13, 2015* [Docket No. 433] (collectively the "Case Efficiency Expert Motion").

2. O.W. Bunker Holding North America Inc. and its affiliated debtors O.W. Bunker North America Inc. and O.W. Bunker USA Inc. (collectively, the "Debtors"), retained me to provide expert testimony in connection with the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Transfer of Venue of Cases to the United States*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, Connecticut 06901.

*Bankruptcy Court for the Southern District of New York Pursuant to 28 U.S.C. § 1412 and Rule 1014(a)(1) of the Federal Rules of Bankruptcy Procedure* [D.E. 225] (the "Transfer Motion").

3.     I am a disinterested person as such term is defined by 11 U.S.C. § 101(14). I am not a creditor, equity security holder or insider of the Debtors. I am not, and was not, a director or officer of the Debtor.

4.     The Debtors provided me with a list of conflict parties. Upon conclusion of my conflict review, I determined that I do not have any adverse interest to the Debtors' estates or any class of creditors or security holders.

5.     I have not provided any services to the Debtors, on a pre-petition basis or otherwise, other than the services outlined in the engagement agreement.

6.     I do not have, and consequently have not made, any claim against the Debtors for any prepetition services.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed: April 6, 2015

                                        */s/ Francis G. Conrad*
                                        Francis G. Conrad

I, Patrick M. Birney, certify that on April 6, 2015, a copy of the *Declaration of Francis G. Conrad in Support of the Motion of the Debtors for an Order under 11 U.S.C. §§105(A), 327, 328, 330, AND 331, Fed R. Bank. P. 2014 and D. Conn LBR 2014-1 Authorizing the Employment and Compensation of Francis G. Contrad as a Case Efficiency Expert Nunc Pro Tunc to February 13, 2015* was electronically filed and served by electronic mail to: (i) the Office of the United States Trustee, (ii) Counsel for the Official Committee of Unsecured Creditors; and (iii) all parties that have filed an appearance or request or notice in these Chapter 11 Cases by operation of the Court's electronic filing system.

*Patrick M. Birney*
Patrick M. Birney