**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| O.W. Bunker Holding North America Inc., et al.[1] ) | Case No. 14-51720 (AHWS) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned, counsel to Vopak Terminal Los Angeles Inc. ("Vopak"), hereby files its Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following addresses:

| | |
|---|---|
| Katherine L. Lindsay<br>Bracewell & Giuliani LLP<br>CityPlace I, 34th Floor<br>185 Asylum Street<br>Hartford, CT 06103<br>Telephone: (860) 256-8605<br>Facsimile: (800) 404-3970<br>E-mail: kae.lindsay@bgllp.com | Vopak Terminal Los Angeles Inc.<br>Scott Grossman<br>Assistant General Counsel-Americas<br>2000 West Loop South<br>Suite 1550<br>Houston, TX 77027<br>Telephone: (713) 561-7264<br>Email: scott.grossman@vopak.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint,

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

#4862592.1

demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: April 7, 2015

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP

By: */s/ Katherine L. Lindsay*
    Katherine L. Lindsay
    Bracewell & Giuliani LLP
    CityPlace I, 34th Floor
    185 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 256-8605
    Facsimile: (800) 404-3970
    E-mail: kate.lindsay@bgllp.com

*Counsel to Vopak Terminal Los Angeles Inc.*

#4862592.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the court's CM/ECF electronic mail on April 7, 2015.

> By: */s/ Katherine L. Lindsay*
> Katherine L. Lindsay
> Bracewell & Giuliani LLP
> CityPlace I, 34th Floor
> 185 Asylum Street
> Hartford, CT 06103
> Telephone: (860) 256-8605
> Facsimile:  (800) 404-3970
> E-mail:  kate.lindsay@bgllp.com
>
> *Counsel to Vopak Terminal Los Angeles Inc.*