**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | Case No. 14-51720 (AHWS) <br> (Jointly Administered) |
| Debtors. | **Objection Deadline: June 25, 2015** |

**FOURTH MONTHLY FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP, AS COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD
FROM MARCH 1, 2015 THROUGH MARCH 31, 2015**

Name of Applicant:                              Montgomery McCracken Walker & Rhoads, LLP

Authorized to Provide                           Debtors and Debtors-in-Possession
Professional Services to:

Date of Retention:                              Effective November 13, 2014

Period for which compensation
and reimbursement is sought:                    March 1, 2015 through March 31, 2015

Amount of Compensation sought
as actual, reasonable and necessary:            $432,545.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:            $17,416.79

This is a     X  monthly    __ interim    __ final application.

    80% OF FEES FOR PERIOD 3/1/15 – 3/31/15:    $346,036.40
    100% OF DISBURSEMENTS:                       $17,416.79
    TOTAL DUE:                                   $363,453.19

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

## PRIOR MONTHLY FEE STATEMENTS

| Date Filed | Period Covered | Fees & Expenses Requested | Fees & Expenses Payable |
|---|---|---|---|
| February 5, 2015 | November 13, 2014 to December 31, 2014 | Fees: $626,264.50 Expenses: $11,436.55 | Fees: $501,011.60 Expenses: $11,436.55 |
| March 30, 2015 | January 1, 2015 to January 31, 2015 | Fees: $473,283.25 Expenses: $8,608.43 | Fees: $378,626.60 Expenses: $8,608.43 |
| March 31, 2015 | February 1, 2015 to February 28, 2015 | Fees: $562,792.75 Expenses: $19,034.91 | Fees: $450,234.20 Expenses: $19,034.91 |

**COMPENSATION SUMMARY BY PROFESSIONAL**
**MMWR PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Year that Applicant Joined MMWR, First Year of Obtaining License to Practice | Department | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; First admitted to PA Bar in 1984 | Corporate Restructuring and Bankruptcy | $675.00 | 64.90 | $43,807.50 |
| Lee D. Unterman | Partner; Joined Firm in 2012; First admitted to NY Bar in 1976 | Corporate Business | $650.00 | 1.00 | $650.00 |
| Richard Placey | Partner; Joined Firm in 1982; First admitted to PA Bar in 1982 | Corporate Restructuring and Bankruptcy | $535.00 | 142.10 | $76,023.50 |
| Richard Placey | Non-Working Travel | | $267.50 | 6.60 | $1,765.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; First admitted to PA Bar in 1987 | Litigation | $585.00 | 2.20 | $1,287.00 |
| Peter Breslauer | Partner; Joined Firm in 1992; Member of PA Bar since 1993 | Litigation | $520.00 | 68.70 | $35,724.00 |
| Vincent M. DeOrchis | Partner; Joined Firm in 2012; First admitted to NY Bar in 1974 | Litigation | $460.00 | 94.90 | $43,654.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; First admitted to PA Bar in 1998 | Corporate Restructuring and Bankruptcy | $590.00 | 10.90 | $6,431.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; First admitted to DE bar in 2002 | Corporate Restructuring and Bankruptcy | $550.00 | 140.80 | $77,440.00 |
| Davis Lee Wright | Non-Working Travel | | $275.00 | 6.00 | $1,650.00 |
| Joseph O'Neill | Of Counsel; Joined Firm in 2007; First admitted to NJ Bar in 1993 | Corporate Restructuring and Bankruptcy | $425.00 | 42.00 | $18,480.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | | **580.10** | **$306,912.50** |
| **ASSOCIATES** | | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; First admitted to PA Bar in 1995 | Corporate Restructuring and Bankruptcy | $440.00 | 33.50 | $14,740.00 |
| Ralf D. Wiedemann | Associate; Joined Firm in 2007; First admitted to PA Bar in 2000 | Corporate Business | $400.00 | 2.10 | $840.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; First admitted to PA Bars in 2012 | Corporate Restructuring and Bankruptcy | $290.00 | 71.70 | $20,793.00 |

| Kaspar Kielland | Associate; Joined Firm in 2013; First admitted to NY bar in 2013 | Litigation | $295.00 | 115.70 | $34,131.50 |
|---|---|---|---|---|---|
| Robert O'Connor | Associate; Joined Firm in 2014; First admitted to NY bar in 2011 | Litigation | $275.00 | 158.20 | $43,505.00 |
| **TOTAL ASSOCIATES** | | | | **381.20** | **$114,009.50** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | | |
| Martha L. Schwarz | Paralegal | | $230.00 | 0.20 | $46.00 |
| Matteo Bonuzzi | Paralegal | | $215.00 | 38.10 | $8,191.50 |
| Keith Mangan | Paralegal | | $140.00 | 21.40 | $2,996.00 |
| Kathleen M. Coon | Librarian | | $195.00 | 2.00 | $390.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | **61.70** | **$11,623.50** |
| **TOTAL ALL PROFESSIONALS** | | | | **1,023.00** | **$432,545.50** |
| **BLENDED HOURLY RATE** | | | | | **$422.82** |
| **AVERAGE HOURLY RATE** | | | | | **$400.63** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| (1) Asset Analysis and Recovery | 94.6 | $ 44,343.00 |
| (3) Business Operations | 10.4 | $ 5,664.50 |
| (4) Case Administration | 115.4 | $ 52,503.00 |
| (5) Claims Administration and Objections | 147.8 | $ 72,731.50 |
| (6) Employee Benefits/Pensions | 21 | $ 11,250.50 |
| (7) Fee/Employment Applications | 47.2 | $ 16,905.00 |
| (10) Litigation | 112.3 | $ 55,441.50 |
| (12) Plan and Disclosure Statement | 16.3 | $ 9,228.00 |
| (13) Relief from Stay Proceedings | 0.4 | $ 165.00 |
| (17) Data Analysis | 0.7 | $ 192.50 |
| (20) Tax Issues | 16.2 | $ 5,539.50 |
| (22) Non-Working Travel | 12.6 | $ 3,415.50 |
| (24) Interpleader/Ship Arrests | 359.9 | $ 125,496.50 |
| (25) ING Related Litigation | 44.7 | $ 21,519.50 |
| (26) Ship Arrests (Debtor) | 23.5 | $ 8,150.00 |
| **TOTAL:** | **1,023** | **$ 432,545.50** |

## **EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating - Internal | | $ 2,608.40 |
| Postage | | $ 1,255.79 |
| Transportation - Local while on | | $ 73.73 |
| Printing - Internal | | $ 742.20 |
| Good Standing Certificate | | $ 5.00 |
| Copy/Record-Document | | $ 1,193.80 |
| Filing Fee - Other | | $ 1,115.00 |
| Transcript - Deposition | | $ 2,577.19 |
| Travel - Air Fare | | $ 3,461.60 |
| Travel - Lodging | | $ 738.70 |
| Travel - Meals, Etc | | $ 53.70 |
| Travel - Mileage | | $ 94.88 |
| Travel - Rail Fare | | $ 1,064.03 |
| Out of Town Travel | | $ 41.07 |
| Federal Express | | $ 62.59 |
| Parking & Tolls | | $ 72.00 |
| Telephone | | $ 168.29 |
| Copying - Court | | $ 549.00 |
| Westlaw On-Line Legal Research | | $ 772.74 |
| Pacer | | $ 526.40 |
| Local Transportation - Cabs | | $ 240.68 |
| **TOTAL:** | | **$ 17,416.79** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| O.W. Bunker Holding North America Inc., *et al.*,[2] | Case No. 14-51720 (AHWS) <br> (Jointly Administered) |
| Debtors. | **Objection Deadline: 6/25/15** |

**FOURTH MONTHLY FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP, AS COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD
FROM MARCH 1, 2015 THROUGH MARCH 31, 2015**

Montgomery McCracken Walker & Rhoads, LLP ("Montgomery McCracken"), counsel for the Debtors and Debtors-in-Possession (the "Debtors") in the above captioned chapter 11 cases, submits this application (the "Application") for allowance of compensation for professional services rendered by Montgomery McCracken for the period March 1, 2015 through March 31, 2015 (the "Application Period") and reimbursement of actual and necessary expenses incurred by Montgomery, McCracken during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, which became effective on November 1, 2013 (the "U.S. Trustee Guidelines") and the

---

[2] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474), O.W. Bunker North America Inc. (7158) and O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 383] (the "Interim Compensation Order") entered on February 5, 2015. In support of this Application, Montgomery McCracken represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On November 13, 2014 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. The Court has entered a final order for joint administration of these Chapter 11 Cases [Docket No. 52].

3. The Office of the United States Trustee (the "U.S. Trustee") formed an official committee of unsecured creditors (the "Committee") on November 26, 2014 [Docket No. 89]. The Court has not appointed a trustee or an examiner in these Chapter 11 Cases.

## RETENTION OF MONTGOMERY McCRACKEN

4. On December 3, 2014, the Debtors sought approval to retain Montgomery McCracken as their bankruptcy counsel to provide the following professional services:

(a) advising the Debtors with respect to their powers and duties as debtors and debtors-in-possession in the continued management and operation of their businesses and properties;

(b) attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of the cases, including all of the legal and administrative requirements of operating in chapter 11;

(c) taking all necessary actions to protect and preserve the Debtors' estates,

    including the prosecution of actions on their behalf, the defense of actions commenced against their estates, negotiations concerning litigation in which the Debtors may be involved and objections to claims filed against the estates;

  (d) preparing on behalf of the Debtors any necessary motions, applications, answers, orders, reports and other papers necessary to the administration of the estates;

  (e) advising the Debtors in connection with the sale of any assets;

  (f) appearing before this Court, any appellate courts, and the U.S. Trustee, and protecting the interests of the Debtors' estates before such courts and the U.S. Trustee; and

  (g) performing all other necessary legal services and providing all other necessary or appropriate legal advice to the Debtors in connection with the Chapter 11 Cases.

5. On January 13, 2015, the Court authorized [Docket No. 307] Montgomery McCracken's employment and retention as Debtors' counsel, *nunc pro tunc* to the Petition Date.

## RELIEF REQUESTED

6. By this Application, Montgomery McCracken requests: (a) allowance of monthly compensation in the amount of $346,036.40, which amount equals eighty percent (80%) of the $432,545.50 in fees for professional services rendered by Montgomery McCracken during the Application Period; and (b) reimbursement expenses in the amount of $17,416.79, which amount equals one hundred percent (100%) of the actual, reasonable, and necessary out-of-pocket disbursements and charges incurred by Montgomery McCracken in connection with services rendered to the Debtors during the Application Period. As of the date of this Application, Montgomery McCracken has not received any payments with respect to these amounts.

7. During the Application Period, Montgomery McCracken represented the Debtors in the most expeditious, efficient, and economical manner possible, while participating in these Chapter 11 Cases and various maritime-related interpleader and vessel arrest proceedings pending before various courts throughout the United States. Montgomery McCracken assigns

tasks in a manner that those individuals most familiar with a certain aspect of the case receive the pending assignment.  Furthermore, Montgomery McCracken has attempted to coordinate with the other professionals involved in these Chapter 11 Cases in an effort to reduce duplication of effort, minimize attorneys' fees, and enhance the efficient and economical administration of the Debtors' estates.  Montgomery McCracken believes it has been successful in these endeavors and has made efforts to ensure that all professionals have complied with the Local Rules and the U.S. Trustee Guidelines.

8.  Attached hereto as Exhibit A is a statement that identifies all time recorded to each project category with descriptions of the particular services provided by Montgomery McCracken's professionals.  Montgomery McCracken reduced its request for non-working travel compensation by 50% of the hourly rate for the travelling professional.  Attached hereto as Exhibit B is a statement that identifies the actual, reasonable, and necessary expenses incurred by Montgomery McCracken during the Application Period.  This Application is made without prejudice to the firm's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Interim Compensation Order.

9.  Other than between Montgomery McCracken and the firm's partners and employees, no agreement or understanding exists between Montgomery McCracken and any other person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these Chapter 11 Cases, nor will any be made except as permitted under section 504(b)(1) of the Bankruptcy Code.

## CONCLUSION

WHEREFORE, Montgomery McCracken respectfully requests that the Court (i) allow (a) $432,545.50, for actual, reasonable and necessary compensation for services rendered on behalf of the Debtors during the Application Period; and (b) reimbursement of $17,416.79 for actual reasonable, and necessary expenses incurred during the Application Period; (ii) authorize and direct the Debtors to pay Montgomery McCracken $346,036.40, which is equal to the sum of 80% of requested fees and 100% of requested expenses; and (iii) grant such other and further relief as is just and proper.

Dated: Hartford, Connecticut
      June 4, 2015

>    */s/ Michael R. Enright*
>    Michael R. Enright, Esq. (ct10286)
>    Patrick M. Birney, Esq. (ct19875)
>    ROBINSON & COLE LLP
>    280 Trumbull Street
>    Hartford, CT 06103
>    Telephone: (860) 275-8290
>    Facsimile: (860) 275-8299
>    menright@rc.com
>    pbirney@rc.com
>
>    - and -
>
>    Natalie D. Ramsey, Esq. (admitted *pro hac vice*)
>    Davis Lee Wright, Esq. (admitted *pro hac vice*)
>    MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP
>    437 Madison Avenue, 29th Floor
>    New York, NY 10022
>    Telephone: (212) 867-9500
>    Facsimile:  (212) 599-1759
>    nramsey@mmwr.com
>    dwright@mmwr.com
>
>    *Counsel for the Debtors and Debtors in Possession*