# EXHIBIT D

**INVOICE**

Page: 1

**REMIT TO:**

**O'ROURKE MARINE SERVICES  OMS**

P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

www.orpp.com

| | |
|---|---|
| Invoice Number: | 0025463 |
| Invoice Date: | 11/10/2014 |
| Invoice Due Date: | 11/15/2014 |
| Ship Date: | 11/4/2014 |
| Order Number: | 0025463 |
| Order Date: | 10/27/2014 |
| Salesperson: | M104 |
| Customer Number: | OWB100M |

**Sold To:**

O.W. BUNKER USA INC.
2603 AUGUSTA DR, STE 440
HOUSTON, TX 77057
(281) 946-2300

**Confirm To:**

**Ship To:**

O.W. BUNKER USA INC.
MIDSTREAM
GALVESTON, TX

| Customer P.O. | Terms | Area & Block | Rig Vessel Name | Meter Ticket No. |
|---|---|---|---|---|
| 172-13224 | ACH NET 5 DAYS | | SYDNEY EXPRESS | |

| Item Number | Description | UOM | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 104 | DMA-ISO 8217-2010 DIESEL FUEL | Metric Tons | 170.00 | 824.06 | 140,090.20 |

PLATTS CLOSE 10/29   2.5147 + (.12) = 2.6347

FEDERAL LUST FEE          53.17
FEDERAL OIL SPILL FEE    101.02
                                    140,244.39

MT PRICING   70447 x 42 = 312.77 (GALS PER TON) x 2.6347 = 824.06 ($ PER TON)

**Always fulfilling our brand promise to you**
**Safe. FAST. Efficient.**

Invoice Total:   140,244.39

**ACH/WIRE TRANSFER INFORMATION:**
JP Morgan Chase Bank,
Houston, Texas 77002
ABA Routing #: 111000614 (ACH ONLY)
ABA Routing #: 021000021 (WIRE ONLY)
Account #: 00708101902

**THANK YOU FOR YOUR BUSINESS**

101026


**O'ROURKE MARINE SERVICES**

# BUNKER DELIVERY NOTE

53,171 GROSS METER STOP

| VESSEL NAME | SYDNEY EXPRESS | | | DATE 11-4-14 | | EX WHARF ☐ | EX BARGE ☐ |
|---|---|---|---|---|---|---|---|
| FLAG | IMO # 9062984 | | | AGENT NORTON LILLY | | BARGE NAME CCL 14 | |
| FOR ACCOUNT OF | O.W. BUNKER USA | | | DELIVERY LOCATION BARBOURS CUT #4 | | | |
| | TEMP °F. | GRAVITY A.P.I. @ 60°F | DENSITY @ 15°C, Kg/m³ | BARRELS PER MT | NET VOLUME IN BARRELS | METRIC TONS ORDERED | DELIVERED |
| PRODUCT DMA | | 35.9 | .845 | 7.447 | | 170 | 170 |
| PRODUCT | | | | | | | |
| PRODUCT | | | | | | | |

| | | | | PRODUCT | PRODUCT | PRODUCT |
|---|---|---|---|---|---|---|
| ARRIVAL ALONGSIDE 1915/1925 | 20 14 | PROPERTIES | | DMA | | |
| TRUCK START 2030 | 20 14 | | Cst VISCOSITY @ 40°C | 4.088 | | |
| TRUCK FINISH 2210 | 20 14 | | FLASH °F min | 170 | | |
| TRUCK START | 20 | | SULPHUR % (m/m) | 0.092 | | |
| TRUCK FINISH | 20 | | WATER % (v/v) | NIL | | |
| DEPARTURE TIME 2250 | 20 14 | | M.V. SYDNEY EXPRESS STAMP CHIEF ENGINEER | | | |

Remarks: VSL SIGNED ONLY FOR VOL. RCPT @ RESP. TEMP.

| Product Grade | Marpol Sample # | Vessel Sample # | OMS/Retain Sample # | Other |
|---|---|---|---|---|
| DMA | 50022297 | 50022262 | 50018954 | |

| The fuel supplied in this delivery is in conformity with regulation 14(1) and regulation 18(1) of annex VI Marpol 73/78 effective May 19, 2005. |
| The undersigned also certifies that the quantity/grade received is in accordance either the vessel's requirements, any advice from the owners/charterers to the contrary not withstanding. |
| The undersigned certifies that this property is for use solely in the operation of said vessel in foreign or interstate coastwise commerce. It is further certified that said vessel is engaged exclusively in foreign or interstate commerce. Any purchaser who fraudulently signs this certificate without intent to use the property purchased as above stated shall be subject to all penalties provided by law. |
| No disclaimer stamp of any type or form will be accepted on the bunker receipt, nor should any stamp be applied, will it alter change or waive the sellers maritime lien against the vessel, or waive the  vessel's ultimate responsibility for the debt incurred thru this transaction. |
| SIGNATURE BELOW ACKNOWLEDGES THAT YOU HAVE RECEIVED A COPY OF OUR GENERAL TERMS AND CONDITIONS.  ANY OFFER TO SELL TO CUSTOMER IS SUBJECT TO AND INCORPORATES BT REFERENCE ALL OF O'ROURKE MARINE SERVICES, L.P.. L.L.P CURRENT GENERAL TERMS AND CONDITIONS.  ACOPY OF WHICH IS APPENDED HERETO OR AVAILABLE FROM O'ROURKE MARINE SERVICES, L.P., L.L.P. |

THE FOREGOING DELIVERED TO VESSEL
| SIGNED [signature] | TITLE TKM/PIC | DATE 11-4-14 |

THE FOREGOING RECEIVED ON BOARD VESSEL
| SIGNED [signature] | TITLE C/E | DATE 04-11-14 |

US MARKETSCAN | OCTOBER 29, 2014

## Gulf Coast

### Houston

**Waterborne (¢/gal)**

| Houston | Code | Mid | Change | Code | RVP | Prompt Pipeline | Mid | Change | Code | Cycle | RVP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unleaded 87 | PGACU00 | 217.75-217.85 | 217.800 | +9.710 | PGACURV | 13.5 | PGACT00 | 208.30-208.40 | 208.350 | +3.510 | PGACTRV | 61 | 13.5 |
| Unleaded 89 | PGAAZ00 | 235.61-235.71 | 235.660 | +9.790 | PGAAZRV | 13.5 | PGAAY00 | 226.16-226.26 | 226.210 | +3.590 | PGAAYRV | 61 | 13.5 |
| Unleaded 93 | PGAIX00 | 262.40-262.50 | 262.450 | +9.910 | PGAIXRV | 13.5 | PGAJB00 | 252.95-253.05 | 253.000 | +3.710 | PGAJBRV | 61 | 13.5 |
| CBOB 87 | AAWES00 | 214.65-214.75 | 214.700 | +10.160 | AAWESRV | 13.5 | AARQU00 | 205.20-205.30 | 205.250 | +3.960 | AARQURV | 61 | 13.5 |
| CBOB 93 | AAWET00 | 260.90-261.00 | 260.950 | +9.910 | AAWETRV | 13.5 | AARQV00 | 251.45-251.55 | 251.500 | +3.710 | AARQVRV | 61 | 13.5 |
| RBOB 83.7 | | | | | | | AAMFB00 | 205.95-206.05 | 206.000 | +0.710 | AAMFBRV | 61 | 13.5 |
| RBOB 91.4 | | | | | | | AANNG00 | 252.90-253.00 | 252.950 | +3.710 | AANNGRV | 61 | 13.5 |
| Jet 54 | PJABM00 | 245.92-246.02 | 245.970 | +5.050 | PJABD00 | 244.17-244.27 | 244.220 | +5.050 | PJABDCY | 62 |
| Jet 55 | PJABN00 | 249.42-249.52 | 249.470 | +5.050 | PJABP00 | 247.67-247.77 | 247.720 | +5.050 | PJABPCY | 62 |
| ULS Kero | AAVTK00 | 261.42-261.52 | 261.470 | +5.050 | AAVTL00 | 259.67-259.77 | 259.720 | +5.050 | AAVTLCY | 62 |
| Ultra low sulfur diesel | AATGZ00 | 251.42-251.52 | 251.470 | +7.150 | AATGY00 | 250.42-250.52 | 250.470 | +7.150 | AATGYCY | 61 |
| No. 2 | POAEE00 | 240.92-241.02 | 240.970 | +5.050 | POAED00 | 234.17-234.27 | 234.220 | +5.300 | POAEDCY | 61 |
| ULS Heating Oil | | | | | AAXFD00 | 246.72-246.82 | 246.770 | +7.200 | AAXFDCY | 61 |

**($/barrel)**    diff vs 3% strip

| | Code | Mid | Change | Code |
|---|---|---|---|---|
| Slurry Oil | PPAP000 | 71.69-71.71 | 71.700 | -0.060 | |
| No. 6 1% 6°API min | PUAA100 | 75.14-75.16 | 75.150 | +0.750 | AAUGS00 | 3.390 |
| No. 6 3% | PUAFZ00 | 71.14-71.16 | 71.150 | +0.750 | AAUGT00 | -0.610 |
| RMG 380 | PUBDM00 | 72.79-72.81 | 72.800 | +0.750 | AAUGU00 | 1.040 |
| No. 6 3% strip | AAUGW00 | 71.75-71.77 | 71.760 | +1.160 | AAUGV00 | |

**Swaps**

| | Code | Mid | Change |
|---|---|---|---|
| No.6 3% BalMo (Oct) | AARZT00 | NA-NA | NA | NANA |
| No.6 3% M1 (Nov) | PUAXJ00 | 71.75-71.85 | 71.800 | +1.150 |
| No.6 3% M2 (Dec) | PUAXL00 | 71.95-72.05 | 72.000 | +1.150 |
| No.6 3% Q1 ( Q1 15) | PUAXN00 | 72.30-72.40 | 72.350 | +0.980 |

### Houston extended pipeline cycle assessments

(PGA page 156)

**Pipeline**

| | Code | Mid | Code | Cycle |
|---|---|---|---|---|
| Unleaded 87 Front Cycle 1 | AAELC00 | 208.30-208.40 | 208.350 | AAELCRV | 61 |
| Unleaded 87 Front Cycle 2 | AAELD00 | 206.80-206.90 | 206.850 | AAELDRV | 62 |
| Unleaded 87 Front Cycle 3 | AAELE00 | 206.15-206.25 | 206.200 | AAELECY | 63 |
| Unleaded 87 Front Cycle 4 | AAELF00 | 205.50-205.60 | 205.550 | AAELFCY | 64 |
| Unleaded 87 Front Cycle 5 | AAELG00 | 204.90-205.00 | 204.950 | AAELGCY | 65 |
| Unleaded 87 Front Cycle 6 | AAELH00 | 204.30-204.40 | 204.350 | AAELHCY | 66 |

**Gasoline Unl 87 Chicago Pipe assessment rationale:** (PGA page 388) Platts assessed 13.5 RVP Chicago unleaded gasoline at NYMEX December RBOB minus 2.50 cents/gal Wednesday, 1 cent above CBOB. CBOB was assessed at NYMEX December RBOB minus 3.50 cents/gal, based on market indications at that level.

The above commentary applies to the following market data code: PGABD00

**Gasoline Unl Sub Octane Group 3 Pipeline:** (PGA page 388) Platts assessed 11.5 RVP V-grade suboctane at NYMEX November RBOB plus 7.75 cents/gal Wednesday, based on Valero buying from Musket at that level.

The above commentary applies to the following market data code: PGACT00

**Gasoline Prem Unl 91 Group 3 Pipeline assessment rationale:** (PGA page 388) Platts assessed 11.5 RVP A-grade premium gasoline at NYMEX November RBOB plus 39.75 cents/gal Wednesday, based on a premium of 32 cents to V-grade suboctane.

The above commentary applies to the following market data code: AAXIX00

**Gasoline Unl 87 USGC Prompt Pipeline assessment rationale:** (PGA page 384) Platts assessed pipeline-delivered 13.5 RVP conventional gasoline (M4) at NYMEX November RBOB futures minus 10.15 cents/gal Wednesday, based on a sale at that level from Vitol to Northville for 25,000 barrels.

The above commentary applies to the following market data code: PGACT00

**Gasoline CBOB 87 USGC Houston Prompt Pipeline assessment rationale:** (PGA page 384) Platts assessed 13.5 RVP CBOB (A4) at NYMEX November RBOB futures minus 13.25 cents/gal Wednesday, based on market indications.

The above commentary applies to the following market data code: AARQU00

Copyright © 2014, McGraw Hill Financial

4