# EXHIBIT B

# Pacrim Petroleum, Inc.

## DBA Nevada Pacrim Petroleum, Inc. in CA

## 774 Mays Blvd., #10-325

## Incline Village, NV 89451

## Ph-916-990-4007; Fax-775-831-1303

## INVOICE: PO VP 2014-069

**To:** OW Bunker North America INC.
**From: Pacrim Petroleum, Inc.,** Tom Pressler, Cell ph.-916-990-4007.
**Fax: 775-831-1303**
**Phone:** 916-990-4007
**Date: 11/07/2014**

**Re: Delivery of 46,671 net gallons AGO, Atmospheric Gas Oil
PO. # VP 2014-069 (November 01-04, 2014)**

To:  OW Bunker North America INC
     Two Stamford Plaza, 15th Floor
     281 Tresser Blvd.
     Stamford, CT 06901
ATTN: Mr. Martijn Kelderman, Mr. Keith Richardson, Invoicing, Finance
Ph: 203-658-8863

This invoice is for 46,671 net gals AGO at 95 % OPIS mean LA ULSD date of lifting = $112,450.21.

Balance due Pacrim = $ 112,450.21

Please see backup sheets for detail.

For delivery to OW Bunker North America INC  November 01-04, 2014, via truck/trailer.
Terminal No. VOPAC Marine Terminal, LA/Long Beach (Canal Street), and/or VOPAK 32 Acres.

Due 3 days upon receipt of invoice: November 12, 2014

Wire Transfer to Umpqua Bank
Incline Village Branch
910 Tahoe Blvd., Ste. 101  Incline Village, NV  89451
For account of  Pacrim Petroleum, Inc.
Account Number:  974148793
Routing Number: 123205054

Please advise if any questions or problems.  All late payments subject to interest at twelve (12) percent.

Best Regards
*[signature]*
Thomas W. Pressler

OW ago purchase 11/01-04/2014
VP2014-069

| DATE | | TICKET # | GALLONS | OPIS MEAN ULSD | .95*OPIS MEAN | TOTAL |
|---|---|---|---|---|---|---|
| | 1-Nov | 1665077 | 6791 | 2.5859 | 2.456605 | $16,682.80 |
| SAT | | 5078 | 6765 | | | $16,618.93 |
| | 2-Nov | 1665236 | 6711 | 2.5274 | 2.40103 | $16,113.31 |
| SUN | | 5289 | 6324 | | | $15,184.11 |
| | 3-Nov | 1665549 | 6607 | 2.5274 | 2.40103 | $15,863.61 |
| | | 5555 | 6818 | | | $16,370.22 |
| | 4-Nov | 1665775 | 6655 | 2.4702 | 2.34669 | $15,617.22 |
| TOTALS | | | 46671 gallons | | | $112,450.21 |
| | | | 1111.21429 bbls | | | |

# Len Liz Express

7330 Adams ST
Paramount, CA 90723-4008
Phone: (818) 516-5444   Fax: (818) 484-2324
Email: Lenlizexpress@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/4/2014 | 2656 |

Bill To

Pacrim Petroleum
774 Mays Blvd.,#10-325
Incline Village, NV 89451

Ship To

Vopak
401 Canal St
Long Beach, CA

| P.O. No. | Pull Point | Terms | Due Date |
|---|---|---|---|
| VP-2014-064 | KOR | 7 days | 11/11/2014 |

| Date | Delivery Receipt | Bill of Lading | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2014 | 20028 | 1664622 | AGO | 163.17 | 3.60 | 587.41 |
| 10/31/2014 | 20162 | 1664669 | AGO | 157.57 | 3.60 | 567.25 |
| 10/31/2014 | 17939 | 1664679 | AGO | 162.02 | 3.60 | 583.27 |
| 11/1/2014 | 20316 | 1665077 | AGO | 161.69 | 3.60 | 582.08 |
| 11/1/2014 | 20203 | 1665078 | AGO | 161.07 | 3.60 | 579.85 |
| 11/2/2014 | 20105 | 1665236 | AGO | 159.79 | 3.60 | 575.24 |
| 11/2/2014 | 20205 | 1665289 | AGO | 150.57 | 3.60 | 542.05 |
| 11/3/2014 | 20329 | 1665549 | AGO | 157.31 | 3.60 | 566.32 |
| 11/3/2014 | 20206 | 1665555 | AGO | 162.33 | 3.60 | 584.39 |

Thank you: we really appreciate your business. Please send payment within the terms shown on the upper portion of your invoice. There will be a 2% interest charge per month on late invoices.

**Total**   $5,167.86



# LEN LIZ EXPRESS
"On-Time Performance & Dependability"

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229  •  Fax: 818-484-2324
CA#381698

**DELIVERY RECEIPT** 20316

DATE: 11-1-14
FROM: KenOil Refinery
ADDRESS: Panama Lane
CITY & STATE: Bakersfield CA

DELIVER TO: Vopak
ADDRESS: 32 Acres
CITY & STATE: Wilmington CA
TEL No:

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
|---|---|---|---|---|---|---|
| 1665077 | 5563 | VP2C14064 | 3217 | 16A | Walfred | |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY | NET QTY | UNLOADING MEASUREMENTS TEMPERATURE | GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE FLAMMABLE LIQUID UN1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| AGO | | 6850 | 6791 | 80.0 | 25.9 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | | | | | END | END |
| | | | | | BEG | BEG |
| UNLOAD | | | | | TOTAL | TOTAL |
| TOTAL TRIP | | | | | | |

UNLOADING DRIVER: X
DATE:
REC'D BY: _____

NOTE: Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: GM. V+/ 504    Date:

## TRUCK LOADING MANIFEST AND BILL OF LADING
### IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300

**#1665077**



7724 E. Panama Lane  Bakersfield, CA  93307
Voice: (661) 845-0761  Fax: (661) 845-0330
Emergency: 1-800-424-9300

COPY

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**

**WEIGHMASTER CERTIFICATE**
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

**BOL Number:** 1665077  **Start Loading:** 01-Nov-2014 19:54  **Finish Loading:** 01-Nov-2014 20:50

**Position Holder:** 1  **Carrier:** LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI GORDILLOSIERRA  **Driver:** WALFRED

Kern Oil & Refining Co.  **Truck:** 3217  **License:** 9E79115

**Seller:** 1  **Buyer:** PAC009  **Destination:** 9000
KERN OIL & REFINING CO.  PACRIM PETROLEUM  FOB KERN OIL & REFINING CO.

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6850  Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6850 | 25.9 | 80.0 | 6791 | 161.69 | 7.495 |

### Weigh Scale Information

| | | | |
|---|---|---|---|
| 01-Nov-2014 20:50 | Gross Weight: 78480 Pounds | Gross By: ANDRES OCHOA | |
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| 01-Nov-2014 19:54 | Tare Weight: 27580 Pounds | Tare By: ANDRES OCHOA | |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| | Net Weight: 50900 Pounds | | |

**Miscellaneous Messages**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

**Loaded By:**  X

**Carrier:** LEN LIZ EXPRESS/ ARSEN HOVANNI

Page 1 of 1



# LEN LIZ EXPRESS
"On-Time Performance & Dependability"

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229 • Fax: 818-484-2324
CA#381698

**DELIVERY RECEIPT**
20203

DATE: 11/01/14
FROM: Kennoil Refinery
ADDRESS: Panama Lane
CITY & STATE: Bakersfield Ca

DELIVER TO: Vopak
ADDRESS: 32 Acres
CITY & STATE: Wilmington Ca
TEL No:

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
|---|---|---|---|---|---|---|
| 166592 | 5563 | VP2014064 | 3146 | 19A | Simon Santos | ☐ AM ☐ PM |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY | NET QTY | UNLOADING MEASUREMENTS TEMPERATURE | GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| AGO | | 6924 | 6765 | 80.0 | 25.9 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : | : | : | : | END | END |
| | : | : | : | : | BEG | BEG |
| UNLOAD | : | : | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : | : | : | : | | |

UNLOADING DRIVER X _____ DATE _____

REC'D BY: _____

NOTE: Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: JM·LL 504     Date: _____

| | TRUCK LOADING MANIFEST AND BILL OF LADING | #1665078 |
| | IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 | |



7724 E. Panama Lane  Bakersfield, CA  93307
Voice: (661) 845-0761  Fax: (661) 845-0330
Emergency: 1-800-424-9300

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**  C O P Y

**WEIGHMASTER CERTIFICATE**
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

| BOL Number: 1665078 | Start Loading: 01-Nov-2014 19:57 | Finish Loading: 01-Nov-2014 20:54 |
|---|---|---|
| Position Holder: 1 | Carrier: LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI CARBAJAL | Driver: SIMON SANTOS |
| Kern Oil & Refining Co. | Tractor: 3146 License: 9E77665  Trailer: 19A License: 4GE6487 | |

| Seller: 1 | Buyer: PAC009 | Destination: 9000 |
|---|---|---|
| KERN OIL & REFINING CO. | PACRIM PETROLEUM | FOB KERN OIL & REFINING CO. |

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6824  Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6824 | 25.9 | 80.0 | 6765 | 161.07 | 7.495 |

**Weigh Scale Information**

| 01-Nov-2014 20:54 | Gross Weight: 78180 Pounds | Gross By: ANDRES OCHOA |
|---|---|---|
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| 01-Nov-2014 19:57 | Tare Weight: 27480 Pounds | Tare By: ANDRES OCHOA |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| | Net Weight: 50700 Pounds | |

**Miscellaneous Messages**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

Loaded By:   X                                              Carrier: LEN LIZ EXPRESS/ ARSEN HOVANNI

Page 1 of 1



# LEN LIZ EXPRESS
### "On-Time Performance & Dependability"

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229 • Fax: 818-484-2324
CA#381698

**DELIVERY RECEIPT**
20105

| DATE: | 11/2/14 | DELIVER TO: | Vegas |
| --- | --- | --- | --- |
| FROM: | KR | ADDRESS: | |
| ADDRESS: | | CITY & STATE: | Wilmington, CA |
| CITY & STATE: | Bakersfield CA | TEL No: | |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
| --- | --- | --- | --- | --- | --- | --- |
| 1665236 | | V12014- | 2079 | 9A | Matt | ☐ A.M. ☐ P.M. |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY. | NET QTY. | UNLOADING MEASUREMENTS TEMPERATURE | GRAVITY | OFFICE USE ONLY |
| --- | --- | --- | --- | --- | --- | --- |
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| AGO | AGO E Petroleum Distillate | 74440 | 52500 | 80 | 25.4 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
| --- | --- | --- | --- | --- | --- | --- |
| LOAD | : A/P | : A/P | : | : | END | END |
| | : A/P | : A/P | : | : | BEG. | BEG. |
| UNLOAD | : A/P | : A/P | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : A/P | : A/P | : | : | | |

UNLOADING DRIVER X _____  DATE 11/02/14  REC'D BY: _____

CUSTOMER CERTIFIES FILL CAPS ARE TIGHT & SECURED & THAT FILL BOXES ARE CLEAN AND DRY.

**NOTE:** Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: _____  Date: 11-02-14

# TRUCK LOADING MANIFEST AND BILL OF LADING
## IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300

**#1665236**



7724 E. Panama Lane  Bakersfield, CA  93307
Voice: (661) 845-0761  Fax: (661) 845-0330
Emergency: 1-800-424-9300

COPY

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**

WEIGHMASTER CERTIFICATE
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale  **Start Loading:** 02-Nov-2014 12:53  **Finish Loading:** 02-Nov-2014 13:22

**BOL Number:** 1665236  **Carrier:** LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI  **Driver:** MATTHEW SHEEK

**Position Holder:** 1  Tractor: 2979  License: 9E59497  Trailer: 9A  License: 4GY6617

Kern Oil & Refining Co.

**Seller:** 1  **Buyer:** PAC009  **Destination:** 9000
KERN OIL & REFINING CO.  PACRIM PETROLEUM  FOB KERN OIL & REFINING CO.

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6769  Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6769 | 25.9 | 80.0 | 6711 | 159.79 | 7.495 |

**Weigh Scale Information**

| | | | |
|---|---|---|---|
| 02-Nov-2014 13:22 | Gross Weight: 79440 Pounds | Gross By: ANDRES OCHOA | |
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| 02-Nov-2014 12:53 | Tare Weight: 29140 Pounds | Tare By: ANDRES OCHOA | |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| | Net Weight: 50300 Pounds | | |

**Miscellaneous Messages**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

**Loaded By:**  X  **Carrier:** LEN LIZ EXPRESS/ ARSEN HOVANNI



**LLE Len Liz Express**
*On-Time Performance & Dependability*

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229 • Fax: 818-484-2324
CA#381698

**DELIVERY RECEIPT 20205**

DATE: 11/02/14
FROM: Kernoil Refining Co.
ADDRESS: 7124 E. Panama Lane
CITY & STATE: Bakersfield, Ca 93307

DELIVER TO: Simon Santos Vopak
ADDRESS: 401 Canal
CITY & STATE: Wilmington, Ca
TEL No:

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT LOAD |
|---|---|---|---|---|---|---|
| 1665289 | 5563 | VP2014064 | 2979 | 9H | Simon Santos | |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY | NET QTY | UNLOADING MEASUREMENTS TEMPERATURE | GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE FLAMMABLE LIQUID UN1203 | 6319 6 | | | | |
| REGULAR UNLEADED 92 | GASOLINE FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | 6319 | 6324 | 80.0 | 25.9 | |
| AGO | | | | | | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : | : | : | : | END | END |
| | : | : | : | : | BEG | BEG |
| UNLOAD | : | : | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : | : | : | : | | |

UNLOADING DRIVER: 
DATE:
REC'D BY: [signature]

NOTE: Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: [signature]   K   26596   Date: _____



# TRUCK LOADING MANIFEST AND BILL OF LADING
## IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300

**#1665289**



7724 E. Panama Lane Bakersfield, CA 93307
Voice: (661) 845-0761 Fax: (661) 845-0330
Emergency: 1-800-424-9300

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**  COPY

**WEIGHMASTER CERTIFICATE**
THIS IS TO CERTIFY that the following described commodity was weighed, measured or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

| BOL Number: 1665289 | Start Loading: 02-Nov-2014 21:24 | Finish Loading: 02-Nov-2014 22:48 |
|---|---|---|
| Position Holder: 1 | Carrier: LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI CARBAJAL | Driver: SIMON SANTOS |
| Kern Oil & Refining Co. | Tractor: 2979 License: 9E59497  Trailer: 9A License: 4GY6617 | |

| Seller: 1 | Buyer: PAC009 | Destination: 9000 |
|---|---|---|
| KERN OIL & REFINING CO. | PACRIM PETROLEUM | FOB KERN OIL & REFINING CO. |

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6379 Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6379 | 25.9 | 80.0 | 6324 | 150.57 | 7.495 |

### Weigh Scale Information

| 02-Nov-2014 22:48 | Gross Weight: 76740 Pounds | Gross By: ANDRES OCHOA |
|---|---|---|
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| 02-Nov-2014 21:24 | Tare Weight: 29340 Pounds | Tare By: ANDRES OCHOA |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| | Net Weight: 47400 Pounds | |

**Miscellaneous Messages**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

Loaded By:  X                                    Carrier: LEN LIZ EXPRESS/ ARSEN HOVANNI



# LEN LIZ EXPRESS
*On-Time Performance & Dependability*

**DELIVERY RECEIPT 20329**

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229 • Fax: 818-484-2324
CA#381699

| DATE: 11-3-14 | DELIVER TO: Vopak |
|---|---|
| FROM: Ken O.1 Refinery | ADDRESS: 901 Canal ST |
| ADDRESS: Panama Lane | CITY & STATE: Wilmington CA |
| CITY & STATE: Bakersfield CA | TEL No. |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
|---|---|---|---|---|---|---|
| 1665549 | 5563 | VP201406 4 | 2979 | 9A | Walfred | □ A.M. □ P.M. |

| PRODUCTS | DESCRIPTION | DELIVERED | | UNLOADING MEASUREMENTS | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | GROSS QTY | NET QTY | TEMPERATURE | GRAVITY | |
| REGULAR UNLEADED 87 | GASOLINE FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 20CF | | | | | |
| SRX 500 | | | | | | |
| AGO | | 6664 | 6607 | 80.0 | 25.9 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : | : | : | : | END | END |
| | : | : | : | : | BEG | BEG |
| UNLOAD | : | : | : | : | | |
| TOTAL TRIP | : | : | : | : | TOTAL | TOTAL |

UNLOADING DRIVER X ___  DATE ___

REC'D BY: ___

(L)

**NOTE:** Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: ___    Date: 11/4/14

TRUCK LOADING MANIFEST AND BILL OF LADING  
IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300  

**#1665549**



7724 E. Panama Lane Bakersfield, CA 93307  
Voice: (661) 845-0761 Fax: (661) 845-0330  
Emergency: 1-800-424-9300

COPY

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**

WEIGHMASTER CERTIFICATE  
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

**BOL Number:** 1665549   **Start Loading:** 03-Nov-2014 21:32   **Finish Loading:** 03-Nov-2014 21:59

**Position Holder:** 1   **Carrier:** LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI   **Driver:** WALFRED GORDILLOSIERRA

Kern Oil & Refining Co.   Tractor: 2979 License: 9E59497   Trailer: 9A License: 4GY6617

**Seller:** 1   **Buyer:** PAC009   **Destination:** 9000  
KERN OIL & REFINING CO.   PACRIM PETROLEUM   FOB KERN OIL & REFINING CO.

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6664 Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6664 | 25.9 | 80.0 | 6607 | 157.31 | 7.495 |

**Weigh Scale Information**

| | | | |
|---|---|---|---|
| 03-Nov-2014 21:59 | Gross Weight: 78460 Pounds | Gross By: RICARDO LOPEZ | |
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| 03-Nov-2014 21:32 | Tare Weight: 28940 Pounds | Tare By: RICARDO LOPEZ | |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator | |
| | Net Weight: 49520 Pounds | | |

**Miscellaneous Messages**

CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

Loaded By:   X         Carrier: LEN LIZ EXPRESS/ ARSEN HOVANNI



# LEN LIZ EXPRESS
"On-Time Performance & Dependability"

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229  •  Fax: 818-484-2324
CA#381698

**DELIVERY RECEIPT 20206**

| DATE: 11/3/14 | DELIVER TO: Lopak |
|---|---|
| FROM: Kern oil Refining co | ADDRESS: 401 Canal St. |
| ADDRESS: 7724 Panama Lane | CITY & STATE: Wilmington Ca |
| CITY & STATE: Bakersfield Ca 93307 | TEL No. |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT-LOAD |
|---|---|---|---|---|---|---|
| 166555 | 5563 | VP2014069 | 3146 | 19A | Simon Santos | ☐ AM ☐ PM |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY | DELIVERED NET QTY | UNLOADING MEASUREMENTS TEMPERATURE | UNLOADING MEASUREMENTS GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| AGO | | 6877 | 6818 | 80.0 | 25.9 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : | : | : | : | END | END |
| | : | : | : | : | BEG | BEG |
| UNLOAD | : | : | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : | : | : | : | | |

UNLOADING DRIVER
X
DATE

REC'D BY: [signature]

NOTE: Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: [signature]     Date: 11/4/14

TRUCK LOADING MANIFEST AND BILL OF LADING  #1665555
IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300



7724 E. Panama Lane  Bakersfield, CA 93307
Voice: (661) 845-0761  Fax: (661) 845-0330
Emergency: 1-800-424-9300

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**   C O P Y

**WEIGHMASTER CERTIFICATE**
THIS IS TO CERTIFY that the following described commodity was weighed, measured or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

| BOL Number: 1665555 | Start Loading: 03-Nov-2014 22:19 | Finish Loading: 03-Nov-2014 23:37 |
|---|---|---|
| Position Holder: 1 | Carrier: LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI CARBAJAL | Driver: SIMON SANTOS |
| Kern Oil & Refining Co. | Tractor: 3146 License: 9E77665  Trailer: 19A License: 4GE6487 | |

| Seller: 1 | Buyer: PAC009 | Destination: 9000 |
|---|---|---|
| KERN OIL & REFINING CO. | PACRIM PETROLEUM | FOB KERN OIL & REFINING CO. |

**D.O.T Classification:** The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6877  Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6877 | 25.9 | 80.0 | 6818 | 162.33 | 7.495 |

**Weigh Scale Information**

| 03-Nov-2014 23:37 | Gross Weight: 78660 Pounds | Gross By: RICARDO LOPEZ |
|---|---|---|
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| 03-Nov-2014 22:19 | Tare Weight: 27560 Pounds | Tare By: RICARDO LOPEZ |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| | Net Weight: 51100 Pounds | |

**Miscellaneous Messages**
CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

Loaded By:  X                                      Carrier: LEN LIZ EXPRESS/ ARSEN HOVANNI

# Len Liz Express

7330 Adams ST
Paramount, CA 90723-4008
Phone: (818) 516-5444   Fax: (818) 484-2324
Email: Lenlizexpress@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/6/2014 | 2672 |

Bill To

Pacrim Petroleum
774 Mays Blvd.,#10-325
Incline Village, NV 89451

Ship To

Vopak
401 Canal St
Long Beach, CA

| P.O. No. | Pull Point | Terms | Due Date |
|---|---|---|---|
| VP2014-069 | Kern Oil | 7 days | 11/13/2014 |

| Date | Delivery Receipt | Bill of Lading | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/4/2014 | 20331 | 1665775 | AGO | 158.45 | 3.60 | 570.42 |

Thank you; we really appreciate your business. Please send payment within the terms shown on the upper portion of your invoice. There will be a 2% interest charge per month on late invoices.

**Total** $570.42



# LLE Len Liz Express
"On-Time Performance & Dependability"

**DELIVERY RECEIPT**
**20331**

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229  •  Fax: 818-484-2324
CA#381698

| DATE: 11-4-14 | DELIVER TO: Vopak |
| --- | --- |
| FROM: Kern Oil Refinery | ADDRESS: 401 Canal St |
| ADDRESS: Panama Lane | CITY & STATE: Wilmington CA |
| CITY & STATE: Bakersfield CA | TEL No: |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
| --- | --- | --- | --- | --- | --- | --- |
| 1665775 | 5563 | VP014069 | 3146 | 19A | Walfred | ☐ A.M. ☐ P.M. |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY. | DELIVERED NET QTY. | UNLOADING MEASUREMENTS TEMPERATURE | UNLOADING MEASUREMENTS GRAVITY | OFFICE USE ONLY |
| --- | --- | --- | --- | --- | --- | --- |
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| AGO | | 6713 | 6655 | 800 | 25.9 | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
| --- | --- | --- | --- | --- | --- | --- |
| LOAD | : A/P | : A/P | : | : | END | END |
| | : A/P | : A/P | : | : | BEG. | BEG. |
| UNLOAD | : A/P | : A/P | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : A/P | : A/P | : | : | | |

UNLOADING DRIVER       DATE       CUSTOMER CERTIFIES FILL CAPS ARE TIGHT & SECURED & THAT FILL BOXES ARE CLEAN AND DRY.
X                                  REC'D BY:

**NOTE:** Customer will sign prior to driver unloading into tank truck or unmarked tank. This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: Jm PSTATZOU (L) TK 503            Date: 11-4-14

| | TRUCK LOADING MANIFEST AND BILL OF LADING<br>IN CASE OF EMERGENCY CONTACT CHEMTREC 1-800-424-9300 | #1665775 |
|---|---|---|



7724 E. Panama Lane  Bakersfield, CA  93307
Voice: (661) 845-0761 Fax: (661) 845-0330
Emergency: 1-800-424-9300

**MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST**                                   C O P Y

**WEIGHMASTER CERTIFICATE**
THIS IS TO CERTIFY that the following described commodity was weighed, measured, or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

**Loaded At:** WeighScale

| **BOL Number:** 1665775 | **Start Loading:** 04-Nov-2014 17:48 | **Finish Loading:** 04-Nov-2014 18:18 |
|---|---|---|
| **Position Holder:** 1<br>Kern Oil & Refining Co. | **Carrier:** LLEH - LEN LIZ EXPRESS/ ARSEN HOVANNI<br>GORDILLOSIERRA<br>Tractor: 3146 License: 9E77665  Trailer: 19A License: 4GE6487 | **Driver:** WALFRED |

| **Seller:** 1 | **Buyer:** PAC009 | **Destination:** 9000 |
|---|---|---|
| KERN OIL & REFINING CO. | PACRIM PETROLEUM | FOB KERN OIL & REFINING CO. |

**D.O.T Classification:**  The below named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to applicable D.O.T. regulations.

6713   Gallons UN 1268, Petroleum Distillates, n.o.s. (AGO), 3, PGIII

| Product Description | Tank | Gross Gallons | Gravity @ 60° | Load Temp | Net Gallons | Net Barrels | Pounds Gallon |
|---|---|---|---|---|---|---|---|
| 6900 - AGO | 10006 | 6713 | 25.9 | 80.0 | 6655 | 158.45 | 7.495 |

**Weigh Scale Information**

| 04-Nov-2014 18:18 | Gross Weight: 76960 Pounds | Gross By: RICARDO LOPEZ |
|---|---|---|
| | Out-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| 04-Nov-2014 17:48 | Tare Weight: 27080 Pounds | Tare By: RICARDO LOPEZ |
| | In-bound | Deputy - WeighScale GSE Scale Model 450 Digital Indicator |
| | Net Weight: 49880 Pounds | |

**Miscellaneous Messages**
CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT MEETS APPLICABLE DEPARTMENT OF TRANSPORTATION SPECIFICATION AND IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS MATERIAL.

Loaded By:  X                                              Carrier: LEN LIZ EXPRESS/ ARSEN HOVANNI