# EXHIBIT C

# PACRIM Petroleum, Inc.

## DBA Nevada Pacrim Petroleum, Inc. in CA          DATE

## 774 Mays Blvd., #10-325          November 6, 2014

## Incline Village, NV 89451

## Ph-916-990-4007

## INVOICE:

TO:  OW Bunker  North America Inc.
Attn:  Mr. Martijn Kelderman
Attn:  uswc@owbunker.com

PO VP 2014-070
Decant oil reconciliation JNovember 04, 2014.  FOB Valero truck rack,
Willmington, CA.

| VALERO Bill of Lading # | NET GALLONS |
|---|---|
| 11/04 | |
| 0008378 | 5985 |
| 0008379 | 5929 |

TOTAL GALLONS  11/04/14         11,914 = 283.67 net bbls @
72.50=$20,565.83
NET DUE Pacrim = $ 20,565.83, prompt ROI, November  11,  2014.

Via Wire Transfer to Umpqua bank, Incline Village Branch
910 Tahoe Blvd., Ste. 101, Incline Village, NV 89451
Account Number:  974148793
ABA Number:  123205054

Best Regards,
Tom Pressler
Pacrim Petroleum, Inc.

# Len Liz Express

7330 Adams ST
Paramount, CA  90723-4008
Phone: (818) 516-5444   Fax: (818) 484-2324
Email: Lenlizexpress@gmail.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/4/2014 | 2664 |

Bill To

Pacrim Petroleum
774 Mays Blvd.,#10-325
Incline Village, NV 89451

Ship To

Vopak
401 Canal St
Long Beach, CA

| P.O. No. | Pull Point | Terms | Due Date |
|----------|-----------|-------|----------|
| vp2014070 | Valero | 7 days | 11/11/2014 |

| Date | Delivery Receipt | Bill of Lading | Description | Quantity | Rate | Amount |
|------|-----------------|----------------|-------------|----------|------|--------|
| 11/4/2014 | 20330 | 8378 | Decant | 5,985 | 0.022 | 131.67 |
| 11/4/2014 | 17948 | 8379 | Decant | 5,929 | 0.022 | 130.44 |

Thank you; we really appreciate your business.  Please send payment within the terms shown on the upper portion of your invoice. There will be a 2% interest charge per month on late invoices.

| **Total** | **$262.11** |
|-----------|-------------|

# LLE LEN LIZ EXPRESS
## "On-Time Performance & Dependability"

**DELIVERY RECEIPT**
**20330**

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229   •   Fax: 818-484-2324
CA#381698

| | | | |
|---|---|---|---|
| DATE: 11-4-14 | DELIVER TO: Vopak | | |
| FROM: Valero Refinery | ADDRESS: 401 Canal St | | |
| ADDRESS: Anaheim St | CITY & STATE: Wilmington CA | | |
| CITY & STATE: Wilmington CA | TEL No: | | |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
|---|---|---|---|---|---|---|
| 8378 | | VP20140970 | 2979 | 9A | Walfred | ☐ A.M. / ☐ P.M. |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY. | DELIVERED NET QTY. | UNLOADING MEASUREMENTS TEMPERATURE | UNLOADING MEASUREMENTS GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | 6097 | 5986 | 111.1 | 5.1 | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : A/P | : A/P | : | : | END | END |
| | : A/P | : A/P | : | : | BEG. | BEG. |
| UNLOAD | : A/P | : A/P | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : A/P | : A/P | : | : | | |

UNLOADING DRIVER                    DATE              CUSTOMER CERTIFIES FILL CAPS ARE TIGHT & SECURED & THAT FILL BOXES ARE CLEAN AND DRY.

X                                                      REC'D BY:

**NOTE:** Customer will sign prior to driver unloading into tank truck or unmarked tank: This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: _____                    Date: 11/4/14

THIS IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHOROUS PER GALLON CONFORMING TO E.P.A. REGULATIONS - 40 CFR 80 -.

THIS GASOLINE IS CERTIFIED TO HAVE A VAPOR PRESSURE OF NO MORE THAN STATED BELOW.

RECEIVED SUBJECT TO TARRIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

**VALERO**

VALERO MKTG&SUPL CO-PBWF
2402 E. ANAHEIM ST
WILMINGTON CA 90744
Phone (562) 491-6806
FAX: (562) 495-5461

**FOR CHEMICAL EMERGENCY – SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT CALL CHEMTREC 800-424-9300 DAY OR NIGHT. CHEMTREC CONTRACT NUMBER CCN23609.**

| THE DRIVER BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED. |
| --- |
| SIGN HERE _____ |
| DATE |

MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST.

| BILL TO | SHIP TO |
| --- | --- |
| PACRIM PETROLEUM INC           FEIN#   330848401<br>1162 SUNCAST LN. #113<br>EL DORADO HILLS CA 95762-9342<br><br>(916) 990-4007 | PACRIM PETROLEUM - UNB / DECAN Consignee# 2009264<br>VARIOUS CA<br>VARIOUS CA CA 94510<br><br>(   )   - |

| SHIP FROM - Term ID / TCN# / Name | CUSTOMER/ACCOUNT NO | MANIFEST NO. | LOAD START | LOAD STOP |
| --- | --- | --- | --- | --- |
| PBWF / T33CA4789 / VALERO MKTG&SUPL CO-PBWF | 0135036 /2009264 | 0008378 | 11/04/14<br>0144 | 11/04/14<br>0203 |

| FREIGHT TERMS | | F.O.B. | SUPPLIER | CUST ORDER NO. | CONTRACT | P.O. |
| --- | --- | --- | --- | --- | --- | --- |
| PPD.<br>X | COLL | | PACRIM PETROLEUM INC | | | |

| DRIVER NAME | SHIP VIA - CARRIER ID / NAME / FEIN | TRUCK NO.<br>LIC NO. | TRAILER NO.<br>LIC NO. | MANIFEST DATE | LOAD POS. |
| --- | --- | --- | --- | --- | --- |
| Walfred E Gordillosie | 2513937 / ARSEN HOVHANNISYAN DBA LE / 263430088 | | 9A | 11/04/14 | 05 |

| PRODUCT | OCTANE<br>R+M/2 | GROSS<br>Galns | TEMP<br>F | GRAV<br>API | NET<br>Galns | MAX<br>RVP |
| --- | --- | --- | --- | --- | --- | --- |
| 1 CARGO TANK: NA-1993, FUEL OIL, 3, PG III, COMBUSTIBLE LIQUID,(DECANT) | | | | | | |
| 01 DECANT | .0 | 6097 | 111.1 | 5.1 | 5985 | .0 |

Detectable amounts of chemicals known to the State of California to cause Cancer,births defects or other reproductive harm may be found in Petroleum Products and their Vapors or result from their use. Follow directions when handeling all Petroleum Products. NOTE: Effective 03/04/88 First Aid procedure for ingestion if swollowed: Get immediate Medical attention.

valerobolf 5.0-128-A.doc 9/20/2010 2:08:00 PM

# LLE  LEN LIZ EXPRESS
*"On-Time Performance & Dependability"*

**DELIVERY RECEIPT**
**17948**

7330 Adams Street, Paramount, CA 90723
Tel: 562-630-6229   •   Fax: 818-484-2324
CA#381698

| | |
|---|---|
| DATE: 11-04-14 | DELIVER TO: VOPAK |
| FROM: VALERO | ADDRESS: 401 CANAL AVE |
| ADDRESS: 2402 E. ANAHEIM ST | CITY & STATE: WILMINGTON, CA |
| CITY & STATE: WILMINGTON, CA | TEL No: |

| BILL OF LADING | DISPATCH No. | PURCHASE ORDER No. | TRUCK No. | TRAILER No. | DRIVER | SHIFT/LOAD |
|---|---|---|---|---|---|---|
| 8379 | | UP2014-070 | 3146 | 10A | KAREN | ☑ A.M.  ☐ P.M. |

| PRODUCTS | DESCRIPTION | DELIVERED GROSS QTY. | NET QTY. | UNLOADING MEASUREMENTS TEMPERATURE | GRAVITY | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| REGULAR UNLEADED 87 | GASOLINE, FLAMMABLE LIQUID UN1203 | | | | | |
| REGULAR UNLEADED 92 | GASOLINE, FLAMMABLE LIQUID UN 1203 | | | | | |
| DIESEL FUEL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DIESEL RED DYE | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| FUEL OIL | COMBUSTIBLE LIQUID NA 1993 | | | | | |
| DECANT | COMBUSTIBLE LIQUID NA 1993 | 6036 | 5919 | 113,8 | 5,1 | |
| VGO | NON DOT REGULATED GAS OIL FLASH POINT ABOVE 200F | | | | | |
| SRX 500 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FUNCTION | START TIME | END TIME | TOTAL TIME | DELAY TIME | TRIP MILES | LOADED MILES |
|---|---|---|---|---|---|---|
| LOAD | : A/P | : A/P | : | : | END | END |
| | : A/P | : A/P | : | : | BEG. | BEG. |
| UNLOAD | : A/P | : A/P | : | : | TOTAL | TOTAL |
| TOTAL TRIP | : A/P | : A/P | : | : | | |

UNLOADING DRIVER
X _____

DATE 11/04/14

CUSTOMER CERTIFIES FILL CAPS ARE TIGHT & SECURED & THAT FILL BOXES ARE CLEAN AND DRY.

REC'D BY: _____

**NOTE:** Customer will sign prior to driver unloading into tank truck or unmarked tank: This is to certify that I have examined the shipping papers on this shipment, understand the product being delivered and authorized driver to unload product into tank. I accept responsibility for product contamination.

Customer Signature: _____      Date: _____

THIS IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHOROUS PER GALLON CONFORMING TO E.P.A. REGULATIONS - 40 CFR 80 -.

THIS GASOLINE IS CERTIFIED TO HAVE A VAPOR PRESSURE OF NO MORE THAN STATED BELOW.

RECEIVED SUBJECT TO TARRIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

**VALERO**

VALERO MKTG&SUPL CO-PBWF
2402 E. ANAHEIM ST
WILMINGTON CA 90744
Phone (562) 491-6806
FAX: (562) 495-5461

**FOR CHEMICAL EMERGENCY – SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT CALL CHEMTREC 800-424-9300 DAY OR NIGHT. CHEMTREC CONTRACT NUMBER CCN23609.**

THE DRIVER BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED.

SIGN
HERE _____
     DATE

MATERIAL SAFETY DATA SHEET AVAILABLE ON REQUEST.

| BILL TO | SHIP TO |
|---|---|
| PACRIM PETROLEUM INC      FEIN#   330848401<br>1162 SUNCAST LN. #113<br>EL DORADO HILLS CA 95762-9342<br><br>(916) 990-4007 | PACRIM PETROLEUM - UNB / DECAN Consignee# 2009264<br>VARIOUS CA<br>VARIOUS CA CA 94510<br><br>(    )      - |

| SHIP FROM - Term ID / TCN# / Name | CUSTOMER/ACCOUNT NO | MANIFEST NO. | LOAD START | LOAD STOP |
|---|---|---|---|---|
| PBWF / T33CA4789 / VALERO MKTG&SUPL CO-PBWF | 0135036 /2009264 | 0008379 | 11/04/14<br>0522 | 11/04/14<br>0541 |

| FREIGHT TERMS | | F.O.B. | SUPPLIER | CUST ORDER NO. | CONTRACT | P.O. |
|---|---|---|---|---|---|---|
| PPD. | COLL | | PACRIM PETROLEUM INC | | | |

| DRIVER NAME | SHIP VIA - CARRIER ID / NAME / FEIN | TRUCK NO.<br>LIC NO. | TRAILER NO.<br>LIC NO. | MANIFEST<br>DATE | LOAD<br>POS. |
|---|---|---|---|---|---|
| MATEVOSYAN,KAREN | 2513937 / ARSEN HOVHANNISYAN DBA LE / 263430088 | | 10A | 11/04/14 | 05 |

| PRODUCT | OCTANE<br>R+M/2 | GROSS<br>Galns | TEMP<br>F | GRAV<br>API | NET<br>Galns | MAX<br>RVP |
|---|---|---|---|---|---|---|
| 1 CARGO TANK: NA-1993, FUEL OIL, 3, PG III, COMBUSTIBLE LIQUID,(DECANT) | | | | | | |
| 01 DECANT | .0 | 6036 | 113.8 | 5.1 | 5919 | .0 |

Detectable amounts of chemicals known to the State of California to cause Cancer,births defects or other reproductive harm may be found in Petroleum Products and their Vapors or result from their use. Follow directions when handeling all Petroleum Products. NOTE: Effective 03/04/88 First Aid procedure for ingestion if swollowed: Get immediate Medical attention.

valerobolf 5.0-128-A.doc 9/20/2010 2:08:00 PM