# EXHIBIT B



Dolphin Marine Fuels, LLC

# INVOICE

| DATE FUELED | INVOICE # |
|---|---|
| October 26, 2014 | DMFIN00000099 |

| BILL TO | SHIP TO |
|---|---|
| O.W. BUNKER USA INC<br>2603 AUGUSTA DRIVE<br>SUITE 440<br>HOUSTON, TEXAS 77057<br>USA<br>and/or Master,Owners, Operators, Charterers,Managers, Managing Agents and Vessel | O.W. BUNKER USA INC<br>2603 AUGUSTA DRIVE<br>SUITE 440<br>HOUSTON, TEXAS 77057<br>USA |

| VESSEL | Port | IMO # | TERMS | DUE DATE | REP | INVOICE DATE |
|---|---|---|---|---|---|---|
| SHENGKING | LOS ANGELES | 9614505 | 30 DOD | November 25, 2014 | SH-CA | October 27, 2014 |

| DESCRIPTION | PRODUCT | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| BUNKER DELIVERY TO SHENGKING AT LOS ANGELES ON OCTOBER 26, 2014 | LS380 | 100.1900 | $ 870.00000 | $ 87,165.30 |

CUST. PO #    172-13158

Total    $87,165.30

WIRES:
PNC Bank, N.A.
East Brunswick, NJ 08816
Account: 8026305757
WIRE ABA: 031207607
SWIFT:  PNCCUS33
Credit: Dolphin Marine Fuels, LLC

24701 La Plaza Ste. 102 Dana Point, CA  92629-2562    Tel. No.: 949-240-7626    Fax: 949-240-5818    Email: info@dolphinmarinefuels.com    www.dolphinmarinefuels.com

# BUNKER DELIVERY RECEIPT

## Dolphin Marine Fuels, LLC

NO. _____

**MARINE BUNKER RECEIPT FOR DELIVERY TO VESSEL**: WMS 37053

DOLPHIN MARINE FUELS, LLC
24701 LA PLAZA, SUITE 102
DANA POINT, CA 92629-2584
TEL: (949) 240-7626
FAX: (949) 240-5818

VESSEL NAME: SHENGKING
BARGE CO.: WESTOIL   BARGE NO.:
LOADING TERMINAL: VOPAK LA
DELIVERY LOCATION: LA 176

IMO#: 9614505

| | DATE | TIME |
|---|---|---|
| BARGE ALONGSIDE | 10-26-14 | 1102 |
| HOSE CONNECTED | | 1145 |
| STARTED PUMPING | | 1323 |
| FINISHED PUMPING | | 1345 |
| HOSE DISCONNECTED | | 1435 |
| BARGE AWAY | 10-26-14 | 1447 |

### PRODUCT

| GRADE | DENSITY | API GRAV. | FLASH PMCC°F | BS&W VOL % | VISCOSITY CST @50°C | SULFUR |
|---|---|---|---|---|---|---|
| LSFO / IFO 380 | 978.6 | 13 | 203 | 0.05 | 245 | 0.969 |

### QUANTITY (THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE)

| | GRADE: LSFO | GRADE: | GRADE: |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | 660.03 | | |
| Temp. And Grav. Conversion Factor | 121° .9764 | | |
| Total Net Barrels | 644.45 | | |
| Conversion Factor - BBLS/M. Ton | .15547 | | |
| Metric Tons Delivered | 100.19 | | |

SAMPLE GIVEN TO VESSEL: ☑ YES ☐ NO

GAUGES WITNESSED BY VESSEL REPRESENTATIVE: ☑ BEFORE ☑ AFTER ☐ DECLINED

VESSEL SAMPLE SEAL #: 00008531
MARPOL - 00008533
DOLPHIN RETAIN SAMPLE SEAL #: 00008532

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunkering certificate, nor should any such stamp be applied, will it alter, change or waive Dolphin's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

REMARKS: WMS 32053

---

PRODUCT DISCHARGED TO VESSEL LISTED ABOVE

Anne Elizabeth
# 1228172
Westoil Marine
Services Inc.

Barge Company Representative : By M. Novack
(BARGE CO. REPRESENTATIVE)   (DATE)

THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE)

SHENGKING
SINGAPORE
OFFICIAL NO.  397500
DWT           30814T
GRT           25483T
POWER         13560kW x 105RPM

C/E Y. MYKHAYLOV   YM   26/10/2014
(AUTHORIZED VESSEL OFFICIAL)   (TITLE)

WHITE - RETURN TO DOLPHIN   CANARY - SHIP COPY   PINK - BARGE COPY