**EXHIBIT A**

## EXHIBIT A

| Unpaid Invoices from Seller to Debtor | | | |
|---|---|---|---|
| Invoice # | Date of Delivery | Date of Receipt | Amount of Invoice |
| 1191398 | 10/25/14 | 10/25/14 | $ 31,287.66 |
| 1191399 | 10/27/14 | 10/27/14 | $ 31,472.25 |
| 1191504 | 10/28/14 | 10/28/14 | $ 77,621.94 |
| 1191505 | 10/29/14 | 10/29/14 | $ 31,859.57 |
| 1191506 | 10/30/14 | 10/30/14 | $ 97,985.47 |
| 1191507 | 10/31/14 | 10/31/14 | $ 64,420.38 |
| 1191692 | 11/01/14 | 11/01/14 | $ 65,523.97 |
| 1191693 | 11/02/14 | 11/02/14 | $ 16,049.61 |
| 1191694 | 11/03/14 | 11/03/14 | $ 79,830.53 |
| 1191695 | 11/04/14 | 11/04/14 | $ 30,997.19 |
| Total Value of Goods | | | $ 527,048.58 |