# **EXHIBIT B**

| Unpaid Invoices from Seller to Debtor | | | |
|---|---|---|---|
| Invoice # | Date of Delivery | Date of Receipt | Amount of Invoice |
| 81374 | 10/27/14 | 10/27/14 | $ 92,082.08 |
| 81399 | 10/28/14 | 10/28/14 | $ 91,713.99 |
| 81413 | 10/29/14 | 10/29/14 | $ 113,394.64 |
| 81435 | 10/30/14 | 10/30/14 | $ 75,475.14 |
| 81436 | 10/31/14 | 10/31/14 | $ 36,651.93 |
| 81452 | 11/01/14 | 11/01/14 | $ 35,555.36 |
| 81453 | 11/02/14 | 11/02/14 | $ 54,366.21 |
| 81454 | 11/03/14 | 11/03/14 | $ 36,912.58 |
| 81455 | 11/04/14 | 11/04/14 | $ 35,994.28 |
| 81489 | 11/05/14 | 11/05/14 | $ 35,602.48 |
| 81447 | 11/05/14 | 11/05/14 | $ (2,886.26) |
| Total Value of Goods | | | $ 604,862.43 |