UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re   O.W. Bunker North America, Inc.                                   Case No.   14-51721
        **Debtor**                                                         **Reporting Period:**   10/1/15 - 10/31/15

                                                                           Federal Tax I.D. #   37-1707158

**CORPORATE MONTHLY OPERATING REPORT**

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Yes |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
|    Copies of bank statements |  | Yes | No |
|    Cash disbursements journals |  | No | No |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|    Copies of IRS Form 6123 or payment receipt |  | No | No |
|    Copies of tax returns filed during reporting period |  | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|    Listing of Aged Accounts Payable |  | No | No |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____   Date _____

Signature of Authorized Individual* _/s/ signature_____   Date _____

Hans Staal Jonassen, General Manager                          11/20/2015

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |
| | | Federal Tax I.D. # | 37-1707158 |

**Notes to Monthly Operating Report**

1. **BASIS OF PRESENTATION**

    This Monthly Operating Report ("MOR") has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP"). The information is not intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors, its Parent (O.W. Bunker A/S) or any of the Debtors' affiliates.

    This Monthly Operating Report reflects the Debtors' reasonable best efforts to report the required financial information of each Debtor on an unconsolidated basis. The financial information contained within this Monthly Operating Report is based on data obtained from the financial systems of the Debtors' parent (O.W. Bunker A/S) as well as the books and records held by the Debtors that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information contained in the Monthly Operating Report, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Monthly Operating Report. As such, the Debtors reserve all rights to supplement or amend any schedule contained in this Monthly Operating Report.

2. **BANK ACCOUNTS**

    The Debtors are authorized to maintain the cash management system on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80]. In December 2014, the Debtor opened Debtor-in-Possession accounts at Wells Fargo, in compliance with the guidelines established by the U.S. Trustee in the District of Connecticut. As of January 10, 2015, all legacy bank accounts were closed and any remaining balances had been transferred to DIP accounts at Wells Fargo.

3. **ACCOUNTS RECEIVABLE**

    The Debtors' accounts receivable balances have been generated from a review of available information from O.W. Bunker A/S's accounting systems, adjusted for those transactions which have not yet been invoiced. The Debtors expect this number to change as additional information is provided by the parent company or ING Bank N.V.

    The amount of receivables collected by third parties since the filing of these bankruptcy cases has not been confirmed with the collecting entity. Regardless, the receivable balance reflected in this report should not be interpreted as a cap or limitation on the Debtors' right to assert to recover on any additional receivables.

    Accounts Receivable, as shown on MOR-3, do not reflect set-off against intercompany payables.

4. **LIEN STATUS OF RECEIVABLES**

    a.) The Debtors commenced a civil action in the United States District Court for the District of New Jersey seeking the arrest of the vessel COSCO PIRAEUS to enforce the Debtors' maritime liens. O.W. Bunker USA Inc. v. COSCO PIRAEUS, No. 15-71 (D. N.J. filed Jan. 6, 2015). Pursuant to a Stipulation and Order dated January 7, 2015, the vessel owner deposited approximately $938,000 in the Debtors counsels' New Jersey IOLTA account as security for the Debtors' claims. As of the date of report, this matter is still being litigated. As such, the security deposit has not been reflected on the Debtor's balance sheet. A copy of the Order was attached to the Monthly Operating report filed for the period ending January 31, 2015.

    b.) In response to competing claims for payment and threats of vessel arrests to enforce maritime liens, vessel interests commenced various civil actions in the United States District Court for the Southern District of New York by filing interpleader complaints which name all competing claimants as defendants. As of October 31, 2015, vessels deposited over $50 million in cash or bonds to the registry of the court or attorney escrow accounts as security for the competing claims. As of the date of report, these matters are still being litigated and the related security deposits have not been reflected on the Debtor's balance sheet.

    c.) Disputes arising from or in connection with the Debtors' supply of marine fuel oil to vessels are being litigated in the United States District Courts for the Southern District of Texas, the Eastern District of Louisiana, and the Northern District of Florida, and the United States bankruptcy Court for the District of Connecticut. Additional disputes relating to Debtors' supply of marine fuel oil to vessels are being litigated in Belize, Curacao, Italy, and Panama. Upon information and belief, vessels deposited security in connection with these disputes, but Debtors have not appeared in those actions and the security deposits have not been reflected on the Debtor's balance sheet.

5. **INVENTORY**

    a.) Inventory, which was principally acquired with the purpose of selling in the near future, is stated at the estimated fair value as of November 13, 2014 in this Monthly Operating Report. Inventory is recognized at the fair value equal to the official Platts quotation for the specific type and quality of oil product as of these dates. The valuation is an estimate of the market price, which is subject to

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |
| | | Federal Tax I.D. # | 37-1707158 |

### Notes to Monthly Operating Report

fluctuations due to various factors including the availability of buyers and sellers in the specific markets in which the Debtors maintain inventory.

b.) In December 2014 and January 2015, the Debtor sold marine fuel oil outside of the normal course of business, paid certain pre-petition liabilities and transferred funds to be held in escrow by a 3rd party, pursuant to a court approved motion signed 12/8/14: (I) Approving the Sale of the Debtors' Vopak Oil and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of the Vopak Terminal Contract; and (III) Granting Certain Related and Facilitative Relief [Docket 147].

c.) In January 2015, Phillips 66 and Mieco reclaimed inventory held on the Chabria Sea, pursuant to a court approved stipulated order [Doc. 305]. The value of the reclaimed oil, which has yet to be agreed upon, will reduce Phillips 66 and Mieco's claims against the Debtor, to the extent they are allowed. Both suppliers contend that their claims concerning their respective portion of the reclaimed inventory are entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). The Debtors dispute some or all of these contentions and reserve all rights to dispute any portion of these claims.

The Debtor recorded a reduction in inventory and pre-petition liabilities in an amount equal to the book value of the inventory reported in the Monthly Operating Report filed for the period ending December 31, 2014. The court has not made a determination as to the actual value of the reclaimed inventory, which could be more or less than the adjustment reflected on the Balance Sheet.

As part of this stipulated order, Phillips 66 and Mieco received allowed administrative claims against O.W. Bunker North America, Inc. totaling $250,000. In April 2015, the Debtor paid these claims.

6. **HEDGING CONTRACTS**

Prior to their bankruptcy filings, the Debtors entered into derivative contracts with O.W. Supply & Trading A/S to manage their exposure to marine fuel and marine fuel component price volatility arising from the Debtors' marine fuel inventory and purchases and sales contracts with a fixed price element. The Debtors relied on the financial systems of the Parent company (O.W. Bunker A/S) to value each contract and provide information related to the financial gain or loss for the Debtors. As of the filing of this Monthly Operating Report, these contracts have not been valued due to the limited information available from the Debtors' Parent, which entered into an insolvency proceeding in Denmark on November 7, 2014. The financial gain or loss related to these contracts may have a material impact on the Debtors' financial statements and this Monthly Operating Report.

7. **TAXES**

The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

The Debtor is responsible for sales, motor fuel and excise taxes related to the sale of marine fuel and other inventory. In May 2015, the Debtor paid approximately $167,000 to the State of California for sales tax. The Debtor continues to work with its tax advisors to determine whether any additional taxes are due and to file the related tax returns, if necessary. At the time of this filing, the Debtor does not anticipate paying other priority tax claims related to sales, motor fuel & other taxes.This estimate is subject to change as more information becomes available. The Debtors paid any priority tax claims pursuant to an approved order filed November 20, 2014 authorizing the payment of prepetition taxes and fees [Doc. 64] and an approved order filed April 9, 2015 modifying the monetary limits of taxes and fees to be paid [Doc. 609].

Prior to filing, the Debtors had made quarterly tax payments for their estimated 2014 federal tax liabilities. Currently, the Debtors have not determined if they are eligible for a refund of these amounts.

8. **LIABILITIES SUBJECT TO COMPROMISE**

a.) Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status. The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims. Therefore, the amounts are listed as unsecured in this operating report.

b.) In May 2015, the Debtor paid $167,000 for sales and motor fuel taxes and reduced its estimate of unpaid priority claims related to sales and motor fuel taxes to $0. The Debtor's current estimate is based on the information available to date, which is subject to change. Additionally, the Debtor has not yet determined, on a final basis, the amount and status of any other potential Priority claims. Accordingly, any estimates of these amounts are listed as unsecured in this operating report.

c.) In July 2015, the court approved a Stipulated Agreement [Doc. 684] resolving Adversary Proceeding No. 14-05074 and Westoil Marine Services Inc. ("Westoil") disputed lien rights to certain proceeds from the sale of Vopak oil [Doc. 147] in December 2014. As part of this settlement, Westoil received $340,000 of sale proceeds held in escrow, in satisfaction of its lien claim. The Debtor received the balance of proceeds held in escrow of approximately $27,000. The Debtor recorded a $340,000 reduction in its pre-petition liabilities.

d.) In September 2015, the court approved a settlement agreement [Doc. 912] resolving certain claims asserted by DeMenno/Kerdon and Lunday-Thagard. As part of this agreement, the Debtor paid approximately $962,000 to these claimants in October 2015.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
| | **Debtor** | Reporting Period: | 10/1/15 - 10/31/15 |
| | | Federal Tax I.D. # | 37-1707158 |

**Notes to Monthly Operating Report**

**9. ING SETTLEMENT**

a.) Pursuant to a settlement among the Debtors, the Committee, and ING Bank (which agreement forms the Debtors' Liquidation Plan), ING Bank has agreed to transfer certain amounts from funds it has collected as purported assignee of OWB NA's and OWB USA's receivables since the Petition Date, to the Debtors for the purpose of funding the Debtors' operations and paying the monthly fees of estate professionals (which fees shall be submitted for court approval pursuant to the Bankruptcy Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.N. 383] dated February 5, 2015). ING Bank has agreed to transfer funds through the earlier of (i) the Effective Date of the Debtors' Plan of Liquidation, filed October 14, 2015 or (ii) December 15, 2015. Currently, ING Bank has collected approximately $7.0 million, of which approximately $4.25 million is attributable to OWB NA and $2.77 million is attributable to OWB USA. In October 2015, ING transferred $200,000 to the Debtors (approximately $100,000 and $100,000 to OWB USA and OWB NA, respectively) for the purpose of funding the Debtor's operations for the months of September and October. ING will transfer $100,000 per month to fund the Debtors' operations for the following months. Additionally, ING transferred approximately $117,000 to OWB NA, which it used to pay the court approved fees of estate professionals. Pursuant to this agreement, ING Bank has no liability for such amounts apart from transferring such amounts from available amounts collected as the purported assignee of OWB NA's and OWB USA's receivables since the Petition Date.

b.) The Debtors' Liquidation Plans (Doc. 1018) incorporate an agreement between the Debtors and ING Bank to cooperate to expedite and maximize collection of certain amounts due to the Debtors. The agreement between the Debtors and ING, as described Article IV(E) of the Debtors' Liquidation Plan, resolves the dispute over which entity the vessel owners should pay their receivables on outstanding invoices. In October 2015 a joint direction letter was sent to certain vessel owners (as listed on Exhibit C to the Debtors' Liquidation Plans), which represent approximately $15 million in receivables owed to OWB NA and approximately $6 million in receivables owed to OWB USA, which do not implicate transactions that involved third-party non-Debtor suppliers. As of October 31, 2015, approximately $8.0 million had been collected on behalf of O.W Bunker North America and approximately $1.5 million on behalf of O.W. Bunker USA, Inc.

Any amounts collected by ING Bank as a direct or indirect result of a joint direction directing payment of all amounts due to the Debtors will be transferred into accounts held by ING Bank with all funds collected by ING Bank to be transferred into accounts maintained by the relevant Liquidating Trust in the U.S. upon the Effective Date of the Debtors' Liquidation Plans, or as soon as practicable thereafter.

**10. PAYMENT OF OPERATING EXPENSES AND PROFESSIONAL FEES**

In October 2015, OWB USA transferred approximately $51,000 to OWB NA for payment of OWB USA's share of jointly incurred operating expenses. This amount was received pursuant to the ING Settlement described in Note 9. OWB NA currently processes all payments of jointly-incurred operating expenses (e.g. rent, utilities, employee costs) to minimize the administrative costs involved. From time to time, it may be necessary for OWB NA to process a payment for expenses incurred entirely for the benefit of OWB USA as well. Pursuant to the ING transfers described in Note 9, OWB NA is reimbursed as provided for in the agreement with ING Bank. For the month of October, OWB NA has a receivable from OWB USA of $27,284; pursuant to transfers described in Note 9, OWB NA will be paid in full in November 2015.

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER #7505 | OPER #6849 | OPER #6856 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 137.52 | $ 1,170,023.11 | $ 79,265.12 | $ 1,249,425.75 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | 267,876.64 | 0.89 | 267,877.53 |
| TRANSFERS *(FROM DIP ACCTS)* | - | 79,223.62 | - | 79,223.62 |
| **TOTAL RECEIPTS** | $ - | $ 347,100.26 | $ 0.89 | $ 347,101.15 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $ - | 24,659.68 | $ - | $ 24,659.68 |
| PAYROLL TAXES | - | 9,684.46 | - | 9,684.46 |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | 7,800.11 | - | 7,800.11 |
| INSURANCE | - | - | - | - |
| ADMINISTRATIVE | | 1,027.79 | 41.50 | 1,069.29 |
| SELLING | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | 5,000.00 | - | 5,000.00 |
| OWNER DRAW * | | - | | |
| TRANSFERS *(TO DIP ACCTS)* | | 5,000.00 | 79,223.62 | 84,223.62 |
| PROFESSIONAL FEES | | 465,886.12 | - | 465,886.12 |
| U.S. TRUSTEE QUARTERLY FEES | - | 6,825.00 | - | 6,825.00 |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ 525,883.16 | $ 79,265.12 | $ 605,148.28 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (178,782.90) | (79,264.23) | (258,047.13) |
| | | | | |
| **CASH – END OF MONTH** | $ 137.52 | $ 991,240.21 | $ 0.89 | $ 991,378.62 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | See following page |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | See following page |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | From Prior Page | OPER #3890 | OPER #3916 | OPER #3882 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 1,249,425.75 | $ 13.89 | $ 158.03 | $ 2,475,927.18 | $ 3,725,524.85 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | 267,877.53 | - | - | 205.02 | 268,082.55 |
| TRANSFERS *(FROM DIP ACCTS)* | 79,223.62 | - | - | - | 79,223.62 |
| TOTAL RECEIPTS | $ 347,101.15 | $ - | $ - | $ 205.02 | $ 347,306.17 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $ 24,659.68 | $ - | $ - | $ - | $ 24,659.68 |
| PAYROLL TAXES | 9,684.46 | - | - | - | 9,684.46 |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | 7,800.11 | - | - | - | 7,800.11 |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | 1,069.29 | 6.00 | 6.00 | 60.00 | 1,141.29 |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | 5,000.00 | - | - | 962,124.36 | 967,124.36 |
| OWNER DRAW * | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | 84,223.62 | - | - | - | 84,223.62 |
| PROFESSIONAL FEES | 465,886.12 | - | - | - | 465,886.12 |
| U.S. TRUSTEE QUARTERLY FEES | 6,825.00 | - | - | - | 6,825.00 |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 605,148.28 | $ 6.00 | $ 6.00 | $ 962,184.36 | $ 1,567,344.64 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (258,047.13) | (6.00) | (6.00) | (961,979.34) | (1,220,038.47) |
| | | | | | |
| **CASH – END OF MONTH** | $ 991,378.62 | $ 7.89 | $ 152.03 | $ 1,513,947.84 | $ 2,505,486.38 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | See following page |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | See following page |

| | | |
|---|---|---|
| In re  O.W. Bunker North America, Inc. | Case No. | 14-51721 |
| Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | From Prior Page | OPER #3924 | OPER #6104 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 3,725,524.85 | $ 150,220.34 | $ 494.48 | $ 3,876,239.67 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | 268,082.55 | 12.76 | - | 268,095.31 |
| TRANSFERS *(FROM DIP ACCTS)* | 79,223.62 | - | 5,000.00 | 84,223.62 |
| **TOTAL RECEIPTS** | $ 347,306.17 | $ 12.76 | $ 5,000.00 | $ 352,318.93 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $ 24,659.68 | $ - | $ - | $ 24,659.68 |
| PAYROLL TAXES | 9,684.46 | - | - | 9,684.46 |
| SALES, USE, & OTHER TAXES | - | - | 1,941.56 | 1,941.56 |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | 7,800.11 | - | - | 7,800.11 |
| INSURANCE | - | - | - | - |
| ADMINISTRATIVE | 1,141.29 | - | 2,887.43 | 4,028.72 |
| SELLING | - | - | - | - |
| OTHER *(ATTACH LIST)* | 967,124.36 | - | - | 967,124.36 |
| OWNER DRAW * | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | 84,223.62 | - | - | 84,223.62 |
| PROFESSIONAL FEES | 465,886.12 | - | - | 465,886.12 |
| U.S. TRUSTEE QUARTERLY FEES | 6,825.00 | - | - | 6,825.00 |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 1,567,344.64 | $ - | $ 4,828.99 | $ 1,572,173.63 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (1,220,038.47) | 12.76 | 171.01 | (1,219,854.70) |
| | | | | |
| **CASH – END OF MONTH** | $ 2,505,486.38 | $ 150,233.10 | $ 665.49 | $ 2,656,384.97 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 1,572,174 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ 84,224 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 1,487,950 |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 10/1/15 - 10/31/15 |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating #7505 | Operating #6849 | Operating #6856 | Operating #3890 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 137.52 | $ 991,240.21 | $ 0.89 | $ 7.89 |
| BANK BALANCE | $ 145.52 | $ 991,240.21 | $ 0.89 | $ 7.89 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | $ 8.00 | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | $ 137.52 | $ 991,240.21 | $ 0.89 | $ 7.89 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| Issued: 2/1/2015 | 1024 | $ 8.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**In re** O.W. Bunker North America, Inc.     **Case No.** 14-51721
    **Debtor**     **Reporting Period:** 10/1/15 - 10/31/15

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating #3916 | Operating #3882 | Operating #3924 | Operating #6104 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 152.03 | $ 1,513,947.84 | $ 150,233.10 | $ 665.49 |
| BANK BALANCE | $ 152.03 | $ 1,513,947.84 | $ 150,233.10 | $ 665.49 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | $ 152.03 | $ 1,513,947.84 | $ 150,233.10 | $ 665.49 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Period (10/1/15 - 10/31/15) | CUMULATIVE -FILING TO DATE |
|---|---:|---:|
| Gross Revenues | $              - | $        11,853,080.00 |
| Less: Returns and Allowances | - | - |
| Net Revenue | $              - | $        11,853,080.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $              - | $        16,309,792.55 |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs *(attach schedule)* | - | (5,450,421.14) |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | 10,859,371.41 |
| **Gross Profit** | $              - | $            993,708.59 |
| **OPERATING EXPENSES** | | |
| Advertising | - | 3,850.00 |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | - | 49,536.63 |
| Officer/Insider Compensation* | 15,000.00 | 310,384.64 |
| Insurance | - | 329,571.44 |
| Management Fees/Bonuses | - | - |
| Office Expense | 2,132.89 | 52,879.84 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | 3,900.06 | 705,875.80 |
| Salaries/Commissions/Fees | 4,172.05 | 402,197.57 |
| Supplies | - | - |
| Taxes - Payroll | 500.02 | 44,356.28 |
| Taxes - Real Estate | - | - |
| Taxes - Other | 970.78 | 14,565.10 |
| Travel and Entertainment | - | 472.00 |
| Utilities | - | - |
| Other *(attach schedule)* | - | 34,996.03 |
| **Total Operating Expenses Before Depreciation** | $     26,675.79 | $         1,948,685.32 |
| Depreciation/Depletion/Amortization | - | - |
| **Net Profit (Loss) Before Other Income & Expenses** | $    (26,675.79) | $          (954,976.73) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | (19,208.36) |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | - | 4,546,832.48 |
| **Net Profit (Loss) Before Reorganization Items** | $    (26,675.79) | $        (5,482,600.85) |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

| | Period (10/1/15 - 10/31/15) | CUMULATIVE -FILING TO DATE |
|---|---|---|
| **REORGANIZATION ITEMS** | | |
| Professional Fees | (465,886.12) | (5,657,017.27) |
| U. S. Trustee Quarterly Fees | (5,850.00) | (35,750.00) |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 129.70 | 4,348.80 |
| Gain (Loss) from Sale of Equipment | - | 2,700.00 |
| Other Reorganization Expenses *(attach schedule)* | - | (10,435.00) |
| Total Reorganization Expenses | $ (471,606.42) | $ (5,696,153.48) |
| Income Taxes | - | - |
| Net Profit (Loss) | $ (498,282.21) | $ (11,178,754.33) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

| OTHER COSTS | Period (10/1/15 - 10/31/15) | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Change in Market Value of Inventory | $ - | $ 4,431,769.24 |
| Chabria Sea Reclamation [1] | - | 1,018,651.90 |
| Total | $ - | $ 5,450,421.14 |
| OTHER OPERATIONAL EXPENSES | | |
| Operational Expenses, related to Sale of Vopak oil | $ - | $ 21,290.00 |
| Other Costs | - | 5,099.41 |
| Data Transfer Fee | - | 26,000.00 |
| Ordinary Course Professional Fees (OCP) | - | 69,425.63 |
| Consulting Fees (Non-Insider) | - | 60,000.00 |
| Temporary Help | - | 3,500.00 |
| Reimbursement of Operating Expenses [2] | - | (150,319.01) |
| Total | $ - | $ 34,996.03 |
| OTHER INCOME | | |
| Misc. Receipts | - | 1,035.05 |
| Tax Refund | - | 16,982.31 |
| Insurance Refund | - | 1,191.00 |
| Total | $ - | $ 19,208.36 |
| OTHER EXPENSES | | |
| Change in Market Value of Inventory | $ - | $ 4,431,769.24 |
| Writedown of Fixed & Other Assets | - | 146,345.28 |
| Miscellaneous Expenses | - | (31,282.04) |
| Total | $ - | $ 4,546,832.48 |
| OTHER REORGANIZATION EXPENSES | | |
| Mediation Fee | $ - | $ 10,435.00 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

**Notes:**

[1] See Notes to Monthly Operating Report - Inventory regarding the reclamation of Chabria Sea inventory.

[2] Funds transferred to OWB North America for reimbursement of operating expenses paid on behalf of OWB USA.
See Note 10 of Notes to Monthly Operating Report.

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 992,204.03 | 1,250,092.15 | 46,374.72 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 1,664,180.94 | 2,626,147.52 | - |
| Accounts Receivable (Net)[1] | 47,589,983.06 | 55,575,886.91 | 59,851,289.24 |
| Notes Receivable | - | - | - |
| Inventories | - | - | 16,309,792.55 |
| Prepaid Expenses | - | - | - |
| Professional Retainers | - | - | 15,699.12 |
| Other Current Assets *(attach schedule)* | 11,573,390.76 | 3,828,038.78 | 21,079.58 |
| *TOTAL CURRENT ASSETS* | $ 61,819,758.79 | $ 63,280,165.36 | $ 76,244,235.21 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | - | - | - |
| Furniture, Fixtures and Office Equipment | - | - | 146,119.45 |
| Leasehold Improvements | - | - | - |
| Vehicles | - | - | 57,705.83 |
| Less: Accumulated Depreciation | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ - | $ 203,825.28 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | - | - | - |
| Other Assets *(attach schedule)* | 17,916.65 | 17,916.65 | 34,052.00 |
| *TOTAL OTHER ASSETS* | $ 17,916.65 | $ 17,916.65 | $ 34,052.00 |
| *TOTAL ASSETS* | $ 61,837,675.44 | $ 63,298,082.01 | $ 76,482,112.49 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | - | - | - |
| Taxes Payable *(refer to FORM MOR-4)* | - | - | - |
| Wages Payable | - | - | - |
| Notes Payable | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Other Post-petition Liabilities *(attach schedule)* | - | - | - |
| *TOTAL POST-PETITION LIABILITIES* | $ - | $ - | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt [2] | - | - | - |
| Priority Debt [3] | - | - | 200,000.00 |
| Unsecured Debt [1] | 75,589,400.37 | 76,551,524.73 | 78,855,083.09 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 75,589,400.37 | $ 76,551,524.73 | $ 79,055,083.09 |
| *TOTAL LIABILITIES* | $ 75,589,400.37 | $ 76,551,524.73 | $ 79,055,083.09 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | 100.00 | 100.00 | 100.00 |
| Additional Paid-In Capital | - | - | - |
| Partners' Capital Account | - | - | - |
| Owner's Equity Account | - | - | - |
| Retained Earnings - Pre-Petition | (2,573,070.60) | (2,573,070.60) | (2,573,070.60) |
| Retained Earnings - Post-petition | (11,178,754.34) | (10,680,472.13) | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions *(attach schedule)* | - | - | - |
| *NET OWNERS' EQUITY* | $ (13,751,724.94) | $ (13,253,442.73) | $ (2,572,970.60) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 61,837,675.44 | $ 63,298,082.01 | $ 76,482,112.49 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|---:|
| Other Current Assets | | | |
| Receivables Collected by 3rd Party [4] | 3,542,635.47 | 3,777,103.85 | - |
| Funds Collected Pursuant to Joint Instruction Letters [4] | 8,003,471.25 | | 21,079.58 |
| Amounts due from OWB USA [5] | 27,284.04 | 50,934.93 | |
| **Total** | **$ 11,573,390.76** | **$ 3,828,038.78** | **$ 21,079.58** |
| Other Assets | | | |
| Lease Security Deposits | 17,916.65 | 17,916.65 | 34,052.00 |
| | | | |
| **Total** | **$ 17,916.65** | **$ 17,916.65** | **$ 34,052.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Adjustments to Pre-petition Liabilities | | | |
| | | | |
| | | | |
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**Notes:**

[1] Does not reflect set-off of intercompany receivables and payables.

[2] Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status.  The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims. Therefore, the amounts are listed as unsecured in this operating report.

[3] In May 2015, the Debtor paid $167,000 for sales and motor fuel taxes and reduced its estimate of unpaid priority claims related to sales and motor fuel taxes to $0. The Debtor's current estimate is based on the information available to date, which is subject to change. Additionally, the Debtor has not yet determined, on a final basis, the amount and status of any other potential Priority claims. Accordingly, any estimates of these amounts are listed as unsecured in this operating report.

[4] See Note 9 of Notes to Monthly Operating Report

[5] See Note 10 of Notes to Monthly Operating Report

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid [1] | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ 7,236.70 | $ (7,236.70) | 10/31/2015 | | $ - |
| FICA-Employee | - | 1,000.07 | (1,000.07) | 10/31/2015 | | - |
| FICA-Employer | - | 1,000.04 | (1,000.04) | 10/31/2015 | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | |
| Other:_____ | - | - | - | | | |
| Total Federal Taxes | $ - | $ 9,236.81 | $ (9,236.81) | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ 447.64 | $ (447.64) | 10/31/2015 | | $ - |
| Sales | - | | - | | | - |
| Excise | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
| Total State and Local | $ - | $ 447.64 | $ (447.64) | | | $ - |
| | | | | | | |
| **Total Taxes** | $ - | $ 9,684.45 | $ (9,684.45) | | | $ - |

[1] The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Post-petition Debts** | $ - | $ - | $ - | $ - | $ - | $ - |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

In re: O.W. Bunker North America, Inc.  
Debtor

Case No.: 14-51721  
Reporting Period: 10/1/15 - 10/31/15

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 55,575,886.91 |
| Plus: Amounts billed during the period [1] | 17,567.40 |
| Less: Amounts collected during the period | 8,003,471.25 |
| Total Accounts Receivable at the end of the reporting period | $ 47,589,983.06 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | $ - |
| 31 - 60 days old | | | | | $ - |
| 61 - 90 days old | | | | | $ - |
| 91+ days old | | | | 47,589,983.06 | $ 47,589,983.06 |
| Total Accounts Receivable | $ - | $ - | $ - | $ 47,589,983.06 | $ 47,589,983.06 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | $ - | $ - | $ - | $ 47,589,983.06 | $ 47,589,983.06 |

**Notes:**  
[1] Adjustment to correct opening balance.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | $ - |
| 31 - 60 days old | | | | | $ - |
| 61 - 90 days old | | | | | $ - |
| 91+ days old | | | | | $ - |
| Total Taxes Payable | | | | | $ - |
| Total Accounts Payable | | | | | $ - |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 - 10/31/15 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS[3] | | | | |
|---|---|---|---|---|
| NAME | Title / Capacity | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE[1] |
| Tolson, Adrian | Director/ Consultant | Consulting Fees/ Salary | $ 5,000.00 | $ 90,384.64 |
| Staal Jonassen, Hans | Director/ General Manager | Salary | 25,000.00 | 250,000.00 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | | $ 30,000.00 | $ 340,384.64 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID[2] | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID*[3] |
| Montgomery McCracken Walker & Rhoads LLP | | $ - | $ 347,434.90 | $ 2,407,684.11 | $ 222,348.62 |
| Robinson & Cole LLP | | - | 6,445.62 | 291,283.49 | - |
| Alvarez & Marsal North America, LLC | | - | 45,026.35 | 997,323.70 | 17,576.25 |
| Hunton & Williams | | - | 60,957.70 | 1,764,504.87 | 236,057.13 |
| Gavin Solmonese | | - | 6,021.56 | 196,220.92 | 11,744.94 |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ 465,886.12 | $ 5,657,017.08 | $ 487,726.93 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**Notes:**

[1] Represents cash disbursements made to Insiders. See Note 10 of Notes to Monthly Operating Report regarding payment and reimbursement of certain expenses paid on behalf of OWB USA.

[2] Excludes payments made to Ordinary Course Professionals and represents all disbursements made by OWB NA.

[3] Total Incurred and Unpaid includes the monthly and interim fee statements, including any agreed-upon reductions, filed by November 20, 2015 related to the Debtors' and UCC retained professionals and reflects 100% of fees and expenses for services rendered from November 13, 2014 to October 31, 2015. As outlined in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Doc. 199], at the expiration of the twenty day period, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each monthly statement to which no objection has been served. Additionally these amounts include estimates for the allocation of professional fees between the Debtors and therefore are likely to change as additional information becomes available.

In re O.W. Bunker North America, Inc.      **Case No.**     14-51721
**Debtor**     **Reporting Period:**     10/1/15 - 10/31/15

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

| In re | O.W. Bunker North America, Inc. | Case No. | 14-51721 |
|---|---|---|---|
| | Debtor | Reporting Period: | 6/1/15 - 6/30/15 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X [1] | |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | X [4] | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | X [2] | |
| Are any post petition payroll taxes past due? | | X [3] |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X [1] |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been been received by the Debtor from any party? | | X |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1] The Debtor is currently working with its tax advisors to prepare and file all post-petition tax returns. As the date of this filing, the Debtors do not anticipate owing any post-petition taxes in relation to the filing of these post-petition tax returns.

[2] OWB NA pays for all jointly-incurred operating expenses and professional fees and certain OWB USA and OWB Holding expenses. Any amounts paid by OWB NA on behalf of OWB USA are repaid in full in the following month or sooner. See Note 10 of Notes to Monthly Operating Report. Additionally, in January, April, July and October 2015, the debtor paid US Trustee fees totaling $1,300 on behalf of O.W. Bunker Holding North America, Inc. ("Holding").

[3] The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

[4] This Debtor paid pre-petition claims pursuant to court order [Doc 912]. See Note 8d in Notes to Monthly Operating Report.

**O.W. Bunker North America, Inc.**     Case No. 14-51721
**Supporting Schedule**     Reporting Period: 10/1/15 - 10/31/15
**MOR-1**

| MOR-1 | OPER #7505 | OPER #6849 | OPER #6856 | OPER #3890 | OPER #3916 | OPER #3882 | OPER #3924 | OPER #6104 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|---|---|
| **Other Receipts** | | | | | | | | | |
| Interest earned on bank balances | $ - | $ 40.73 | $ 0.89 | $ - | $ - | $ 205.02 | $ 12.76 | $ - | $ 259.40 |
| Transfers from ING [1] | - | 216,900.98 | - | - | - | - | - | - | 216,900.98 |
| Transfers from OWB USA [2] | - | 50,934.93 | - | - | - | - | - | - | 50,934.93 |
| **Total** | $ - | $267,876.64 | $ 0.89 | $ - | $ - | $ 205.02 | $ 12.76 | $ - | $ 268,095.31 |
| | | | | | | | | | |
| **Other Disbursements** | | | | | | | | | |
| Consulting Fees [3] | - | 5,000.00 | - | - | - | - | - | - | 5,000.00 |
| Payment of Pre-Petition Claims [4] | - | - | - | - | - | 962,124.36 | - | - | 962,124.36 |
| **Total** | $ - | $ 5,000.00 | $ - | $ - | $ - | $962,124.36 | $ - | $ - | $ 967,124.36 |

**Notes:**

[1] Pursuant to agreement, ING Bank transferred funds collected as purported assignee of OWB NA's receivables, since the Petition Date, for the purpose of funding the Debtor's operations and paying the monthly fees of estate professionals. See Note 9 of Notes to Monthly Operating Report.

[2] OWB USA reimbursed OWB NA for payment of operating expenses made on its behalf and for payment of estate professional fees. See Note 10 of Notes to Monthly Operating Report.

[3] Paid pursuant to a monthly consulting agreement with Adrian Tolson (Board member and former General Manager)

[4] This Debtor paid pre-petition claims pursuant to court order [Doc 912]. See Note 8d in Notes to Monthly Operating Report.

**O.W. Bunker North America, Inc.**
**Summary of Cash Receipts & Disbursements**

| | Case No.: | 14-51721 |
|---|---|---|
| | Reporting Period: | 10/1/15 - 10/31/15 |
| | Federal Tax I.D. #: | 37-1707158 |

| | Filing Date to 11/30/14 | 12/1/14 to 12/31/14 | 1/1/15 to 1/31/15 | 2/1/15 to 2/28/15 | 3/1/15 to 3/31/15 | 4/1/15 to 4/30/15 | 5/1/15 to 5/31/15 | 6/1/15 to 6/30/15 | 7/1/15 to 7/31/15 | 8/1/15 to 8/31/15 | 9/1/15 to 9/30/15 | 10/1/15 to 10/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Cash Balance** | $ 46,375 | $ 17,087 | $ 9,206,931 | $ 9,871,807 | $ 8,504,438 | $ 7,672,324 | $ 5,878,983 | $ 5,237,548 | $ 4,613,649 | $ 4,469,990 | $ 3,818,921 | $ 3,876,240 |
| Operating Disbursements | (29,288) | (202,038) | (190,538) | (1,400,302) | (849,115) | (1,805,285) | (644,083) | (644,930) | (173,043) | (651,340) | (861,675) | (525,826) |
| Miscellaneous Receipts | - | 21,931 | 413 | 433 | 1,802 | 11,944 | 2,648 | 21,030 | 29,384 | 272 | 420,695 | 51,194 |
| Total, Cash from Operations | (29,288) | (180,107) | (190,124) | (1,399,869) | (847,314) | (1,793,341) | (641,434) | (623,899) | (143,659) | (651,069) | (440,980) | (474,631) |
| Sale of Vopak Oil [1] | | | | | | | | | | | | |
|   Net Proceeds Received | - | 11,013,080 | 840,000 | - | - | - | - | - | - | - | - | - |
|   Cure Payment, Vopak | - | (1,275,402) | - | - | - | - | - | - | - | - | - | - |
|   Transferred to Escrow, held by 3rd Party | - | (367,727) | - | - | - | - | - | - | - | - | - | - |
| Total, Net Proceeds from Vopak Sale | - | 9,369,951 | 840,000 | - | - | - | - | - | - | - | - | - |
| Sale of Miscellaneous Assets [2] | | | 15,000 | 32,500 | 15,200 | - | - | - | - | - | - | - |
| Transfers from ING [3] | | | | | | | | | | | 498,298 | 216,901 |
| Payment of Pre-Petition Claims [4] | | | | | | | | | | | | (962,124) |
| **Ending Cash Balance** | $ 17,087 | $ 9,206,931 | $ 9,871,807 | $ 8,504,438 | $ 7,672,324 | $ 5,878,983 | $ 5,237,548 | $ 4,613,649 | $ 4,469,990 | $ 3,818,921 | $ 3,876,240 | $ 2,656,385 |
| *Unrestricted Cash held by North America* | $ 17,087 | $ 6,583,886 | $ 7,248,762 | $ 5,881,393 | $ 5,049,279 | $ 3,254,295 | $ 2,612,278 | $ 1,988,163 | $ 1,844,281 | $ 1,192,990 | $ 1,250,092 | $ 992,204 |
| *Restricted Cash held by North America* | - | 2,623,045 | 2,623,045 | 2,623,045 | 2,623,045 | 2,624,688 | 2,625,270 | 2,625,486 | 2,625,709 | 2,625,932 | 2,626,148 | 1,664,181 |
| **Ending Cash Balance [5]** | 17,087 | 9,206,931 | 9,871,807 | 8,504,438 | 7,672,324 | 5,878,983 | 5,237,548 | 4,613,649 | 4,469,990 | 3,818,921 | 3,876,240 | 2,656,385 |

Notes:

[1] In December 2014 and January 2015, the Debtor sold marine fuel oil outside of the normal course of business, paid certain pre-petition liabilities and transferred funds to be held in escrow by a 3rd party, pursuant to a court approved motion signed 12/8/14: (I) Approving the Sale of the Debtors' Vopak Oil and Related Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of the Vopak Terminal Contract; and (III) Granting Certain Related and Facilitative Relief [Docket 147].

[2] Debtor sold miscellaneous asset including furniture, office equipment & vehicles pursuant to a court approved motion signed 12/26/14: (I) Establishing Procedures to Sell, Transfer or Abandon Certain Assets and (II) Rejecting Certain Leases [Docket 184].

[3] Pursuant to agreement, ING Bank transferred funds collected as purported assignee of OWB NA's receivables, since the Petition Date, for the purpose of funding the Debtor's operations and paying the monthly fees of estate professionals. See Note 9 of Notes to Monthly Operating Report.

[4] This Debtor paid pre-petition claims pursuant to court order [Doc 912]. See Note 8d in Notes to Monthly Operating Report.

[5] Includes amounts held by Debtors in segregated accounts pursuant to Vopak Sale Order. Does not include $938,000 deposit held in escrow by Debtors counsel as security for Debtors maritime lien claim.