UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re   O.W. Bunker USA, Inc.                              Case No.            14-51722
        Debtor                                             Reporting Period:   10/1/15 - 10/31/15

                                                           Federal Tax I.D. #  99-0373556

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Yes |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
|    Copies of bank statements | | No | No |
|    Cash disbursements journals | | No | No |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|    Copies of IRS Form 6123 or payment receipt | | No | No |
|    Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|    Listing of Aged Accounts Payable | | No | No |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor

Signature of Authorized Individual*    *[signature]*

Hans Staal Jonassen, General Manager                                    11/20/2015

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |
| | | Federal Tax I.D. # | 99-0373556 |

**Notes to Monthly Operating Report**

1. **BASIS OF PRESENTATION**

   This Monthly Operating Report ("MOR") has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP"). The information is not intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors, its Parent (O.W. Bunker A/S) or any of the Debtors' affiliates.

   This Monthly Operating Report reflects the Debtors' reasonable best efforts to report the required financial information of each Debtor on an unconsolidated basis. The financial information contained within this Monthly Operating Report is based on data obtained from the financial systems of the Debtors' parent (O.W. Bunker A/S) as well as the books and records held by the Debtors that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information contained in the Monthly Operating Report, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Monthly Operating Report. As such, the Debtors reserve all rights to supplement or amend any schedule contained in this Monthly Operating Report.

2. **BANK ACCOUNTS**

   The Debtors are authorized to maintain the cash management system on a postpetition basis pursuant to the final order signed on 11/24/14 authorizing: (I) Continued use of existing cash management system, bank accounts, and business forms; (II) Granting them an extension to comply with the requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing banks participating in the Debtors' cash management system to charge certain fees and other amounts [Docket No. 80]. In December 2014, the Debtor opened Debtor-in-Possession accounts at Wells Fargo, in compliance with the guidelines established by the U.S. Trustee in the District of Connecticut and closed all legacy bank accounts.

3. **ACCOUNTS RECEIVABLE**

   The Debtors' accounts receivable balances have been generated from a review of available information from O.W. Bunker A/S's accounting systems, adjusted for those transactions which have not yet been invoiced. The Debtors expect this number to change as additional information is provided by the parent company or ING Bank N.V.

   The amount of receivables collected by third parties since the filing of these bankruptcy cases has not been confirmed with the collecting entity. Regardless, the receivable balance reflected in this report should not be interpreted as a cap or limitation on the Debtors' right to assert to recover on any additional receivables.

   Accounts Receivable, as shown on MOR-3, do not reflect set-off against intercompany payables.

4. **LIEN STATUS OF RECEIVABLES**

   a.) The Debtors commenced a civil action in the United States District Court for the District of New Jersey seeking the arrest of the vessel COSCO PIRAEUS to enforce the Debtors' maritime liens. O.W. Bunker USA Inc. v. COSCO PIRAEUS, No. 15-71 (D. N.J. filed Jan. 6, 2015). Pursuant to a Stipulation and Order dated January 6, 2015, the vessel owner deposited approximately $938,000 in the Debtors counsels' New Jersey IOLTA account as security for the Debtors' claims. As of the date of report, this matter is still being litigated. As such, the security deposit has not been reflected on the Debtor's balance sheet. A copy of the Order was attached to the Monthly Operating report filed for the period ending January 31, 2015.

   b.) In response to competing claims for payment and threats of vessel arrests to enforce maritime liens, vessel interests commenced sixteen (16) civil actions in the United States District Court for the Southern District of New York by filing interpleader complaints which name all competing claimants as defendants. As of October 31, 2015, it is our understanding that vessels have deposited over $50 million in cash or bonds to the registry of the court or attorney escrow accounts as security for the competing claims. As of the date of report, these matters are still being litigated and the related security deposits have not been reflected on the Debtor's balance sheet.

   c.) Disputes arising from or in connection with the Debtors' supply of marine fuel oil to vessels are being litigated in the United States District Courts for the Southern District of Texas, the Eastern District of Louisiana, and the Northern District of Florida, and the United States bankruptcy Court for the District of Connecticut. Additional disputes relating to Debtors' supply of marine fuel oil to vessels are being litigated in Belize, Curacao, Italy, and Panama. Upon information and belief, vessels deposited security in connection with these disputes, but Debtors have not appeared in those actions and the security deposits have not been reflected on the Debtor's balance sheet.

5. **HEDGING CONTRACTS**

   Prior to their bankruptcy filings, the Debtors entered into derivative contracts with O.W. Supply & Trading A/S to manage their exposure to marine fuel and marine fuel component price volatility arising from the Debtors' marine fuel inventory and purchases and sales contracts with a fixed price element. The Debtors relied on the financial systems of the Parent company (O.W. Bunker A/S) to value each contract and provide information related to the financial gain or loss for the Debtors. As of the filing of this Monthly Operating Report, these contracts have not been valued due to the limited information available from the Debtors' Parent, which entered into an insolvency proceeding in Denmark on November 7, 2014. The financial gain or loss related to these contracts may have a material impact on the Debtors' financial statements and this Monthly Operating Report.

6. **TAXES**

   The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |
| | | Federal Tax I.D. # | 99-0373556 |

**Notes to Monthly Operating Report**

The Debtors are currently working with their tax advisors to determine the amount of sales, motor fuel, excise and other operating related taxes due and to file the appropriate tax returns, if necessary. At the time of this filing, the Debtor has not yet determined, on a final basis, the amount and status of these potential claims. To the extent these claims are deemed to have a priority status, they will be paid pursuant to an approved order filed November 20, 2014 authorizing the payment of prepetition taxes and fees [Doc. 64] and an approved order filed April 9, 2015 modifying the monetary limits of taxes to be paid [Doc. 609].

Prior to filing, the Debtors had made quarterly tax payments for their estimated 2014 federal tax liabilities. Currently, the Debtors have not determined if they are eligible for a refund of these amounts. The tax pre-payment has been included as an asset on the Balance Sheet (MOR-3).

7. **SECURED DEBT**

Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status. The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims. Therefore, the amounts are listed as unsecured in this operating report.

8. **ING SETTLEMENT**

a.) Pursuant to a settlement among the Debtors, the Committee, and ING Bank (which agreement forms the Debtors' Liquidation Plan), ING Bank has agreed to transfer certain amounts from funds it has collected as purported assignee of OWB NA's and OWB USA's receivables since the Petition Date, to the Debtors for the purpose of funding the Debtors' operations and paying the monthly fees of estate professionals (which fees shall be submitted for court approval pursuant to the Bankruptcy Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.N. 383] dated February 5, 2015). ING Bank has agreed to transfer funds through the earlier of (i) the Effective Date of the Debtors' Plan of Liquidation, filed October 14, 2015 or (ii) December 15, 2015. Currently, ING Bank has collected approximately $7.0 million, of which approximately $4.25 million is attributable to OWB NA and $2.77 million is attributable to OWB USA. In October 2015, ING transferred $200,000 to the Debtors (approximately $100,000 and $100,000 to OWB USA and OWB NA, respectively) for the purpose of funding the Debtor's operations for the months of September and October. ING will transfer $100,000 per month to fund the Debtors' operations for the following months. Additionally, ING transferred approximately $136,000 to OWB USA, which it used to pay the court approved fees of estate professionals. Pursuant to this agreement, ING Bank has no liability for such amounts apart from transferring such amounts from available amounts collected as the purported assignee of OWB NA's and OWB USA's receivables since the Petition Date.

b.) The Debtors' Liquidation Plans (Doc. 1018) incorporate an agreement between the Debtors and ING Bank to cooperate to expedite and maximize collection of certain amounts due to the Debtors. The agreement between the Debtors and ING, as described Article IV(E) of the Debtors' Liquidation Plan, resolves the dispute over which entity the vessel owners should pay their receivables on outstanding invoices. In October 2015 a joint direction letter was sent to certain vessel owners (as listed on Exhibit C to the Debtors' Liquidation Plans), which represent approximately $15 million in receivables owed to OWB NA and approximately $6 million in receivables owed to OWB USA, which do not implicate transactions that involved third-party non-Debtor suppliers. As of October 31, 2015, approximately $8.0 million had been collected on behalf of O.W Bunker North America and approximately $1.5 million on behalf of O.W. Bunker USA, Inc.

Any amounts collected by ING Bank as a direct or indirect result of a joint direction directing payment of all amounts due to the Debtors will be transferred into accounts held by ING Bank with all funds collected by ING Bank to be transferred into accounts maintained by the relevant Liquidating Trust in the U.S. upon the Effective Date of the Debtors' Liquidation Plans, or as soon as practicable thereafter.

9. **PAYMENT OF OPERATING EXPENSES AND PROFESSIONAL FEES**

In October 2015, OWB USA transferred approximately $51,000 to OWB NA for payment of OWB USA's share of jointly incurred operating expenses. This amount was received pursuant to the ING Settlement described in Note 8. OWB NA currently processes all payments of jointly-incurred operating expenses (e.g. rent, utilities, employee costs) to minimize the administrative costs involved. From time to time, it may be necessary for OWB NA to process a payment for expenses incurred entirely for the benefit of OWB USA as well. Pursuant to the ING transfers described in Note 8, OWB NA is reimbursed as provided for in the agreement with ING Bank. For the month of October, OWB USA has a payable due to OWB NA of $27,284; pursuant to transfers described in Note 8, OWB NA will be paid in full in November 2015.

| In re | O.W. Bunker USA, Inc. | | Case No. | 14-51722 |
|---|---|---|---|---|
| | Debtor | | Reporting Period: | 10/1/15 to 10/31/15 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER #0076 | OPER #8234 | OPER #3874 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 329.00 | $ 10,388.25 | $ 10,505.09 | $ 21,222.34 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | 235,838.10 | 0.10 | 235,838.20 |
| TRANSFERS *(FROM DIP ACCTS)* | - | 10,505.09 | - | 10,505.09 |
| **TOTAL RECEIPTS** | $ - | $ 246,343.19 | $ 0.10 | $ 246,343.29 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $ - | $ - | $ - | $ - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - |
| INSURANCE | - | - | - | - |
| ADMINISTRATIVE | 5.00 | 232.05 | - | 237.05 |
| SELLING | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | 50,934.93 | - | 50,934.93 |
| OWNER DRAW * | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | 10,505.09 | 10,505.09 |
| PROFESSIONAL FEES | - | 178,403.43 | - | 178,403.43 |
| U.S. TRUSTEE QUARTERLY FEES | - | 4,875.00 | - | 4,875.00 |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 5.00 | $ 234,445.41 | $ 10,505.09 | $ 244,955.50 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (5.00) | 11,897.78 | (10,504.99) | 1,387.79 |
| | | | | |
| **CASH – END OF MONTH** | $ 324.00 | $ 22,286.03 | $ 0.10 | $ 22,610.13 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 244,956 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ (10,505) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 234,450 |

**In re** O.W. Bunker USA, Inc.     **Case No.** 14-51722
    **Debtor**     **Reporting Period:** 10/1/15 to 10/31/15

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

|  | Operating # 0076 | Operating # 8234 | Operating # 3874 |
|---|---|---|---|
| **BALANCE PER BOOKS** | $ 324.00 | $ 22,286.03 | $ 0.10 |
| BANK BALANCE | $ 324.00 | $ 22,286.03 | $ 0.10 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $ - | $ - | $ - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | $ - | $ - | $ - |
| OTHER *(ATTACH EXPLANATION)* | $ - | $ - | $ - |
| **ADJUSTED BANK BALANCE *** | $ 324.00 | $ 22,286.03 | $ 0.10 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**In re** O.W. Bunker USA, Inc.  **Case No.** 14-51722
**Debtor**  **Reporting Period:** 10/1/15 to 10/31/15

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Period (10/1/15 - 10/31/15) | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | $   - | $   - |
| Less: Returns and Allowances | - | - |
| Net Revenue | $   - | $   - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $   - | $   - |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs *(attach schedule)* | - | - |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | $   - | $   - |
| **OPERATING EXPENSES** | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | - | 6,687.40 |
| Officer/Insider Compensation* | 15,000.00 | 17,500.00 |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Office Expense | 2,132.89 | 9,691.15 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | 3,900.06 | 25,241.41 |
| Salaries/Commissions/Fees | 4,172.05 | 83,723.04 |
| Supplies | - | - |
| Taxes - Payroll | 500.02 | 11,113.76 |
| Taxes - Real Estate | - | 4,558.75 |
| Taxes - Other | 970.78 | 1,800.06 |
| Travel and Entertainment | - | - |
| Utilities | - | - |
| Other *(attach schedule)* | 13,302.92 | 186,741.61 |
| Total Operating Expenses Before Depreciation | 39,978.71 | 347,057.17 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | (39,978.71) | (347,057.17) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | (3,249.08) |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | - | 70,753.88 |
| Net Profit (Loss) Before Reorganization Items | (39,978.71) | (414,561.97) |

| In re | O.W. Bunker USA, Inc. | | Case No. | 14-51722 |
|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 10/1/15 to 10/31/15 |

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees [1] | (165,100.51) | (435,211.61) |
| U. S. Trustee Quarterly Fees | (5,850.00) | (7,475.00) |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 129.75 | 263.93 |
| Gain (Loss) from Sale of Equipment | - | 11,236.40 |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | $ (170,820.76) | $ (431,186.29) |
| Income Taxes | - | - |
| Net Profit (Loss) | $ (210,799.47) | $ (845,748.26) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

| OTHER COSTS | Period (10/1/15 - 10/31/15) | CUMULATIVE - FILING TO DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| OTHER OPERATIONAL EXPENSES | | |
|---|---:|---:|
| Operating Expenses [1] | $ - | $ 150,319.01 |
| Ordinary Course Professional Fees (OCP) [1] | 13,302.92 | 36,422.60 |
| | | |
| **Total** | **$ 13,302.92** | **$ 186,741.61** |

| OTHER INCOME | | |
|---|---:|---:|
| Miscellaneous Receipts | - | 3,249.08 |
| **Total** | **$ -** | **$ 3,249.08** |

| OTHER EXPENSES | | |
|---|---:|---:|
| Writedown of Fixed & Other Assets | - | 70,753.88 |
| **Total** | **$ -** | **$ 70,753.88** |

| OTHER REORGANIZATION EXPENSES | | |
|---|---|---|
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

(1) See Note 9 of Notes to Monthly Operating Report.

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---:|---:|---:|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ 22,610.13 | $ 21,222.34 | $ 44,719.84 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) [5] | 94,023,200.65 | 95,681,511.65 | 98,254,644.08 |
| Notes Receivable | - | - | - |
| Inventories | - | - | - |
| Prepaid Expenses | - | - | - |
| Professional Retainers | - | - | - |
| Other Current Assets *(attach schedule)* | 4,464,619.48 | 3,042,146.32 | 889,444.00 |
| *TOTAL CURRENT ASSETS* | **$ 98,510,430.26** | **$ 98,744,880.31** | **$ 99,188,807.92** |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | - | - | 7,580.82 |
| Furniture, Fixtures and Office Equipment | - | - | 76,173.06 |
| Leasehold Improvements | - | - | - |
| Vehicles | 35,000.00 | 35,000.00 | 91,332.37 |
| Less: Accumulated Depreciation | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | **$ 35,000.00** | **$ 35,000.00** | **$ 175,086.25** |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | - | - | - |
| Other Assets *(attach schedule)* | 31,071.90 | 31,071.90 | 31,071.90 |
| *TOTAL OTHER ASSETS* | **$ 31,071.90** | **$ 31,071.90** | **$ 31,071.90** |
| *TOTAL ASSETS* | **$ 98,576,502.16** | **$ 98,810,952.21** | **$ 99,394,966.07** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $ - | $ - | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | - | - | - |
| Wages Payable | - | - | - |
| Notes Payable | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Other Post-petition Liabilities *(attach schedule)* | 27,284.04 | 50,934.93 | - |
| *TOTAL POST-PETITION LIABILITIES* | **$ 27,284.04** | **$ 50,934.93** | **$ -** |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt [1] | - | - | - |
| Priority Debt [2] | - | - | - |
| Unsecured Debt [5] | 93,929,391.35 | 93,929,391.35 | 93,929,391.35 |
| *TOTAL PRE-PETITION LIABILITIES* | **$ 93,929,391.35** | **$ 93,929,391.35** | **$ 93,929,391.35** |
| *TOTAL LIABILITIES* | **$ 93,956,675.39** | **$ 93,980,326.28** | **$ 93,929,391.35** |
| **OWNERS' EQUITY** | | | |
| Capital Stock | $ 350,000.00 | $ 350,000.00 | $ 350,000.00 |
| Additional Paid-In Capital | - | - | - |
| Partners' Capital Account | - | - | - |
| Owner's Equity Account | - | - | - |
| Retained Earnings - Pre-Petition | 5,115,574.72 | 5,115,574.72 | 5,115,574.72 |
| Retained Earnings - Post-petition | (845,747.95) | (634,948.78) | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions *(attach schedule)* | - | - | - |
| *NET OWNERS' EQUITY* | **$ 4,619,826.77** | **$ 4,830,625.94** | **$ 5,465,574.72** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$ 98,576,502.16** | **$ 98,810,952.21** | **$ 99,394,966.07** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 10/1/15 to 10/31/15 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Prepaid Income Taxes | $ 889,444.00 | $ 889,444.00 | $ 889,444.00 |
| Receivables Collected by 3rd Party [3] | 2,113,943.21 | 2,152,702.32 | - |
| Funds Collected Pursuant to Joint Instruction Letters [3] | 1,461,232.27 | - | - |
| **Total** | **$ 4,464,619.48** | **$ 3,042,146.32** | **$ 889,444.00** |
| | | | |
| Other Assets | | | |
| Lease Security Deposit | $ 31,071.90 | $ 31,071.90 | $ 31,071.90 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Due to OWB North America [4] | $ 27,284.04 | $ 50,934.93 | $ - |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

**Notes:**

[1] Prior to the Petition Date, the Debtors believe that their operations did not incur any secured debt. Post-petition, a number of the Debtors' creditors sought recoveries by asserting maritime liens, administrative payments, or another form of "secured" status.  The Debtors have not yet determined, on a final basis, the validity of these various "secured" claims.  Therefore, the amounts are listed as unsecured in this operating report.

[2] At the time of this filing, the Debtors' do not have an estimate of Priority Debts, which may include sales, motor fuel and other taxes related to the Debtor's operations. As the Debtors have not yet determined, on a final basis, the amount and status of these potential claims, any estimate of these amounts is listed as unsecured in this operating report.

[3] See Note 8 of Notes to Monthly Operating Report

[4] See Note 9 of Notes to Monthly Operating Report

[5] Does not reflect set-off of intercompany receivables and payables

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid [1] | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ - | $ - | | | $ - |
| FICA-Employee | - | - | - | | | - |
| FICA-Employer | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Income | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
| Total Federal Taxes | $ - | $ - | $ - | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | | $ - | | | - |
| Sales | - | - | - | | | - |
| Excise | - | - | - | | | - |
| Unemployment | - | - | - | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
| Total State and Local | $ - | $ - | $ - | | | $ - |
| | | | | | | |
| **Total Taxes** | $ - | $ - | $ - | | | $ - |

[1]  The Debtors' payroll taxes are remitted pursuant to an agreement with Paychex, a payroll service provider. Each pay period, the Debtors remit the required amount of payroll taxes to Paychex, which files the appropriate federal, state and local payroll tax returns. All payroll taxes are paid by OWB NA. OWB USA reimburses OWB NA for any expenses paid on its behalf. See Note 9 of Notes to Monthly Operating Report.

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 27,284 | $ - | $ - | $ - | $ - | $ 27,284 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| **Total Post-petition Debts** | $ 27,284 | $ - | $ - | $ - | $ - | $ 27,284 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
Post-petition debts will be paid in full in November 2015.
See Note 9 of Notes to Monthly Operating Report.

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 95,681,511.65 |
| Plus: Amounts billed during the period [1] | (197,078.73) |
| Less: Amounts collected during the period | 1,461,232.27 |
| Total Accounts Receivable at the end of the reporting period | $ 94,023,200.65 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ - | | | | $ - |
| 31 - 60 days old | | $ - | | | $ - |
| 61 - 90 days old | | | $ - | | $ - |
| 91+ days old | | | | $ 94,023,200.65 | $ 94,023,200.65 |
| Total Accounts Receivable | $ - | $ - | $ - | $ 94,023,200.65 | $ 94,023,200.65 |
| Less: Bad Debts (Amount considered uncollectible) | $ - | $ - | $ - | $ - | $ - |
| Net Accounts Receivable | $ - | $ - | $ - | $ 94,023,200.65 | $ 94,023,200.65 |

**Notes:**
[1] Adjustment to correct opening balance.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS[3] | | | | |
|---|---|---|---|---|
| NAME | Title / Capacity | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE[1] |
| Tolson, Adrian | Director/ Consultant | | $  - | $  - |
| Staal Jonassen, Hans | Director/ General Manager | | - | - |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL PAYMENTS TO INSIDERS | | $  - | $  - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID[2] | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID*[3] |
| Montgomery McCracken Walker & Rhoads LLP | | $  - | $ 19,687.41 | $ 99,823.91 | $ 222,348.62 |
| Robinson & Cole LLP | | - | 9,165.62 | 9,165.62 | - |
| Alvarez & Marsal North America, LLC | | - | 62,613.35 | 129,708.08 | 21,784.25 |
| Hunton & Williams | | - | 67,616.39 | 172,289.05 | 254,736.91 |
| Gavin Solmonese | | - | 6,017.74 | 24,224.95 | 13,376.51 |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $  - | $ 165,100.50 | $ 435,211.60 | $ 512,246.29 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED
**Notes:**

[1] Represent cash disbursements made to Insiders. See Note 10 of Notes to Monthly Operating Report regarding payment and reimbursement of certain expenses on behalf of OWB USA.

[2] Excludes payments made to Ordinary Course Professionals and represents all disbursements made by OWB NA. See Note 10 of Notes to Monthly Operating Report.

[3] Total Incurred and Unpaid includes the monthly and interim fee statements, including any agreed-upon reductions, filed by November 20, 2015 related to the Debtors' and UCC retained professionals and reflects 100% of fees and expenses for services rendered from November 13, 2014 to October 31, 2015. As outlined in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Doc. 199], at the expiration of the twenty day period, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each monthly statement to which no objection has been served. Additionally these amounts include estimates for the allocation of professional fees between the Debtors and therefore are likely to change as additional information becomes available.

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | $  - | $  - |

| In re | O.W. Bunker USA, Inc. | Case No. | 14-51722 |
|---|---|---|---|
| | Debtor | Reporting Period: | 10/1/15 to 10/31/15 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X [1] |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X [2] | |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | | X |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X [2] |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been received by the Debtor from any party? | X [3] | |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**
[1] In October 2015, the Debtor transferred cash to OWB North America for the purpose of paying operating expenses incurred by OWB USA. See Note 9 of Notes to Monthly Operating Report.
[2] The Debtor is currently working with its tax advisors to prepare all pre-petition and post-petition tax returns. At the current time, the Debtor does not believe that it is delinquent in the filing of any post-petition tax returns.
[3] OWB NA pays for all jointly-incurred operating expenses and certain OWB USA expenses. Any amounts paid by OWB NA on behalf of OWB USA are repaid in full in the following month or sooner. See Note 9 of Notes to Monthly Operating Report.

**O.W. Bunker USA, Inc.**  **Case No.** 14-51722
**Supporting Schedule**  **Reporting Period:** 10/1/15 to 10/31/15
**MOR-1**

| MOR-1 | OPER #0076 | OPER #8234 | OPER #3874 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| **Other Receipts** | | | | |
| Interest earned on bank balances | $ - | $ - | $ 0.10 | $ 0.10 |
| Transfer from ING [1] | - | 235,838.10 | - | 235,838.10 |
| **Total** | $ - | $ 235,838.10 | $ 0.10 | $ 235,838.20 |
| **Other Disbursements** | | | | |
| Transfers to OWB North America [2] | $ - | $ (50,934.93) | $ - | $ (50,934.93) |
| **Total** | $ - | $ (50,934.93) | $ - | $ (50,934.93) |

Notes:

(1) Pursuant to agreement, ING Bank transferred funds collected as purported assignee of OWB USA's receivables, since the Petition Date, for the purpose of funding the Debtor's operations and paying the monthly fees of estate professionals. See Note 8 in Notes to Monthly Operating Report.

[2] OWB USA reimbursed OWB NA for payment of operating expenses made on its behalf. See Note 9 of Notes to Monthly Operating Report.

**O.W. Bunker USA, Inc.**
**Summary of Cash Receipts & Disbursements**

| | Case No.: | 14-51722 |
|---|---|---|
| | Reporting Period: | 10/1/15 to 10/31/15 |
| | Federal Tax I.D. #: | 99-0373556 |

| | Filing Date to 11/30/14 | 12/1/14 to 12/31/14 | 1/1/15 to 1/31/15 | 2/1/15 to 2/28/15 | 3/1/15 to 3/31/15 | 4/1/15 to 4/30/15 | 5/1/15 to 5/31/15 | 6/1/15 to 6/30/15 | 7/1/15 to 7/31/15 | 8/1/15 to 8/31/15 | 9/1/15 to 9/30/15 | 10/1/15 to 10/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Cash Balance** | $ 44,719.84 | $ 2,543.04 | $ 56,881.82 | $ 27,584.37 | $ 26,903.24 | $ 26,885.51 | $ 21,662.02 | $ 21,437.81 | $ 21,625.54 | $ 21,281.81 | $ 21,263.08 | $ 21,222.34 |
| Operating Disbursements | (42,176.80) | (13,229.99) | (44,840.15) | (681.15) | (18.00) | (5,223.75) | (224.48) | (19.00) | (344.00) | (19.00) | (420,471.11) | (234,450.41) |
| Miscellaneous Receipts | - | - | 2,542.70 | 0.02 | 0.27 | 0.26 | 0.27 | 206.73 | 0.27 | 0.27 | 0.26 | 0.10 |
| Total, Cash from Operations | (42,176.80) | (13,229.99) | (42,297.45) | (681.13) | (17.73) | (5,223.49) | (224.21) | 187.73 | (343.73) | (18.73) | (420,470.85) | (234,450.31) |
| Sale of Miscellaneous Assets [1] | - | 67,568.77 | 13,000.00 | - | - | - | - | - | - | - | - | - |
| Transfer of Funds Held by ING [2] | | | | | | | | | | | 420,430.11 | 235,838.10 |
| **Ending Cash Balance** | $ 2,543.04 | $ 56,881.82 | $ 27,584.37 | $ 26,903.24 | $ 26,885.51 | $ 21,662.02 | $ 21,437.81 | $ 21,625.54 | $ 21,281.81 | $ 21,263.08 | $ 21,222.34 | $ 22,610.13 |
| *Unrestricted Cash held by USA* | $ 2,543.04 | $ 56,881.82 | $ 27,584.37 | $ 26,903.24 | $ 26,885.51 | $ 21,662.02 | $ 21,437.81 | $ 21,625.54 | $ 21,281.81 | $ 21,263.08 | $ 21,222.34 | $ 22,610.13 |
| *Restricted Cash held by USA* | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 2,543.04 | 56,881.82 | 27,584.37 | 26,903.24 | 26,885.51 | 21,662.02 | 21,437.81 | 21,625.54 | 21,281.81 | 21,263.08 | 21,222.34 | 22,610.13 |

Notes:

[1] Debtor sold miscellaneous assets including furniture, office equipment and vehicles pursuant to a court approved motion signed 12/26/14: (I) Establishing Procedures to Sell, Transfer or Abandon Certain Assets and (II) Rejecting Certain Leases [Docket 184].

[2] See Note 8 to Notes to Monthly Operating Report