**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| O.W. Bunker Holding North America Inc., *et al.*,[1] | : | Case No. 14-51720 (JAM) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**STATUS REPORT ON MATTERS CURRENTLY ON THE COURT'S**
**CALENDAR FOR DECEMBER 9, 2015 AT 10:00 A.M.**

   This is to provide the Court with a status report on the matters currently scheduled on the Court's calendar. The specific status of each matter, including any objections and related documents, is detailed below.

**I.**  **PLAN CONFIRMATION**

  1.  Debtors' First Modified Liquidation Plans [Docket No. 1171; filed November 19, 2015]

    Objection Deadline:  December 3, 2015 at 4:00 p.m.

    Objections Received:

    a.  Martin Energy Services, LLC's Reservation of Rights and Limited Objection to Debtors' First Modified Liquidation Plans [Docket No. 1214; filed December 1, 2015]

    b.  Objection of the United States Trustee to the Debtors' First Modified Liquidation Plans [Docket No. 1222; filed December 3, 2015]

    Related Documents:

    a.  Order (I) Approving First Amended Disclosure Statement, (II) Approving Procedures to Solicit Votes on the Debtors' Liquidation Plan, and (III) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Liquidation Plans [Docket No. 1112; filed October 29, 2015]

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474) ("OWB Holding"), O.W. Bunker North America Inc. (7158), ("OWB NA"), and O.W. Bunker USA Inc. (3556) ("OWB USA"). The Debtors' address is: O.W. Bunker c/o Alvarez & Marsal, Attn: Scott Anchin, 600 Madison Ave., 7th Floor, New York, NY 10022.

b. Plan Supplement to Debtors' First Modified Liquidation Plans [Docket No. 1166; filed November 18, 2015]

c. Certificate of Service Regarding Solicitation Packages [Docket No. 1217; filed December 2, 2015]

d. Certificate of Service Regarding Plan Supplement [Docket No. 1218; filed December 2, 2015]

e. Notice of Filing of The Declaration of Davis Lee Wright Certifying Voting on, and Tabulation of Ballots Accepting and Rejecting, Debtors' First Modified Liquidation Plans [Docket No. 1224; filed December 3, 2015]

f. The Official Committee of Unsecured Creditors' Memorandum of Law in Support of Plan Releases and Reply to U.S. Trustee's Objection [Docket No. 1229; filed December 8, 2015]

g. Debtors' Memorandum of Law in Support of Confirmation of the Debtors' First Modified Liquidation Plans [Docket No. 1231; filed December 9, 2015]

h. Withdrawal of Martin Energy Services, LLC's Reservation of Rights and Limited Objection to Debtors' First Modified Liquidation Plans [Docket No. 1232; filed December 9, 2015]

i. Notice of Filing of the Proposed Form of Order Confirming the Debtors' First Modified Liquidation Plans [Docket No. 1233; filed December 9, 2015]

j. Notice of Filing of Hans Staal Jonassen in Support of Confirmation of the Debtors' First Modified Liquidation Plans [Docket No. 1234; filed December 9, 2015]

k. Notice of Filing of Scott L. Anchin in Support of Confirmation of the Debtors' First Modified Liquidation Plans [Docket No. 1235; filed December 9, 2015]

Status: This matter is going forward with respect to Plan confirmation and the objection filed by the United States Trustee. The Debtors resolved Martin Energy's objection with the addition of language to the proposed confirmation order and Martin Energy has withdrawn its objection.

## II.   OTHER MATTERS

2.   NuStar Energy Services, Inc., NuStar Supply & Trading LLC, and NuStar Terminals Marine Services N.V.'s Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 [Docket No. 991; filed October 5, 2015].

   Objection Deadline:   December 10, 2015

   Responses Received:

   a.   Debtors' Objection to NuStar Energy Services, Inc., NuStar Supply & Trading LLC, And NuStar Terminals Marine Services N.V.'s Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 [Docket No. 1236; filed December 9, 2015]

   Related Documents:

   a.   Notice of Rescheduled Hearing [Docket No. 1160; entered November 17, 2015].

   Status: The Debtors believe that with confirmation of the Debtors' Plan, NuStar's motion to convert the cases is moot and should be dismissed.

3.   Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Seeking Approval of the Confirmation Alternative Settlement Agreement Among O.W. Bunker USA Inc., the Committee and ING Bank N.V., as Security Agent [Docket No. 1020; filed October 14, 2015]

   Objection Deadline:   December 10, 2015

   Responses Received:

   a.   None.

   Related Documents:

   a.   Notice of Rescheduled Hearing [Docket No. 1160; entered November 17, 2015].

   Status: The Debtors believe that with confirmation of the Debtors' Plan, this motion is moot.

4.   Letter Filed by Eric A. Henzy on behalf of NuStar Energy Services, Inc., NuStar Supply & Trading LLC Creditors [docket No. 487; filed March 2, 2015]

    Status: The Debtors believe that this matter should be adjourned until after the Effective Date, and that confirmation may make them easy to resolve by agreement or even moot.

5. Letter regarding the Proposed Protective Order Regarding the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Transfer of Venue of Cases to the U.S. Bankruptcy Court for the Southern District of New York Filed by Patrick M. Birney on behalf of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., O.W. Bunker USA Inc. Debtors [Docket No. 490; filed March 2, 2015]

    Status: The Debtors believe that this matter should be adjourned until after the Effective Date, and that confirmation may make them easy to resolve by agreement or even moot.

Dated: Hartford, Connecticut
December 9, 2015

        Respectfully submitted,

        /s/ Patrick M Birney
        Michael R. Enright, Esq. (ct10286)
        Patrick M. Birney, Esq. (ct19875)
        ROBINSON & COLE LLP
        280 Trumbull Street
        Hartford, CT  06103
        Telephone: (860) 275-8290
        Facsimile:  (860) 275-8299
        menright@rc.com
        pbirney@rc.com

        - and -

        Richard G. Placey, Esq. (admitted *pro hac vice*)
        Davis Lee Wright, Esq. (admitted *pro hac vice*)
        MONTGOMERY, McCRACKEN,
            WALKER & RHOADS, LLP
        1105 N. Market Street, 15th Floor
        Wilmington, DE 19801
        Telephone: (302) 504-7800
        Facsimile:  (302) 504-7820
        rplacey@mmwr.com
        dwright@mmwr.com

        *Counsel for the Debtors and Debtors in Possession*