IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In re : | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA INC., et al. : | Case No. 14-51720 |
| Debtor. : | Jointly Administered |
| : | |
| : | RE: ECF NO. 1204 |
| : | |

**ORDER GRANTING MOTION TO MODIFY ORDER GRANTING THE DEBTORS' MOTION SEEKING APPROVAL OF SETTLEMENT AGREEMENT WITH NUSTAR SUPPLY & TRADING LLC, NUSTAR ENERGY SERVICES, INC. AND NUSTAR TERMINALS MARINE SERVICES N.V. PURSUANT TO 11 U.S.C. § 363 AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the *Motion to Modify Order Granting the Debtors' Motion Seeking Approval of Settlement Agreement with NuStar Supply & Trading LLC, NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. § 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**") filed by NuStar Supply & Trading LLC ("**NuStar Supply**"), NuStar Energy Services, Inc. ("**NuStar Services**") and NuStar Terminals Marine Services N.V., ("**NuStar Terminals**") (hereinafter, "**NuStar**"), any responses thereto, any evidence presented, and any arguments of counsel, the Court after due deliberation and sufficient cause appearing therefore, finds that cause exists to modify the *Order Granting the Debtors' Motion Seeking Approval of Settlement Agreement with NuStar Supply & Trading LLC, NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. § 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure* ("**Original Order**"), and hereby GRANTS the Motion.  It is therefore

ORDERED that the Motion and all requests for relief therein are GRANTED. It is further,

ORDERED that the Original Order is VACATED and the Court will enter a substitute order in its place.

Dated: December 9, 2015          BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge