**EXHIBIT A**



M/V ZAGORA
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **16. October 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11112** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10958 |
| | DATE OF SUPPLY : 16. October 2014 |
| PORT: SINGAPORE | **DUE DATE** : **14. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 520.921 MT | Fueloil 380-CST 3,5% | 508.00 MT | 264,627.87 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 264,627.87 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | | |
|---|---|---|---|
| **BANK:** | ING Bank N.V. | | **O.W. BUNKER USA INC.** |
| | | | 2603 Augusta Drive |
| | | | Suite 440 |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | USA-TX 77057 Houston |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | |
| | | | Phone: +1 281 946 2300 |
| | SWIFT: INGBNL2A | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  TORM BORNHOLM
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **21. October 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11115** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10973 |
| | DATE OF SUPPLY : 21. October 2014 |
| PORT: BUSAN | **DUE DATE** : **19. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 200.000  MT | 380-CST 1% | 614.00  MT | 122,800.00 |
| 50.000  MT | Gasoil 0,1% | 812.00  MT | 40,600.00 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount   USD | 0.00 |
| Our VAT No.   99-0373556 | | Total   USD | 163,400.00 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | **O.W. BUNKER USA INC.** |
|---|---|---|
| **BANK:** | ING Bank N.V. | 2603 Augusta Drive |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31   USD and all other currencies | Suite 440 |
| | IBAN: NL10 INGB 0651 3696 81   EUR | USA-TX 77057  Houston |
| | SWIFT: INGBNL2A | Phone: +1 281 946 2300 |
| | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  STAR OF NIPPON
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **01. November 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11128** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10979 |
| | DATE OF SUPPLY : 30. October 2014 |
| PORT:  BUSAN | **DUE DATE** : **28. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 220.000  MT | Fueloil 380-CST 3,5% | 519.00  MT | 114,180.00 |
| 125.000  MT | 380-CST 1% | 583.00  MT | 72,875.00 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount  USD | 0.00 |
| Our VAT No.   99-0373556 | | Total  USD | 187,055.00 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:**       ING Bank N.V.

**O.W. BUNKER USA INC.**
2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

**ACCOUNT:**   IBAN: NL26 INGB 0020 1180 31       USD and all other currencies
               IBAN: NL10 INGB 0651 3696 81       EUR

               SWIFT: INGBNL2A

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  MIMOSA
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **15. October 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11108** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10960 |
| | DATE OF SUPPLY : 15. October 2014 |
| PORT: SANTOS | **DUE DATE** : **13. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 449.909  MT | Fueloil 380-CST 3,5% | 525.00  MT | 236,202.23 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount  USD | 0.00 |
| Our VAT No.  99-0373556 | | Total  USD | 236,202.23 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | | |
|---|---|---|---|
| **BANK:** | ING Bank N.V. | | **O.W. BUNKER USA INC.** |
| | | | 2603 Augusta Drive |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | Suite 440 |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | USA-TX 77057  Houston |
| | SWIFT: INGBNL2A | | Phone: +1 281 946 2300 |
| | | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  LOWLANDS MAINE
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **01. November 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11135** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10980 |
| | DATE OF SUPPLY : 30. October 2014 |
| PORT:  BUSAN | **DUE DATE** : **28. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 150.000  MT | Fueloil 380-CST 3,5% | 519.00  MT | 77,850.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 77,850.00 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | | |
|---|---|---|---|
| **BANK:** | ING Bank N.V. | | **O.W. BUNKER USA INC.** |
| | | | 2603 Augusta Drive |
| | | | Suite 440 |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | USA-TX 77057  Houston |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | |
| | | | Phone: +1 281 946 2300 |
| | SWIFT: INGBNL2A | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  KEN CAPE
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **01. November 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11130** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10988 |
| | DATE OF SUPPLY : 29. October 2014 |
| PORT: SINGAPORE | **DUE DATE** : **27. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 428.446  MT | Fueloil 380-CST 3,5% | 462.00  MT | 197,942.05 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount   USD | 0.00 |
| Our VAT No.   99-0373556 | | Total   USD | 197,942.05 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | | |
|---|---|---|---|
| **BANK:** | ING Bank N.V. | | **O.W. BUNKER USA INC.** |
| | | | 2603 Augusta Drive |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | Suite 440 |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | USA-TX 77057  Houston |
| | SWIFT: INGBNL2A | | Phone: +1 281 946 2300 |
| | | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V  BRIDGEGATE
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| Hudson Shipping Lines Inc. | **DATE OF INVOICE** : **17. October 2014** |
| c/o Maritime Brokers and Consultants Inc | |
| 1650 Lake Cook Road | **INVOICE NO** : **190-11118** |
| Deerfield, USA-IL 60015 | |
| United States | ORDER NO. : 190-10948 |
| | DATE OF SUPPLY : 17. October 2014 |
| PORT: PANAMA CANAL | **DUE DATE** : **15. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1,325.047 MT | Fueloil 380-CST 3,5% | 536.00 MT | 710,225.19 |
| 1.000 MT | Barging | 9,645.12 MT | 9,645.12 |
| 1.000 LPS | Surcharge | 750.00 LPS | 750.00 |
| 1.000 LPS | Pollution fee | 4,287.47 LPS | 4,287.47 |
| 1.000 LPS | Pipelinefee | 428.75 MT | 428.75 |
| 1.000 LPS | Overtime | 250.00 LPS | 250.00 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount    USD | 0.00 |
| Our VAT No.    99-0373556 | | Total         USD | 725,586.53 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| | | | |
|---|---|---|---|
| **BANK:** | ING Bank N.V. | | **O.W. BUNKER USA INC.** |
| | | | 2603 Augusta Drive |
| | | | Suite 440 |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | USA-TX 77057  Houston |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | |
| | | | Phone: +1 281 946 2300 |
| | SWIFT: INGBNL2A | | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556