**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 14-51720 (JAM)<br>(Jointly Administered) |

**O.W. BUNKER USA INC. LIQUIDATING TRUST'S**
**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD**

The O.W. Bunker USA Inc. Liquidating Trust (the "OW USA Trust") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, its (i) statement of issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal to the United States District Court for the District of Connecticut from the *Memorandum of Decision: (I) Granting in Part and Denying in Part NuStar's Motion for Summary Judgment; and (II) Denying in Part and Granting in Part OWB USA Trust's Motion for Summary Judgment* [Docket No. 1682] (the "Order") and the *Judgment* [Docket No. 1683] (the "Judgment") issued by the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

**I.      Statement of Issues on Appeal from the Order and Judgment**

1.      Whether the Bankruptcy Court erred in deciding that, under Section 503(b)(9) of the Bankruptcy Code, O.W. Bunker USA Inc. ("OW USA"), received the fuel bunkers at the time when NuStar Energy Services, Inc. ("NuStar Services") and NuStar Terminals Marine Services N.V. ("NuStar Terminals" and together with NuStar Services "NuStar") delivered the fuel bunkers directly to the thirteen marine vessels (the "Vessels")?

2. Whether the Bankruptcy Court erred in deciding that, under Section 503(b)(9) of the Bankruptcy Code, OW USA received the fuel bunkers, notwithstanding that there was no express or implied agreement between OW USA and the Vessels on those transactions where OW USA acted solely as an intermediary supplier?

3. Whether the Bankruptcy Court erred in relying, in part, on the United Kingdom Supply of Goods and Services Act and United Kingdom Supreme Court case *PST Energy 7 Shipping LLC v. OW Bunker Malta Ltd.*, [2016] 2 C.L.C. 1 as rules of decision, instead of giving meaning to the plain language of: (i) Section 503(b)(9) of the Bankruptcy Code, which treats as an administrative expense the value of any goods received by the debtor within 20 days before the date of commencement of a case under the Bankruptcy Code; and (ii) the Uniform Commercial Code's definition of "receipt," which means "taking physical possession" of goods?

4. Whether the Bankruptcy Court erred in concluding that OW USA constructively possessed the fuel bunkers, and therefore received them under section 503(b)(9) of the Bankruptcy Code, based on the OW Bunker Group Terms' "bailment structure," instead of relying on the Uniform Commercial Code, including, *inter alia,* Uniform Commercial Code section 2-401(1), which prohibits the modification of terms governing when title to the fuel bunkers absolutely passed to the Vessels?

5. Whether the Bankruptcy Court erred in concluding that Vessels were OW USA's bailee for purposes of determining if OW USA received the fuel bunkers under section 503(b)(9) of the Bankruptcy Code?

6. Whether the Bankruptcy Court erred in concluding that OW USA had constructive possession of the fuel bunkers notwithstanding the language of Uniform Commercial Code sections 2-702 and 2-705 and Bankruptcy Code sections 526(c) and 503(b)(9)?

7. Whether the Bankruptcy Court erred in concluding that OW USA received the fuel bunkers under section 503(b)(9) of the Bankruptcy Code, notwithstanding that the fuel bunkers were never attorned to OW USA or OW USA's agent?

8. Whether the Bankruptcy Court's decision to allow NuStar's section 503(b)(9) claim for the vessel Global Leader was in error where NuStar did not deliver the bunker fuel to the Global Leader but had itself subcontracted the supply in its entirety to an unrelated third-party bunker supplier?

9. Whether the Bankruptcy Court's decision to allow NuStar's administrative expense claims in the amount of $8,933,243.44 contravenes the public policy under the Bankruptcy Code that provisions granting claims priority must be narrowly construed?

**II.**     **Designation of Record on Appeal**

The OW USA Trust hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein.

|    | **Docket No.** | **Docket Entry Date** | **Docket Description** |
|----|----------------|-----------------------|------------------------|
| 1. | 1106 | 10/28/2015 | NuStar Supply & Trading LLC's Response to Debtors' Objection to (I) NuStar Supply & Trading LLC's Proof of Claim #10 Filed Against O.W. Bunker North America Inc.; (II) NuStar Energy Services, Inc.'s Proof of Claim #5 Filed Against O.W. Bunker USA Inc.; and (III) NuStar Terminals Marine Services N.V. Proof of Claim #6 Filed Against Debtor O.W. Bunker USA Inc. and Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. Sec. 503(b)(9) Filed on behalf of NuStar Supply & Trading LLC, |
| 2. | 1110 | 10/28/2015 | NuStar Terminals Marine Services N.V.'s Response to Debtors Objection to (I) NuStar Supply & Trading LLCs Proof of Claim #10 Filed Against O.W. Bunker North America Inc., (II) NuStar Energy Services, Inc.'s Proof of Claim #5 Filed Against O.W. Bunker USA, Inc., and (III) NuStar Terminals Marine Services N.V. Proof of Claim #6 Filed Against Debtor O.W. Bunker USA Inc. and Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. Sec. 503(b)(9) Filed on behalf of NuStar Terminals Marine Services N.V., Creditor. |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 3. | 1111 | 10/28/2015 | NuStar Energy Services, Inc.'s Response to Debtors Objection to (I) NuStar Supply & Trading LLCs Proof of Claim #10 Filed Against O.W. Bunker North America Inc., (II) NuStar Energy Services, Inc.'s Proof of Claim #5 Filed Against O.W. Bunker USA, Inc., and (III) NuStar Terminals Marine Services N.V. Proof of Claim #6 Filed Against Debtor O.W. Bunker USA Inc. and Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. Sec. 503(b)(9) Filed on behalf of NuStar Energy Services, Inc. |
| 4. | 1133 | 11/09/2019 | Debtor's Motion for Order Authorizing and Approving Settlement Agreement with NuStar Supply and Trading LLC, NuStar Energy Services, Inc., and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. Sections 105 and 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure Filed on behalf of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., O.W. Bunker USA Inc. |
| 5. | 1165 | 11/18/2015 | Order Granting Debtor's Motion for Order Authorizing and Approving Settlement Agreement with NuStar Supply and Trading LLC, NuStar Energy Services, Inc., and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. Sections 105 AND 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure Filed on behalf of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., O.W. Bunker USA Inc. |
| 6. | 1204 | 11/25/2015 | Motion for Modification of Order Granting the Debtors' Motion Seeking Approval of Settlement Agreement with NuStar Pursuant to 11 U.S.C. section 363 and Rule 9019 of the Federal Rules of Bankruptcy Procedure Filed on behalf of NuStar Terminals Marine Services N.V., NuStar Energy Services, Inc., NuStar Supply & Trading LLC, Creditors. |
| 7. | 1228 | 12/08/2015 | Amended Order on the Debtors' Motion Seeking Approval of Settlement Agreement with NuStar Supply and Trading LLC, NuStar Energy Services, Inc., and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. section 363 and Rule 9019 f the Federal Rules of Bankruptcy Procedure Filed on behalf of NuStar Terminals Marine Services N.V., NuStar Energy Services, Inc., NuStar Supply & Trading LLC Creditors |
| 8. | 1270 | 12/14/2015 | Amended Order on the Debtors' Motion Seeking Approval of Settlement Agreement With NuStar Supply And Trading LLC, NuStar Energy Services, Inc., and NuStar Terminals Marine Services N.V. Pursuant to 11 U.S.C. 363 And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure |
| 9. | 1523 | 4/24/2017 | Local Rule 56(a)(1) Statement of Each Material Fact as to Which the Parties Stipulate and Agree That There is No Genuine Issue to be Tried Concerning (I) NuStar Energy Service, Inc.'s Section |

|     | Docket No. | Docket Entry Date | Docket Description |
| --- | --- | --- | --- |
|     |     |     | 503(b)(9) Claims and (II) NuStar Terminals Marine Services N.V.'s Section 503(b)(9) Claim. |
| 10. | 1530 | 5/22/2017 | Motion for Summary Judgment and Brief in Support Filed by NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V. in Connection with the NuStar § 503(b)(9) Proceedings |
| 11. | 1531 | 5/22/2017 | NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s: Supplemental Local Rule 56(a)(1) Statement of Each Material Fact as to Which There is No Genuine Issue to be Tried Concerning (I) NuStar Energy Services, Inc.'s §503(b)(9) Claims and (II) NuStar Terminals Marine Services N.V.'s §503(b)(9) Claim |
| 12. | 1534 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 13. | 1535 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Memorandum of Law in Support of Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 14. | 1536 | 5/22/2017 | Declaration of Hamish Allanson in Support of O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 15. | 1537 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Statements of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 16. | 1557 | 6/12/2017 | NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s: Second Supplemental Local Rule 56(a)(1) Statement of Each Material Fact as to Which There is No Genuine Issue to be Tried Concerning (I) NuStar Energy Services, Inc.'s §503(B)(9) Claims and (II) NuStar Terminals Marine Services N.V.'s §503(b)(9) Claim |
| 17. | 1558 | 6/12/2017 | NuStar's Response to: O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V.'s |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | Asserted 11 § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims [Dkt. 1534]; and O.W. Bunker USA Inc. Liquidating Trust's Memorandum of Law in Support of Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V.'s Asserted 11 § 503(b)(9) Administrative Expenses as Non- Priority General Unsecured Claims [Dkt. 1535] |
| 18. | 1559 | 6/12/2017 | NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Local Rule 56(a)(2) Statement Concerning O.W. Bunker USA Inc. Liquidating Trust's Statement of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 19. | 1562 | 6/12/2017 | Correction to O.W. Bunker USA Inc. Liquidating Trust's Statements of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 20. | 1563 | 6/12/2017 | O.W. Bunker USA Inc. Liquidating Trust's Memorandum of Law in Opposition to Motion for Summary Judgment and Brief in Support Filed by NuStar Energy Services, Inc. and NuStar Terminals Marine Service N.V. in Connection with the NuStar Section 503(b)(9) Proceedings |
| 21. | 1564 | 6/12/2017 | O.W. Bunker USA Inc. Liquidating Trust's Local Rule 56(a)(2) Statement of Facts in Opposition to NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s: Supplemental Local Rule 56(a)(1) Statement of Each Material Fact as to Which There is No Genuine Issue to be Tried Concerning (I) NuStar Energy Services, Inc.'s Section 503(b)(9) Claims and (II) NuStar Terminals Marine Services N.V.'s Section 503(b)(9) Claim |
| 22. | 1577 | 6/26/2017 | NuStar Energy Services, Inc.'s And NuStar Terminals Marine Services N.V.'S First Amended Local Rule 56(a)(2) Statement Concerning O.W. Bunker USA Inc. Liquidating Trust's Statement Of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to Correction to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s And NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |

| | **Docket No.** | **Docket Entry Date** | **Docket Description** |
|---|---|---|---|
| 23. | 1578 | 6/26/2017 | NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Reply to: O.W. Bunker USA Inc. Liquidating Trust's Memorandum of Law in Opposition to Motion for Summary Judgment and Brief in Support Filed by NuStar Energy Services, Inc. and NuStar Terminals Marine Service N.V. in Connection with the NuStar § 503(b)(9) Proceedings |
| 24. | 1580 | 6/26/2017 | Reply of O.W. Bunker USA Inc. Liquidating Trust in Support of its Motion for Summary Judgment Recharacterizing NuStar Energy Services, Inc.'s and NuStar Terminals Marine Services N.V.'s Asserted 11 U.S.C. §503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 25. | 1587 | 7/28/2017 | Letter Regarding Supplemental Authority Relating to Section 503(b)(9) Claim Briefing |
| 26. | 1588 | 8/9/2017 | Letter in Response to Doc. No. 1587 |
| 27. | 1592 | 8/18/201 | Letter in Response to Doc. No. 1588 |
| 28. | 1632 | 8/23/2018 | Letter Regarding Motions for Summary Judgment |
| 29. | 1682 | 8/19/2019 | Memorandum of Decision: (i) Granting in Part and Denying in Part NuStar's Motion for Summary Judgment; and (ii) Denying in Part and Granting in Part OWB USA Trust's Motion for Summary Judgment |
| 30. | 1683 | 8/19/2019 | Judgment |
| 31. | 1699 | 9/3/2019 | Notice of Appeal |

Dated: September 17, 2019

Respectfully submitted,

ROBINSON & COLE LLP

*/s/ Patrick M. Birney*
Michael R. Enright, Esq. (ct10286)
Patrick M. Birney, Esq. (ct19875)
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: (860) 275-8299
menright@rc.com
pbirney@rc.com

-and-

Natalie D. Ramsey, Esquire
    (admitted *pro hac vice*)
Davis Lee Wright, Esquire (ct30344)

        Robinson & Cole LLP
        1000 N. West Street, Suite 1200
        Wilmington, Delaware 19801
        Telephone: (302) 516-1703
        nramsey@rc.com
        dwright@rc.com

        *Counsel for the O.W. Bunker USA Inc.*
        *Liquidating Trust*

-9-

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2019, a copy of foregoing *Statement of Issues on Appeal and Designation of Record* was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      */s/ Patrick M. Birney*
      ROBINSON & COLE LLP
      Patrick M. Birney, Esq. (ct19875)
      280 Trumbull Street
      Hartford, Connecticut 06103
      Telephone: (860) 275-8299
      pbirney@rc.com

      *Counsel for the O.W. Bunker USA Inc. Liquidating Trust*