**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*, | Case No. 14-51720 (JAM) (Jointly Administered) |
| Debtors. | Docket Nos. 1684 and 1685 |

**O.W. BUNKER USA INC. LIQUIDATING TRUST'S**
**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD**
**REGARDING MEMORANDUM OF DECISION GRANTING**
**DOLPHIN MARINE FUEL LLC'S MOTION FOR SUMMARY JUDGMENT AND**
**DENYING OWB USA TRUST'S MOTION FOR SUMMARY JUDGMENT**

The O.W. Bunker USA Inc. Liquidating Trust (the "OW USA Trust") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, its (i) statement of issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal to the United States District Court for the District of Connecticut from the *Memorandum of Decision Granting Dolphin Marine Fuel LLC's Motion for Summary Judgment and Denying OWB USA Trust's Motion for Summary Judgment* [Docket No. 1684] (the "Order") and the *Judgment* [Docket No. 1685] (the "Judgment") issued by the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

**I.    Statement of Issues on Appeal from the Order and Judgment**

1.    Whether the Bankruptcy Court erred in deciding that, under Section 503(b)(9) of the Bankruptcy Code, O.W. Bunker USA Inc. ("OW USA"), received the fuel bunkers at the time when Dolphin Marine Fuel LLC ("Dolphin") delivered the fuel bunkers directly to the vessel (the "Vessel")?

2. Whether the Bankruptcy Court erred in deciding that, under Section 503(b)(9) of the Bankruptcy Code, OW USA received the fuel bunkers, notwithstanding that there was no express or implied agreement between OW USA and the Vessel and OW USA acted solely as an intermediary supplier?

3. Whether the Bankruptcy Court erred in relying, in part, on the United Kingdom Supply of Goods and Services Act and United Kingdom Supreme Court case *PST Energy 7 Shipping LLC v. OW Bunker Malta Ltd.*, [2016] 2 C.L.C. 1 as rules of decision, instead of giving meaning to the plain language of: (i) Section 503(b)(9) of the Bankruptcy Code, which treats as an administrative expense the value of any goods received by the debtor within 20 days before the date of commencement of a case under the Bankruptcy Code; and (ii) the Uniform Commercial Code's definition of "receipt," which means "taking physical possession" of goods?

4. Whether the Bankruptcy Court erred in concluding that OW USA constructively possessed the fuel bunkers, and therefore received them under section 503(b)(9) of the Bankruptcy Code, based on the OW Bunker Group Terms' "bailment structure," instead of relying on the Uniform Commercial Code, including, *inter alia,* Uniform Commercial Code section 2-401(1), which prohibits the modification of terms governing when title to the fuel bunkers absolutely passed to the Vessel?

5. Whether the Bankruptcy Court erred in concluding that Vessel was OW USA's bailee for purposes of determining if OW USA received the fuel bunkers under section 503(b)(9) of the Bankruptcy Code?

6. Whether the Bankruptcy Court erred in concluding that OW USA had constructive possession of the fuel bunkers notwithstanding the language of Uniform Commercial Code sections 2-702 and 2-705 and Bankruptcy Code sections 546(c) and 503(b)(9)?

7. Whether the Bankruptcy Court erred in concluding that OW USA received the fuel bunkers under section 503(b)(9) of the Bankruptcy Code, notwithstanding that the fuel bunkers were never attorned to OW USA or OW USA's agent?

8. Whether the Bankruptcy Court's decision to allow Dolphin's administrative expense claim in the amount of $82,165.30 contravenes the public policy under the Bankruptcy Code that provisions granting claims priority must be narrowly construed?

## II.     Designation of Record on Appeal

The OW USA Trust hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein.

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
|  | **Bankruptcy Case Number 14-51720 (JAM)** |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1. | 775 | 08/06/2015 | Application for Administrative Expenses to be Paid to Dolphin Marine Fuels, LLC |
| 2. | 827 | 08/20/2015 | Objection to Dolphin Marine Fuels, LLC Section 503(b)(9) Request Filed on behalf of O.W. Bunker Holding North America Inc. |
| 3. | 837 | 08/20/2015 | Objection to Dolphin Marine Fuels, LLC Section 503(b)(9) Request Filed by the Official Committee of Unsecured Creditors Creditor Committee of O.W. Bunker Holding North America Inc. |
| 4. | 943 | 09/21/2015 | Response and Reply Supporting § 503(b)(9) Claim and Opposing/Replying to Debtors' and Committee's Objections Filed on behalf of Dolphin Marine Fuels, LLC Creditor |
| 5. | 978 | 09/28/2019 | Reply on behalf of O.W. Bunker Holding North America Inc., O.W. Bunker North America Inc., O.W. Bunker USA Inc. Response and Reply Supporting § 503(b)(9) Filed on behalf of Dolphin Marine Fuels, LLC |
| 6. | 1068 | 10/22/2015 | Debtors' Witness List and Exhibit List related to Objection to (I) Request by Dolphin Marine Fuels, LLC for Allowance and Reimbursement of 11 U.S.C. § 503(b)(9) Administrative Expenses and (II) Dolphin Marine Fuels, LLC's Proof of Claim #12 |
| 7. | 1070 | 10/22/2015 | Exhibits List filed on behalf of Dolphin Marine Fuels, LLC related to the Allowance and Reimbursement of 11 U.S.C. § 503(b)(9) Administrative Expenses |
| 8. | 1071 | 10/22/2015 | Witness List filed on behalf of Dolphin Marine Fuels, LLC related to the Allowance and Reimbursement of 11 U.S.C. § 503(b)(9) Administrative Expenses |

| 9. | 1080 | 10/23/2015 | Statements of Facts - Pretrial Memorandum, on Dolphin Marine's 503(b) Claims Filed on behalf of Dolphin Marine Fuels, LLC |
| --- | --- | --- | --- |
| 10. | 1145 | 11/13/2015 | Motion for Summary Judgment Filed on behalf of Dolphin Marine Fuels, LLC |
| 11. | 1146 | 11/13/2015 | Affidavit of Alfred Canal Filed on behalf of Dolphin Marine Fuels, LLC |
| 12. | 1097 | 10/27/2015 | Agreed Stipulated Facts Concerning Dolphin Marine Fuels, LLC's 503(b)(9) Claims |
| 13. | 1524 | 4/24/2017 | Supplemental Stipulated Facts Concerning Dolphin Marine Fuels, LLC's 503(b)(9) Claims |
| 14. | 1532 | 5/22/2017 | Dolphin Marine Fuels LLC's Motion for Summary Judgment and Brief in Support |
| 15. | 1539 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels, LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 16. | 1540 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Memorandum of Law in Support of Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels, LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses As Non-Priority General Unsecured Claims |
| 17. | 1541 | 5/22/2017 | Declaration of Hamish Allanson In Support of O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels, LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 18. | 1542 | 5/22/2017 | O.W. Bunker USA Inc. Liquidating Trust's Statements of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels, LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 19. | 1549 | 5/23/2017 | CORRECTED O.W. Bunker USA Inc. Liquidating Trust's Statements of Material Facts Pursuant to D. Conn. L. Civ. R. 56(a)(1) Related to O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels, LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 20. | 1561 | 6/12/2017 | Dolphin Marine Fuels LLC's Response Opposing O.W. Bunker USA Inc. Liquidating Trust's Motion for Summary Judgment Recharacterizing Dolphin Marine Fuels LLC's 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 21. | 1565 | 6/12/2017 | O.W. Bunker USA Inc. Liquidating Trust's Omnibus Memorandum of Law in Opposition to Motions for Summary Judgment and Briefs in Support Filed by Dolphin Marine Fuels, |

|     |       |           |                                                                                                                                                                                                                                                   |
| --- | ----- | --------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |       |           | LLC and O'Rourke Marine Services, L.P., L.L.P.                                                                                                                                                                                                    |
| 22. | 1579  | 6/26/2017 | Dolphin Marine Fuels LLC's and O'Rourke Marine Services, L.P., L.L.P.'s Omnibus Reply Memorandum Supporting Their Respective Motions for Summary Judgment                                                                                         |
| 23. | 1581  | 6/26/2017 | Omnibus Reply of O.W. Bunker USA Inc. Liquidating Trust in Support of its Motions for Summary Judgment Recharacterizing Dolphin Marine Fuel, LLC's and O'Rourke Marine Services, L.P., L.L.P.'s Asserted 11 U.S.C. §503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims |
| 24. | 1587  | 7/28/2017 | Letter Regarding Supplemental Authority Relating to Section 503(b)(9) Claim Briefing                                                                                                                                                              |
| 25. | 1588  | 8/9/2017  | Letter in Response to Doc. No. 1587                                                                                                                                                                                                               |
| 26. | 1592  | 8/18/201  | Letter in Response to Doc. No. 1588                                                                                                                                                                                                               |
| 27. | 1632  | 8/23/2018 | Letter Regarding Motions for Summary Judgment                                                                                                                                                                                                     |
| 28. | 1684  | 8/19/2019 | Memorandum of Decision Granting Dolphin's Motion for Summary Judgment and Denying OWB USA Trust's Motion for Summary Judgment                                                                                                                     |
| 29. | 1685  | 8/19/2019 | Judgment                                                                                                                                                                                                                                          |
| 30. | 1700  | 9/3/2019  | Notice of Appeal                                                                                                                                                                                                                                  |
| **Bankruptcy Case Number 14-51722 (JAM)** ||||
|     | **Docket No.** | **Docket Entry Date** | **Docket Description**                                                                                                                                                                                                           |
| 31. | Claim Docket No 12-1 | 03/16/2015 | Claim filed by Dolphin Marine Fuels LLC                                                                                                                                                                                    |
| 32. | 50    | 08/20/2015 | Objection to Claim 12 of Dolphin Marine Fuels, LLC Regarding Section 503(b)(9) Priority Filed by O.W. Bunker USA Inc.                                                                                                                           |
| 33. | 57    | 8/20/2015  | Objection to Claim 12 Pursuant to 11 U.S.C. § 503(B)(9) Filed by The Official Committee of Unsecured Creditors of O.W. Bunker USA Inc.                                                                                                          |

[*Remainder of Page Intentionally Blank*]

-6-

Dated: September 17, 2019                    Respectfully submitted,

ROBINSON & COLE LLP

*/s/ Patrick M. Birney*
Michael R. Enright, Esq. (ct10286)
Patrick M. Birney, Esq. (ct19875)
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: (860) 275-8299
menright@rc.com
pbirney@rc.com

-and-

Natalie D. Ramsey, Esquire
   (admitted *pro hac vice*)
Davis Lee Wright, Esquire (ct30344)
Robinson & Cole LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 516-1703
nramsey@rc.com
dwright@rc.com

*Counsel for the O.W. Bunker USA Inc. Liquidating Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2019, a copy of foregoing *Statement of Issues on Appeal and Designation of Record* was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      */s/ Patrick M. Birney*
      ROBINSON & COLE LLP
      Patrick M. Birney, Esq. (ct19875)
      280 Trumbull Street
      Hartford, Connecticut 06103
      Telephone: (860) 275-8299
      pbirney@rc.com

      *Counsel for the O.W. Bunker USA Inc.*
      *Liquidating Trust*