**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In re** | **:** | |
| | **:** | |
| **O.W. BUNKER HOLDING NORTH** | **:** | **19-cv-1367 (JAM)** |
| **AMERICA, INC., et al.,**[1] | **:** | |
| | **:** | |
| **Debtors/Appellants/** | **:** | |

**STIPULATED NOTICE OF DISMISSAL**

The parties, through their undersigned attorneys, having resolved this action pursuant to a

confidential agreement, hereby agree to dismiss the Notice of Appeal filed by O.W. Bunker USA

Inc. Liquidating Trust on September 3, 2019 (Docket No. 1; docketed 9/4/2019) with prejudice

in accordance with Rule 8023 of the Federal Rules of Bankruptcy Procedure.

The parties further stipulate that each party shall bear its own costs and attorneys' fees.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556).  The Debtors' address is: Kelly Beaudin Conlan, Trustee, O.W. Bunker USA Inc. Liquidating Trust, c/o Duff & Phelps, LLC, 55 East 52nd Street 31st Floor, New York NY 10055 USA.

Dated: October 2, 2019

ROBINSON & COLE LLP                          SIMMS SHOWERS LLP

Michael R. Enright (ct10286)                  /s/ J. Stephen Simms
Patrick M. Birney (ct19875)                  J. Stephen Simms
280 Trumbull Street                          201 International Circle
Hartford, CT  06103                          Baltimore, Maryland 21030
Telephone: (860) 275-8299                    jssimms@simmsshowers.com
menright@rc.com                              Telephone:    (410) 783-5795
pbirney@rc.com                               Facsimile:    (410) 510-1789

and                                          *Attorney for Dolphin Marine Fuels LLC*

 /s/ Davis Lee Wright
Natalie D. Ramsey (admitted pro hac vice)
Davis Lee Wright (ct30344)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 516-1703
nramsey@rc.com
dwright@rc.com

*Attorneys for O.W. Bunker USA Inc.*
*Liquidating Trust, Appellant*

### CERTIFICATE OF SERVICE

I certify that on October 2, 2019, a true and correct copy of the above and foregoing has

been served via electronic mail and the Court's CM/ECF Document Filing System upon the

follow registered CM/ECF users:

J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, MD 21030
jssimms@simmsshowers.com

                                        */s/ Davis Lee Wright*
                                        Davis Lee Wright (ct30344)
                                        1000 N. West Street, Suite 1200
                                        Wilmington, DE  19801
                                        Telephone: (302) 516-1703
                                        dwright@rc.com