UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:    O.W. Bunker USA, Inc. | } | CASE NUMBER: 14-51722 |
| | I | JOINTLY ADMINISTERED |
| | I | |
| | I | JUDGE: Julie MANNING |
| | I | |
| DEBTORS. | I | CHAPTER 11 |

DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM    September 1, 2019    TO    September 30, 2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    October 21, 2019                                    */s/ Michael R. Enright*
                                                                                    Attorney for Debtor

Debtor's Address                                                  Attorney's Address
and Phone Number:                                              and Phone Number:
Alvarez & Marsal                                                    Robinson & Cole LLP
600 Madison Ave, 7th floor                                    Attn: Natalie D. Ramsey and Davis Lee Wright
New York, NY 10022                                              1000 N. West Street, Suite 1200
Tel. (212) 763-9540                                                Wilmington, DE 19801
                                                                              Tel. 302-295-5041
                                                                              *and*
                                                                              Michael R. Enright
                                                                              280 Trumbull Street
                                                                              Hartford, CT 06103
                                                                              Tel. (860) 275-8290

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                      **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1  Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2  Are any post-confirmation sales or payroll taxes past due? | | X |
| 3  Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4  Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2  Are all premium payments current? | X | |

` *If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto Policy - Hanover Insurance Group | Jan '16-Jan '17 | $527.20, annual | $0 |
| Errors & Omissions policy - XL Specialty Insurance Co. | Nov '18-Nov '19 | $70,000, annual | $0 |
| Errors & Omissions policy (2nd layer) - Ironshore Insurance Co. | Nov '18-Nov '19 | $46,500, annual | $0 |
| General Liability policy - Covington Specialty Insurance | Oct '18-Oct '19 | $905, annual | $0 |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
N/A

Estimated Date of Filing the Application for Final Decree:          N/A

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21st day of October, 2019                                                                 */s/ Hamish Allanson*
                                                                                                        Debtor's Signature

**MONTHLY OPERATING REPORT -**                                                     **ATTACHMENT NO. 2**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | O.W. Bunker USA, Inc. |
| Case Number: | 14-51722 |
| Date of Plan Confirmation: | Dec 15, 2015 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| 1 | CASH (Beginning of Period) | $ 14,033,692.26 | $ 14,127,995.64 | $ 9,265,968.73 |
| | INCOME or RECEIPTS during the Period | 743.96 | 2,281.30 | 11,078,617.41 |
| 3 | DISBURSEMENTS | | | |
| a. | Operating Expenses (Fees/Taxes): | - | - | - |
| (i) | U.S. Trustee Quarterly Fees | - | - | (54,575.00) |
| (ii) | Federal Taxes | - | - | - |
| (iii) | State Taxes | - | - | - |
| (iv) | Other Taxes | - | - | - |
| b. | All Other Operating Expenses: | - | - | (175,848.54) |
| c. | Plan Payments: | | | |
| (i) | Administrative Claims | (43,937.93) | (139,778.65) | (6,104,492.71) |
| (ii) | Class One | - | - | (19,171.60) |
| (iii) | Class Two | - | - | - |
| (iv) | Class Three | - | - | - |
| (v) | Class Four | - | - | - |
| (vi) | Class Five | - | - | - |
| (vii) | Class Six | - | - | - |
| (viii) | Class Seven | - | - | - |
| (ix) | Class Eight | - | - | - |
| (x) | Class Nine | - | - | - |
| (xi) | Class Ten | - | - | - |
| | Total Disbursements (Operating & Plan) | (43,937.93) | (139,778.65) | (6,354,087.85) |
| 1 | CASH (End of Period) | 13,990,498.29 | 13,990,498.29 | 13,990,498.29 |

**MONTHLY OPERATING REPORT -**                        **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo |
| Account Number: | XXXXXX8234 | XXXXXX3874 | XXXXXX2329 | XXXXXX9377 | XXXXXX3508 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Checking | Savings | Checking | Savings | Savings |
| 1. Balance per Bank Statement | - | - | 4,938,513.92 | - | 9,051,984.37 |
| 2. ADD: Deposits not credited | - | - | - | - | - |
| ` | - | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. Month End Balance (Must Agree with Books) | - | - | 4,938,513.92 | - | 9,051,984.37 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                                                  **ATTACHMENT NO. 4**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | XXXXXX8234, XXXXXX3874, XXXXXX2329, XXXXXX9377, XXXXXX3508 |
| Purpose of Account (Operating/Payroll/Personal) | Operating, Operating |
| Type of Account (e.g., Checking) | Checking, Savings |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 9/24/2019 | PBGG | Admin | $ (8,271.70) |
| | 9/24/2019 | Robinson & Cole | Admin | $ (23,670.00) |
| | 9/24/2019 | MMWR | Admin | $ (11,996.23) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | **$ (43,937.93)** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |