UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | CHAPTER 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., *et al*,[1] | Case No. 14-51720 (JAM) |
| Debtors. | Jointly Administered |

**UNITED STATES TRUSTEE'S MOTION FOR AN ORDER COMPELLING THE LIQUIDATING TRUSTS TO FILE MONTHLY OPERATING REPORTS, PAY CHAPTER 11 QUARTERLY FEES, AND FOR A STATUS REPORT AND SETTING A DATE FOR THE FILING OF APPLICATIONS FOR FINAL DECREE**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), through counsel, hereby respectfully moves, pursuant to 11 U.S.C. § 1112(b), for an order compelling the Liquidating Trusts (defined *infra*) administering the Plan (defined *infra*) of the Remaining Debtors[1] to fulfill the chapter 11 obligations to file post-confirmation quarterly operating reports ("PCRs"), pay quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6) plus interest accrued pursuant to 31 U.S.C. § 3717 (the "Chapter 11 Quarterly Fees"), provide a status report about the progress of the work being done by the Liquidating Trusts through the Liquidating Trustee (defined *infra*), and setting a date for the Liquidating Trustee to file applications for final decree in the cases of the Remaining Debtors. In support thereof, the United States Trustee respectfully states as follows:

**I.     BACKGROUND**

1.     On November 13, 2014, O.W. Bunker Holding North America Inc. ("OW Holding"), O.W. Bunker USA Inc. ("OW USA"), and O.W. Bunker North America, Inc. (collectively, the "Debtors") commenced their chapter 11 cases.

---

[1] The debtors with open cases are: O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556) (collectively "Remaining Debtors").

1

2.     On November 19, 2014, the Court entered an order directing that the Debtors' cases be jointly administered.  ECF 52.

3.     On November 26, 2014, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee").  ECF 89.

4.     On December 15, 2015, the Court entered an order confirming the Debtors' First Modified Liquidation Plans (ECF 1171) ("Plan").  ECF 1279.  Pursuant to the Plan, liquidating trusts were formed (collectively "Liquidating Trusts") and Kelly Beaudin Stapleton is the liquidating trustee ("Liquidating Trustee").

5.     Section D of Article II of the Plan requires the Liquidating Trusts to file post-confirmation reports (now known as PCRs) and pay Chapter 11 Quarterly Fees. ECF 1171 at page 25.

6.     On March 18, 2019, the Court entered a final decree in the case of debtor O.W. Bunker North America, Inc. (14-51721). ECF 1663.

7.     As of today, both of the Remaining Debtors do not have a pending application for a final decree.

8.     As of today, the Liquidating Trust has outstanding obligations to file PCRs for the cases of the Remaining Debtors.  For OW Holding (14-51720), the PCR for the quarter ending June 2021 and the PCR for the quarter ending September 2021 have not been filed and are overdue.  The PCRs for the quarter ending December 2021 for both Remaining Debtors are due by January 21, 2022.

9.     As of today, the Liquidating Trusts have outstanding obligations to pay Chapter 11 Quarterly Fees in the cases of the Remaining Debtors.  Through the fourth quarter 2021, OW Holding (14-51720) owes an estimated $250.31.  This amount could increase once the missing

PCRs and the fourth quarter 2021 PCR are filed. Through the fourth quarter 2021, OW USA (14-51722) owes an estimated $466.53. This amount could increase once the fourth quarter 2021 PCR is filed.

## II.    RELIEF REQUESTED

### A.  PCRs

The United States Trustee seeks an order compelling the Liquidating Trustee to file all outstanding PCRs for the cases of the Remaining Debtors and to timely file all future PCRs. A chapter 11 debtor's statutory obligation to file operating reports is founded upon a combination of sections of the Bankruptcy Code, namely Sections 1106, 1107 and 704(a)(8). *In re Kholyavka*, 2008 WL 3887653, * 3 (Bankr. E.D. Pa. Aug. 20, 2008). Under Section 1107, a "debtor in possession shall have all rights . . . and perform all the functions and duties . . . of a trustee serving in a case in [] Chapter [11]." 11 U.S.C. § 1107. Pursuant to Section 1106(a), "a trustee shall – perform the duties of a trustee, as specified in paragraphs (2), (5), (7), (8), (9), (10), (11) and (12) of section 704." 11 U.S.C. § 1106(a). Section 704(a)(8) provides that

> the trustee shall -- if the business of the debtor is authorized to be operated, file with the court, with the United States trustee, and with any governmental unit charged with responsibility for collection or determination of any tax arising out of such operation, periodic reports and summaries of the operation of such business, including a statement of receipts and disbursements, and such other information as the United States trustee or the court requires.

11 U.S.C. § 704(a)(8); Fed. R. Bankr. P. 2015; *see also* United States Trustee Operating Guidelines and Reporting Requirements for Debtor in Possession and Trustees. Under 11 U.S.C. § 1112(b)(4)(F), a chapter 11 case must be dismissed or converted for any "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter."

3

For these reasons, the failure to file operating reports constitutes cause to convert or dismiss a chapter 11 case under Section 1112(b). *Vega v. United States Trustee (In re Vega)*, 2014 WL 4843698, *2 at fn 2 (D. Conn. September 29, 2014, Chatigny, J.) ("Courts have consistently held that the failure to file monthly reports or to pay quarterly fees constitutes cause under §1112"); *In re Milford Connecticut Associates, L.P.*, 389 B.R. 303, 308 (Bankr. D. Conn. 2008, Dabrowski, J.) (failure to file operating reports constitutes "cause" justifying conversion), *aff'd*, 404 B.R. 699 (D. Conn. 2009); *In re All Denominational New Church*, 268 B.R. 536, 538 (B.A.P. 8th Cir. 2001) (failure to file operating reports undermines the bankruptcy process and warrants conversion or dismissal under Section 1112(b)) (citing *First Nat'l Bank v. Kerr (In re Kerr)*, 908 F.2d 400, 404 (8th Cir. 1990)). The Court should not allow a pattern of untimely filing of operating reports; otherwise, a debtor "could always conveniently argue that all operating reports had been filed." *Matter of Whitehurst*, 198 B.R. 981, 983 at fn.11 (Bankr. N.D. Ala. 1996). "Neither the court nor creditors should have to coerce or implore the debtor into fulfilling the obligations imposed upon it." *Matter of Berryhill*, 127 B.R. at 433.

As noted *infra*, Section D of Article II of the Plan requires the Liquidating Trusts to file the PCRs for the cases of the Remaining Debtors and there are outstanding PCRs that need to be filed. For OW Holding (14-51720), the PCR for the quarter ending June 2021 and the PCR for the quarter ending September 2021 have not been filed and are overdue. The PCRs for the quarter ending December 2021 for both Remaining Debtors are due by January 21, 2022. The United States Trustee seeks an order compelling the Liquidating Trusts to file all outstanding PCRs within ten (10) days of the entry of an order on this motion, and to timely file all future PCRs.

### B. Chapter 11 Quarterly Fees

All Chapter 11 debtors-in-possession and Chapter 11 trustees are required to pay Chapter 11 Quarterly Fees for each and every calendar quarter, including any fraction thereof, in which the debtor's or debtor-in-possession's bankruptcy case remains in Chapter 11 and is not closed, converted or dismissed. *See In re Aquatic Development Group, Inc.*, 352 F.3d 671 (2d Cir. 2003) (discussing generally the obligation to pay Chapter 11 Quarterly Fees)*; see also* 28 U.S.C. § 1930(a)(6) (all Chapter 11 debtors-in-possession and Chapter 11 trustees are required to pay Chapter 11 Quarterly Fees for each and every calendar quarter, including any fraction thereof, in which the debtor's or debtor-in-possession's bankruptcy case remains in Chapter 11 and is not closed, converted or dismissed). "The fee shall be payable on the last day of the calendar month following the calendar quarter for which the fee is owed." 28 U.S.C. § 1930(a)(6). Under Section 1112(b)(4)(K), the "failure to pay any fees or charges required under chapter 123 of title 28" is cause for conversion to chapter 7 or dismissal. *Vega v. United States Trustee,* 2014 WL 4843698, *2 at fn 2 ("Courts have consistently held that the failure to file monthly reports or to pay quarterly fees constitutes cause under §1112").

Section D of Article II of the Plan requires the Liquidating Trusts to pay all required post-confirmation Chapter 11 Quarterly Fees. Through the fourth quarter 2021, OW Holding (14-51720) owes an estimated $250.31. This amount could increase once the missing PCRs and the fourth quarter 2021 PCR are filed. Through the fourth quarter 2021, OW USA (14-51722) owes an estimated $466.53. This amount could increase once the fourth quarter 2021 PCR is filed. The United States Trustee seeks an order compelling the Liquidating Trusts to pay all Chapter 11 Quarterly Fees due through the fourth quarter of 2021 within fourteen (14) days of the entry of an order on this motion, and to timely file pay all future Chapter 11 Quarterly Fees.

**C.    Request for Status Report and Request to Set Date for Applications for Final Decree**

The United States Trustee notes that six years have now passed since the entry the order confirming the Plan and the third anniversary of the entry of the final decree for debtor O.W. Bunker North America, Inc. (14-51721) is coming up in March 2022. As such, a status report which explains the work of the Liquidating Trustee done to date, as well as the work yet to be done, would be informative to the Court, the United States Trustee, and others. The United States Trustee seeks an order requiring the Liquidating Trustee to file a status report within fourteen (14) days of the entry of an order on this motion. Additionally, the United States Trustee seeks to have a date set for the Liquidating Trustee to file applications for final decree in the cases of the Remaining Debtors. The United States Trustee does not suggest a particular date, and instead leaves it to the Liquidating Trustee to propose one.

### IV.    CONCLUSION

WHEREFORE, for the foregoing reasons, the United States Trustee seeks the entry of an order requiring the Liquidating Trusts, through the Liquidating Trustee, to: (a) file all outstanding PCRs, (b) timely file future PCRs, (c) pay all outstanding Chapter 11 Quarterly Fees, (d) timely pay future Chapter 11 Quarterly Fees, and (e) file a status report regarding the progress of the Liquidating Trusts. The United States Trustee also seeks an order setting a date

for the Liquidating Trustee to file applications for final decree in the cases of the Remaining Debtors.

Dated: New Haven, Connecticut
      January 11, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn
Holley L. Claiborn
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building, Room 302
150 Court Street
New Haven, CT 06510
Holley.L.Claiborn@usdoj.gov
(203) 773-2210
Federal Bar No.: ct17216 (Connecticut)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | CHAPTER 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., *et al*,[2] | Case No. 14-51720 (JAM) |
| Debtors. | Jointly Administered |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR AN ORDER COMPELLING THE LIQUIDATING TRUSTS TO FILE MONTHLY OPERATING REPORTS, PAY CHAPTER 11 QUARTERLY FEES, AND FOR A STATUS REPORT AND SETTING A DATE FOR THE FILING OF APPLICATIONS FOR FINAL DECREE

The United States Trustee, through counsel, having filed a motion pursuant to 11 U.S.C. § 1112(b) ("Motion") for an order compelling the Liquidating Trusts (as defined in the motion) of O.W. Bunker Holding North America Inc. (14-51720) ("OW Holding") and debtor O.W. Bunker USA Inc. (14-51722) ("OW USA"), through the Liquidating Trustee (as defined in the motion) to: (a) file all outstanding post-confirmation quarterly operating reports ("PCRs"), (b) timely file future PCRs, (c) pay all outstanding pay quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6) plus interest accrued pursuant to 31 U.S.C. § 3717 (the "Chapter 11 Quarterly Fees"), (d) timely pay future Chapter 11 Quarterly Fees, (e) file a status report regarding the progress of the Liquidating Trusts, and (f) to set a deadline for the Liquidating Trustee to file applications for final decree for the cases of debtor OW Holding (14-51720) and debtor OW USA (14-51722), and counsel for the Liquidating Trusts having been served with the Motion on January 11, 2022 via CM/ECF with a Notice of Contested Matter Response Date containing a response date of

---

[2] The debtors with open cases are: O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556).

January 25, 2022, and no objection having been filed, and the Court having found cause to grant the Motion, it is hereby

**ORDERED** that the Liquidating Trustee shall, on or before _____, 2022, file the following PCRs for the Liquidating Trusts of OW Holding (14-51720) and OW USA (14-51722) on the respective dockets in each case: (a) PCRs for OW Holding (14-51720) for the quarter ending June 2021 and the period ending September 2021; and (b) PCRs for the quarter ending December 2021 for OW Holding (14-51720) and OW USA (14-51722); it is further

**ORDERED** that the Liquidating Trusts shall, on or before _____, 2022 pay all outstanding pay Chapter 11 Quarterly Fees due through the fourth quarter of 2021 for the cases of OW Holding (14-51720) and OW USA (14-51722); it is further

**ORDERED** that, for the cases of OW Holding (14-51720) and OW USA (14-51722), the Liquidating Trusts timely file all future PCRs and timely pay future Chapter 11 Quarterly Fees; it is further

**ORDERED** that the Liquidating Trustee shall, on or before _____, 2022, file a status report on the docket of OW Holding (14-51720) ("Status Report").  The Status Report shall describe the work done to date by the Liquidating Trusts of OW Holding (14-51720) and OW USA (14-51722) and the work that needs to be done to conclude administration of the Liquidating Trusts in each case; and it is further

**ORDERED** that the Liquidating Trustee shall, on or before _____, 2022, file applications for final decree in the cases of OW Holding (14-51720) and OW USA (14-51722). The Liquidating Trustee may seek an extension of this deadline for cause shown.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | CHAPTER 11 |
| O.W. BUNKER HOLDING NORTH AMERICA, INC., *et al*,[3] | Case No. 14-51720 (JAM) |
| Debtors. | Jointly Administered |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

      William K. Harrington, the United States Trustee for Region 2, has filed the United States Trustee's Motion For An Order Compelling The Liquidating Trusts To File Monthly Operating Reports, Pay Chapter 11 Quarterly Fees, And For A Status Report And Setting A Date For The Filing Of Applications For Final Decree (the "Contested Matter") with the United States Bankruptcy Court. NOTICE IS HEREBY GIVEN THAT ANY RESPONSE TO THE CONTESTED MATTER MUST BE FILED WITH THE COURT (within 14 days of the filing of the contested matter) NO LATER THAN **January 25, 2022\*** IN ACCORDANCE WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002(a). In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see* 11 U.S.C. § 102(1).

Dated:  January 11, 2022                      Respectfully submitted,
         New Haven, Connecticut

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE FOR REGION 2

                              By:     /s/ Holley L. Claiborn
                                       Holley L. Claiborn
                                       Trial Attorney
                                       Office of the United States Trustee
                                       Giaimo Federal Building, Room 302
                                       150 Court Street
                                       New Haven, CT 06510
                                       Holley.L.Claiborn@usdoj.gov
                                       (203) 773-2210
                                       Federal Bar No.: ct17216 (Connecticut)

\* Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

---

[3] The debtors with open cases are: O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556) (collectively "Remaining Debtors").

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | CHAPTER 11 |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC.,** *et al*,[4] | Case No. 14-51720 (JAM) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 11, 2022 the following documents were served on all appearing parties via the court's electronic filing system.

1. **Documents Served**

    a. United States Trustee's Motion For An Order Compelling The Liquidating Trusts To File Monthly Operating Reports, Pay Chapter 11 Quarterly Fees, And For A Status Report And Setting A Date For The Filing Of Applications For Final Decree
    b. Proposed order on same; and
    c. Notice of Contested Mater Response Date.

2. **Parties Served Via ECF**

- **Michael R. Enright**    menright@rc.com **[counsel to Liquidating Trusts]**
- **Davis Lee Wright**    dwright@rc.com **[counsel to Liquidating Trusts]**
- **Patrick M. Birney**    pbirney@rc.com, ctrivigno@rc.com **[counsel to Liquidating Trusts]**
- **Joseph Badtke-Berkow**    joseph.badtke-berkow@allenovery.com
- **Kellianne Baranowsky**    kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com
- **John F. Carberry**    jcarberry@cl-law.com
- **Richard M. Coan**    rcoan@coanlewendon.com
- **Richard M. Coan**    rich@coanmiltenberger.com
- **Robert P. Franke**    Robert.franke@strasburger.com
- **Evan S. Goldstein**    egoldstein@uks.com
- **Steven M. Golub**    sgolub@golublaw.com
- **Michael Gossler**    mgossler@mpba.com
- **Daniel J. Guyder**    daniel.guyder@allenovery.com
- **Laura R. Hall**    laura.hall@allenovery.com

---

[4] The debtors with open cases are: O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556) (collectively "Remaining Debtors").

11

- **Michael A. Harowski**   mharowski@frfirm.com, rricca@frfirm.com
- **Eric A. Henzy**   , kjoseph@zeislaw.com
- **Eric A. Henzy**   ehenzy@zeislaw.com, kjoseph@zeislaw.com
- **James H. Hohenstein**   jim.hohenstein@hklaw.com
- **Edward A. Keane**   ekeane@mahoneykeane.com
- **Kaspar Kielland**   kkielland@mmwr.com
- **John D. Kimball**   jkimball@blankrome.com
- **James D. Kleiner**   jkleiner@hillbetts.com
- **Robert A. Klyman**   rklyman@gibsondunn.com
- **Dyan M. Kozaczka**   dkozaczka@cohenandwolf.com
- **Gregory F. Lang**   gflang@hunton.com, candonian@hunton.com;ppartee@hunton.com;rrich2@hunton.com
- **Patrick F. Lennon**   pfl@lmcplegal.com
- **Brian P. Maloney**   Maloney@sewkis.com
- **Vincent M. Marino**   vmarino@mzslaw.com
- **Matthew A. Marion**   mmarion@marionlawllc.com
- **Adam B. Marks**   amarks@uks.com
- **Ilan Markus**   imarkus@barclaydamon.com, docketing@barclaydamon.com;mcenkus@barclaydamon.com
- **Keith R. Martorana**   kmartorana@gibsondunn.com
- **Kim L. McCabe**   kim.mccabe@usdoj.gov
- **Timothy D. Miltenberger**   Tmiltenberger@cbshealaw.com
- **Melissa Zelen Neier**   mneier@ibolaw.com
- **Robert O'Connor**   roconnor@mmwr.com, robert-oconnor-2374@ecf.pacerpro.com
- **Michael M. Parker**   Michael.parker@nortonrosefulbright.com
- **Peter S. Partee**   ppartee@huntonak.com
- **Bruce G. Paulsen**   Paulsen@sewkis.com
- **Steven A. Peirce**   steve.peirce@nortonrosefulbright.com
- **Richard G. Placey**   rplacey@mmwr.com
- **Jacob Pylman**   Jacob.pylman@leclairryan.com
- **Robert A. Rich**   rrich2@huntonak.com
- **Antonio J. Rodriguez**   ajr@frfirm.com, mriess@frfirm.com
- **H. Jake Rodriguez**   Jake.Rodriguez@wilsonelser.com, Margaret.riess@wilsonelser.com
- **Scott D. Rosen**   srosen@cb-shea.com, kseaman@cbshealaw.com
- **Arthur E. Rosenberg**   Arthur.rosenberg@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com,bos-bankruptcy@hklaw.com
- **David W. Rubin**   drubin@dwr-law.com
- **Meghana D. Shah**   meghana.shah@sutherland.com
- **David M.S. Shaiken**   david@shipmanlawct.com
- **J. Stephen Simms**   jssimms@simmsshowers.com, dmhnat@simmsshowers.com;mjmonopolis@simmsshowers.com
- **Jeffrey M. Sklarz**   jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

- **Tara Lynn Trifon**   tara.trifon@lockelord.com, loumarie.sanchez@lockelord.com;autodocket@lockelord.com
- **Gilbert B. Weisman**   notices@becket-lee.com
- **Shannon B. Wolf**   trey.wood@bracewell.com, mary.kearney@bracewell.com
- **William A. Wood**   trey.wood@bracewelllaw.com
- **David B. Zabel**   dzabel@cohenandwolf.com, dbzabel@gmail.com

Dated:  January 11, 2022  
        New Haven, Connecticut

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn  
Holley L. Claiborn  
Trial Attorney  
Office of the United States Trustee  
Giaimo Federal Building, Room 302  
150 Court Street  
New Haven, CT 06510  
Holley.L.Claiborn@usdoj.gov  
(203) 773-2210  
Federal Bar No.: ct17216 (Connecticut)